DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| **Plaintiff,** | |
| v. | Case No. 2:10-cv-2203-RLH-GWF |
| **JEREMY JOHNSON,** individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies identified below; | MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS |
| **DUANE FIELDING,** individually, as an officer of Anthon Holdings, Inc., and as a member of Defendant Network Agenda LLC; | |
| **ANDY JOHNSON,** individually, as a manager of I Works, Inc., and as titular principal of numerous Defendant Shell Companies identified below; | |
| **LOYD JOHNSTON,** individually, as a manager of I Works, Inc., and as titular principal of numerous Defendant Shell Companies identified below; | |
| **SCOTT LEAVITT,** individually, as a manager of I Works, Inc., and as a principal of Defendant Employee Plus, Inc.; | |
| **SCOTT MUIR,** individually and as titular principal of numerous Defendant Shell Companies identified below; | |

| | |
|---|---|
| 1 | **BRYCE PAYNE,** individually, as a manager of I Works, Inc., and as titular principal of Defendant ) |
| 2 | JRB Media, Inc., a Shell Company; ) |
| | **KEVIN PILON,** individually and as titular ) |
| 3 | principal of numerous Defendant Shell Companies ) identified below; ) |
| 4 | **RYAN RIDDLE,** individually, as a former ) manager of I Works, Inc., and as titular principal of ) |
| 5 | Defendant Diamond J Media, Inc., a Shell ) Company; ) |
| 6 | **TERRASON SPINKS,** individually and as ) principal of Defendant Jet Processing, Inc., a Shell ) |
| 7 | Company; ) **I WORKS, INC.,** a Utah Corporation; ) |
| 8 | **ANTHON HOLDINGS CORP.,** a Utah ) Corporation; ) |
| 9 | **CLOUD NINE MARKETING, INC.,** a Nevada ) Corporation; ) |
| 10 | **CPA UPSELL, INC.,** a California Corporation; ) **ELITE DEBIT, INC.,** a Utah Corporation; ) |
| 11 | **EMPLOYEE PLUS, INC.,** a Utah Corporation; ) **INTERNET ECONOMY, INC.,** a Nevada ) |
| 12 | Corporation; ) **MARKET FUNDING SOLUTIONS, INC.,** a ) |
| 13 | Nevada Corporation; ) **NETWORK AGENDA, LLC,** a Nevada limited ) |
| 14 | liability company; ) **SUCCESS MARKETING, INC.,** a Utah ) |
| 15 | Corporation; ) |
| 16 | and the following Shell Companies ) |
| 17 | **BIG BUCKS PRO, INC.,** a Nevada Corporation; ) **BLUE NET PROGRESS, INC.,** an Oklahoma ) |
| 18 | Corporation; ) **BLUE STREAK PROCESSING, INC.,** a ) |
| 19 | Delaware Corporation; ) **BOLT MARKETING, INC.,** a California ) |
| 20 | Corporation; ) **BOTTOM DOLLAR, INC.,** dba Bad ) |
| 21 | Customer.com, a Nevada Corporation; ) **BUMBLE MARKETING, INC.,** a Nevada ) |
| 22 | Corporation; ) **BUSINESS FIRST, INC.,** a Delaware Corporation;) |
| 23 | **BUSINESS LOAN SUCCESS, INC.,** a Nevada ) Corporation; ) |
| 24 | **COLD BAY MEDIA, INC.,** an Oklahoma ) Corporation; ) |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | **COSTNET DISCOUNTS, INC.,** a California Corporation; )
| 2 | **CS PROCESSING, INC.,** a Nevada Corporation; ) |
| 3 | **CUTTING EDGE PROCESSING, INC.,** a California Corporation; ) |
| 4 | **DIAMOND J MEDIA, INC.,** a Nevada Corporation; ) |
| 5 | **EBUSINESS FIRST, INC.,** a California Corporation; ) |
| 6 | **EBUSINESS SUCCESS, INC.,** a New York Corporation; ) |
| 7 | **ECOM SUCCESS, INC.,** a Delaware Corporation; ) |
| 8 | **EXCESS NET SUCCESS, INC.,** a California Corporation; ) |
| 9 | **FISCAL FIDELITY, INC.,** a Nevada Corporation; ) |
| 10 | **FITNESS PROCESSING, INC.,** a California Corporation; ) |
| 11 | **FUNDING SEARCH SUCCESS, INC.,** a Nevada Corporation; ) |
| 12 | **FUNDING SUCCESS, INC.,** a Nevada Corporation; ) |
| 13 | **GG PROCESSING, INC.,** a California Corporation; ) |
| 14 | **GGL REWARDS, INC.,** a Nevada Corporation; ) **HIGHLIGHT MARKETING, INC.,** a California Corporation; ) |
| 15 | **HOOPER PROCESSING, INC.,** a Nevada Corporation; ) |
| 16 | **INTERNET BUSINESS SOURCE, INC.,** a California Corporation; ) |
| 17 | **INTERNET FITNESS, INC.,** a Nevada Corporation; ) |
| 18 | **JET PROCESSING, INC.,** a Utah Corporation; ) **JRB MEDIA, INC.,** a Nevada Corporation; ) |
| 19 | **LIFESTYLES FOR FITNESS, INC.,** a Nevada Corporation; ) |
| 20 | **MIST MARKETING, INC.,** a California Corporation; ) |
| 21 | **MONEY HARVEST, INC.,** an Oklahoma Corporation; ) |
| 22 | **MONROE PROCESSING, INC.,** an Oklahoma Corporation; ) |
| 23 | **NET BUSINESS SUCCESS, INC.,** a California Corporation; ) |
| 24 | **NET COMMERCE, INC.,** a New York Corporation; ) |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | **NET DISCOUNTS, INC.,** a Nevada Corporation; ) |
| | **NET FIT TRENDS, INC.,** a California             ) |
| 2 | Corporation;                                                          ) |
| | **OPTIMUM ASSISTANCE, INC.,** a Nevada    ) |
| 3 | Corporation;                                                          ) |
| | **POWER PROCESSING, INC.,** an Oklahoma ) |
| 4 | Corporation;                                                          ) |
| | **PREMIER PERFORMANCE, INC.,** a New    ) |
| 5 | York Corporation;                                                 ) |
| | **PRO INTERNET SERVICES, INC.,** a New   ) |
| 6 | York Corporation;                                                 ) |
| | **RAZOR PROCESSING, INC.,** a California  ) |
| 7 | Corporation;                                                          ) |
| | **REBATE DEALS, INC.,** a Nevada Corporation; ) |
| 8 | **REVIVE MARKETING, INC.,** a Nevada        ) |
| | Corporation;                                                          ) |
| 9 | **SIMCOR MARKETING, INC.,** a Nevada       ) |
| | Corporation;                                                          ) |
| 10 | **SUMMIT PROCESSING, INC.,** a Nevada    ) |
| | Corporation;                                                          ) |
| 11 | **THE NET SUCCESS, INC.,** a Nevada           ) |
| | Corporation;                                                          ) |
| 12 | **TRANFIRST, INC.,** a Delaware Corporation; ) |
| | **TRAN VOYAGE, INC.,** a Delaware Corporation; ) |
| 13 | **UNLIMITED PROCESSING, INC.,** a New York ) |
| | Corporation; and                                                   ) |
| 14 | **XCEL PROCESSING, INC.,** a California       ) |
| | Corporation.                                                         ) |
| 15 |                                                                                ) |
| | **Defendants.**                   ) |
| 16 | _____ ) |

