COLLOT GUERARD
cguerard@ftc.gov
J. RONALD BROOKE, JR.
Jbrooke@ftc.gov
TERESA CHEN
tchen@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 288
Washington, DC 20580
202-326-3338 (Ms. Guerard)
202-326-3484 (Mr. Brooke)
202-326-3216 (Ms. Chen)
202-326-3395 (facsimile)

BLAINE T. WELSH
blaine.welsh@usdoj.gov
Assistant United States Attorney
Nevada Bar No. 4790
3333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
702-388-6336
702-388-6787

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>　　　　　　　　　　　　　　　　Plaintiff,<br>　　　v.<br>**JEREMY JOHNSON**, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies; **I WORKS, INC.**, *et al.*<br>　　　　　　　　　　　　　　　　Defendants. | **CV 10-2203-RLH (GWF)**<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNREDACTED COMPLAINT AND OTHER DOCUMENTS UNDER A TEMPORARY SEAL, AND SUPPORTING MEMORANDUM** |

I.　**Summary**.

Plaintiff, the Federal Trade Commission, ("FTC" or "Commission"), moves this Court for leave to file under a temporary ten-day seal its unredacted Complaint and documents

associated with its forthcoming Motion for a Preliminary Injunction With Other Equitable Relief ("preliminary injunction motion").[1]

As explained below, the FTC seeks this temporary seal pursuant to provisions of the FTC Act and FTC regulations that provide persons who submit information to the Commission in response to a Civil Investigative Demand ("CID") and mark such responses as "confidential" with the opportunity to seek a protective order or *in camera* review of such material before it is made public. In the course of the FTC's investigation of the I Works scheme, two of the defendants, I Works, Inc. and Jeremy Johnson, provided material to the Commission in response to CIDs that they marked as "confidential."

## II. **Background**.

This case involves a massive Internet-based scam that has caused consumers to lose more than $275 million since its inception in 2006. The scam, operated by I Works, Inc. and 60 related companies (the "I Works Enterprise"), has tricked consumers into providing their credit and debit card billing information and then repeatedly billed these consumers for memberships in various websites they never agreed to join.

In February 2010, the Commission issued CIDs to both I Works, Inc. and Jeremy Johnson. The CIDs included interrogatories and document production requests. Beginning in late March 2010, I Works, Inc. and Jeremy Johnson started to respond to interrogatories and produce

---

[1] The FTC has filed publicly a redacted Complaint [DE 1]. The reasons for the redactions are explained in Part III of this motion.

Counsel for the FTC attempted to reach Don Brown of Manatt, Phelps, & Phillips, LLC ("Manatt") via telephone and email to determine counsel's position on the instant motion. Mr. Brown and Linda Goldstein, also from Manatt, have represented the 71 defendants during the FTC's investigation that led to the filing of the Complaint. Mr. Brown replied via email that Manatt is not currently retained as litigation counsel for the 71 defendants. Therefore, counsel states, it cannot take a position on the instant motion as it related. The FTC has served notice on Don Brown and Linda Goldstein that it will no longer contact with respect to this litigation.

Counsel for the FTC spoke with Mark Schamel of Womble, Carlyle PLLC, who recently started to represent defendants Jeremy Johnson, Bryce Payne, and I Works, Inc. Mr. Schamel has not yet entered his appearance on the record and states it is inappropriate for him to take a position on the motion.

Motion for Leave to File Unredacted Complaint and Other Documents Under Seal
*FTC v. Jeremy Johnson., et al.*                                    2

documents on a staggered basis that dragged on for months.[2]  I Works, Inc. and Jeremy Johnson indiscriminately marked as "confidential" every interrogatory response and every document they produced, even if the information (such as corporate registration information) and documents (such as printouts of websites) were publicly available.

**III.    The Basis for Requesting Leave to File Under a Temporary Seal**.

Under Section 21(b)(3)(C) of the FTC Act, 15 U.S.C. § 57b-2(b)(3)(C), materials received pursuant to a CID are generally "not available for examination by any individual other than a duly authorized officer or employee of the Commission without the consent of the person who produced the material, things, or transcripts."  Such materials, however, may be used by the Commission in connection with any proceeding "against a person, partnership or corporation[.]" Section 21(b)(4) of the FTC Act , 15 U.S.C. § 57b-2(b)(4).

