COLLOT GUERARD
cguerard@ftc.gov
J. RONALD BROOKE, JR.
Jbrooke@ftc.gov
TERESA CHEN
tchen@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 288
Washington, DC 20580
202-326-3338 (Ms. Guerard)
202-326-3484 (Mr. Brooke)
202-326-3216 (Ms. Chen)
202-326-3395 (facsimile)

BLAINE T. WELSH
blaine.welsh@usdoj.gov
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
702-388-6336
702-388-6787

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>                                  Plaintiff,<br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies; I WORKS, INC., *et al.*<br>                                  Defendants. | CV 10-2203 RLH (GWF)<br><br>**PLAINTIFF'S MOTION TO UNSEAL THE TEMPORARY RESTRAINING ORDER** |

    1.    Plaintiff, the Federal Trade Commission ("FTC"), moves the Court to unseal the Temporary Restraining Order ("TRO") entered on January 13, 2011, in the above-captioned case.

1   The TRO no longer needs to be sealed because it is currently being served, and the parties and
2   the Court in the case captioned *Chad Elie v. Jeremy Johnson, et al.*, Case No. 2:10-cv-1273 (D.
3   Utah) may want to reference the TRO in the hearing set for January 14, at 4 PM.
4        2.   The FTC will move on or about January 18, 2010, to unseal the documents the
5   FTC filed on January 12.
6        WHEREFORE, the FTC respectfully moves the Court to unseal the TRO so that it may
7   be placed on the public record and available through the ECF and Pacer systems.

9   Dated:        January 14, 2011

                                    Respectfully submitted,

                                     /s/*Collot Guerard*
                                    Collot Guerard
                                    J. Ronnie Brooke
                                    Teresa Chen
                                    Attorneys for the Plaintiff

                                    FEDERAL TRADE COMMISSION
                                    600 Pennsylvania Ave., NW
                                    Room 286
                                    Washington, DC 20580
                                    202-326-3338 (Ms. Guerard)
                                    202-326-3484 (Mr. Brooke)
                                    202-326-3216 (Ms. Chen)

*FTC v. Jeremy Johnson, et al.*
FTC Attorney Rule 65(b) Certification            2

**CERTIFICATE SERVICE**

I hereby certify that on January 14, I served via electronic email, overnight delivery service, and first-class mail postage-prepaid the foregoing document on the defendants in the case by serving counsel listed below:

        Mark Schamel
        Womble Carlyle PLLC
        1401 Eye Street, NW   7th Floor
        Washington, DC

and via overnight delivery service and first-class mail postage-prepaid on the following individual defendants:

        Andy Johnson
        3641 Vista View Circle
        Santa Clara, UT 84765

        Bryce Payne
        2399 E. Bella Rosa Cir.
        St. George, UT 84790

        Duane Fielding
        3023 S. Old Farm Rd.
        Washington, UT 84780

        Jeremy Johnson
        1673 Cliff Rose Dr.
        St. George, UT 84790

        Kevin Pilon
        1975 East 1060 North
        St. George, UT 84770

        Loyd Johnston
        1894 South 20 East
        Washington, UT 84780

        Ryan Riddle
        446 East 1410 South
        Washington, UT 84780

        Scott Leavitt
        2271 Southgate Hills Dr.
        St. George, UT 84770

        Scott Muir
        4096 W. Park Circle
        Highland, UT 84003

1
2   Terrason Spinks
    2644 E. 1300 S.
3   St. George, UT 84790

4   and via first-class mail postage-prepaid t on the following corporate defendants:

5               Anthon Holdings Corp.
                229 E. St. George Blvd.
6               Suite 103
                St. George, UT 84770
7
                Big Bucks Pro, Inc.
8               375 N. Stephanie St.
                Suite 1411
9               Henderson, NV 89014

10              Blue Net Progress, Inc.
                613 SW 112th Street
11              Oklahoma City, OK 73170

12              Blue Streak Processing, Inc.
                16192 Coastal Highway
13              Lewes, DE 19958

14              Bolt Marketing, Inc.
                375 N. Stephanie St.
15              Suite 1411
                Henderson, NV 89014
16
                Bottom Dollar, Inc.
17              375 N. Stephanie Street
                Suite 1411
18              Henderson, NV 89014

19              Bumble Marketing, Inc.
                375 N. Stephanie Street
20              Suite 1411
                Henderson, NV 89014
21
                Business First, Inc.
22              1201 Orange St. #600
                Wilmington, DE 19899
23
                Business Loan Success, Inc.
24              375 N. Stephanie St.
                Suite 1411
25              Henderson, NV 89014

26

27

28  *FTC v. Jeremy Johnson, et al.*
    FTC Attorney Rule 65(b) Certification            4

Cloud Nine Marketing, Inc.  
3895 South Harmon Road  
Fallon, NV 89406

Cold Bay Media, Inc.  
613 SW 112th Street  
Oklahoma City, OK 73170

Costnet Discounts, Inc.  
100 Wilshire Blvd. Ste. #750  
Santa Monica, CA 90401

CPA Upsell, Inc.  
100 Wilshire Blvd.  
Suite 750  
Santa Monica, CA 90401

CS Processing, Inc.  
375 N. Stephanie Street  
Suite 1411  
Henderson, NV 89014

Cutting Edge Processing, Inc.  
100 Wilshire Blvd., Ste. #750  
Santa Monica, CA 90401

