1

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

3

4

5

**FEDERAL TRADE COMMISSION,**
                                        **Plaintiff,**

6
                    **v.**

CV   10-2203-RLH (GWF)

7
**JEREMY JOHNSON, individually, as officer of
Defendants I Works, Inc.; Cloud Nine, Inc.; CPA**

~~[*Proposed*]~~ **ORDER GRANTING
PLAINTIFF'S MOTION TO
FILE UNREDACTED
COMPLAINT AND OTHER
DOCUMENTS UNDER A
TEMPORARY SEAL**

8
**Upsell, Inc.; Elite Debit, Inc.; Internet Economy,
Inc.; Market Funding Solutions, Inc.; and
Success Marketing, Inc.; as a member of**

9
**Defendant Network Agenda LLC; and as the *de
facto* principal of numerous Defendant Shell**

10
**Companies; I WORKS, INC., *et al*.**
                                        **Defendants.**

11

12

13
        Plaintiff Federal Trade Commission has applied for an Order allowing it to file the

14
unredacted Complaint, a memorandum in support of its forthcoming Motion for a Preliminary

15
Injunction With Other Relief ("preliminary injunction motion'), and exhibits containing allegedly

16
confidential material under a temporary seal that will lift at the end of ten days.

17
        **IT IS HEREBY ORDERED THAT** the FTC is permitted to file the unredacted

18
Complaint, the memorandum in support of its preliminary injunction motion, and its exhibits

19
containing allegedly confidential material under a temporary seal;

20
        **IT IS FURTHER ORDERED THAT** the FTC may file its motion for a preliminary

21
injunction, its proposed preliminary injunction order, and exhibits without allegedly confidential

22
information publicly, with the memorandum in support of the preliminary injunction and exhibits

23
containing allegedly confidential information to be filed under the temporary seal established by

24
this Order;

25
        **IT IS FURTHER ORDERED THAT** the seal will automatically lift at the end of ten

26
days from the date of entry of this Order, unless this Court otherwise orders;

27

28
[*Proposed*] Order Granting Motion to File Under Temporary Seal
*FTC v. Jeremy Johnson, et al.*

1   **IT IS FURTHER ORDERED THAT** the unredacted Complaint and all other documents

2   and exhibits that have been filed under the temporary seal may be placed on the public record at

3   the end of ten days from the date of entry of this Order, unless this Court otherwise orders.

4                                        **IT IS SO ORDERED**

5

6                                        _____
                                         GEORGE FOLEY, JR.

7                                        United States Magistrate Judge

    Dated:    January 14, 2011
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [*Proposed*] Order Granting Motion to File Under Temporary Seal
     *FTC v. Jeremy Johnson, et al.*                    2

1

2                             **CERTIFICATE SERVICE**

3        I hereby certify that on December 29, 2010 I served via electronic email, overnight
   delivery service, and first class mail postage prepaid, the foregoing document on the counsel listed
4  below:

5                          Mark Schamel
                           Womble Carlyle PLLC
6                          1401 Eye Street, NW     7th Floor
                           Washington, DC 20005
7
   and on the defendants listed below via first-class mail
8
                           Andy Johnson
9                          3641 Vista View Circle
                           Santa Clara, UT 84765
10
                           Bryce Payne
11                         2399 E. Bella Rosa Cir.
                           St. George, UT 84790
12
                           Duane Fielding
13                         3023 S. Old Farm Rd.
                           Washington, UT 84780
14
                           Jeremy Johnson
15                         1673 Cliff Rose Dr.
                           St. George, UT 84790
16
                           Kevin Pilon
17                         1975 East 1060 North
                           St. George, UT 84770
18
                           Loyd Johnston
19                         1894 South 20 East
                           Washington, UT 84780
20
                           Ryan Riddle
21                         446 East 1410 South
                           Washington, UT 84780
22
                           Scott Leavitt
23                         2271 Southgate Hills Dr.
                           St. George, UT 84770
24
                           Scott Muir
25                         4096 W. Park Circle
                           Highland, UT 84003
26

27

28     [*Proposed*] Order Granting Motion to File Under Temporary Seal
       *FTC v. Jeremy Johnson, et al.*                    3

1

Terrason Spinks
2644 E. 1300 S.
2
St. George, UT 84790

3
Anthon Holdings Corp.
229 E. St. George Blvd.
4
Suite 103
St. George, UT 84770
5
Big Bucks Pro, Inc.
6
375 N. Stephanie St.
Suite 1411
7
Henderson, NV 89014

8
Blue Net Progress, Inc.
613 SW 112th Street
9
Oklahoma City, OK 73170

10
Blue Streak Processing, Inc.
16192 Coastal Highway
11
Lewes, DE 19958

12
Bolt Marketing, Inc.
375 N. Stephanie St.
13
Suite 1411
Henderson, NV 89014
14
Bottom Dollar, Inc.
15
375 N. Stephanie Street
Suite 1411
16
Henderson, NV 89014

17
Bumble Marketing, Inc.
375 N. Stephanie Street
18
Suite 1411
Henderson, NV 89014
19
Business First, Inc.
20
1201 Orange St. #600
Wilmington, DE 19899
21
Business Loan Success, Inc.
22
375 N. Stephanie St.
Suite 1411
23
Henderson, NV 89014

24
Cloud Nine Marketing, Inc.
3895 South Harmon Road
25
Fallon, NV 89406

26

27

28

[*Proposed*] Order Granting Motion to File Under Temporary Seal
*FTC v. Jeremy Johnson, et al.*                    4

