UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

**FEDERAL TRADE COMMISSION,**
　　　　　　　　　　　　　　　**Plaintiff,**
v.

**JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies; I WORKS, INC.,** *et al.*
　　　　　　　　　　　　　　　**Defendants.**

CV   10-2203-RLH (GWF)

[*Proposed*] ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL THE TEMPORARY RESTRAINING ORDER

　　Plaintiff Federal Trade Commission ("FTC") has moved to unseal the Temporary Restraining Order ("TRO") that was entered on January 13 in the above-captioned case   Being duly advised, the Court issues the following Order:

　　**IT IS HEREBY ORDERED THAT** the seal on the TRO be lifted and the clerk is directed to file the TRO on the public record.

　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated:   January 14, 2011

[*Proposed*] Order Unsealing TRO
*FTC v. Jeremy Johnson, et al.*

**CERTIFICATE SERVICE**

I hereby certify that on January 14, 2011 I served via electronic email, overnight delivery service, and first class mail postage prepaid, the foregoing document on the counsel listed below:

Mark Schamel
Womble Carlyle PLLC
1401 Eye Street, NW    7th Floor
Washington, DC 20005

and on the defendants listed below via first-class mail

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

Bryce Payne
2399 E. Bella Rosa Cir.
St. George, UT 84790

Duane Fielding
3023 S. Old Farm Rd.
Washington, UT 84780

Jeremy Johnson
1673 Cliff Rose Dr.
St. George, UT 84790

Kevin Pilon
1975 East 1060 North
St. George, UT 84770

Loyd Johnston
1894 South 20 East
Washington, UT 84780

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Scott Leavitt
2271 Southgate Hills Dr.
St. George, UT 84770

Scott Muir
4096 W. Park Circle
Highland, UT 84003

Terrason Spinks
2644 E. 1300 S.

[*Proposed*] Order Unsealing TRO
*FTC v. Jeremy Johnson, et al.*                    2

St. George, UT 84790

Anthon Holdings Corp.
229 E. St. George Blvd.
Suite 103
St. George, UT 84770

Big Bucks Pro, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Blue Net Progress, Inc.
613 SW 112th Street
Oklahoma City, OK 73170

Blue Streak Processing, Inc.
16192 Coastal Highway
Lewes, DE 19958

Bolt Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Bottom Dollar, Inc.
375 N. Stephanie Street
Suite 1411
Henderson, NV 89014

Bumble Marketing, Inc.
375 N. Stephanie Street
Suite 1411
Henderson, NV 89014

Business First, Inc.
1201 Orange St. #600
Wilmington, DE 19899

Business Loan Success, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Cloud Nine Marketing, Inc.
3895 South Harmon Road
Fallon, NV 89406

Cold Bay Media, Inc.
613 SW 112th Street

[*Proposed*] Order Unsealing TRO
*FTC v. Jeremy Johnson, et al.*   3

1   Oklahoma City, OK 73170

2   Costnet Discounts, Inc.
    100 Wilshire Blvd. Ste. #750
3   Santa Monica, CA 90401

4   CPA Upsell, Inc.
    100 Wilshire Blvd.
5   Suite 750
    Santa Monica, CA 90401
6
    CS Processing, Inc.
7   375 N. Stephanie Street
    Suite 1411
8   Henderson, NV 89014

9   Cutting Edge Processing, Inc.
    100 Wilshire Blvd., Ste. #750
10  Santa Monica, CA 90401

11  Diamond J Media, Inc.
    375 N. Stephanie St.
12  Suite 1411
    Henderson, NV 89014
13
    eBusiness First, Inc.
14  100 Wilshire Blvd., Ste. #750
    Santa Monica, CA 90401
15
    EBusiness Success, Inc.
16  163 Amsterdam Ave. #324
    New York, NY 10023
17
    eCom Success, Inc.
18  1201 Orange Street #600
    Wilmington, DE 19899
19
    Elite Debit, Inc.
20  249 E. Tabernacle St.
    Suite 200
21  St. George, UT 84770

22  Employee Plus, Inc.
    568 East 940 South
23  St. George, UT 84790

24  Excess Net Success, Inc.
    100 Wilshire Blvd., Ste. #750
25  Santa Monica, CA 90401

26  Fiscal Fidelity, Inc.
    375 N. Stephanie St.
27

28  [*Proposed*] Order Unsealing TRO
    *FTC v. Jeremy Johnson, et al.*               4

Suite 1411
Henderson, NV 89014

Fitness Processing, Inc.
100 Wilshire Blvd., Ste. #750
Santa Monica, CA 90401

Funding Search Success, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Funding Success, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

GG Processing, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

GGL Rewards, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Highlight Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Hooper Processing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

I Works, Inc.
249 E. Tabernacle Street
Suite 200
St. George, UT 84770

Internet Business Source, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Internet Economy, Inc.
437 South Crook Rd.
Fallon, NV 89406

Internet Fitness, Inc.
375 N. Stephanie St.

Suite 1411
Henderson, NV 89014

Jet Processing, Inc.
440 Riverside Drive
Mesquite, NV 89027

JRB Media, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Lifestyles For Fitness, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Market Funding Solutions, Inc.
3895 S. Harmon Road
Fallon, NV 89406

Mist Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Money Harvest, Inc.
613 SW 112th St.
Oklahoma City, OK 73170

Monroe Processing, Inc.
613 SW 112th St.
Oklahoma City, OK 73170

Net Business Success, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Net Commerce, Inc.
954 Lexington Ave., #516
New York, NY 10021

Net Discounts, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Net Fit Trends, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Network Agenda, LLC

[*Proposed*] Order Unsealing TRO
*FTC v. Jeremy Johnson, et al.*

6

375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Optimum Assistance, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Power Processing, Inc.
613 SW 112th St.
Oklahoma City, OK 73170

Premier Performance, Inc.
245 Eight Ave. #226
New York, NY 10011-1698

Pro Internet Services, Inc.
331 West 57th St. #183
New York, NY 10019-3174

Razor Processing, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

Rebate Deals, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Revive Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Simcor Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Success Marketing Inc.
249 E. Tabernacle St.
Suite 200
St. George, UT 84770

Summit Processing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

The Net Success, Inc.

[*Proposed*] Order Unsealing TRO
*FTC v. Jeremy Johnson, et al.*                    7

1   375 N. Stephanie St.
    Suite 1411
2   Henderson, NV 89014

3   Tran Voyage, Inc.
    16192 Coastal Highway
4   Lewes, DE 19958-9776

5   TranFirst, Inc.
    1201 Orange St. #600
6   Wilmington, DE 19899

7   Unlimited Processing, Inc.
    111 East 14th St. #320
8   New York, NY 10003

9   Xcel Processing, Inc.
    127 Hollister Ave.
10  Santa Monica, CA 90405

                                    */s/ Collot Guerard*
12                                  Collot Guerard

28  [*Proposed*] Order Unsealing TRO
    *FTC v. Jeremy Johnson, et al.*           8