UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>　　　　　　　　　　　　　　　**Plaintiff,**<br>v.<br>**JEREMY JOHNSON**, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies; **I WORKS, INC.**, *et al*.<br>　　　　　　　　　　　　　　　**Defendants.** | CV 10-2203-RLH (GWF)<br><br>[*Proposed*] **ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL ALL DOCUMENTS UNDER SEAL** |

　　　Plaintiff Federal Trade Commission ("FTC") has moved to unseal documents that are still under seal in this case [DE 17- DE 43]. Being duly advised, the Court issues the following Order:

　　　**IT IS HEREBY ORDERED THAT** the seal on all documents [DE 17- DE 43] be lifted and the clerk is directed to file these documents on the public record.

　　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated:　January 19, 2011

[*Proposed*] Order Unsealing All Documents Still Under Seal
*FTC v. Jeremy Johnson, et al.*

## CERTIFICATE SERVICE

I hereby certify that on January 18, 2011, I served the foregoing document

1) via overnight delivery service and first-class mail postage-prepaid on the following individual defendants:

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

Bryce Payne
2399 E. Bella Rosa Cir.
St. George, UT 84790

Duane Fielding
3023 S. Old Farm Rd.
Washington, UT 84780

Jeremy Johnson
529 Woods View Circle
St. George, UT 84770

Kevin Pilon
1975 East 1060 North
St. George, UT 84770

Loyd Johnston
1894 South 20 East
Washington, UT 84780

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Scott Leavitt
2271 Southgate Hills Dr.
St. George, UT 84770

Scott Muir
4096 W. Park Circle
Highland, UT 84003

Terrason Spinks
2644 E. 1300 S.
St. George, UT 84790

and

[*Proposed*] Order Unsealing All Documents Still Under Seal
*FTC v. Jeremy Johnson, et al.*　　　　2

2) on the following receivership defendants via the temporary receiver using overnight delivery service and first-class mail postage-prepaid:

Anthon Holdings Corp.
229 E. St. George Blvd.
Suite 103
St. George, UT 84770

Big Bucks Pro, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Blue Net Progress, Inc.
613 SW 112th Street
Oklahoma City, OK 73170

Blue Streak Processing, Inc.
16192 Coastal Highway
Lewes, DE 19958

Bolt Marketing, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Bottom Dollar, Inc.
375 N. Stephanie Street
Suite 1411
Henderson, NV 89014

Bumble Marketing, Inc.
375 N. Stephanie Street
Suite 1411
Henderson, NV 89014

Business First, Inc.
1201 Orange St. #600
Wilmington, DE 19899

Business Loan Success, Inc.
375 N. Stephanie St.
Suite 1411
Henderson, NV 89014

Cloud Nine Marketing, Inc.
3895 South Harmon Road
Fallon, NV 89406

Cold Bay Media, Inc.
613 SW 112th Street
Oklahoma City, OK 73170

1. Costnet Discounts, Inc.
   100 Wilshire Blvd. Ste. #750
   Santa Monica, CA 90401

2. CPA Upsell, Inc.
   100 Wilshire Blvd.
   Suite 750
   Santa Monica, CA 90401

3. CS Processing, Inc.
   375 N. Stephanie Street
   Suite 1411
   Henderson, NV 89014

4. Cutting Edge Processing, Inc.
   100 Wilshire Blvd., Ste. #750
   Santa Monica, CA 90401

5. Diamond J Media, Inc.
   375 N. Stephanie St.
   Suite 1411
   Henderson, NV 89014

6. eBusiness First, Inc.
   100 Wilshire Blvd., Ste. #750
   Santa Monica, CA 90401

7. EBusiness Success, Inc.
   163 Amsterdam Ave. #324
   New York, NY 10023

8. eCom Success, Inc.
   1201 Orange Street #600
   Wilmington, DE 19899

9. Elite Debit, Inc.
   249 E. Tabernacle St.
   Suite 200
   St. George, UT 84770

10. Employee Plus, Inc.
    568 East 940 South
    St. George, UT 84790

11. Excess Net Success, Inc.
    100 Wilshire Blvd., Ste. #750
    Santa Monica, CA 90401

12. Fiscal Fidelity, Inc.
    375 N. Stephanie St.
    Suite 1411
    Henderson, NV 89014

| | |
|---|---|
| 1 | Fitness Processing, Inc. |
| 2 | 100 Wilshire Blvd., Ste. #750<br>Santa Monica, CA 90401 |
| 3 | Funding Search Success, Inc. |
| 4 | 375 N. Stephanie St.<br>Suite 1411 |
| 5 | Henderson, NV 89014 |
| 6 | Funding Success, Inc.<br>375 N. Stephanie St. |
| 7 | Suite 1411<br>Henderson, NV 89014 |
| 8 | GG Processing, Inc. |
| 9 | 127 Hollister Ave.<br>Santa Monica, CA 90405 |
| 10 | GGL Rewards, Inc. |
| 11 | 375 N. Stephanie St.<br>Suite 1411 |
| 12 | Henderson, NV 89014 |
| 13 | Highlight Marketing, Inc.<br>375 N. Stephanie St. |
| 14 | Suite 1411<br>Henderson, NV 89014 |
| 15 | Hooper Processing, Inc. |
| 16 | 375 N. Stephanie St.<br>Suite 1411 |
| 17 | Henderson, NV 89014 |
| 18 | I Works, Inc.<br>249 E. Tabernacle Street |
| 19 | Suite 200<br>St. George, UT 84770 |
| 20 | Internet Business Source, Inc. |
| 21 | 127 Hollister Ave.<br>Santa Monica, CA 90405 |
| 22 | Internet Economy, Inc. |
| 23 | 437 South Crook Rd.<br>Fallon, NV 89406 |
| 24 | Internet Fitness, Inc. |
| 25 | 375 N. Stephanie St.<br>Suite 1411 |
| 26 | Henderson, NV 89014 |

