EDWARD DEAN BOYACK, (NSB 005229)
BOYACK AND BECK (NSB 005229)
401 North Buffalo Drive, Suite 202
Las Vegas, NV 89145
Phone: (702) 562-3415
Facsimile: (702) 562-3415
ted@edblaw.net

BOYACK & BOYACK
Alan D. Boyack, (USB 0403)
205 East Tabernacle, Suite 2
St. George, UT 84770
Phone: (435) 628-2676
Facsimile: (435) 628-7844
alandboyack@yahoo.com

Attorneys for Defendant Terrason Spinks,
and Jett Processing only

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> Plaintiff, <br><br> V <br><br> JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding, Inc.; and Success Marketing Inc.; as a member of Defendant Network Agenda, LLC; and as the de facto principal of numerous Defendant Shell Companies; <br><br> I WORKS, INC., a Utah Corporation, et al. <br><br> Defendants. | Case No. 2:10-cv-02203-RHL-GWF <br><br> SUBSTITUITION OF ATTORNEY |

Defendant Terrason Spinks, as an individual and Jett Processing, a Nevada Corporation, by and through undersigned counsel, does hereby submit a Substitution of Attorney by which Terrason Spinks as an individual, and Jett Processing Inc. by a corporation hereinafter referred to as "Spinks and Jett Processing" respectably does hereby substitute counsel by substituting

FTC v Jeremy Johnson                                                                                                                          - 1

Michael R. Shaw of law firm of JONES, WALDO HOLBROOK AND MCDONOUGH, P.C. admitted Pro Hac Vice and that of Brett D. Ekins as counsel.

It is hereby respectfully requested that the court place in the stead of attorney Brett D. Ekins and Michael Shaw the lawfirm of Boyack and Beck in association with Alan D. Boyack lawfirm of Boyack and Boyack who has submitted herewith the Verified Petition for Permission to Practice in this case only by attorney now admitted to the bar of this court and designation of local counsel together with the filing fees required.

Spinks and Jett Processing do hereby acknowledge said substitution by executing this Substitution of Attorney along with the leave counsel and respectfully request the Court grant said Substitution of Counsel.

| /s/ Terrason Spinks    3/25/11 | /s/ Terrason Spinks, President  3/25/11 |
|---|---|
| Terrason Spinks            Date | JETT PROCESSING INC, a Nevada Corp. |

| /s/Michael Shaw    3/25/11 | /s/ Brett D. Ekins    3/25/11 |
|---|---|
| Michael R. Shaw            Date | Brett D. Ekins            Date |
| By Agreement | By Agreement |
| /s/ Alan D. Boyack    3/25/11 | /s/ Edward D. Boyack    3/25/11 |
| Alan D. Boyack            Date | Edward D. Boyack            Date |

**IT IS SO ORDERED.**

*George Foley Jr.*

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   March 29, 2011**

FTC v Jeremy Johnson                                                           - 2

## MAILING CERTIFICATE

I do hereby certify that on the 28th day of March, 2011 a true and correct copy of the foregoing Verified Petition To Practice In This Case Only, Appearance of Counsel, and Substitution of Attorney to be mailed to the following:

Collot Guerard
J. Ronald Brooke, Jr.
Teresa Chen
Federal Trade Commission
600 Pennsylvania Avenue, NW Room 288
Washington, DC 20580

Blaine T. Welsh
Assistant United States Attorney
Nevada Bar No. 4790
3333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101

Michael Shaw
JONES WALDO HOLBROOK & MCDONOUGH PC
301 North 200 East, Suite 3A
St. George, UT 84770

Brett D. Ekins
In association with
JONES WALDO HOLBROOK & MCDONOUGH PC
41 North Arrowhead, Suite A-1
Mesquite, NV 89027

Theodore Monroe,
Law Office of Theodore F. Monroe
801 South Figueroa Street, Suite 1200
Los Angeles, CA 90017

Law Office of William Rothbard
1217 Yale Street, Suite 104
Santa Monica, Ca 90404

Reza Sina
Sina Law Group
801 South Figueroa St. 12th Floor
Los Angeles, CA 90017
Counsel for Defendant, Scott Leavitt

Gary Woens Caris,
Lesley Anne Hawes,
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071

_____
Secretary