DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies; I WORKS, INC., *et al.*<br><br>          Defendants. | Case No. 2:10-cv-02203-RLH-GWF |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Janice L. Kopec to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Kopec is an attorney with the Federal Trade Commission, an agency of the federal government. Ms. Kopec is a member in good standing of the State Bars of North Carolina (Bar No. 32787) and of the District of Columbia (Bar No. 976520).

The following contact information is provided to the Court:

> Janice L. Kopec, Attorney
> Federal Trade Commission
> 600 Pennsylvania Avenue, NW
> Room 286
> Washington DC 20580
> Phone: 202.362.2550
> Facsimile: 202.326.3395
> Email: jkopec@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Janice L. Kopec to practice before this honorable Court.

DATED this 6th day of April 2011.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney


IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   April 7, 2011

# PROOF OF SERVICE

I, Blaine T. Welsh, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Edward D Boyack
Boyack & Beck
401 N. Buffalo Drive, Suite #202
Las Vegas, NV 89145
702-562-3415     702-562-3570 (fax)
sherri@edblaw.net

Gary Owen Caris
Lesley Anne Hawes
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-2901
gcaris@mckennalong.com
lhawes@mckennalong.com

Brett D. Ekins
In Association With Jones Waldo Holbrook
& McDonough PC
41 North Arrowhead, Suite A-1
Mesquite, NV 89027
(702) 791-0308     (702) 791-1912 (fax)
bekins@joneswaldo.com

Jared Green
8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89113
702-949-1100     702-949-1101 (fax)
jared.green@mccormickbarstow.com

Randolph L. Howard
Kolesar & Leatham, Chtd.
3320 W. Sahara Avenue, Suite 380
Las Vegas, NV 89102
(702) 362-7800     (702) 362-9472 (fax)
rhoward@klnevada.com

Tanya N. Lewis
Richards Brandt Miller Nelson
299 South Main Street, Suite 1500
Salt Lake City, UT 84111
801-531-2000     801-532-5506 (fax)
tanya-lewis@rbmn.com

Michael C. O'Brien
Van Cott, Bagley, Cornwall & McCarthy
36 South State Street
Salt Lake City, UT 84111
801-237-0243
mobrien@vancott.com

Robin E Perkins
Dixon Truman Fisher & Clifford
221 N. Buffalo Dr., Suite A
Las Vegas, NV 89145
702-821-1821     702-259-9759 (fax)
Rperkins@dixontruman.com

Michael R Shaw
301 North 200 East, Suite B-1
St. George, UT 84770
435-628-1627
mshaw@joneswaldo.com

Reza Sina
Sina Law Group
801 S. Figueroa St.
Los Angeles, CA 90017
213-417-3661     877-341-5578 (fax)
reza@sinalawgroup.com

John A. Snow
VanCott, Bagley, Cornwall & McCarthy
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
(702) 436-0058     (801) 237-0808 (fax)
jsnow@vancott.com

Michael P. Studebaker
Studebaker Law Office, L.L.C.
2550 Washington Blvd.
Ogden, UT 84401
801-791-0860     801-627-9100 (fax)
mike@studebakerlaw.com

| | |
|---|---|
| Loren E. Weiss<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111<br>801-532-1500    801-532-7543 (fax)<br>lweiss@rqn.com | **U.S. Mail**<br><br>Alan D. Boyack<br>Boyack & Boyack<br>205 E Tabernacle Ste2<br>St George, UT 84770 |

DATED this 6th day of April 2011.

                                                   */s/ Blaine Welsh*
                                                   BLAINE T. WELSH
                                                   Assistant United States Attorney