1  Mark A. Hutchison (4639)
   Todd W. Prall (9154)
2  Jacob A. Reynolds (10199)
   HUTCHISON & STEFFEN, LLC
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Tel:    (702) 385-2500
5  Fax:    (702) 385-2086
   Email: mhutchison@hutchlegal.com
6          twpprall@hutchlegal.com
           jreynolds@hutchlegal.com
7

8  Attorneys for Defendants
   Jeremy Johnson; Cloud Nine Marketing, Inc.;
9  CPA Upsell, Inc.; Elite Debit, Inc.; Internet
   Economy, Inc.; Market Funding Solutions, Inc.;
10 Success Marketing, Inc.; and I Works, Inc.

11                    **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13 FEDERAL TRADE COMMISSION,           )   CASE NO. 2:10-cv-02203-RHL-GWF
                                       )
14                  Plaintiff,         )
                                       )   **SUBSTITUTION OF ATTORNEY**
15        v.                           )
                                       )
16 JEREMY JOHNSON, individually, as officer )
   of Defendants I Works, Inc.; Cloud Nine, Inc.; )
17 CPA Upsell, Inc.; Elite Debit, Inc.; Internet )
   Economy, Inc.; Market Funding, Inc.; and )
18 Success Marketing, Inc.; as a member of )
   Defendant Network Agenda, LLC; and as the )
19 *de facto* principal of numerous Defendant )
   Shell Companies;                    )
20                                     )
   I WORKS, INC., a Utah corporation, et al., )
21                                     )
                    Defendants.        )
22                                     )
                                       )
23 _____)

24      Defendants Jeremy Johnson; Cloud Nine Marketing, Inc., CPA Upsell, Inc., Elite Debit,

25 Inc., Internet Economy, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., and I

26 Works, Inc., hereby substitute Hutchison & Steffen, LLC, 10080 West Alta Drive, Suite 200,

27 Las Vegas, Nevada 89145, Tel: (702) 385-2500, as attorney of record in place and stead of

28 ///

Nevada 89145, Tel: (702) 385-2500, as attorney of record in place and stead of Jones Waldo, 301 North 200 East, Suite 3-A, St. George, Utah 84770.

DATED this 12th day of April, 2011.

_____
JEREMY JOHNSON
Defendant

I WORKS, INC.
By _____
Its _____
Defendant

CLOUD NINE, INC.
By _____
Its _____
Defendant

CPA UPSELL, INC.
By _____
Its _____
Defendant

ELITE DEBIT, INC.
By _____
Its _____
Defendant

INTERNET ECONOMY, INC.
By _____
Its _____
Defendant

MARKET FUNDING, INC.
By _____
Its _____
Defendant

SUCCESS MARKETING, INC.
By _____
Its _____
Defendant

///
///
///
///

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

1    I consent to the above substitution.

2    DATED this 7th day of April, 2011.

                      JONES, WALDO, HOLBROOK & MCDONOUGH, P.C.

                      **/S/ Michael R. Shaw**
Michael R. Shaw
Brett Ekins
301 North 200 East, Suite 3-A
St. George, UT 84770

Attorneys for Defendants
Jeremy Johnson; Cloud Nine Marketing, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; Success Marketing, Inc.; and I Works, Inc.

I am duly admitted to practice in this District.

DATED this 5th day of April, 2011.

                      HUTCHISON & STEFFEN, LLC

                      **/S/ Mark A. Hutchison**
Mark A. Hutchison
Todd W. Prall
Jacob A. Reynolds
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Please check one:  ✔ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: April 13, 2011

*George Foley Jr.* (signature)
GEORGE FOLEY, JR.
United States Magistrate Judge

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2011, the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

_____
An employee of Hutchison & Steffen, LLC