ROBIN E. PERKINS, ESQ.
Nevada Bar No. 9891
DIXON, TRUMAN, FISHER & CLIFFORD, P.C.
221 N. Buffalo Drive, Suite A
Las Vegas, NV 89145
*Attorneys for creditor SunFirst Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FTC,<br><br>Plaintiff,<br><br>v.<br><br>I WORKS, INC., et al.,<br><br>Defendants. | Case No.: 2:10-CV-02203-RLH-GWF<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF SUNFIRST BANK'S MOTION TO LIFT THE TEMPORARY RESTRAINING ORDER AS TO COMPLETELY ENCUMBERED PROPERTY BELIEVED TO BE CONTROLLED BY JEREMY JOHNSON** |

SunFirst Bank (hereinafter "SunFirst"), creditor of Defendant I Works, Inc. (hereinafter "I Works"), by and through counsel, Robin E. Perkins of the law firm of Dixon, Truman, Fisher and Clifford, P.C., hereby withdraws docket entry 157, SunFirst's Motion to Lift the Temporary Restraining Order as to Completely Encumbered Property Believed to be Controlled by Jeremy Johnson (the "Motion"). There being no opposition filed to the Motion SunFirst asks the Court to withdraw the Motion without prejudice.

Dated this 11th day of May, 2011.

DIXON TRUMAN FISHER & CLIFFORD, P.C.

By: /s/ Robin E. Perkins
ROBIN E. PERKINS, ESQ./NEVADA BAR NO. 9891
221 N. Buffalo Drive, Suite A
Las Vegas, NV 89145
Attorney for SunFirst Bank

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: May 12, 2011**

## CERTIFICATE OF MAILING

I do hereby certify that on the 11th day of May, 2011, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic filing to the following:

| | |
|---|---|
| Joseph R. Brooke<br>Federal Trade Commission<br>600 Pennsylvania Ave.<br>Washington, DC 20580 | Gary Owen Caris<br>McKenna Long & Aldridge LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071-2901 |
| Teresa Chen<br>Federal Trade Commission<br>600 Pennsylvania Ave.<br>Washington, DC 20580 | Brett D. Ekins<br>In Association with<br>Jones Waldo Holbrook & McDonough PC<br>41 North Arrowhead, Suite A-1<br>Mesquite, NV 89027 |
| Collot Guerard<br>600 Pennsylvania Ave.<br>Washington, DC 20580 | Lesley Anne Hawes<br>McKenna Long & Aldridge LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071-2901 |
| Randolph L. Howard<br>Kolesar & Leatham, Chtd.<br>3320 W. Sahara Avenue, Suite 380<br>Las Vegas, NV 89102 | Tanya N. Lewis<br>Richards Brandt Miller Nelson<br>299 South Main Street, Suite 1500<br>Salt Lake City, UT 84111 |
| Michael R. Shaw<br>301 North 200 East, Suite B-1<br>St. George, UT 84770 | Reza Sina<br>Sina Law Group<br>801 S. Figueroa St.<br>Los Angeles, CA 90017 |
| John A. Snow<br>VanCott, Bagley, Cornwall & McCarthy<br>2300 W. Sahara Avenue, Suite 800<br>Las Vegas, NV 89102 | Loren E. Weiss<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111 |
| Blaine T. Welsh<br>U.S. Attorney's Office<br>333 Las Vegas Blvd So, Suite 5000 | Jeffrey P. Aylward<br>Law Offices of Jeffrey P. Aylward, Esq. LLC<br>624 S. 10th St.<br>Las Vegas, NV 89101 |
| Alan D. Boyack<br>205 East Tabernacle<br>St. George, UT 84770 | Edward D. Boyack<br>Boyack & Beck<br>401 N. Buffalo Drive, Suite #202<br>Las Vegas, NV 89145 |
| Jared Green<br>8337 W. Sunset Rd., Suite 350<br>Las Vegas, NV 89113 | Mark A. Hutchison<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, NV 89145 |
| Janice Kopec<br>600 Pennsylvania Avenue, NW | Michael C. O'Brien<br>Van Cott, Bagley, Cornwall & McCarthy |

| | |
|---|---|
| Washington, DC 20001 | 36 South State Street<br>Salt Lake City, UT 84111 |
| Todd W. Prall<br>Hutchison & Steffen, LLC<br>Peccole Professional Park<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, NV 89145 | Jacob A. Reynolds<br>Hutchison & Steffen<br>10080 West Alta Drive<br>Las Vegas, NV 89145 |
| Michael P. Studebaker<br>Studebaker Law Office, L.L.C.<br>2550 Washington Blvd.<br>Ogden, UT 84401 | |

/s/ Kathy Weeks

Employee of Dixon, Truman, Fisher & Clifford, PC