JEFFREY P. AYLWARD, NSB # 7983
jpalaw@cox.net
GARY W. BARR, USB #4726
Of Counsel
Garybarr007@gmail.com
624 S. 10th Street
Las Vegas, NV 89101
702-586-8686
702-586-8687 (facsimile)
Attorneys for Defendants Andy Johnson,
Kevin Pilon, Loyd Johnson, Ryan Riddle,
Scott Muir, and Bryce Payne and the Shell
Corporations for these Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| Plaintiff, | : | SECOND AMENDED SUBSTITUTION OF ATTORNEY |
| v. | : | |
| JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the de facto principal of numerous Defendant Shell Companies identified below; et al. | : : : : : | Case No. CV 2:10-CV-2203 RLH (GWF) |
| Defendants. | : | |

LOYD JOHNSTON, individually, as a manager of I Works, Inc., and as titular principal of numerous Defendant Shell Companies; ANDY JOHNSON, individually and as titular principal of numerous Defendant Shell Companies identified below; SCOTT MUIR, individually and as titular principal of numerous Defendant Shell Companies identified below; BRYCE PAYNE, individually, as a manager of I Works, Inc., and as titular principal of Defendant JRB Media, Inc., a Shell Company; KEVIN PILON, individually and as titular principal of numerous

1  Defendant Shell Companies identified below: RYAN RIDDLE, individually, as a former
2  manager of I Works, Inc., and as titular ; and the following Shell Companies: BIG BUCKS PRO,
3  INC., a Nevada Corporation; BLUE NET PROGRESS, INC., an Oklahoma Corporation; BLUE
4  STREAK PROCESSING, INC., a Delaware Corporation; BOLT MARKETING, INC., a
5  California Corporation; BOTTOM DOLLAR, INC., dba Bad Customer.com, a Nevada
6  Corporation; BUMBLE MARKETING, INC., a Nevada Corporation; BUSINESS FIRST, INC.,
7  a Delaware Corporation; BUSINESS LOAN SUCCESS, INC., a Nevada Corporation; COLD
8  BAY MEDIA, INC., an Oklahoma Corporation; COSTNET DISCOUNTS, INC., a California
9  Corporation; CS PROCESSING, INC., a Nevada Corporation; CUTTING EDGE
10 PROCESSING, INC., a California Corporation; DIAMOND J MEDIA, INC., a Nevada
11 Corporation; EBUSINESS FIRST, INC., a California Corporation; EBUSINESS SUCCESS,
12 INC., a New York Corporation; ECOM SUCCESS, INC., a Delaware Corporation; EXCESS
13 NET SUCCESS, INC., a California Corporation; FISCAL FIDELITY, INC., a Nevada
14 Corporation; FITNESS PROCESSING, INC., a California Corporation; FUNDING SEARCH
15 SUCCESS, INC., a Nevada Corporation; FUNDING SUCCESS, INC., a Nevada Corporation;
16 GG PROCESSING, INC., a California Corporation; GGL REWARDS, INC., a Nevada
17 Corporation; HIGHLIGHT MARKETING, INC., a California Corporation; HOOPER
18 PROCESSING, INC., a Nevada Corporation; INTERNET BUSINESS SOURCE, INC., a
19 California Corporation; INTERNET FITNESS, INC., a Nevada Corporation; JRB MEDIA, INC.,
20 a Nevada Corporation; MIST MARKETING, INC., a California Corporation; MONEY
21 HARVEST, INC., an Oklahoma Corporation; MONROE PROCESSING, INC., an Oklahoma
22 Corporation; NET BUSINESS SUCCESS, INC., a California Corporation; NET COMMERCE,
23 INC., a New York Corporation; NET DISCOUNTS, INC., a Nevada Corporation; NET FIT
24 TRENDS, INC., a California Corporation; OPTIMUM ASSISTANCE, INC., a Nevada
25 Corporation; POWER PROCESSING, INC., an Oklahoma Corporation; PREMIER
26 PERFORMANCE, INC., a New York Corporation; PRO INTERNET SERVICES, INC., a New
27 York Corporation; RAZOR PROCESSING, INC., a California Corporation; REBATE DEALS,
28 INC., a Nevada Corporation; REVIVE MARKETING, INC., a Nevada Corporation; SIMCOR

