DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEREMY JOHNSON, individually, as officer of )<br>Defendants I Works, Inc.; Cloud Nine, Inc.; CPA )<br>Upsell, Inc.; Elite Debit, Inc.; Internet Economy, )<br>Inc.; Market Funding Solutions, Inc.; and )<br>Success Marketing, Inc.; as a member of )<br>Defendant Network Agenda LLC; and as the *de* )<br>*facto* principal of numerous Defendant Shell )<br>Companies; I WORKS, INC., *et al.* )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:10-cv-02203-RLH-GWF |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Dotan Weinman to practice before this honorable Court in all matters relating to the above-captioned case.

Dotan Weinman is an attorney with the Federal Trade Commission, an agency of the federal government. Mr. Weinman is a member in good standing of the New York Bar, Bar Number 4398657.

The following contact information is provided to the Court:

> Dotan Weinman
> Federal Trade Commission
> Division of Marketing Practices
> 600 Pennsylvania Avenue, NW
> Mailstop H286
> Washington, DC 20580
> Phone 202-326-3049
> Fax 202-326-3395
> dweinman@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Dotan Weinman to practice before this honorable Court.

DATED this 23rd day of May 2011.

>                             Respectfully submitted,
>
>                             DANIEL G. BOGDEN
>                             United States Attorney
>
>                             /s/ Blaine Welsh
>                             BLAINE T. WELSH
>                             Assistant United States Attorney
>
>
>                             IT IS SO ORDERED:
>
>                             _____
>                             GEORGE FOLEY, JR.
>                             United States Magistrate Judge
>
>                             DATED:  May 24, 2011

## PROOF OF SERVICE

I, Blaine T. Welsh, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Mark A. Hutchison, Esq.
Todd W. Prall, Esq.
Jacob A. Reynolds, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV
Attorneys for defendants Jeremy Johnson, Cloud Nine Marketing, Inc., CPA Upsell, Inc, Elite Debit, Inc., Internet Economy, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., and IWorks, Inc.

Reza Sina, Esq.
Sina Law Group
801 S. Figueroa St. 12th Floor
Los Angeles, CA 90017
Attorney for defendant Scott Leavitt

Alan D. Boyack, Esq.
Boyack & Boyack
205 East Tabernacle, Suite 2
St. George, UT 84770
Attorney for defendants Terrason Spinks and Jet Processing

Michael P. Studebaker, Esq.
Studebaker Law Office, LLC
2550 Washington Blvd., Suite 331
Ogden, UT 84401
Attorney for defendants Duane Fielding, Anthon Holdings Corp.,and Network Agenda, LLC

Jeffrey P. Aylward, Esq.
Gary Barr, Esq.
624 S. 10th Street
Las Vegas, NV 89101
Attorneys for defendants Andy Johnson, Loyd Johnston, Scott Muir, Bryce Payne, Kevin Pilon, Ryan Riddle and the Shell Corporations for these defendants

Gary Owen Caris, Esq.
Lesley Anne Hawes, Esq.
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Attorney for the Receiver

**U.S. Mail**

William Rothbard, Esq.
1217 Yale Street, Suite 104
Santa Monica, CA 90404
brothbard@roadruner.com

Theodore Monroe, Esq.
The Law Offices of Theodore F. Monroe
801 South Figueroa Street, Suite 1200
Los Angeles, CA 90017
monroe@tfmlaw.com
Attorneys for defendant Scott Leavitt

DATED this 23rd day of May 2011.

                         */s/ Blaine Welsh*
                         BLAINE T. WELSH
                         Assistant United States Attorney