**COLLOT GUERARD**
cguerard@ftc.gov
**J. RONALD BROOKE, JR.**
Jbrooke@ftc.gov
**JANICE L. KOPEC**
jkopec@ftc.gov
**DOTAN WEINMAN**
dweinman@ftc.gov
**Federal Trade Commission**
**600 Pennsylvania Avenue, NW, Room 288**
**Washington, DC 20580**
**202-326-3338 (Guerard)**
**202-326-3484 (Brooke)**
**202-326-2550 (Kopec)**
**202-326-3049 (Weinman)**
**202-326-3395 (facsimile)**

**BLAINE T. WELSH**
blaine.welsh@usdoj.gov
**Assistant United States Attorney**
**Nevada Bar No. 4790**
**333 Las Vegas Blvd. South, Suite 5000**
**Las Vegas, NV 89101**
**702-388-6336**
**702-388-6787**
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                                    **Plaintiff,**<br><br> v.<br><br>**JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda LLC; and as the *de facto* principal of numerous Defendant Shell Companies; I WORKS, INC.,** *et al*.<br><br>                                    **Defendants.** | **Case No. 2:10-cv-02203-RLH-GWF**<br><br>**JOINT STIPULATED MOTION BY THE FTC AND POWDER MONKEYS, LLC FOR POWDER MONKEYS, LLC TO TRANSFER $99,883 TO THE RECEIVER TO BE HELD IN ESCROW** |

FTC - Powder Monkeys Stipulated Motion RE $99,883
*FTC v. Jeremy Johnson., et al.*

Plaintiff Federal Trade Commission ("FTC" or "Commission") and Powder Monkeys, LLC, and its manager, Todd Vowell, by and through the undersigned counsel, jointly move this Honorable Court to adopt and endorse this Joint Stipulated Motion to transfer $99,883 to the Receiver in this action to be held in escrow by the Receiver, subject to the asset freeze in this action, until further Order of this Court, and as good grounds would further state as follows:

1. Powder Monkeys, LLC, and its manager, Todd Vowell, by filing this Stipulated Motion with the FTC, make no admission as to the truth of Plaintiff's allegations in Paragraph 4, below. Powder Monkeys, LLC, and its manager, Todd Vowell, file this Stipulated Motion in order to cure any perception of any intentional or willful impropriety, unlawful action, or other willful misconduct in violation of this Court's Temporary Restraining Order dated January 12, 2011 ("TRO") and the subsequent Preliminary Injunction dated February 10, 2011, entered against defendant Jeremy Johnson and others;

2. Powder Monkeys, LLC, and its manager, Todd Vowell, deny any impropriety, unlawful action, or any other willful misconduct as it relates to matters set forth in Paragraph 4 below.

3. Powder Monkeys, LLC, and its manager, Todd Vowell, contend that the $99,883 should not be considered an asset of defendant Jeremy Johnson nor a part of the Jeremy Johnson Receivership Estate;

4. Plaintiff alleges:

    a. On or about August 11, 2010, a $100,250 retainer was transferred from a Sunfirst Bank account ending in 6624 in the name of Powder Monkeys, LLC to the New York law firm of Paul, Weiss, Rifkind;

    b. Beginning on the day after entry of the TRO, defendant Jeremy Johnson engaged in email correspondence with an attorney at Paul, Weiss, Rifkind requesting that the remainder of any retainer at Paul, Weiss, Rifkind be transferred to another law

        firm for use in Johnson's defense in the FTC action before this Court;

    c. After entry of the Preliminary Injunction, on or about February 28, 2011, Paul, Weiss, Rifkind issued a check for $99,883 (the remainder of the retainer) made payable to Jeremy Johnson at 249 East Tabernacle, Suite 200, St. George, Utah, 84770; and

    d. On or about March 2, 2011, defendant Jeremy Johnson endorsed the check for $99,883 over to Powder Monkeys, LLC;

5. Plaintiff agrees that Powder Monkeys, LLC, and its manager, Todd Vowell, shall be deemed to have cured any alleged contempt of this Court's TRO and Preliminary Injunction related to Plaintiff's allegations in Paragraph 4, above, if Powder Monkeys, LLC and Todd Vowell transfer $99,883.00 to the Receiver in this action within 30 days of this Court's endorsement of the Stipulated Motion;

6. Plaintiff, Powder Monkeys, LLC, and its manager, Todd Vowell, further stipulate that:

    a. The $99,883 shall be held in escrow by the Receiver until further Order of this Court;

    b. Powder Monkeys, LLC may file a motion to show why the $99,883 retainer should not be considered an asset of defendant Jeremy Johnson nor part of the defendant Jeremy Johnson Receivership Estate <u>no sooner than</u> one hundred eighty (180) days after the Court's endorsement of the Stipulated Motion and <u>no later than</u> thirty (30) days from this Court's entry of any Monetary Judgment against Defendant Jeremy Johnson;

    c. The FTC shall have ten (10) days to file any opposition to such a motion by Powder Monkeys, LLC;

    d. Powder Monkeys, LLC shall have five (5) days to file any reply to the FTC's opposition; and

FTC - Powder Monkeys Stipulated Motion RE $99,883
*FTC v. Jeremy Johnson., et al.*

   e.  Both the FTC and Powder Monkeys, LLC, and its manager Todd Vowell, stipulate that any such motion may be considered on the papers without need for a hearing.

