# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\* \* \***

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | Case No.: 2:10-cv-02203-RLH-GWF |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | (Motion for Approval of |
| ) | Stipulations–#283) |
| JEREMY JOHNSON, individually, as officer of ) | |
| Defendants I Works, Inc., Cloud Nine, Inc., ) | |
| CPA Upsell, Inc., Elite Debit, Inc., Internet ) | |
| Economy, Inc., Market Funding, Inc., and ) | |
| Success Marketing, Inc.; as a member of ) | |
| Defendant Network Agenda, LLC; and as the *de* ) | |
| *facto* principal of numerous Defendant Shell ) | |
| Companies; I WORKS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Before the Court is Receiver Robb Evans of Robb Evans & Associates, LLC's

**Motion for Approval of Stipulations** (#283, filed Aug. 18, 2011).  No opposition has been filed.

The Court, having considered the motion, and good cause appearing, hereby grants

the motion and finds that notice of this motion is sufficient under Local Rule 66-5.

Dated this 23rd day of September, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**