RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:  (702) 362-7800
Direct:        (702) 889-7752
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-RLH-GWF |
| Plaintiff, | **ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM INCEPTION OF RECEIVERSHIP THROUGH MARCH 31, 2011; (2) APPROVING STIPULATION AND SETTLEMENT WITH PIVOTAL PAYMENTS, INC. AND CD LIQUIDATION TRUST; AND (3) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |
| v. | |
| JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al., | |
| Defendants. | |

1  The matter of the Notice of Motion and Motion for Order (1) Approving and
2  Authorizing Payment of Receiver's and Professionals' Fees and Expenses from
3  Inception of Receivership Through March 31, 2011; (2) Approving Stipulation and
4  Settlement with Pivotal Payments, Inc. and CD Liquidation Trust; and (3) Granting
5  Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("First Fee Motion")
6  filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver
7  pursuant to the Court's Preliminary Injunction Order issued February 10, 2011,
8  came on regularly before the Court, the Honorable Roger L. Hunt, Chief United
9  States District Judge presiding. The Court having reviewed and considered the
10 Motion and all pleadings and papers filed in support thereof, and responses or
11 opposition, if any, to the Motion, and good cause appearing therefor,
12         IT IS ORDERED that:
13         1.      The Motion and all relief sought therein is granted in its entirety; and
14         2.      Without limiting the generality of the foregoing:
15         A.      The receivership fees and expenses incurred for the period from the
16 inception of the receivership through March 31, 2011 ("Expense Period"),
17 including the fees of the Receiver, the Receiver's deputies, agents, staff and
18 professionals, and Receiver's and legal costs incurred during the Expense Period in
19 the total sum of $509,620.20, including the fees of the Receiver, his deputies,
20 agents and staff and the Receiver's expenses, and the Receiver's legal fees and
21 expenses, including fees and expenses incurred to the Receiver's lead counsel
22 McKenna Long & Aldridge LLP, fees and expenses of the Receiver's local counsel
23 in Nevada, Kolesar & Leatham, Chtd., and fees and expenses of the Receiver's
24 special litigation counsel, Law Offices of Hatch, James & Dodge, A Professional
25 Corporation, as more fully set forth in the First Fee Motion and pleadings and
26 papers filed in support thereof, are hereby approved and authorized to be paid by
27 the Receiver from receivership funds;
28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:17855192.1

- 3 -

1  B. The Stipulation and Settlement by the Receiver with Pivotal Payments,
2  Inc. and CD Liquidation Trust, attached as Exhibit 4 to the Declaration of Gary
3  Owen Caris in support of the First Fee Motion, is hereby approved; and
4  C. Notice of the First Fee Motion is deemed sufficient under Local Civil
5  Rule 66-5 based on the service of the notice of the filing of the First Fee Motion
6  and the First Fee Motion on all parties and service of the notice of the filing of the
7  First Fee Motion on all known non-consumer creditors of the estate.

9  Dated: September 30, 2011

_____
ROGER L. HUNT
United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA:17855192.1