# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

JEREMY JOHNSON, *et al.*,

        Defendants.

Case No.  2:10-cv-02203-RLH-GWF

**ORDER**

Motion to Change Address (#346)

      This matter comes before the Court on Defendant Jeremy Johnson's Motion to Change Address (#346), filed on October 14, 2011.  Defendant Johnson requests that the Court order all mail from the Federal Trade Commission, the Court, the receiver and all other parties relating to this matter be sent to 529 South Woods View Circle, Saint George, Utah 84770.  Defendant claims that he is not receiving all of his mail because the mail is being sent to the receiver instead of directly to him at the above-listed address.

      The Court has the above-listed address on file for Defendant Johnson, so no change of address with the Court is necessary.  As the Defendant notes, the Preliminary Injunction entered by the Court authorizes the receiver to redirect Defendant's mail.  (*See* # 130, at § VX, page 23.)  The Court will not enter an order that conflicts with the preliminary injunction currently in effect.  Therefore, to ensure that Defendant Johnson receives court documents timely, the Court will order that the Clerk of the Court and all parties to this action send all pleadings and other court-related documents to Defendant Jeremy Johnson at the above address.  The Court however will not order that *all* of Defendant Johnson's mail be sent directly to him at his address.

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant Jeremy Johnson's Motion to Change Address (#346) is **granted in part**. The Clerk of the Court and all parties to this action shall send all pleadings and court-related documents to Defendant Jeremy Johnson the following address:

JEREMY JOHNSON
529 South Woods View Circle
St. George, Utah, 84770

DATED this 19th day of October, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge