# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )<br>              )<br>         Plaintiff,    )<br>              )<br>vs.             )<br>              )<br>              )<br>JEREMY JOHNSON, et al.,    )<br>              )<br>         Defendants.   )<br>_____ ) | Case No. 2:10-cv-02203-RLH-GWF<br><br>**ORDER**<br><br>Motion to Accept Electronic Filing (#355) |

This matter comes before the Court on Defendant Johnson's Motion to Accept Electronic Filing by Jeremy Johnson (#355), filed on October 19, 2011. Defendant Johnson requests permission to file all future pleadings electronically through the Court's CM/ECF filing system. The Court will allow Defendant to file future documents electronically only after Defendant has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Johnson's Motion to Accept Electronic Filing by Jeremy Johnson (#355) is **granted**. Defendant must comply with the following procedures in order to activate his CM/ECF account:

   a.   On or before **November 11, 2011**, Defendant must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

   b.   Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

    c.    Upon timely filing of the certification, Defendant shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 20th day of October, 2011.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge