# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:10-cv-02203-RLH-GWF |
| vs. | **ORDER** |
| JEREMY JOHNSON, *et al.*, | Motion to Withdraw as Counsel of Record (#330) |
| Defendants. | |

This matter comes before the Court on Keen L. Ellsworth, Andrew D. Smith and the attorneys of Ellsworth, Bennion & Ericsson, Chtd.'s Motion to Withdraw as Counsel of Record (#330), filed on October 10, 2011. The movants request the Court allow them to withdraw as counsel for Defendants I Works, Inc., Cloud Nine, Inc., CPA Upsell, Inc., Elite Debit, Inc., Internet Economy, Inc., Markey Funding, Inc., and Success Marketing, Inc. In a letter dated September 30, 2011, Defendant Jeremy Johnson expressly terminated Keen L. Ellsworth, Andrew D. Smith and the attorneys of Ellsworth, Bennion & Ericsson, Chtd.'s representation of the above Defendants. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Keen L. Ellsworth, Andrew D. Smith and the attorneys of Ellsworth, Bennion & Ericsson, Chtd.'s Motion to Withdraw as Counsel of Record (#330) is **granted**.

**IT IS FURTHER ORDERED** that **I Works, Inc., Cloud Nine, Inc., CPA Upsell, Inc., Elite Debit, Inc., Internet Economy, Inc., Markey Funding, Inc., and Success Marketing, Inc.** must retain new counsel if they intend to continue to litigate this matter. A corporation or limited

liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the following last known address of **I Works, Inc., Cloud Nine, Inc., CPA Upsell, Inc., Elite Debit, Inc., Internet Economy, Inc., Markey Funding, Inc., and Success Marketing, Inc.** to the civil docket:

    **529 South Woods View Circle
    St. George, UT 84770**

2. serve **I Works, Inc., Cloud Nine, Inc., CPA Upsell, Inc., Elite Debit, Inc., Internet Economy, Inc., Markey Funding, Inc., and Success Marketing, Inc.** with a copy of this order at their last known addresses listed above.

DATED this 28th day of October, 2010.

**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**