# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | Case No.: 2:10-cv-02203-RLH-GWF |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | (Emergency Motion for Order Compelling |
| ) | Jeremy Johnson's Compliance with |
| JEREMY JOHNSON, individually, as officer of ) | Preliminary Injunction Order–#377) |
| Defendants I Works, Inc., Cloud Nine, Inc., ) | |
| CPA Upsell, Inc., Elite Debit, Inc., Internet ) | |
| Economy, Inc., Market Funding, Inc., and ) | |
| Success Marketing, Inc.; as a member of ) | |
| Defendant Network Agenda, LLC; and as the *de* ) | |
| *facto* principal of numerous Defendant Shell ) | |
| Companies; I WORKS, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Receiver Robb Evans of Robb Evans & Associates, LLC's

**Emergency Motion for Order Compelling Jeremy Johnson's Compliance with Preliminary**

**Injunction Order** (#377, filed Nov. 10, 2011).  The Court shall permit Jeremy Johnson to file an

opposition to this motion by Tuesday, November 22, 2011.  The Court further stays the deadline

for the Receiver to respond to the complaint in the action entitled *Jeremy Johnson v. Robb Evans*

*& Associates, LLC, a California corporation, and Statewide Auction Company, a Utah*

*corporation, Case No. 110503138*, filed in the Fifth Judicial District, Washington County, State of

Utah, until the Court resolves this motion.

Dated: November 14, 2011

_____
ROGER L. HUNT
**United States District Judge**

AO 72
(Rev. 8/82)