NATHAN K. FISHER, ESQ.
Nevada Bar No. 6642
DIXON, TRUMAN, FISHER & CLIFFORD, P.C.
221 N. Buffalo Drive, Suite A
Las Vegas, NV 89145
*Attorneys for creditor SunFirst Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

FTC,

    Plaintiff,

v.

I WORKS, INC., et al.,

    Defendants.

Case No.: 2:10-CV-02203-RLH-GWF

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF SUNFIRST BANK'S MOTION FOR DECLARATORY RELIEF AS TO SHARLA JOHNSON LOAN**

    The FDIC as Receiver for SunFirst Bank (hereinafter "SunFirst"), secured creditor of Defendant I Works, Inc. (hereinafter "I Works"), by and through counsel, Nathan K. Fisher of the law firm of Dixon, Truman, Fisher and Clifford, P.C., hereby withdraws docket entry 314, SunFirst's Motion for Declaratory Relief as to Sharla Johnson Loan (the "Motion"). There being no opposition filed to the Motion, and as agreed, the Motion is withdrawn without prejudice.

    Dated this 23rd day of November, 2011.

    DIXON TRUMAN FISHER & CLIFFORD, P.C.

    By: /s/ Nathan K. Fisher
    NATHAN K. FISHER, ESQ./NEVADA BAR NO. 6642
    221 N. Buffalo Drive, Suite A
    Las Vegas, NV 89145
    *Attorneys for creditor SUNFIRST BANK*

1  IT IS SO ORDERED.

3  _____
   UNITED STATES DISTRICT JUDGE

   DATED:  November 28, 2011