UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:10-cv-02203-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Quash–#447) |
| JEREMY JOHNSON, et al., | |
| Defendants. | |

      Before the Court is Plaintiff Federal Trade Commission's ("FTC") **Motion to Quash** (#447, filed Jan. 23, 2011).

      On January 12, 2012, Defendant Jeremy Johnson emailed Collot Guerard with a subpoena requiring her to appear at a court-ordered hearing on January 25 to testify in this matter. The Court has not scheduled a hearing in this matter for January 25, though it does have a hearing scheduled for the following day. After failing to convince Johnson to voluntarily withdraw the subpoena, the FTC filed this motion.

      The Court grants the motion for two reasons: (1) there is no hearing scheduled on January 25 and thus the subpoena is improperly noticed; and (2) at this time it would be improper to allow Johnson to illicit testimony from opposing counsel. The Court is unaware of any attempt

1

AO 72
(Rev. 8/82)

on Johnson's part to meet the high burden courts impose on parties seeking testimony from opposing counsel. *See, e.g.*, *Shelton v. Am. Motors Corp.*, 805 F.2d 1323, 1327 (8th Cir. 1986). Until a party meets this burden, the Court will not condone subpoenas against opposing counsel in this matter.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the FTC's Motion to Quash (#447) is GRANTED.

Dated: January 24, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**