# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:10-cv-02203-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Seal–#413) |
| JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda, LLC; and as the *de facto* principal of numerous Defendant Shell Companies; I WORKS, INC., a Utah Corporation, *et al.*, | |
| Defendants. | |

Before the Court is Receiver Robb Evans & Associates' **Motion for Order Authorizing Filing Under Seal of Confidential Valuation Exhibits** (#413, filed Dec. 13, 2011). The Receiver seeks to avoid public disclosure of the information contained in the valuation exhibits because misuse of such information has the potential of adversely affecting any sale of the Hollister Property.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion to Seal (#413) is GRANTED.

Dated: January 24, 2012

_____
**ROGER L. HUNT
United States District Judge**

AO 72
(Rev. 8/82)