UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding Solutions, Inc.; and Success Marketing, Inc.; as a member of Defendant Network Agenda, LLC; and as the *de facto* principal of numerous Defendant Shell Companies; I WORKS, INC., a Utah Corporation, *et al.*,<br><br>Defendants. | Case No.: 2:10-cv-002203-RLH-GWF<br><br>**O R D E R**<br><br>(Motion to File Attached Sur-Reply–#425) |

Before the Court is the Federal Trade Commission's **Motion to File Attached Sur-Reply** (#452, filed Jan. 25, 2012), in which the FTC seeks leave to file a sur-reply to Defendant Jeremy Johnson's opposition to the intervention and stay motions (##438, 439). The Court denies the motion because it was filed on the eve of the hearing in which the intervention and stay motions would be argued, and is therefore untimely, and because the attached sur-reply raises issues that are tangential to the disposition of those motions.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the FTC's Motion to File Attached Sur-Reply (#452) is DENIED.

Dated: January 26, 2012

_____
**ROGER L. HUNT
United States District Judge**