1   RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
     400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
     Telephone:    (702) 362-7800
4   Facsimile:    (702) 362-9472

5   GARY OWEN CARIS (Cal. SBN 088918)
       gcaris@mckennalong.com
6   LESLEY ANNE HAWES (Cal. SBN 117101)
       lhawes@mckennalong.com
7   MCKENNA LONG & ALDRIDGE LLP
     300 South Grand Avenue, 14th Floor
8   Los Angeles, CA  90071-3124
     Telephone:    (213) 688-1000
9   Facsimile:    (213) 243-6330

10  Attorneys for Receiver
    **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
11  **LLC**

12                 **UNITED STATES DISTRICT COURT**

13

14                      **DISTRICT OF NEVADA**

15

16  FEDERAL TRADE COMMISSION,          Case No. 2:10-CV-02203-RLH-GWF

17               Plaintiff,            **ORDER GRANTING
                                       MOTION FOR ORDER: (1) APPROVING
18  v.                                 AND CONFIRMING SALE OF REAL
                                       PROPERTY LOCATED AT 127
19  JEREMY JOHNSON, etc., et al.,      HOLLISTER AVENUE, SANTA
                                       MONICA, CALIFORNIA AND
20               Defendants.           FURNISHINGS BY PRIVATE SALE
                                       FREE AND CLEAR OF THE LIEN OF
21                                     TRIPLE SEVEN LLC, FORMERLY
                                       TRIPLE SEVEN, L.P. WITH SUCH LIEN
22                                     TO ATTACH TO THE PROCEEDS OF
                                       SALE, (2) APPROVING PUBLICATION
23                                     AND OVERBID PROCEDURES; (3) FOR
                                       RELATED RELIEF IN CONNECTION
24                                     WITH SUCH PROPOSED SALE; AND
                                       (4) GRANTING RELIEF FROM LOCAL
25                                     RULE 66-5 PERTAINING TO NOTICE
                                       TO CREDITORS**

26                                     Date:      January 26, 2012
                                       Time:      10:00 am
27                                     Place:     Courtroom 6C

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles          LA:17899899.3                    -1-

1    The Motion for Order: (1) Approving and Confirming Sale of Real Property Located at

2   127 Hollister Avenue, Santa Monica, California and Furnishings By Private Sale Free and Clear

3   of The Lien of Triple Seven LLC, Formerly Triple Seven, L.P. With Such Lien to Attach to the

4   Proceeds of Sale, (2) Approving Publication and Overbid Procedures; (3) For Related Relief in

5   Connection with Such Proposed Sale; and (4) Granting Relief from Local Rule 66-5 Pertaining to

6   Notice to Creditors (Doc. No. 411) ("Motion") filed by Robb Evans of Robb Evans & Associates

7   LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued

8   February 10, 2011, came on for hearing at the above referenced date, time and place before the

9   Honorable Roger L. Hunt, United States District Judge presiding.  Gary Owen Caris of McKenna

10   Long & Aldridge LLP appeared on behalf of the Receiver, defendant Jeremy Johnson appeared

11   *pro se*, and other appearances, if any, were made as noted in the record at the hearing.  The Court,

12   having reviewed and considered the Motion, Defendant Jeremy Johnson's Opposition to the

13   Motion (Doc. No. 425) and the Receiver's Reply to Jeremy Johnson's Opposition (Doc. No. 435),

14   and having heard and considered the arguments of counsel and the parties at the hearing on the

15   Motion, and good cause appearing therefor,

16        IT IS ORDERED that:

17        1.      The Motion and all relief requested therein is granted;

18        2.      Without limiting the generality of the foregoing:

19        A.      The Receiver is authorized to sell the real property located at 127 Hollister

20   Avenue, Santa Monica, California and legally described as Lot 14 in Block 1 of Wadsworth and

21   Hollister Tract, in the City of Santa Monica, County of Los Angeles, State of California, as per

22   map recorded in Book 2, Page(s) 9 and 10 of Maps, in the Office of the County Recorded of Said

