UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 2:10-cv-02203-RLH-GWF |
| vs. ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, ) | Motion to Withdraw as Attorney of Record (#473) |
| Defendants. ) | |

This matter comes before the Court on Hutchison & Steffen's Motion to Withdraw as Attorney of Record (#473), filed on February 3, 2012. The Court previously granted Hutchison & Steffen's withdrawal as counsel of record for several of the Defendants in this matter. (*See* #274.) Hutchison & Steffen however inadvertently failed to request permission to withdraw as counsel for Lifestyles for Fitness, Inc. and Fitness for Life, Inc. Hutchison & Steffen now request the Court allow them to withdraw as counsel for the above-referenced Defendants. The Court finds the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Hutchison & Steffen's Motion to Withdraw as Attorney of Record (#473) is **granted**.

**IT IS FURTHER ORDERED** that Defendants **Lifestyles for Fitness, Inc. and Fitness for Life, Inc.** shall have until **March 6, 2012** to retain new counsel if they intend to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the following last known address of **Lifestyles for Fitness, Inc**. and **Fitness for Life, Inc.** to the civil docket:

    **205 East Tabernacle Street, Suite 2**
    **St. George, UT 84770**

2. serve **Lifestyles for Fitness, Inc**. and **Fitness for Life, Inc.** with a copy of this order at their last known addresses listed above.

DATED this 6th day of February, 2012.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**