1
2
3
4
5

John Christian Barlow (UT 12438)
444 East Tabernacle Street
Building B Suite 201
St. George UT 84770
436-634-1200
jcb@johnchristianbarlow.com

Adraina Pereyra (NV 12263)
8550 W. Desert Inn Road #102-124,
Las Vegas, NV 89117
702-321-0614
adriana.pereyra@lawyer.com

Counsel for *I Works, Inc., Cloud Nine Marketing, Inc., CPA Upsell, Inc., Elite Debit, Inc., Internet Economy, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., Big Bucks Pro, Inc., Blue Net Progress, Inc., Blue Streak Processing, Inc., Bolt Marketing, Inc., Bottom Dollar, Inc., Bumble Marketing, Inc., Business First, Inc., Business Loan Success, Inc., Cold Bay Media, Inc., Costnet Discounts, Inc., CS Processing, Inc., Cutting Edge Processing Inc., Diamond J. Media, Inc., EBusiness First, Inc., EBusiness Success, Inc., eCom Success, Inc., Excess Net Success, Inc., Fiscal Fidelity Inc., Fitness Processing, Inc., Funding Search Success Inc., Funding Success, Inc., GG Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Hooper Processing, Inc., Internet Business Source, Inc., Internet Fitness, Inc., IRB Media, Inc., Mist Marketing, Inc., Money Harvest, Inc., Monroe Processing, Inc., Net Business Success, Inc., Net Commerce, Inc., Net Discounts, Inc., Net Fit Trends, Inc., Optimum Assistance, Inc., Power Processing, Inc., Premier Performance, Inc., Pro Internet Services, Inc., Razor Processing, Inc., Rebate Deals, Inc., Revive Marketing, Inc, Simcor Marketing, Inc., Net Success, Inc., TranFirst, Inc., Tran Voyage, Inc., Unlimited Processing, Inc., Xcel Processing, Inc., and Summit Processing, Inc.*
Collectively ("Corporate Defendants")

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff<br><br>v.<br><br>JEREMY JOHNSON     Etc., Et Al.,<br><br>Defendants | **MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RECEIVER'S OMNIBUS MOTION**<br>**DOCUMENT NO. 469**<br><br>Case No.: **2:10-CV-02203-RLH-GWF** |

Upon consideration of the Defendant's Motion for Extension of Time, it is hereby ORDERED that the Motion is GRANTED. The Defendants shall file their Replies as detailed below:

1. Defendant's Reply to Receiver's Omnibus Motion filed February 3, 2012 shall be filed on or before March 19, 2012.

Dated: February 16, 2012

ROGER L. HUNT
United States District Judge