1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                                DISTRICT OF NEVADA

7

8   FEDERAL TRADE COMMISSION,              )
                                           )
9                      Plaintiff,          )    Case No.  2:10-cv-02203-RLH-GWF
                                           )
10  vs.                                    )    **ORDER**
                                           )
11  JEREMY JOHNSON, *et al.*,              )    Motion to Compel (#494)
                                           )
12                     Defendants.         )
    ───────────────────────────────────────)

13

14          This matter comes before the Court on Defendant Jeremy Johnson's Motion to Compel

15  Receiver to Produce Supporting Documents, and Documents Evidencing Allegation Contained in

16  January 2012 Report (#494), filed on March 12, 2012, and Receiver's Limited Opposition to

17  Motion to Compel (#507), filed on March 29, 2012.  The Court conducted a hearing on this matter

18  on April 16, 2012.  The Court will grant Defendant's motion subject to the following conditions

19  and limitations.

20          **IT IS HEREBY ORDERED** that Defendant Jeremy Johnson's Motion to Compel

21  Receiver to Produce Supporting Documents, and Documents Evidencing Allegation Contained in

22  January 2012 Report (#494) is **granted** as follows:

23          1.      The Receiver shall produce copies of all relevant documents reviewed and used by

24                  the Receiver in drafting the Report of Receiver's Financial Reconstruction dated

25                  January 31, 2012 ("Report"), to Defendant Johnson.

26          2.      The Receiver shall produce all relevant documents that were reviewed by him in

27                  preparing the Report, including documents that support and discount the findings of

28                  the Report.  The documents produced by the Receiver pursuant to the order shall

not include (1) internal notes, working papers, and drafts of document(s) leading up to the preparation of the Report; (2) documents and records obtained by the Receiver from third parties prior to the preparation of the Report which were not reviewed by the Receiver in preparing the Report; and (3) documents and records obtained by the Receiver subsequent to the preparation of the Report;

3.   In order to determine the amount Defendant Jeremy Johnson shall be required to pay for the documents, Defendant Jeremy Johnson shall complete the attached Financial Affidavit and file it under seal with the Court no later than **May 11, 2012.**  Upon review of the Financial Affidavit, the Court will make a determination as to Defendant Johnson's ability to pay for the documents and order an appropriate amount of payment to the Receiver for the documents; and

4.   All of the documents produced by the Receiver to the parties pursuant to this order shall be subject to the terms of the Protective Order as to Sensitive Personally Identifiable Information ("Protective Order") (#407) filed on December 2, 2011. The documents shall be deemed to contain Personal Identifiable Information under Section F of the Protective Order.  All copies of the documents shall also be treated by the parties as documents containing Personally Identifiable Information pursuant to the Protective Order.

DATED this 25th day of April, 2012.


_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

2

1
2
3
4              **UNITED STATES DISTRICT COURT**
5                    **DISTRICT OF NEVADA**
6
7  FEDERAL TRADE COMMISSION,              )
8                    Plaintiff,           )         Case No.  2:10-cv-02203-RLH-GWF
                                          )
9  vs.                                    )         **FINANCIAL AFFIDAVIT**
                                          )
10 JEREMY JOHNSON, *et al.*,              )
                                          )
11                   Defendants.          )
                                          )
12 _____)
13 **INCOME AND ASSETS**:

14      I.    **Employment Income**: List all employment you or your spouse held within the last
              12 months, including the name of employer, address of employer, and income
15            received per month.
16
17
18
19
20
21      II.   **Other Income**: List all other income that you have received in the last 12 months
              from a  business, profession or other form of self employment, or in the form of rent
22            payments, interest, dividends, retirement, gifts or other sources received by you or
              your spouse. (identify the source and amount of the other income)
23
24
25
26
27
28

                                        1

1

2      III.     **Cash**: List the balances of all checking and savings accounts that either your or your

3                spouse own or have access to.

4

5

6

7

8

9

10     IV.     **Property**: List all real estate, stocks, bonds, notes, automobiles, or other valuable

11              property that you or your spouse currently have access to or control of, including any
item of value held in someone else's name.  (describe the property and its

12              approximate value)

13

14

15

16

17

18

19

20

21

22

23

24     V.      **Other Assets**: List any other assets not included above.

25

26

27

28

2

**DEBTS & OBLIGATIONS**:

VI.    **Dependents**: List the names of all persons who are dependent on you for support, the relationship with each individual and the amount of monthly support.

VII.    **Expenses**: List any housing, transportation, utilities, loan payments or other regular monthly expenses. (describe and provide the amount of monthly expenses)

VIII.    **Other Obligations**: List any other debts or financial obligations not included above.

I declare under penalty of perjury that I have completed this Financial Affidavit truthfully and completely.

DATED this _____ day of _____, 2012.

_____
JEREMY JOHNSON

3