UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FEDERAL TRADE COMMISSION, | ) Case No.: 2:10-cv-02203-RLH-GWF |
|---|---|
| Plaintiff, | ) **O R D E R** |
| vs. | ) (Second Motion for Attorney's Fees–#517) |
| JEREMY JOHNSON, *et al.*, | ) |
| Defendants. | ) |

      Before the Court is the Receiver's **Second Motion for Attorney's Fees** (#517, filed Apr. 4, 2012). The Court has also considered Jeremy Johnson's Opposition (#552, filed May 5), and the Receiver's Reply (#562, filed May 10).

      The Court, having reviewed the Receiver's motion and the opposition thereto, and for good cause appearing, hereby approves and authorizes payment of receivership fees and expenses incurred for the ten-month period from April 1,2011 through January 31,2012 ("Expense Period"), including payment of the fees of the Receiver, the Receiver's deputies, agents, staff and professionals, and reimbursement of costs incurred during the Expense Period in the total sum of $1,849,126.39. The fees of the Receiver, his deputies, agents and staff total $809,012.85 and the Receiver's expenses total $42,656.29 during the Expense Period. The Receiver's legal fees and

expenses total $997,457.25 during the Expense Period, including fees and expenses incurred to the Receiver's lead counsel McKenna Long & Aldridge LLP in the sum of $994,350.90, fees and expenses of the Receiver's local counsel in Nevada, Kolesar & Leatham, Chtd., in the sum of $914.35, and fees and expenses of the Receiver's special litigation counsel in Utah, Law Offices of Hatch, James & Dodge, A Professional Corporation, in the sum of $2,192.00.

The Court furthers finds notice of this Motion to be sufficient under Local Civil Rule 66-5 based on the service of the notice of the filing of this Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate concurrent with the filing of this Motion with the Court, but not the tens of thousands of potential consumer creditors of the estate.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Second Motion for Attorney's Fees (#517) is GRANTED.

Dated: May 16, 2012

_____
**ROGER L. HUNT**
**United States District Judge**