# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No.  2:10-cv-02203-RLH-GWF |
| vs. | ) **ORDER** |
| JEREMY JOHNSON, *et al.*, | ) |
| Defendants. | ) |

This matter comes before the Court on Defendant Jeremy Johnson's Sealed Financial Affidavit (#566), filed on May 14, 2012.  On March 12, 2012, Defendant Johnson filed a Motion to Compel (#494), requesting the Court compel the Receiver to produce the documents used in drafting its January 2012 Report.  The Receiver filed a Limited Opposition (#507), stating that it had no objection to providing the documents, but requesting that Defendant Johnson pay for all or a portion of the cost of production, which was estimated at $7,000.  On April 25, 2012, the Court granted Defendant Johnson's Motion to Compel (*see* #543) and ordered Defendant Johnson to submit a financial affidavit for the Court to review in determining Defendant Johnson's ability to pay for the cost of production.

Without a detailed analysis of Johnson's financial status, the Court finds that Defendant Johnson is in a position to pay for half the estimated cost of production or $3,500.  This amount is approximately one tenth of Defendant Johnson's household income over the past 12 months.  The Court finds $3,500 is a reasonable amount to require Defendant Johnson to pay for copies of over 150,000 pages of documents.  Pursuant to Fed. R. Civ. P. 34, the Receiver has a duty to make the documents available for inspection.  If Defendant Johnson wishes to inspect the documents used in

preparation of the report and request copies of only certain documents, the total cost to Defendant Johnson will be reduced in accordance with the number of documents requested.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jeremy Johnson shall pay the Receiver the sum total of **$3,500.00** for copies of the documents used in drafting the January 12, 2012 Report in accordance with the Court's Order (#543).  If Defendant Johnson elects to obtain copies of only certain documents, Defendant Johnson shall pay half the total cost of production for those documents.

DATED this 22nd day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge