UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>JEREMY JOHNSON, *et al.*<br><br>                Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>ORDER |

Before this Court is Defendants Jeremy Johnson, Bryce Payne, Andy Johnson, Scott Muir, Lord Johnston, Kevin Pilon, Ryan Riddle, Duane Fielding, John Christian Barlow, and Adriana Pereyra's (hereinafter "Defendants") Joint Motion to Extend Time to File Opposition to Receiver's Motion for Order Clarifying Preliminary Injunction Order (dkt. no. #588) filed on June 11, 2012. The Receiver filed his Limited Opposition (dkt. no. #590) on June 12, 2012.

The Court is persuaded that 30 days is adequate time for the above named Defendants to file their oppositions in lieu of the need to adjudicate the Receiver's motion in a swift manner to avoid any prejudice to the receivership estate.

///
///
///
///

Accordingly, IT IS HEREBY ORDERED that the Defendants' Joint Motion is GRANTED as amended by this Order. The Defendants shall have up to and including July 16, 2012, to file their Oppositions.

DATED THIS 12th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE