**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION )   Case #2:1-cv-02203-RLH-GWF
                        )
         Plaintiff(s),  )   **VERIFIED PETITION FOR**
                        )   **PERMISSION TO PRACTICE**
    vs.                 )   **IN THIS CASE ONLY BY**
                        )   **ATTORNEY NOT ADMITTED**
JEREMY JOHNSON, et, al.,)   **TO THE BAR OF THIS COURT**
                        )   **AND DESIGNATION OF**
                        )   **LOCAL COUNSEL**
         Defendant(s).  )
                        )   FILING FEE IS $200.00

_____Theadore James Besen_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Besen and Gross, PLLC_____
                              (firm name)

with offices at _____244 Princess St. Ste, 12_____,
                                    (street address)

___Wilmington___, ___North Carolina___, ___28401___,
      (city)              (state)         (zip code)

___910-343-9862___, ___tjblaw64@gmail.com___.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___Jason Vowell (see attachment "A")___ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

|   |   |   |
|---|---|---|
| 1 | 3. That since ____Theadore Besen____, Petitioner has been and presently is a |
| 2 | (date) |
|   | member in good standing of the bar of the highest Court of the State of ____North Carolina____ |
|   | (state) |

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eastern District of North Carolina | 10/25/2006 | 32213 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N\A

7. That Petitioner is a member of good standing in the following Bar Associations:

N\A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF _____Utah_____ )
)
COUNTY OF ___Washington___ )

_____Theadore James Besen_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_13_ day of _July_, _2012_.

_____
Notary Public or Clerk of Court

NOTARY PUBLIC
VIKKI HOUGHTON
611331
COMMISSION EXPIRES
JUNE 29 2015
STATE OF UTAH

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Tara-Lynn Adams___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2152 Starline Meadow Place_____,
(street address)

___Las Vegas___, ___Nevada___, ___89139___,
(city) (state) (zip code)

___702-290-2129___, ___taralynnadams@gmail.com___.
(area code + telephone number) (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Tara-Lynn Adams_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____See Attachment B_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

12173        taralynnadams@gmail.com
Bar number   Email address

APPROVED:

Dated: this 24th day of July, 20 12

_____[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

Theadore James Besen
244 Princess St. Ste 12
Wilmington, NC 28401
Phone: (910) 343-9862
Email: tjblaw64@gmail.com

Tara-Lynn Adams (Nevada bar # 12173)
Attorney at Law
2125 Starline Meadow Place
Las Vegas, NV 89139
(702) 290-2129

*Attorneys for Nonparties*
Jason Vowell
CECJ Enterprises, LLC
Globia Media 7, LLC
Jason T. Vowell Sole Prop. Gigs
Kingston Enterprises, LLC
Lift Off Financial, LLC
Moneymaker Strategies, LLC
Phoenix Rising, LLC
Robin V Foundation, Inc.
ScamVictim Help.com, LLC
Spyglass Enterprises, LLC
Spyglass Holdings, LLC
Valentino Holdings, LLC
Valentino Properties, LLC
Vanquish Enterprises, LLC
Vowell, Jason, Assets of
Wealth Matters, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>Defendant.<br><br>IWORKS, et al | **ATTACHMENT "A"**<br><br>Case No. 2:10-cv-02203-MMD-GWF |

1
2         Petitioner has been retained personally to provide legal representation in connection with
3   FTC v. IWORKS, et al., Case No. 2:10-cv-02203-MMD-GWF. The following corporations are
4   included in the Verified Petition For Permission to Practice In This Case Only By Attorney Not
5   Admitted To The Bar Of This Court And Designation Of Local Counsel;

6
CECJ Enterprises, LLC
7   Global Medla7, LLC
Jason T. Vowell
8   Sole Prop. Gigs
Kingston Enterprises
9   LLC, Lift Off Financial, LLC
10  Money maker Strategies, LLC
Phoenix Rising, LLC
11  Robin V Foundation, Inc.
Scam victim Help.coms, LLC
12  Spyglass Enterprises, LLC
13  Spyglass Holdings, LLC
Valentino Holdings, LLC
14  Valentino Properties, LLC
Vanquish Enterprises, LLC
15  Vowell, Jason, Assets of
16  Wealth Matters, LLC

