UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) Plaintiff, ) | Case No.  2:10-cv-02203-MMD-GWF |
| ) vs. ) | **ORDER** |
| ) JEREMY JOHNSON, *et al.*, ) ) | Motion to Withdraw as Local Counsel (#692) |
| ) Defendants. ) | |

This matter comes before the Court on Adriana Pereyra's Motion to Withdraw as Designated Resident Nevada Counsel of Record (#692), filed on August 24, 2012. Ms. Pereyra requests the Court allow her to withdraw as local counsel for the Defendant Corporations in this matter. To date, no party has filed an opposition to this motion and the time for opposition has now expired. The Court further finds the movant substantially establishes good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Adriana Pereyra's Motion to Withdraw as Designated Resident Nevada Counsel of Record (#692) is **granted**. The Defendant Corporations shall have until **October 10, 2012** to retain local counsel to represent them.

DATED this 12th day of September 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge