# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-02203-MMD-GWF |
| vs. | ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, | ) | Motion to Withdraw (#723) |
| Defendants. | ) | |

This matter comes before the Court on Theadore James Besen, Esq.'s Motion to Withdraw as Counsel for Jason Vowell and the Jason Vowell Corporations (#723), filed on October 2, 2012. Time to file a timely opposition expired on October 22, 2012. Under Local Rule 47-9, failure to file an opposition to any motion shall constitute a consent to the granting of the motion. To date, no opposition to Motion (#723) has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Theadore James Besen, Esq's Motion to Withdraw as Counsel Without Substitution is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall direct notice of further proceedings to Jason Vowell, 491 North Bluff Street, St. George, Utah 84770.

DATED this 24th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge