**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
|     Plaintiff, ) | Case No.  2:10-cv-02203-MMD-GWF |
| vs. ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, ) | |
|     Defendants. ) | |

This matter is before the Court on FTC's Notice Regarding Order to Show Cause Concerning Fitness for Life, Inc. (#749) filed November 5, 2012, indicating defendant Fitness for Life, Inc. was inadvertently added to the docket and should be removed.  Upon review and consideration,

**IT IS ORDERED** that the Clerk of Court remove Fitness for Life, Inc. as a party in this case.

DATED this 6th day of November, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge