Michael D. Stanger, Esq.
Nevada Bar No. 8272
**CALLISTER NEBEKER & McCULLOUGH**
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300
mstanger@cnmlaw.com

John P. Aldrich, Esq.
Nevada State Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
Telephone: (702) 853-5490
jaldrich@johnaldrichlawfirm.com

*Attorneys for Non-Party*
*New Horizons Finance, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JOHNSON, etc., et al.<br><br>Defendants. | Case No.: 2:10-CV-02203-MMD-GWF<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

    Defendant New Horizon Finance, Inc., by and through its Nevada local counsel, Aldrich Law Firm, Ltd., hereby responds to the Court's Order to Show Cause, issued on October 25, 2012. Sanctions should not be imposed due to the fact that in its initial responsive pleading filed on July 16, 2012 (Doc #627), Defendant New Horizon Finance, Inc., identified both local Nevada counsel and lead counsel out of Utah. For reasons unknown to the undersigned, local counsel was not included on the electronic service list.

///
///
///
///

To resolve any potential misunderstanding, Defendant New Horizon Finance, Inc., is filing simultaneously herewith a Notice of Appearance. Defendant New Horizon Finance, Inc., prays this Court not to impose any sanction, as there was an apparent misunderstanding.

Dated this 8th day of November, 2012.

                          Respectfully submitted,

                          **ALDRICH LAW FIRM, LTD.**

                          John P. Aldrich, Esq.
                          1601 S. Rainbow Blvd. Suite 160
                          Las Vegas, Nevada 89146
                          Telephone: (702) 853-5490
                          Facsimile: (702) 227-1975

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of November, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

                          /s/ John P. Aldrich
                          John P. Aldrich, Esq.
                          ALDRICH LAW FIRM, LTD.
                          1601 S. Rainbow Blvd., Suite 160
                          Las Vegas, Nevada 89146
                          Telephone: (702) 853-5490
                          Facsimile: (702) 227-1975