1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
|---|---|
| Plaintiff, | **ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION TO SEAL EXHIBIT 1 TO RECEIVER'S OPPOSITION TO MOTION TO LIFT STAY IMPOSED IN SEPTEMBER 28TH ORDER [DOC. NO. 743]** |
| v. | |
| JEREMY JOHNSON, etc., et al., | |
| Defendants. | |

Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, having applied *ex parte* for an order sealing Exhibit 1 to Receiver's Opposition to Motion to Lift Stay Imposed in September 28th Order [Doc. No. 743] filed by the Receiver on November 15, 2012 as Doc No. 758-1, and good cause appearing therefor,

- 1 -

1   IT IS HEREBY ORDERED that Exhibit 1 to the Receiver's Opposition to Motion to Lift
2   Stay Imposed in September 28th Order [Doc. No. 743] filed by the Receiver on November 15,
3   2012 as Doc No. 758-1 be sealed by the Court and that Exhibit A attached to this Order be
4   substituted in its place.

IT IS SO ORDERED:

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2012