```
 1   RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
 2   KOLESAR & LEATHAM, CHTD.
     400 South Rampart Boulevard, Suite 400
 3   Las Vegas, NV 89145
     Telephone:    (702) 362-7800
 4   Direct:       (702) 889-7752
     Facsimile:    (702) 362-9472
 5
     GARY OWEN CARIS (Cal. SBN 088918)
 6    gcaris@mckennalong.com
     LESLEY ANNE HAWES (Cal. SBN 117101)
 7    lhawes@mckennalong.com
     MCKENNA LONG & ALDRIDGE LLP
 8   300 South Grand Avenue, 14th Floor
     Los Angeles, CA  90071-3124
 9   Telephone:    (213) 688-1000
     Facsimile:    (213) 243-6330
10
     Attorneys for Receiver
11   ROBB EVANS OF ROBB EVANS & ASSOCIATES
     LLC
12
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>　　　　　Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[PROPOSED]** ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM FEBRUARY 1, 2012 THROUGH MAY 31, 2012; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS |

The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses from February 1, 2012 Through May 31, 2012; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors (Doc. No. 688) ("Fee Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly

before the Court for determination. The Court, having reviewed and considered the Fee Motion and all pleadings and papers filed in support thereof, and the Response to the Fee Motion filed by Plaintiff Federal Trade Commission (Doc. No. 715) ("FTC Response"), and no other responses to the Fee Motion having been filed, and good cause appearing therefor,

IT IS ORDERED that:

1. The Fee Motion is granted subject to the terms and provisions of this Order;

2. The fees of the Receiver, his deputies, agents and staff in the sum of $263,821.46 and Receiver's expenses in the sum of $14,167.57 incurred for the four-month period from February 1, 2012 through May 31, 2012 ("Expense Period") are hereby approved and authorized to be paid from assets of the receivership estate;

3. The Receiver's legal fees and costs incurred during the Expense Period for the services of the following professionals are approved in the following amounts and authorized to be paid from assets of the receivership estate:

   A. As to the Receiver's lead counsel McKenna Long & Aldridge LLP, fees in the sum of $375,232.75 representing the fees requested for the McKenna Firm in the Fee Motion less $2,000.00 pursuant to the FTC Response, and costs in the sum of $38,484.16, for total fees and costs to the McKenna Firm of $413,716.91;

   B. Fees and expenses of the Receiver's local counsel in Nevada, Kolesar & Leatham, Chtd., in the sum of $891.90; and

   C. Fees and expenses of the Receiver's special litigation counsel in Utah, Law Offices of Hatch, James & Dodge, A Professional Corporation, in the sum of $2,905.96; and

4. Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated: November 26, 2012

_____
MIRIAM M. DU
United States District Court Judge

McKenna Long &
Aldridge LLP
Los Angeles

- 2 -

LA:17995351.1