RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[~~PROPOSED~~] ORDER GRANTING RECEIVER'S EMERGENCY MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH JOHN HAFEN, LILHAF HOLDINGS, LLC, LILHAF PROPERTIES LLC AND TIBURON HOLDINGS, LLC AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE |

The matter of the Receiver's Motion for Order Approving Settlement with John Hafen, Lilhaf Holdings, LLC, Lilhaf Properties, LLC and Tiburon Holdings, LLC ("Hafen Settlement Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), came on before the Court, the Honorable Miranda M. Du, United

1  States District Judge presiding. The Court having reviewed and considered the Hafen Settlement

2  Motion and the pleadings and papers filed in support thereof, and having considered the

3  responses, if any, filed thereto, and good cause appearing therefor,

4      IT IS ORDERED that:

5      1. The Hafen Settlement Motion is hereby granted and the Settlement Agreement

6  between the Receiver, on one hand, and John Hafen ("Hafen"), Lilhaf Holdings LLC and Lilhaf

7  Properties, LLC (collectively "Lilhaf") and Tiburon Holdings, LLC ("Tiburon") (collectively the

8  "Hafen Parties"), a true and correct copy of which is attached as Exhibit 1 to the Declaration of

9  Gary Owen Caris filed in support of the Hafen Settlement Motion, is hereby approved;

10     2. Notice of the Hafen Settlement Motion is deemed to be sufficient under Local

11 Civil Rule 66-5 based on the service of the notice of the filing of the Hafen Settlement Motion

12 and the Hafen Settlement Motion on all parties and service of the notice of the filing of the Hafen

13 Settlement Motion on all known non-consumer creditors of the estate, and on all known taxing

14 authorities with a potential claim in the receivership estate concurrent with the filing of the Hafen

15 Settlement Motion with the Court.

18 Dated: November 26, 2012

MIRANDA M. DU
United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:17989106.1