1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:10-cv-02203-MMD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JEREMY JOHNSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ————————————————— ) | |

This matter comes before the Court on Plaintiff's Motion to Compel I Works to Respond to Interrogatories (#735), filed on October 24, 2012.  On October 25, 2012, the Court entered a Minute Order setting a hearing on this motion for November 30, 2012.  Response to this motion was due by November 12, 2012.  To date, no response has been filed. Pursuant to LR 7-2(d), "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."  Defendant I Works failed to respond to the instant motion.  The Court therefore vacates the scheduled hearing and enters this order.

Also before this Court is FTC's Motion to Attend By Telephone the Hearing on the FTC's Motion to Compel Set for November 30, 2012 (#763), filed November 27, 2012.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel I Works to Respond to Interrogatories (#735) is **granted**.  Defendant I Works shall fully respond without objection to FTC's Interrogatories no later than **Wednesday, December 5, 2012.**

. . .

. . .

. . .

1      **IT IS FURTHER ORDERED** that FTC's Motion to Attend By Telephone the Hearing on

2 the FTC's Motion to Compel Set for November 30, 2012 (#763) is **denied**, as moot.

3      DATED this 27th day of November, 2012.

4

5                         _____

6                         GEORGE FOLEY, JR.
                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28