# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:10-cv-02203-MMD-GWF |
| vs. | **ORDER** |
| JEREMY JOHNSON, *et al.*, | Motion to Compel (#774) |
| Defendants. | |

This matter comes before the Court on Plaintiff Federal Trade Commission's ("Plaintiff") Motion to Compel Defendant Ryan Riddle ("Riddle") to Respond to Written Discovery (#774), filed on December 13, 2012. The time to file a response expired on December 31, 2012.

Plaintiff represents that it served Riddle with written discovery requests on September 13, 2012, and that responses were initially due October 16, 2012. Plaintiff further represents that after numerous extensions, Riddle communicated on December 10, 2012 that he would provide responses to the requests only with Plaintiff's assurances that the discovery would not be shared with anyone other than Plaintiff. Plaintiff rejected the condition and informed Riddle on December 12, 2012 that if he did not respond to the requests by December 13, 2012, a motion to compel would be filed. Plaintiff avers that Riddle did not respond to the discovery requests by December 13. The Court finds that Plaintiff establishes good cause for an order to compel responses to its discovery requests.

Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

...

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Ryan Riddle to Respond to Written Discovery (#774) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Ryan Riddle shall respond to Plaintiff's written discovery requests no later than **January 11, 2013**.

DATED this 4th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge