## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:10-cv-02203-MMD-GWF |
| vs. | **ORDER** |
| JEREMY JOHNSON, *et al.*, | Motion to Compel (#777) |
| Defendants. | |

     This matter comes before the Court on Plaintiff Federal Trade Commission's ("Plaintiff") Motion to Compel Defendant Jeremy Johnson ("Johnson") to Respond to Written Discovery (#777), filed on January 4, 2013. The time to file a response expired on January 21, 2013.

     Plaintiff represents that it served Johnson with written discovery requests on September 6 and 10, 2012, and that responses were initially due October 9 and 15, 2012. Plaintiff further represents that it granted Johnson an extension until October 30 to respond. Thereafter, Plaintiff claims, Johnson did not respond to any communication until a January 2, 2013 phone call in which Johnson agreed to provide responses only with assurances they would not be used in any criminal proceedings. Plaintiff rejected the condition and received no further responses. The Court finds that Plaintiff establishes good cause for an order to compel responses to its discovery requests.

     Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Jeremy Johnson to Respond to Written Discovery (#777) is **granted**.

...

1   **IT IS FURTHER ORDERED** that Defendant Jeremy Johnson shall respond to Plaintiff's
2   written discovery requests no later than **January 30, 2013**.
3   DATED this 24th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge