1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

13
14

## DISTRICT OF NEVADA

15

| | |
|---|---|
| 16  FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
| 17             Plaintiff, | **ORDER ON EMERGENCY MOTION FOR INSTRUCTIONS CONCERNING RECEIVER'S INVESTIGATION OF RECORDS OF KERRY JOHNSON AND BARBARA JOHNSON AND THEIR ENTITIES UNDER PRELIMINARY INJUNCTION ORDER ENTERED FEBRUARY 10, 2011** |
| 18  v. | |
| 19  JEREMY JOHNSON, etc., et al., | |
| 20             Defendants. | |
| 21 | |
| 22 | |
| 23 | |

24
25
26
27
28

        The matter of the Emergency Motion for Instructions  Concerning Receiver's

Investigation of Records of Kerry Johnson and Barbara Johnson and Their Entities Under

Preliminary Injunction Order Entered February 10, 2011 ("Emergency Motion for Instructions")

filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), came on before the Court

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18017042.1

1   for determination.  The Court having reviewed and considered the Emergency Motion for

2   Instructions and all pleadings and papers filed in support thereof, and any response or opposition

3   filed thereto, and good cause appearing therefor,

4        IT IS ORDERED that:

5        1.      The Emergency Motion for Instructions and the relief sought therein by the

6   Receiver is granted;

7        2.      Without limiting the generality of the foregoing, the Receiver is instructed that the

8   Receiver may continue its asset investigation in this proceeding of Kerry Johnson and Barbara

9   Johnson (the "Johnsons") and their entities, including without limitation by issuing subpoenas for

10  records in this proceeding concerning the Johnsons and their entities.

11

12  Dated:  February 8, 2013

13        _____
           MIRANDA M. DU,
14         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:18017042.1