1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

13
14
15

16 | FEDERAL TRADE COMMISSION,

17 |         Plaintiff,

18 | v.

19 | JEREMY JOHNSON, etc., et al.,

20 |         Defendants.

Case No. 2:10-CV-02203-MMD-GWF

**ORDER APPROVING SETTLEMENT AGREEMENT WITH CACHE VALLEY BANK AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE**

21
22

23       The matter of the Receiver's Motion For An Order Approving Settlement Agreement

24 With Cache Valley Bank And For Limited Notice Under Local Rule 66-5 If Applicable ("Cache

25 Valley Settlement Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"),

26 the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10,

27 2011, came on before the Court, the Honorable Miranda M. Du, United States District Judge

28 presiding.  The Court having reviewed and considered the Cache Valley Settlement Motion and

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

LA:17995247.1

the pleadings and papers filed in support thereof, and having considered the responses, if any, filed thereto, and good cause appearing therefor,

    IT IS ORDERED that:

    1.    The Cache Valley Settlement Motion is hereby granted;

    2.    The Settlement Agreement between the Receiver and Cache Valley Bank, a true and correct copy of which is attached as Exhibit 1 to the Declaration of Kenton Johnson filed in support of the Cache Valley Settlement Motion, is hereby approved; and

    3.    Notice of the Cache Valley Settlement Motion is deemed to be sufficient under Local Civil Rule 66-5 based on the service of the notice of the filing of the Cache Valley Settlement Motion and the Cache Valley Settlement Motion on all parties and service of the notice of the filing of the Cache Valley Settlement Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Cache Valley Settlement Motion with the Court.

Dated: February 14, 2013

_____
MIRANDA M. DU
United States District Judge