# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 2:10-cv-02203-MMD-GWF |
| vs. ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, ) | |
| Defendants. ) | |

This matter is before the court on the Substitution of Attorney (#845) filed February 28, 2013. It seeks to substitute Scott Leavitt in the place and stead of Theodore F. Monroe as attorney for Scott Leavitt in the above-captioned matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. The proposed Substitution of Attorney does not provide a signature of Theodore F. Monroe. Accordingly,

**IT IS ORDERED** the Substitution of Attorney (#845) is denied without prejudice.

DATED this 1st day of March, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge