William I. Rothbard
**LAW OFFICES OF WILLIAM I. ROTHBARD**
1217 Yale St., Suite 104
Santa Monica, CA 90404
Telephone: (310) 453-8713
Facsimile: (310) 453-8715
brothbard@roadrunner.com

Theodore F. Monroe
**LAW OFFICES OF THEODORE F. MONROE**
801 South Figueroa Street, 12th Floor
Los Angeles, California 90017
Tel: (213) 233-2272 / Fax: (213) 622-1444
monroe@tfmlaw.com

Reza Sina
**SINA LAW GROUP**
801 South Figueroa Street, 12th Floor
Los Angeles, California 90017
Tel: (213) 417-3661 / Fax: (877) 341-5578
reza@sinalawgroup.com

Attorneys for Defendant Scott Leavitt

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JOHNSON, ET AL.,<br><br>Defendants. | CASE NO. 2:10-cv-02203-MMD-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

- 1 -
SUBSTITUTION OF ATTORNEY

## SUBSTITUTION OF ATTORNEY

Plaintiff Scott Leavitt hereby substitutes himself, (2271 Southgate Hills Drive, St. George, UT 84770, scottleavitt1224@yahoo.com, 435-862-7009), as attorney of record in place and stead of Reza Sina.

DATED: _____          /s/  Reza Sina
                              Reza Sina

I consent to the above substitution.

DATED: 2-24-13               [signature]
                              Scott Leavitt

                              APPROVED:

DATED: March 1, 2013         [signature]
                              GEORGE FOLEY, JR.
                              United States Magistrate Judge