UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION

Plaintiffs,

VS.

JEREMY JOHNSON ET AL

Defendant,

2:10-CV-2203-MMD-GWF

MINUTES OF THE COURT

Dated:  March 19, 2013

PRESENT:

THE HONORABLE **MIRANDA M. DU, U.S. DISTRICT JUDGE**

DEPUTY CLERK:    PEGGIE VANNOZZI        COURT REPORTER: KATHY EISMANN

PRESENT FOR PLAINTIFFS:    COLLOT GUERARD AND JOSEPH BROOKE (VIA TELEPHONE)

PRESENT FOR RECEIVER:    GARY CARIS AND LESLEY HAWES

PRESENT FOR DEFENDANTS:    JERMY JOHNSON (PRO SE); TROY WALLIN (for Defendant Mountain Financial); JENNIFER HARGIS (for Defendant Scott Muir); MICHAEL STUDEBAKER (for Fielding defendants and proposed intervenors Iprerogative and Rotortrends); V. LOWRY SNOW (for interested parties Executive Auto Group, et al); MATTHEW LEWIS (for Todd Vowell entities) NATHAN FISHER (for Jason Vowell entities); KARRA PORTER and SARAH SPENCER (For Sharla Johnson and Zibbis)

IN COURT PROCEEDINGS - MOTION HEARING

Proceedings begin at 1:35 PM.  Brick Kane and Tiffany Chung are present as representatives of Receiver Robb Evans of Robb Evans and Associates.

The Court gives counsel its tentative ruling.  The Court asks counsel to supplement their briefs and not reiterate the arguments they have presented in the pleadings.

Mr. Caris advises the Court that Receiver and counsel for the Liahona entities, V.

FTC VS. JOHNSON
2:10-CV-2203-MMD-GWF
March 19, 2013
Page two

Lowry Snow, have reached a 60 day interim resolution.

    Mr. Caris, Mr. Studebaker, Mr. Lewis, Mr. Fisher, Mr. Wallin, Ms. Porter, Mr. Jeremy Johnson and Ms. Guerard present arguments on Receiver's Motion for Order Clarifying Preliminary Injunction Order and Further Instructions Regarding Scope of Receivership Defendants under Preliminary Injunction Order and Report of Receivers Financial Reconstruction and Granting Relief from Local Rule 66 [580].

    Proceedings recess from 3:15 PM to 3:33 PM.  Mr. Caris presents rebuttal arguments.

    The Court will allow Receiver's counsel and counsel for Andreas and Mountain Financial to discuss resolution.  Receiver is to notify the Court as soon as it is determined whether a resolution can be reached.

    Court makes findings re: Motion and GRANTS motion [580] for the reasons given in open court and clarifies the preliminary injunction order with regard to the entities identified in Exhibit A and the receivership defendants.  Receiver to submit a proposed order to the Court.

    Proceedings adjourn at 4:08 PM.

                                        **LANCE S. WILSON, CLERK**
                                        **UNITED STATES DISTRICT COURT**

**]**                              /s/ Peggie Vannozzi
                                        DEPUTY CLERK