# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 2:10-cv-02203-MMD-GWF |
| vs. ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, ) | Emergency Motion for Filing Under Seal (#892) |
| Defendants. ) | |

This matter comes before the Court on Intervenor United States of America's Emergency Motion for Filing Under Seal (#892), filed on March 22, 2013. The United States filed an Emergency Motion for a Protective Order (#893) on March 22, 2013 to prevent Defendant I Works, Inc. from deposing seven non-party witnesses who may be government witnesses in a parallel criminal case. In the instant Motion (#892), the United States moves to file Exhibits B, F, and G ("Exhibits") to the Motion for Protective Order (#893) under seal. The United States also filed the Exhibits, which contain witness and no-contact lists in the parallel criminal action, under seal on March 22, 2013 (#894). The Court finds the United States establishes good cause to file the Exhibits under seal. Accordingly,

**IT IS HEREBY ORDERED** that Intervenor United States of America's Emergency Motion to Seal (#892) is **granted**.

DATED this 26th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge