Karra J. Porter
Karra.Porter@chrisjen.com
Kelly H. Macfarlane
Kelly.Macfarlane@chrisjen.com
Phillip E. Lowry, Jr.
Phillip.Lowry@chrisjen.com
Sarah E. Spencer
Sarah.Spencer@chrisjen.com
**CHRISTENSEN & JENSEN, P.C.**
15 West South Temple, Suite 800
Salt Lake City, Utah  84101
Telephone:    801-323-5000
Facsimile:    801-355-3472

Gregory A. Miles, Esq.
GMiles@RoyalMilesLaw.com
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W. Warm Springs Road
Henderson, NV 89014
Telephone  702-471-6777
Facsimile:  702-531-6777

*Attorneys for Defendants:*   Blue Streak Processing, Inc., Business First, Inc.
*Cloud Nine Marketing, Inc., Cold Bay Media, Inc. CPA Upsell, Inc., Diamond J Media, Inc.*
*EBusiness Success, Inc., Elite Debit, Inc. Funding Success, Inc., Hooper Processing, Inc.*
*I Works, Inc., Internet Economy, Inc. Internet Fitness, Inc., Market Funding Solutions, Inc.*
*Money Harvest, Inc., Monroe Processing, Inc. Net Commerce, Inc., Premier Performance, Inc.*
*Pro Internet Services, Inc., Revive Marketing, Inc. Success Marketing, Inc., Summit Processing, Inc.*
*Tran Voyage, Inc., TranFirst, Inc., Unlimited Processing, Inc., eCom Success, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff(s), | Case No.:    2:10-cv-2203-MMD-GWF |
| v. | |
| JEREMY JOHNSON, et al. | |
| Defendant(s). | |

**ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO RECEIVER'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE (DE 855)**

1

THIS MATTER is before the Court on the First Stipulated Motion for Enlargement of Time to Respond to Receiver's Motion for Order to Show Cause (DE 855) filed by CHRISTENSEN & JENSEN, P.C., Karra J. Porter, Kelly H. Macfarlane, Scott T. Evans, Relief Defendant Sharla Johnson by and through her counsel, and Receiver Robb Evans & Associates by and through its counsel. The Court, having considered the motion, the Court's file, the stipulation of the parties, and being sufficiently advised in the premises, hereby orders that the motion is GRANTED. The deadline for the response is extended through and including April 1, 2013.

**IT IS SO ORDERED:**

[UNITED STATES DISTRICT JUDGE, ~~UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT CLERK~~]

(whichever is appropriate)

DATED: March 29, 2013

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO RECEIVER'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE (DE 855)** was served to the following via the Court's CM/ECF system this 25th day of March, 2013:

Collot Guerard     cguerard@ftc.gov
J. Ronald Brooke, Jr.    jbrooke@ftc.gov
Janice L. Kopec     jkopec@ftc.gov
Dotan Weinman     dweinman@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW, Room 288
Washington, DC 20580

Blaine T. Welsh     blaine.welsh@usdoj.gov
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
*Attorneys for Plaintiff Federal Trade Commission*

| | |
|---|---|
| Jeremy D. Johnson<br>documentcollection02203@gmail.com<br>529 S. Woods View Circle<br>St. George, UT 84770 | *Defendant (Pro Se)* |
| Michael P. Studebaker<br>mike@studebakerlaw.com<br>STUDEBAKER LAW OFFICE, LLC<br>2550 Washington Blvd., Suite 331<br>Ogden, UT 84401 | *Attorney for Defendants Duane Fielding, Anthon Holdings Corp.,<br>and Network Agenda, LLC* |
| D. Neal Tomlinson, Esq.<br>ntomlinson@swlaw.com<br>Jennifer R. Hargis, Esq.<br>jhargis@swlaw.com<br>Karl O. Riley, Esq.<br>kriley@swlaw.com<br>DOCKET_LAS@swlaw.com<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169 | *Attorneys for Scott Muir, Big Bucks Pro, Inc., Blue Net Progress, Inc., Bolt Marketing, Inc., Business Loan Success, Inc., CS Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Mist Marketing, Inc., Net Discounts, Inc., Optimum Assistance, Inc., Razor Processing, Inc., and Simcor Marketing, Inc.* |
| Alan D. Boyack, Esq.<br>alandboyack@yahoo.com<br>BOYACK & BOYACK<br>205 E Tabernacle, Suite 2<br>St. George, UT 84770 | *Attorneys for Terrason Spinks and<br>Jet Processing, Inc.* |

| | |
|---|---|
| Edward D. Boyack<br>sherri@edblaw.net<br>BOYACK BECK & TAYLOR<br>401 N Buffalo Drive, Suite 202<br>Las Vegas, NV 89145 | |
| Gary Owen Caris, Esq.<br>gcaris@mckennalong.com<br>Lesley Anne Hawes, Esq.<br>lhawes@mckennalong.com<br>McKENNA LONG & ALDRIDGE LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, CA 90071 | *Attorneys for the Receiver* |
| Jeanette Swent<br>jeannette.swent@usdoj.gov<br>Jared C. Bennett<br>jared.bennett@usdoj.gov<br>Office of the United States Attorney<br>185 South State Street, Suite 300<br>Salt Lake City, UT 84111 | *Attorneys for Intervener United States of America* |

A copy of the foregoing was served to the following via first class mail, postage prepaid:

| | |
|---|---|
| Andy Johnson<br>3641 Vista View Cir.<br>Santa Clara, UT 84765 | *Defendant (Pro se)* |
| Loyd Johnston<br>2988 Kings Court Lane<br>Washington, UT 84780 | *Defendant (Pro se)* |
| Scott Leavitt<br>2271 Southgate Hills Drive<br>St. George, UT 84770 | *Defendant (Pro Se)* |
| Bryce Payne<br>2399 E Bella Rosa Circle<br>St. George, UT 84780 | *Defendant (Pro se)* |
| Kevin Pilon<br>1975 East 1060 North<br>St. George, UT 84770 | *Defendant (Pro se)* |
| Ryan Riddle<br>446 East 1410 South<br>Washington, UT 84780 | *Defendant (Pro se)* |

/s/ Anne L. MacLeod
_____
Legal Secretary, CHRISTENSEN & JENSEN, P.C.

4