17  Pursuant to LR IA 10-3, the United States of America respectfully requests that this

18 honorable Court permit Collot Guerard, Teresa Chen, and J. Ronald Brooke, Jr., to practice

19 before this honorable Court in all matters relating to the above-captioned case.

20  Collot Guerard, Teresa Chen, and J. Ronald Brooke, Jr., are attorneys with the Federal

21 Trade Commission, an agency of the federal government. Collot Guerard is a member in good

22 standing of the Bar of the District of Columbia (Bar No. 183475). Teresa Chen is a member in

23 good standing of the Bar of New York (Bar No. 4533824 ). J. Ronald Brooke, Jr., is a member

24 in good standing of the Bar of Maryland (Bar No. 0202280002).

25 . . .

26

4

The attorney contact information is as follows:

| | |
|---|---|
| Collot Guerard, Attorney<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Room 286<br>Washington DC  20580<br>Ph. 202-326-3338<br>Facsimile:  202-326-3395<br>Email: cguerard@ftc.gov | J. Ronald Brooke, Jr., Attorney<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Room 286<br>Washington DC  20580<br>Ph. 202-326-3484<br>Facsimile:  202-326-3395<br>Email: jBrooke@ftc.gov |

Teresa Chen, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, NW
Room 286
Washington DC  20580
Ph. 202-326-3216
Facsimile:  202-326-3395
Email: tchen@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Collot Guerard, Teresa Chen, and J. Ronald Brooke, Jr., to practice before this honorable Court.

DATED this 22nd day of December, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ *Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   December 27, 2010