Under Section 21(d)(2) of the FTC Act, 15 U.S.C. § 57b-2(d)(2), the disclosure of such materials "in Commission adjudicative proceedings or in judicial proceedings to which the Commission is a party shall be governed by the rules of the Commission for adjudicative proceedings or by court rules or orders, except that the rules of the Commission shall not be amended in a manner inconsistent with the purposes of this section."  Accordingly, Commission Rule 4.10(g), 16 C.F.R. § 4.10(g), provides that the Commission must give reasonable notice of a judicial disclosure to any entity who has submitted interrogatory responses and documents ("material") to the Commission pursuant to a CID, and marked such responses or materials as "confidential."  The reasonable notice requirement allows the CID recipient an opportunity to negotiate or seek a protective order.

In this case, the FTC believes that none, or at most only a small amount, of the information and documents  ("material") Jeremy Johnson and I Works, Inc. have marked as confidential warrant confidential treatment, especially as some of the documents have been

---

[2]  Indeed, not until September 2010 did I Works, Inc. and Johnson begin to produce emails and it unilaterally stopped producing emails in November.

Motion for Leave to File Unredacted Complaint and Other Documents Under Seal
*FTC v. Jeremy Johnson., et al.*                                    3

disseminated publicly or filed in other litigation in which Jeremy Johnson and I Works, Inc. are involved. Notwithstanding our view, under our law and regulations, the FTC must give Jeremy Johnson and I Works, Inc. reasonable notice of its intent to disclose information that they have submitted pursuant to a CID and marked as "confidential."

The unredacted Complaint and documents associated with the Commission's forthcoming preliminary injunction motion include material that Jeremy Johnson and I Works, Inc. have marked as "confidential." By filing publicly a redacted Complaint[3] and filing under a temporary ten-day seal a copy of the unredacted Complaint and other documents, the FTC is complying with its regulations and governing law. It is providing these Jeremy Johnson and I Works, Inc. notice of its intent to disclose publicly in judicial filings material that these defendants have submitted pursuant to a CID.

The proposed seal order allows the Commission to file the unredacted Complaint, the memorandum in support of its preliminary injunction motion, and those exhibits that contain allegedly confidential material under seal and provides that the seal will automatically lift at the end of ten days, absent the Court directing otherwise.

**IV.     Conclusion**.

The FTC respectfully requests this Court to allow it to file its unredacted Complaint, and documents associated with its motion for a preliminary injunction under a temporary seal that will automatically lift at the end of ten days.

Respectfully submitted,

 /s/*Collot Guerard*
Collot Guerard
J. Ronnie Brooke

---

[3] The Complaint consists of ten counts alleging that defendants violated Section 5(a) the FTC Act, 15 U.S.C. § 45(a); Section 907(a) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693e(a); and Section 205.10(b) of Regulation E, 12 C.F.R. § 205.10(b). The Complaint alleges law violations in connection with defendants' sale over the Internet of online memberships that supposedly allowed consumers to make several hundreds of dollars each day or to find and obtain government grants to pay personal expenses.

|   |   |
|---|---|
| 1 | Teresa Chen |
|   | Attorneys for the Plaintiff |
| 2 |   |
|   | FEDERAL TRADE COMMISSION |
| 3 | 600 Pennsylvania Ave., NW |
|   | Room 286 |
| 4 | Washington, DC 20580 |
|   | 202-326-3338 (Ms. Guerard) |
| 5 | 202-326-3484 (Mr. Brooke) |
|   | 202-326-3216 (Ms. Chen) |

Motion for Leave to File Unredacted Complaint and Other Documents Under Seal
*FTC v. Jeremy Johnson., et al.*                5

## CERTIFICATE SERVICE

I hereby certify that on December 29, 2010 I served via electronic email, overnight delivery service, and first-class mail postage prepaid the foregoing document on the counsel listed below:

> Mark Schamel
> Womble Carlyle PLLC
> 1401 Eye Street, NW  7th Floor
> Washington, DC 20005

and on the defendants listed below via first-class mail

> Andy Johnson
> 3641 Vista View Circle
> Santa Clara, UT 84765
>
> Bryce Payne
> 2399 E. Bella Rosa Cir.
> St. George, UT 84790
>
> Duane Fielding
> 3023 S. Old Farm Rd.
> Washington, UT 84780
>
> Jeremy Johnson
> 1673 Cliff Rose Dr.
> St. George, UT 84790
>
> Kevin Pilon
> 1975 East 1060 North
> St. George, UT 84770
>
> Loyd Johnston
> 1894 South 20 East
> Washington, UT 84780
>
> Ryan Riddle
> 446 East 1410 South
> Washington, UT 84780
>
> Scott Leavitt
> 2271 Southgate Hills Dr.
> St. George, UT 84770
>
> Scott Muir
> 4096 W. Park Circle
> Highland, UT 84003

| | |
|---|---|
| 1 | Terrason Spinks |
| | 2644 E. 1300 S. |
| 2 | St. George, UT 84790 |
| 3 | Anthon Holdings Corp. |
| | 229 E. St. George Blvd. |
| 4 | Suite 103 |
| | St. George, UT 84770 |
| 5 | |
| | Big Bucks Pro, Inc. |
| 6 | 375 N. Stephanie St. |
| | Suite 1411 |
| 7 | Henderson, NV 89014 |
| 8 | Blue Net Progress, Inc. |
| | 613 SW 112th Street |
| 9 | Oklahoma City, OK 73170 |
| 10 | Blue Streak Processing, Inc. |
| | 16192 Coastal Highway |
| 11 | Lewes, DE 19958 |
| 12 | Bolt Marketing, Inc. |
| | 375 N. Stephanie St. |
| 13 | Suite 1411 |
| | Henderson, NV 89014 |
| 14 | |
| | Bottom Dollar, Inc. |
| 15 | 375 N. Stephanie Street |
| | Suite 1411 |
| 16 | Henderson, NV 89014 |
| 17 | Bumble Marketing, Inc. |
| | 375 N. Stephanie Street |
| 18 | Suite 1411 |
| | Henderson, NV 89014 |
| 19 | |
| | Business First, Inc. |
| 20 | 1201 Orange St. #600 |
| | Wilmington, DE 19899 |
| 21 | |
| | Business Loan Success, Inc. |
| 22 | 375 N. Stephanie St. |
| | Suite 1411 |
| 23 | Henderson, NV 89014 |
| 24 | Cloud Nine Marketing, Inc. |
| | 3895 South Harmon Road |
| 25 | Fallon, NV 89406 |
| 26 | |
| 27 | |
| 28 | Motion for Leave to File Unredacted Complaint and Other Documents Under Seal |
| | *FTC v. Jeremy Johnson., et al.*               7 |

Cold Bay Media, Inc.
613 SW 112th Street
Oklahoma City, OK 73170

Costnet Discounts, Inc.
100 Wilshire Blvd. Ste. #750
Santa Monica, CA 90401

CPA Upsell, Inc.
100 Wilshire Blvd.
Suite 750
Santa Monica, CA 90401

CS Processing, Inc.
375 N. Stephanie Street
Suite 1411
Henderson, NV 89014

Cutting Edge Processing, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

Diamond J Media, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

eBusiness First, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

EBusiness Success, Inc.
163 Amsterdam Ave. #324
New York, NY 10023

eCom Success, Inc.
1201 Orange Street #600
Wilmington, DE 19899

Elite Debit, Inc.
249 E. Tabernacle St.
Suite 200
St. George, UT 84770

Employee Plus, Inc.
568 East 940 South
St. George, UT 84790

Excess Net Success, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

1  Fiscal Fidelity, Inc.
   375 N. Stephanie St.
2  Suite 1411
   Henderson, NV 89014
3
   Fitness Processing, Inc.
4  100 Wilshire Blvd., Ste. #750
   Santa Monica, CA 90401
5
   Funding Search Success, Inc.
6  375 N. Stephanie St.
   Suite 1411
7  Henderson, NV 89014

8  Funding Success, Inc.
   375 N. Stephanie St.
9  Suite 1411
   Henderson, NV 89014
10
   GG Processing, Inc.
11 127 Hollister Ave.
   Santa Monica, CA 90405
12
   GGL Rewards, Inc.
13 375 N. Stephanie St.
   Suite 1411
14 Henderson, NV 89014

15 Highlight Marketing, Inc.
   375 N. Stephanie St.
16 Suite 1411
   Henderson, NV 89014
17
   Hooper Processing, Inc.
18 375 N. Stephanie St.
   Suite 1411
19 Henderson, NV 89014