Diamond J Media, Inc.  
375 N. Stephanie St.  
Suite 1411  
Henderson, NV 89014

eBusiness First, Inc.  
100 Wilshire Blvd., Ste. #750  
Santa Monica, CA 90401

EBusiness Success, Inc.  
163 Amsterdam Ave. #324  
New York, NY 10023

eCom Success, Inc.  
1201 Orange Street #600  
Wilmington, DE 19899

Elite Debit, Inc.  
249 E. Tabernacle St.  
Suite 200  
St. George, UT 84770

Employee Plus, Inc.  
568 East 940 South  
St. George, UT 84790

*FTC v. Jeremy Johnson, et al.*  
FTC Attorney Rule 65(b) Certification      5

1   Excess Net Success, Inc.
    100 Wilshire Blvd., Ste. #750
2   Santa Monica, CA 90401

3   Fiscal Fidelity, Inc.
    375 N. Stephanie St.
4   Suite 1411
    Henderson, NV 89014
5
    Fitness Processing, Inc.
6   100 Wilshire Blvd., Ste. #750
    Santa Monica, CA 90401
7
    Funding Search Success, Inc.
8   375 N. Stephanie St.
    Suite 1411
9   Henderson, NV 89014

10  Funding Success, Inc.
    375 N. Stephanie St.
11  Suite 1411
    Henderson, NV 89014
12
    GG Processing, Inc.
13  127 Hollister Ave.
    Santa Monica, CA 90405
14
    GGL Rewards, Inc.
15  375 N. Stephanie St.
    Suite 1411
16  Henderson, NV 89014

17  Highlight Marketing, Inc.
    375 N. Stephanie St.
18  Suite 1411
    Henderson, NV 89014
19
    Hooper Processing, Inc.
20  375 N. Stephanie St.
    Suite 1411
21  Henderson, NV 89014

22  I Works, Inc.
    249 E. Tabernacle Street
23  Suite 200
    St. George, UT 84770
24
    Internet Business Source, Inc.
25  127 Hollister Ave.
    Santa Monica, CA 90405
26

27

28  *FTC v. Jeremy Johnson, et al.*
    FTC Attorney Rule 65(b) Certification          6

1   Internet Economy, Inc.
    437 South Crook Rd.
2   Fallon, NV 89406

3   Internet Fitness, Inc.
    375 N. Stephanie St.
4   Suite 1411
    Henderson, NV 89014
5
    Jet Processing, Inc.
6   440 Riverside Drive
    Mesquite, NV 89027
7
    JRB Media, Inc.
8   375 N. Stephanie St.
    Suite 1411
9   Henderson, NV 89014

10  Lifestyles For Fitness, Inc.
    375 N. Stephanie St.
11  Suite 1411
    Henderson, NV 89014
12
    Market Funding Solutions, Inc.
13  3895 S. Harmon Road
    Fallon, NV 89406
14
    Mist Marketing, Inc.
15  375 N. Stephanie St.
    Suite 1411
16  Henderson, NV 89014

17  Money Harvest, Inc.
    613 SW 112th St.
18  Oklahoma City, OK 73170

19  Monroe Processing, Inc.
    613 SW 112th St.
20  Oklahoma City, OK 73170

21  Net Business Success, Inc.
    127 Hollister Ave.
22  Santa Monica, CA 90405

23  Net Commerce, Inc.
    954 Lexington Ave., #516
24  New York, NY 10021

25  Net Discounts, Inc.
    375 N. Stephanie St.
26  Suite 1411
    Henderson, NV 89014
27

28  *FTC v. Jeremy Johnson, et al.*
    FTC Attorney Rule 65(b) Certification              7

Net Fit Trends, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Network Agenda, LLC
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Optimum Assistance, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Power Processing, Inc.
613 SW 112th St.
Oklahoma City, OK 73170

Premier Performance, Inc.
245 Eight Ave. #226
New York, NY 10011-1698

Pro Internet Services, Inc.
331 West 57th St. #183
New York, NY 10019-3174

Razor Processing, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Rebate Deals, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Revive Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Simcor Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Success Marketing Inc.
249 E. Tabernacle St.
Suite 200
St. George, UT 84770

1  Summit Processing, Inc.
   375 N. Stephanie St.
2  Suite 1411
   Henderson, NV 89014
3
   The Net Success, Inc.
4  375 N. Stephanie St.
   Suite 1411
5  Henderson, NV 89014

6  Tran Voyage, Inc.
   16192 Coastal Highway
7  Lewes, DE 19958-9776

8  TranFirst, Inc.
   1201 Orange St. #600
9  Wilmington, DE 19899

10 Unlimited Processing, Inc.
   111 East 14th St. #320
11 New York, NY 10003

12 Xcel Processing, Inc.
   127 Hollister Ave.
13 Santa Monica, CA 90405

14
                                    */s/ Collot Guerard*
15                                  Collot Guerard

*FTC v. Jeremy Johnson, et al.*
FTC Attorney Rule 65(b) Certification         9