Cold Bay Media, Inc.
613 SW 112th Street
Oklahoma City, OK 73170

Costnet Discounts, Inc.
100 Wilshire Blvd. Ste. #750
Santa Monica, CA 90401

CPA Upsell, Inc.
100 Wilshire Blvd.
Suite 750
Santa Monica, CA 90401

CS Processing, Inc.
375 N. Stephanie Street
Suite 1411
Henderson, NV 89014

Cutting Edge Processing, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

Diamond J Media, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

eBusiness First, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

EBusiness Success, Inc.
163 Amsterdam Ave. #324
New York, NY 10023

eCom Success, Inc.
1201 Orange Street #600
Wilmington, DE 19899

Elite Debit, Inc.
249 E. Tabernacle St.
Suite 200
St. George, UT 84770

Employee Plus, Inc.
568 East 940 South
St. George, UT 84790

Excess Net Success, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

[*Proposed*] Order Granting Motion to File Under Temporary Seal
*FTC v. Jeremy Johnson, et al.*                    5

1    Fiscal Fidelity, Inc.
     375 N. Stephanie St.
2    Suite 1411
     Henderson, NV 89014
3
     Fitness Processing, Inc.
4    100 Wilshire Blvd., Ste. #750
     Santa Monica, CA 90401
5
     Funding Search Success, Inc.
6    375 N. Stephanie St.
     Suite 1411
7    Henderson, NV 89014

8    Funding Success, Inc.
     375 N. Stephanie St.
9    Suite 1411
     Henderson, NV 89014
10
     GG Processing, Inc.
11   127 Hollister Ave.
     Santa Monica, CA 90405
12
     GGL Rewards, Inc.
13   375 N. Stephanie St.
     Suite 1411
14   Henderson, NV 89014

15   Highlight Marketing, Inc.
     375 N. Stephanie St.
16   Suite 1411
     Henderson, NV 89014
17
     Hooper Processing, Inc.
18   375 N. Stephanie St.
     Suite 1411
19   Henderson, NV 89014

20   I Works, Inc.
     249 E. Tabernacle Street
21   Suite 200
     St. George, UT 84770
22
     Internet Business Source, Inc.
23   127 Hollister Ave.
     Santa Monica, CA 90405
24
     Internet Economy, Inc.
25   437 South Crook Rd.
     Fallon, NV 89406
26

27

28   [*Proposed*] Order Granting Motion to File Under Temporary Seal
     *FTC v. Jeremy Johnson, et al.*                6

Internet Fitness, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Jet Processing, Inc.
440 Riverside Drive
Mesquite, NV 89027

JRB Media, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Lifestyles For Fitness, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Market Funding Solutions, Inc.
3895 S. Harmon Road
Fallon, NV 89406

Mist Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Money Harvest, Inc.
613 SW 112th St.
Oklahoma City, OK 73170

Monroe Processing, Inc.
613 SW 112th St.
Oklahoma City, OK 73170

Net Business Success, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Net Commerce, Inc.
954 Lexington Ave., #516
New York, NY 10021

Net Discounts, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Net Fit Trends, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

[*Proposed*] Order Granting Motion to File Under Temporary Seal
*FTC v. Jeremy Johnson, et al.*                    7

1   Network Agenda, LLC
    375 N. Stephanie St.
2   Suite 1411
    Henderson, NV 89014
3
    Optimum Assistance, Inc.
4   375 N. Stephanie St.
    Suite 1411
5   Henderson, NV 89014

6   Power Processing, Inc.
    613 SW 112th St.
7   Oklahoma City, OK 73170

8   Premier Performance, Inc.
    245 Eight Ave. #226
9   New York, NY 10011-1698

10  Pro Internet Services, Inc.
    331 West 57th St. #183
11  New York, NY 10019-3174

12  Razor Processing, Inc.
    127 Hollister Ave.
13  Santa Monica, CA 90405

14  Rebate Deals, Inc.
    375 N. Stephanie St.
15  Suite 1411
    Henderson, NV 89014
16
    Revive Marketing, Inc.
17  375 N. Stephanie St.
    Suite 1411
18  Henderson, NV 89014

19  Simcor Marketing, Inc.
    375 N. Stephanie St.
20  Suite 1411
    Henderson, NV 89014
21
    Success Marketing Inc.
22  249 E. Tabernacle St.
    Suite 200
23  St. George, UT 84770

24  Summit Processing, Inc.
    375 N. Stephanie St.
25  Suite 1411
    Henderson, NV 89014
26

27

28  [*Proposed*] Order Granting Motion to File Under Temporary Seal
    *FTC v. Jeremy Johnson, et al.*                8

1  The Net Success, Inc.
375 N. Stephanie St.
2  Suite 1411
Henderson, NV 89014
3
Tran Voyage, Inc.
4  16192 Coastal Highway
Lewes, DE 19958-9776
5
TranFirst, Inc.
6  1201 Orange St. #600
Wilmington, DE 19899
7
Unlimited Processing, Inc.
8  111 East 14th St. #320
New York, NY 10003
9
Xcel Processing, Inc.
10  127 Hollister Ave.
Santa Monica, CA 90405
11

12                                    */s/ Collot Guerard*
                                   Collot Guerard
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [*Proposed*] Order Granting Motion to File Under Temporary Seal
*FTC v. Jeremy Johnson, et al.*                9