[*Proposed*] Order Unsealing All Documents Still Under Seal
*FTC v. Jeremy Johnson, et al.*    5

| | |
|---|---|
| 1 | Jet Processing, Inc. |
| | 440 Riverside Drive |
| 2 | Mesquite, NV 89027 |
| 3 | JRB Media, Inc. |
| | 375 N. Stephanie St. |
| 4 | Suite 1411 |
| | Henderson, NV 89014 |
| 5 | |
| | Lifestyles For Fitness, Inc. |
| 6 | 375 N. Stephanie St. |
| | Suite 1411 |
| 7 | Henderson, NV 89014 |
| 8 | Market Funding Solutions, Inc. |
| | 3895 S. Harmon Road |
| 9 | Fallon, NV 89406 |
| 10 | Mist Marketing, Inc. |
| | 375 N. Stephanie St. |
| 11 | Suite 1411 |
| | Henderson, NV 89014 |
| 12 | |
| | Money Harvest, Inc. |
| 13 | 613 SW 112th St. |
| | Oklahoma City, OK 73170 |
| 14 | |
| | Monroe Processing, Inc. |
| 15 | 613 SW 112th St. |
| | Oklahoma City, OK 73170 |
| 16 | |
| | Net Business Success, Inc. |
| 17 | 127 Hollister Ave. |
| | Santa Monica, CA 90405 |
| 18 | |
| | Net Commerce, Inc. |
| 19 | 954 Lexington Ave., #516 |
| | New York, NY 10021 |
| 20 | |
| | Net Discounts, Inc. |
| 21 | 375 N. Stephanie St. |
| | Suite 1411 |
| 22 | Henderson, NV 89014 |
| 23 | Net Fit Trends, Inc. |
| | 127 Hollister Ave. |
| 24 | Santa Monica, CA 90405 |
| 25 | Network Agenda, LLC |
| | 375 N. Stephanie St. |
| 26 | Suite 1411 |
| | Henderson, NV 89014 |
| 27 | |
| 28 | [*Proposed*] Order Unsealing All Documents Still Under Seal |
| | *FTC v. Jeremy Johnson, et al.*           6 |

| | |
|---|---|
| 1 | Optimum Assistance, Inc. |
| 2 | 375 N. Stephanie St.<br>Suite 1411 |
| 3 | Henderson, NV 89014 |
| 4 | Power Processing, Inc.<br>613 SW 112th St. |
| 5 | Oklahoma City, OK 73170 |
| 6 | Premier Performance, Inc.<br>245 Eight Ave. #226 |
| 7 | New York, NY 10011-1698 |
| 8 | Pro Internet Services, Inc.<br>331 West 57th St. #183 |
| 9 | New York, NY 10019-3174 |
| 10 | Razor Processing, Inc.<br>127 Hollister Ave. |
| 11 | Santa Monica, CA 90405 |
| 12 | Rebate Deals, Inc.<br>375 N. Stephanie St. |
| 13 | Suite 1411<br>Henderson, NV 89014 |
| 14 | Revive Marketing, Inc. |
| 15 | 375 N. Stephanie St.<br>Suite 1411 |
| 16 | Henderson, NV 89014 |
| 17 | Simcor Marketing, Inc.<br>375 N. Stephanie St. |
| 18 | Suite 1411<br>Henderson, NV 89014 |
| 19 | Success Marketing Inc. |
| 20 | 249 E. Tabernacle St.<br>Suite 200 |
| 21 | St. George, UT 84770 |
| 22 | Summit Processing, Inc.<br>375 N. Stephanie St. |
| 23 | Suite 1411<br>Henderson, NV 89014 |
| 24 | The Net Success, Inc. |
| 25 | 375 N. Stephanie St.<br>Suite 1411 |
| 26 | Henderson, NV 89014 |

[*Proposed*] Order Unsealing All Documents Still Under Seal
*FTC v. Jeremy Johnson, et al.*    7

Tran Voyage, Inc.
16192 Coastal Highway
Lewes, DE 19958-9776

TranFirst, Inc.
1201 Orange St. #600
Wilmington, DE 19899

Unlimited Processing, Inc.
111 East 14th St. #320
New York, NY 10003

Xcel Processing, Inc.
127 Hollister Ave.
Santa Monica, CA 90405

　　　　　　　　　　　　/s/ Collot Guerard
　　　　　　　　　　　　Collot Guerard