1  MARKETING, INC., a Nevada Corporation; SUMMIT PROCESSING, INC., a Nevada
2  Corporation; THE NET SUCCESS, INC., a Nevada Corporation; TRANFIRST, INC., a
3  Delaware Corporation; TRAN VOYAGE, INC., a Delaware Corporation; UNLIMITED
4  PROCESSING, INC., a New York Corporation; and XCEL PROCESSING, INC., a California
5  Corporation, Defendants in the above matter, hereby substitute Jeffrey P. Aylward and Gary W.
6  Barr, of counsel, 624 S. 10th Street, Las Vegas, NV 89101, as attorney of record in the place and
7  stead of Michael Shaw.

8

9  Dated: 4/1/2011          /s/ LOYD JOHNSTON, individually, as a manager of I Works,
                            Inc., and as titular principal of numerous Defendant Shell
10                          Companies. (authorized by email)

11 Dated: 4/1/2011          /s/ SCOTT MUIR, individually and as titular principal of
                            numerous Defendant Shell Companies. (authorized by email)
12
   Dated: 4/1/2011          /s/ BRYCE PAYNE, individually, and as titular principal of
13                          numerous Defendant Shell Companies. (authorized by email)

14 Dated: 4/1/2011          /s/ KEVIN PILON, individually and as titular principal of
                            numerous Defendant Shell Companies. (authorized by email)
15
   Dated: 4/1/2011          /s/ RYAN RIDDLE, individually and as titular principal of
16                          numerous Defendant Shell Companies. (authorized by email)

17 Dated: 4/1/2011          /s/ ANDY JOHNSON, individually and as titular principal of
                            numerous Defendant Shell Companies. (authorized by email)
18
   Dated: 4/1/2011          /s/ MICHAEL SHAW (authorized by email)
19                          Michael Shaw is duly admitted to practice law in this District and

20                          accepts the above substitution.

21
   Dated: 4/1/2011          /s/ JEFFREY P. AYLWARD and GARY W. BARR ,
22                          RETAINED COUNSEL FOR DEFENDANTS HEREIN

23
24 DATED: May 19, 2011              APPROVED:
25
                                    _____
26                                  GEORGE FOLEY, JR.
                                    United States Magistrate Judge
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of May 2011 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Joseph R Brooke
Federal Trade Commission
600 Pennsylvania Ave.
Washington, DC 20580

Gary Owen Caris
McKenna Long & Aldridge LLP
300 South Grand Avenue
14th Floor
Los Angeles, CA 90071-2901

Teresa Chen
Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580

Brett D. Ekins
41 North Arrowhead
Suite A-1
Mesquite, NV 89027

Collot Guerard
600 Pennsylvania Avenue NW
Washington, DC 20580

Lesley Anne Hawes McKenna Long & Aldridge LLP
300 South Grand Avenue
14th Floor
Los Angeles, CA 90071-2901

Randolph L. Howard
Kolesar & Leatham, Chtd.
3320 W. Sahara Avenue
Suite 380
Las Vegas, NV 89102

Tanya N. Lewis Richards Brandt Miller Nelson
299 South Main Street
Suite 1500
Salt Lake City, UT 84111

Michael C. O'Brien
Van Cott, Bagley, Cornwall & McCarthy 36 South State Street
Salt Lake City, UT 84111

1

2  Michael R Shaw
   301 North 200 East
3  Suite B-1
   St. George, Ut 84770
4
   Reza Sina
5  Sina Law Group
   801 S. Figueroa St.
6  Los Angeles, CA 90017

7  John A. Snow
   VanCott, Bagley, Cornwall & McCarthy 2300 W. Sahara Avenue, Suite 800
8  Las Vegas, NV 89102

9  Loren E. Weiss
   Ray Quinney & Nebeker P.C.
10 36 South State Street
   Suite 1400
11 Salt Lake City, UT 84111

12 Blaine T Welsh
   U.S. Attorney's Office
13 333 Las Vegas Blvd So
   Suite 5000
14 Las Vegas, NV 89101

15

16                                          /s/ Jeffrey P. Aylward
                                            Jeffrey P. Aylward, Esq.
17                                          Law Offices of Jeffrey P. Aylward, Esq., LLC

18

19

20

21

22

23

24

25

26

27

28