**WHEREFORE**, Plaintiff Federal Trade Commission and Powder Monkeys, LLC and Todd Vowell pray this Honorable Court endorse this Joint Stipulated Motion for Powder Monkeys, LLC to transfer $99,883 to the Receiver to be held in escrow until further Order of this Court.

            Respectfully submitted,

Dated: August 11, 2011

| | |
|---|---|
| /s/ Zachary Wiseman | /s/ J. Ronald Brooke, Jr. |
| Zachary Wiseman, Esq. | Collot Guerard |
| Matt Lewis, Esq. | J. Ronald Brooke, Jr. |
| Ray Quinney & Nebeker | Federal Trade Commission |
| 36 South State Street, Suite 1400 | 600 Pennsylvania Ave. NW, Suite 286 |
| Salt Lake City, UT 84111 | Washington, DC 20580 |
| *Attorneys for Powder Monkeys, LLC and Todd Vowell* | *Attorneys for plaintiff Federal Trade Commission* |

**IT IS SO ORDERED:**

**DATED:** August 15, 2011

                 _____
                 ROGER L. HUNT
                 United States District Judge

FTC - Powder Monkeys Stipulated Motion RE $99,883
*FTC v. Jeremy Johnson., et al.*

**CERTIFICATE SERVICE**

I hereby certify that, on August 11, 2011, I caused the foregoing document to be served via the ECF system on the following:

Mark A. Hutchison, Esq.
Todd W. Prall, Esq.
Jacob A. Reynolds, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV

*Attorneys for defendants Fitness For Life, Inc. and Lifestyles For Fitness, Inc.*

Reza Sina, Esq.
Sina Law Group
801 S. Figueroa St. 12th Floor
Los Angeles, CA 90017

*Attorney for defendant Scott Leavitt*

Alan D. Boyack, Esq.
Boyack & Boyack
205 East Tabernacle, Suite 2
St. George, UT  84770

*Attorney for defendants Terrason Spinks and Jet Processing, Inc.*

Jared Green, Esq.
8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89113

Michael P. Studebaker, Esq.
Studebaker Law Office, LLC
2550 Wasington Blvd., Suite 331
Ogden, UT   84401

*Attorney for defendants Duane Fielding, Anthon Holdings Corp., and Network Agenda, LLC*

Jeffrey P. Aylward, Esq.
Gary W. Barr, Esq.
624 S. 10th Street
Las Vegas, NV 89101

*Attorneys for defendants Jeremy Johnson, Andy Johnson, Loyd Johnston, Scott Muir, Bryce Payne, Kevin Pilon, Ryan Riddle and the Shell Corporations for these defendants*

Gary Owen Caris, Esq.
Lesley Anne Hawes, Esq.
McKenna Long & Aldridge LLP

FTC - Powder Monkeys Stipulated Motion RE $99,883
*FTC v. Jeremy Johnson., et al.*

1 | 300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071

*Attorneys for the Receiver*

and via e-mail on the following:

William I. Rothbard, Esq.
1217 Yale Street, Suite 104
Santa Monica, CA 90404
brothbard@roadruner.com
Bill@FTCadlaw.com

Theodore Monroe, Esq.
The Law Offices of Theodore F. Monroe
801 South Figueroa Street, Suite 1200
Los Angeles, CA 90017
monroe@tfmlaw.com

*Attorneys for defendant Scott Leavitt*

Zachary Wiseman, Esq.
Matt Lewis, Esq.
Ray Quinney & Nebeker
36 South State Street
Suite 1400
Salt Lake City, UT 84111
zwiseman@rqn.com

*Attorneys for* Powder Monkeys, LLC

Travis Marker, Esq.
205 East Tabernacle, Suite 2
St. George, UT   84770
markerlawmediation@gmail.com

*For Jeremy Johnson, Cloud Nine Marketing, Inc., CPA Upsell, Inc, Elite Debit, Inc., Internet Economy, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., and I Works, Inc.*

           /s/ *J. Ronald Brooke, Jr.*
           J. Ronald Brooke, Jr.

FTC - Powder Monkeys Stipulated Motion RE $99,883
*FTC v. Jeremy Johnson., et al.*