23   County, APN 4289-023-022 ("Hollister Property") by private sale on an "as is" basis more fully

24   described in the sale contract documents to Stephen Gunther or his nominee ("Proposed Buyer"),

25   an arm's length buyer, at a purchase price of $3,200,000 pursuant to the California Residential

26   Purchase Agreement and Joint Escrow Instructions dated November 9, 2009, including the

27   Additional Terms and As-Is Purchase addendum, Counter Offer No. One dated November 15,

28   2011, Contingency Removal and related sale contract documents attached collectively as Exhibit

1 to the Declaration of Kenton Johnson in support of the Motion (collectively "Proposed Purchase Agreement"), or to such higher qualified overbidder who hereafter submits the highest qualified overbid at a subsequent overbid session to be conducted pursuant to the following terms and conditions ("Overbid Procedures") which Overbid Procedures are hereby approved:

(1)     The overbid session shall be conducted within 20 days of the date of entry of this Order.  The overbid session will be conducted at the offices of Prudential California Realty located at 3130 Wilshire Boulevard, Suite 100, Santa Monica, CA 90403;

(2)     The Receiver shall cause to be published a notice of the proposed sale of the Hollister Property to a qualified bidder at the overbid session to be conducted under paragraph 2.A.(1) above, which notice shall state the date, time and place of the overbid session, the requirement for pre-qualification by overbidders and the terms and conditions of the overbidding and sale of the property, as described below ("Overbid Notice").  The Receiver will cause the Overbid Notice to be published in the Santa Monica Daily Press two times prior to the scheduled overbid session, at least one time on a weekend preceding the overbid session date, and in the Metropolitan News at least two times prior to the scheduled overbid session, and with the first publication date to be at least 10 days prior to the scheduled overbid session date.

(3)     Any person wishing to overbid at the overbid session shall be required to pre-qualify with the Receiver no later than 10:00 a.m. the business day preceding the overbid session by delivering to the Receiver's office located at 11450 Sheldon Street, Sun Valley, California 91352: (a) notice in writing of the prospective overbidder's intent to overbid together with (b) written verification from a financial institution demonstrating to the Receiver's satisfaction, in the Receiver's sole opinion and judgment, the prospective overbidder's ability to complete and close a purchase of the Hollister Property through sufficient funds or credit facilities within 20 days of the date of the overbid session, and (c) a cashier's check in the sum of $100,000 payable to I Works Inc. Receivership QSF, which cashier's check shall become non-refundable upon acceptance of the overbidder's overbid at the conclusion of the overbid session.

(4)     Overbidders bidding at the overbid session will be deemed to have completed all inspections of the Hollister Property and will be deemed to have waived and/or

1    removed all contingencies in favor of the buyer under the Proposed Purchase Agreement,

2    including without limitation any contingency pertaining to inspection of title, and will be required

3    to complete a cash purchase of the Hollister Property and close escrow for the purchase of the

4    Hollister Property within 20 days of the date of the overbid session.  The successful overbidder is

5    required to execute a purchase agreement for the Hollister Property substantially in the form of

6    the Proposed Purchase Agreement together with a waiver of all buyer contingencies promptly

7    after conclusion of the overbid session.

8          (5)       The initial overbid shall be in the amount of $3,300,000.00 (an amount that

9    is $100,000 higher than the purchase price under the Proposed Purchase Agreement), and all

10    subsequent overbids shall be in an amount at least $50,000 higher than the preceding bid.

11          (6)       Pursuant to the Proposed Purchase Agreement and the Receiver's listing

12    agreement with his Broker, a sales commission in the fixed amount of 6% of the purchase price

13    paid for the Hollister Property by the Proposed Buyer, or if a higher overbid is received and

14    accepted at the overbid session, by the winning overbidder, shall be paid from the proceeds of

15    sale of the Hollister Property at close of escrow and shall be paid to the Broker as listing agent

16    under the Exclusive Listing Agreement, or if the buyer at the overbid session is represented by a

17    cooperating broker, shall be divided and paid equally to the Broker as the listing agent and the

18    buyer's cooperating broker, under the terms of the Exclusive Listing Agreement.