17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | Theadore James Besen<br>244 Princess St. Ste 12<br>Wilmington, NC 28401 |
| 2 | Phone: (910) 343-9862<br>Email: tjblaw64@gmail.com |
| 3 | |
| 4 | Tara-Lynn Adams (Nevada bar # 12173)<br>Attorney at Law |
| 5 | 2125 Starline Meadow Place<br>Las Vegas, NV 89139 |
| 6 | (702) 290-2129 |
| 7 | *Attorneys for Nonparties* |
| 8 | Jason Vowell<br>CECJ Enterprises, LLC |
| 9 | Globia Media 7, LLC |
| 10 | Jason T. Vowell Sole Prop. Gigs<br>Kingston Enterprises, LLC |
| 11 | Lift Off Financial, LLC<br>Moneymaker Strategies, LLC |
| 12 | Phoenix Rising, LLC |
| 13 | Robin V Foundation, Inc.<br>ScamVictim Help.com, LLC |
| 14 | Spyglass Enterprises, LLC<br>Spyglass Holdings, LLC |
| 15 | Valentino Holdings, LLC |
| 16 | Valentino Properties, LLC<br>Vanquish Enterprises, LLC |
| 17 | Vowell, Jason, Assets of<br>Wealth Matters, LLC |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>Defendant.<br><br>IWORKS, et al | **ATTACHMENT "B"**<br><br>Case No. 2:10-cv-02203-MMD-GWF |

3

The undersigned parties appoint Tara-Lynn Adams as their Designated Resident Nevada Counsel in this case.

**Jason Vowell**

_____
Jason Vowell

**CECJ Enterprises, LLC**

_____
Jason Vowell, Owner

**Global Media 7, LLC**

_____
Jason Vowell, Owner

**Jason T. Vowell Sole Prop. Gigs**

_____
Jason Vowell, Owner

**Kingston Enterprises, LLC**

_____
Jason Vowell, Owner

**Lift Off Financial, LLC**

_____
Jason Vowell, Owner

**Moneymaker Strategies, LLC**

_____
Jason Vowell, Owner

**Phoenix Rising, LLC**

_____
Jason Vowell, Owner

```
 1   Robin M Foundation, Inc.
 2   _____
     Jason Vowell, Owner
 3
     ScamVictim Help.com, LLC
 4   _____
 5   Jason Vowell, Owner
 6
     Spyglass Enterprises, LLC
 7   _____
 8   Jason Vowell, Owner
 9
     Spyglass Holdings, LLC
10   _____
11   Jason Vowell, Owner
12
     Valentino Holdings, LLC
13   _____
14   Jason Vowell, Owner
15
     Valentino Properties, LLC
16   _____
17   Jason Vowell, Owner
18
     Vanquish Enterprises, LLC
19   _____
20   Jason Vowell, Owner
21
     Vowell, Jason, Assets of
22   _____
23   Jason Vowell, Owner
24
     Wealth Matters, LLC
25   _____
26   Jason Vowell, Owner
27
28
```

5



# NORTH CAROLINA
# STATE BAR

Office of the Secretary

L. Thomas Lunsford II.
208 Fayetteville Street
Post Office Box 25908
Raleigh, North Carolina 27611
www.ncstatebar.gov

July 13, 2012

Mr. Theadore James Besen
Attorney at Law
Ted J. Besen & Associates, PC
244 Princess St
Ste 20
Wilmington, NC 28401

To Whom It May Concern:

This letter is a certification that Theadore James Besen (BAR ID: 32213) was licensed to practice law by the State of North Carolina on 3/20/2004. Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina. Said lawyer is not subject to a pending order of administrative or disciplinary suspension. Said lawyer's financial account with the State Bar is current. Therefore, said lawyer is in good standing with the North Carolina State Bar. This letter is issued without regard to prior discipline, or any unresolved disciplinary charges or grievances.

Sincerely,

Kelly Beck,
Compliance Coordinator
PO Box 26088
Raleigh, NC 27611
Email: kbeck@ncbar.gov
Phone: 919-828-4620 ext. 246
Fax: 919-719-9317