20
   I Works, Inc.
21 249 E. Tabernacle Street
   Suite 200
22 St. George, UT 84770

23 Internet Business Source, Inc.
   127 Hollister Ave.
24 Santa Monica, CA 90405

25 Internet Economy, Inc.
   437 South Crook Rd.
26 Fallon, NV 89406

27

28 Motion for Leave to File Unredacted Complaint and Other Documents Under Seal
   *FTC v. Jeremy Johnson., et al.*                9

| | |
|---|---|
| 1 | Internet Fitness, Inc. |
| 2 | 375 N. Stephanie St. Suite 1411 |
| 3 | Henderson, NV 89014 |
| 4 | Jet Processing, Inc. 440 Riverside Drive |
| 5 | Mesquite, NV 89027 |
| 6 | JRB Media, Inc. 375 N. Stephanie St. |
| 7 | Suite 1411 Henderson, NV 89014 |
| 8 | Lifestyles For Fitness, Inc. 375 N. Stephanie St. |
| 9 | Suite 1411 Henderson, NV 89014 |
| 10 | |
| 11 | Market Funding Solutions, Inc. 3895 S. Harmon Road Fallon, NV 89406 |
| 12 | |
| 13 | Mist Marketing, Inc. 375 N. Stephanie St. Suite 1411 |
| 14 | Henderson, NV 89014 |
| 15 | Money Harvest, Inc. 613 SW 112th St. |
| 16 | Oklahoma City, OK 73170 |
| 17 | Monroe Processing, Inc. 613 SW 112th St. |
| 18 | Oklahoma City, OK 73170 |
| 19 | Net Business Success, Inc. 127 Hollister Ave. |
| 20 | Santa Monica, CA 90405 |
| 21 | Net Commerce, Inc. 954 Lexington Ave., #516 |
| 22 | New York, NY 10021 |
| 23 | Net Discounts, Inc. 375 N. Stephanie St. |
| 24 | Suite 1411 Henderson, NV 89014 |
| 25 | |
| 26 | Net Fit Trends, Inc. 127 Hollister Ave. Santa Monica, CA 90405 |
| 27 | |
| 28 | Motion for Leave to File Unredacted Complaint and Other Documents Under Seal *FTC v. Jeremy Johnson., et al.*                10 |

```
1      Network Agenda, LLC
       375 N. Stephanie St.
2      Suite 1411
       Henderson, NV 89014
3
       Optimum Assistance, Inc.
4      375 N. Stephanie St.
       Suite 1411
5      Henderson, NV 89014

6      Power Processing, Inc.
       613 SW 112th St.
7      Oklahoma City, OK 73170

8      Premier Performance, Inc.
       245 Eight Ave. #226
9      New York, NY 10011-1698

10     Pro Internet Services, Inc.
       331 West 57th St. #183
11     New York, NY 10019-3174

12     Razor Processing, Inc.
       127 Hollister Ave.
13     Santa Monica, CA 90405

14     Rebate Deals, Inc.
       375 N. Stephanie St.
15     Suite 1411
       Henderson, NV 89014
16
       Revive Marketing, Inc.
17     375 N. Stephanie St.
       Suite 1411
18     Henderson, NV 89014

19     Simcor Marketing, Inc.
       375 N. Stephanie St.
20     Suite 1411
       Henderson, NV 89014
21
       Success Marketing Inc.
22     249 E. Tabernacle St.
       Suite 200
23     St. George, UT 84770

24     Summit Processing, Inc.
       375 N. Stephanie St.
25     Suite 1411
       Henderson, NV 89014
26

27
       Motion for Leave to File Unredacted Complaint and Other Documents Under Seal
28     FTC v. Jeremy Johnson., et al.                 11
```

```
1    The Net Success, Inc.
     375 N. Stephanie St.
2    Suite 1411
     Henderson, NV 89014
3
     Tran Voyage, Inc.
4    16192 Coastal Highway
     Lewes, DE 19958-9776
5
     TranFirst, Inc.
6    1201 Orange St. #600
     Wilmington, DE 19899
7
     Unlimited Processing, Inc.
8    111 East 14th St. #320
     New York, NY 10003
9
     Xcel Processing, Inc.
10   127 Hollister Ave.
     Santa Monica, CA 90405
```

                              */s/ Collot Guerard*
                              Collot Guerard

Motion for Leave to File Unredacted Complaint and Other Documents Under Seal
*FTC v. Jeremy Johnson., et al.*                 12