19      G.       The sale of the Hollister Property by private sale to the Proposed Buyer under the

20    Proposed Purchase Agreement, or to the person who submits the highest qualified overbid at the

21    overbid session to be conducted pursuant to the foregoing procedures, is hereby approved and

22    confirmed pursuant to this Order without further notice, hearing or order;

23      H.       The Receiver is authorized  to sell to the Proposed Buyer all right, title and interest

24    of the receivership estate in and to the furniture and furnishings located at the Hollister Property

25    ("Hollister Personal Property") "as is, where is, with all faults," and without representations or

26    warranties of any kind or nature for the cash sum of $15,000 payable at close of escrow and

27    contingent upon the Proposed Buyer being the successful purchaser of the Hollister Property at

28    the conclusion of the overbid session, or to such successful overbidder at the overbid session if

1  the overbidder elects to buy the Hollister Personal Property on the same terms and conditions set

2  forth above, and if the Proposed Buyer or the successful overbidder purchases the Hollister

3  Personal Property in connection with the purchase of the Hollister Property as provided in this

4  Order, then the sale of the Hollister Personal Property is hereby approved and confirmed without

5  further notice, hearing or order;

6       I.      The Receiver is authorized to execute all documents and instruments necessary or

7  convenient to complete, implement, effectuate and close the sale of the Hollister Property to the

8  purchaser, including but not limited to the deed conveying title to the Hollister Property, and to

9  sell the Hollister Personal Property as provided in this Order;

10      J.      In connection with the sale of the Hollister Property, the Receiver is authorized to

11 permit and/or cause to be paid from the proceeds of sale all ordinary and customary closing costs,

12 all costs and expenses required to be paid under the terms of the Proposed Purchase Agreement

13 by the seller from the proceeds of sale, all commissions provided for in the Proposed Purchase

14 Agreement and the Receiver's Exclusive Listing Agreement for the property attached as Exhibit 2

15 to the Declaration of Kenton Johnson filed in support of the Motion, all real property tax liens and

16 prorated real property taxes due up to the date of closing, and the balance due under the first deed

17 of trust in favor of Paspal LLC without default interest or late charges so long as the sale closes

18 within the Marketing Period defined in and pursuant to the terms and provisions of the Receiver's

19 Stipulation for (a) Payment of Post-Receivership Debt Service on 127 Hollister Avenue, Santa

20 Monica, California, and (b) Relief from Stay After Marketing Period ("Paspal Stipulation")

21 approved by the Court by order entered September 23, 2011;

22      K.      The Receiver is authorized to sell the Hollister Property free and clear of the

23 disputed lien of Triple Seven LLC, formerly Triple Seven L.P. ("Triple Seven"), with such lien to

24 attach to the proceeds of sale in the same amount, and with the same validity, extent and priority

25 as said lien had against the Hollister Property, and subject to further order of the Court

26 determining the amount, validity, extent and priority of such lien; and

27

28

1         L.       Notice of the Motion is hereby determined to be sufficient under Local Civil Rule

2    66-5 under the circumstances based on the service of the Motion and the Notice of Filing as

3    reflected in the certificates of service on file with the Court in connection with the Motion.

4

5    Dated: January 27, 2012

                    ROGER L. HUNT

6                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MᴄKᴇɴɴᴀ Lᴏɴɢ &
Aʟᴅʀɪᴅɢᴇ LLP
Aᴛᴛᴏʀɴᴇʏs Aᴛ Lᴀᴡ
Lᴏs Aɴɢᴇʟᴇs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On January 26, 2012, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER: (1) APPROVING AND CONFIRMING SALE OF REAL PROPERTY LOCATED AT 127 HOLLISTER AVENUE, SANTA MONICA, CALIFORNIA AND FURNISHINGS BY PRIVATE SALE FREE AND CLEAR OF THE LIEN OF TRIPLE SEVEN LLC, FORMERLY TRIPLE SEVEN, L.P. WITH SUCH LIEN TO ATTACH TO THE PROCEEDS OF SALE, (2) APPROVING PUBLICATION AND OVERBID PROCEDURES; (3) FOR RELATED RELIEF IN CONNECTION WITH SUCH PROPOSED SALE; AND (4) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on January 26, 2012 at Los Angeles, California.

_____
/s/ Joy Ryan
Joy Ryan

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on January 26, 2012:

| | |
|---|---|
| Alan D Boyack | alandboyack@yahoo.com |
| Edward D. Boyack | sherri@edblaw.net |
| Joseph R. Brooke | jbrooke@ftc.gov |
| Gary Owen Caris | gcaris@mckennalong.com; pcoates@mckennalong.com |
| Teresa Chen | tchen@ftc.gov |
| Brett D. Ekins | bekins@joneswaldo.com; lcheney@joneswaldo.com |
| Nathan K. Fisher | taylorn@dixontruman.com |
| Jared Green | jared.green@mccormickbarstow.com, tammy.deja@mccormickbarstow.com |
| Collot Guerard | cguerard@ftc.gov; **Error! Hyperlink reference not valid.**; dsaklsburg@ftc.gov; rtyndall@ftc.gov; cguerard@comcast.net |
| Lesley Anne Hawes | lhawes@mckennalong.com; pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Mark A. Hutchison | mhutchison@hutchlegal.com; mcarnate@hutchlegal.com |
| Jeremy D. Johnson | royalorangecat@gmail.com |
| Janice Kopec | jkopec@ftc.gov |
| Michael C. O'Brien | mobrien@vancott.com |
| Todd W. Prall | tprall@hutchlegal.com; markerlawmediation@gmail.com; cklukas@hutchlegal.com; bpereira@hutchlegal.com |
| Jacob A. Reynolds | jreynolds@hutchlegal.com; bpereira@hutchlegal.com |
| Michael R. Shaw | mshaw@joneswaldo.com; smoen@joneswaldo.com |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17899899.3

| | |
|---|---|
| Reza Sina | reza@sinalawgroup.com; brothbard@roadrunner.com |
| Michael P. Studebaker | mike@studebakerlaw.com |
| Michael F. Thomson | mftnotice@djplaw.com; mmontoya@djplaw.com |
| Dotan Weinman | dweinman@ftc.gov |
| Loren E. Weiss | lweiss@rqn.com; rfrodente@rqn.com; docket@rqn.com |
| Blaine T. Welsh | blaine.welsh@usdoj.gov; sue.knight@usdoj.gov; eunice.jones@usdoj.gov; doriayn.olivarra@usdoj.gov; mary.booker@usdoj.gov |

The following non-CM/ECF participant was served by first-class mail, postage prepaid on January 26, 2012:

| | |
|---|---|
| Sharla Johnson<br>529 Woods View Circle<br>St. George, UT 84770 | Jeremy Johnson<br>529 Woods View Circle<br>St. George, UT 84770 |
| Ryan Riddle<br>446 East 1410 South<br>Washington, UT 84780 | Andy Johnson<br>3641 Vista View Circle<br>Santa Clara, UT 84765 |
| Loyd Johnston<br>2988 Kings Court Lane<br>Washington, UT 84780 | Scott Muir<br>618 Draper Heights Way<br>Draper, UT 84020 |
| Kevin Pilon<br>1975 East 1060 North<br>St. George, UT 84770 | Bryce Payne<br>2399 East Bella Rosa Circle<br>St. George, UT 84780 |
| CPA Upsell, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 | Cloud Nine Marketing, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 |
| Elite Debit, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 | I Works, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 |
| Internet Economy, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 | Market Funding Solutions, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 |
| Success Marketing, Inc.<br>529 South Woods View Circle<br>St. George, UT 84770 | Kerry Johnson<br>2489 Riverfront Drive<br>Santa Clara, UT 84765 |

1

2  James C. Gilson, Esq.                          Roger A. Browning, Esq.
   Callister Nebeker & McCollough APC            Glassman, Browning, Saltsman & Jacobs, Inc.
   10 East South Temple, Suite 900               360 North Bedford Drive, Suite 204
3  Salt Lake City, UT 84133                      Beverly Hills, CA 90210

4  Richard Ormond, Esq.                          Zachary Wiseman, Esq.
   Buchalter Nemer                               Ray Quinney & Nebeker
5  1000 Wilshire Boulevard, Suite 1500           36 South State Street, Suite 1400
   Los Angeles, CA 90017-2457                    Salt Lake City, UT 84111
6
   Jason Vowell                                  David Willcox, Revenue Officer
7  573 South WoodsView Circle                    Nevada Department of Taxation
   St. George, UT 84770                          Attn: Bankruptcy Section
8                                                555 E Washington Ave #1300
                                                 Las Vegas, NV 89101
9
   California Franchise Tax Board                Idaho State Tax Commission
10 Special Procedures – BE Bankruptcy            P.O. Box 36
   MSA-345                                       Boise, ID 83722-0410
11 P.O. Box 2952
   Sacramento, CA 95812-2952
12
   Internal Revenue Service                      Massachusetts Department of Revenue
13 Ogden, UT 84201-0039                          P.O. Box 7000
                                                 Boston, MA 2204
14
   Montana Department of Revenue                 Nevada Department of Taxation
15 P.O. Box 8021                                 1550 College Parkway
   Helena, MT 59604                              Carson City, NV 89706
16
   Oklahoma Tax Commission                       Sevier County Treasurer
17 2501 North Lincoln Boulevard                  250 North main Street
   Oklahoma City, OK 73194                       Richfield, UT 84701
18
   State of Arizona – Department of Revenue      State of Arkansas – Corporate Income Tax
19 P.O. Box 29009                                Section
   Phoenix, AZ 85038                             P.O. Box 919
20                                               Little Rock, AR 72203

21 Utah State Tax Commission                     Utah State Tax Commission
   87 North 200 East, Suite 201                  100 South 5300 West
22 St. George, UT 84770                          Hurricane, UT 84737

23 Utah State Tax Commission                     Washington County Assessor
   210 North 1950 West                           87 North 200 East, Suite 201
24 Salt Lake City, UT 84134                      St. George, UT 84770

25 Internal Revenue Service                      Los Angeles County Tax Collector
   Attn: J. Daugherty MS/5028LVG                 225 North Hill Street, Room 122
26 110 North City Parkway                        Los Angeles, CA 90012
   Las Vegas, NV 89106
27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17899899.3

- 4 -

1

2    Arkansas Secretary of State              California Secretary of State
     State Capitol                            1500 11th Street, 3rd Floor
3    Room 256                                 Sacramento, CA 95814
     Little Rock, AR 72201

4    State of California Board of Equalization   State of California Employment Development
     450 N Street, MIC 55                     Department
5    Sacramento, CA 95814                     Attn:  John Arnold
                                              7677 Oakport Street, Suite 4
6                                             Oakland, CA 94621

7    State of Delaware Division of Corporation   Utah Department of Workforce Services
     P.O. Box 898                             P.O. Box 45249
8    Dover, DE 19903                          Salt Lake City, UT 84145-0249

9    City of St. George Utilities             Employment Development Department
     P.O. Box 1750                            P.O. Box 82614
10   St. George, UT 84771-1750                MIC 3A
                                              Sacramento, CA 94280-0001
11
     New York State Department of Labor       New York State Division of Corporations
12   Building 12                              99 Washington Avenue, 6th Floor
     W.A. Harriman Campus                     Albany, NY 12231
13   Albany, NY 12240

14
     The following non-CM/ECF participants was served by electronic mail on January 26, 2012:
15

16   Jeremy Johnson – documentcollection02203@gmail.com

17   Sharla Johnson – jsajohnson@mac.com

     Kevin Pilon – krpilon.legal@gmail.com
18

19

20

21

22

23

24

25

26

27

28