**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
|         Plaintiff, ) | Case No.  2:10-cv-02203-MMD-GWF |
| vs. ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, ) | Motion to Withdraw (#851) |
|         Defendants. ) | |

      This matter comes before the Court on John Christian Barlow, Esq.'s Motion to Withdraw as Counsel (#851), filed on March 4, 2013.  Any opposition was due March 21, 2013, and none has been filed.

      Mr. Barlow seeks to withdraw as counsel for the following defendants: Big Bucks Pro, Inc., Blue Net Progress, Inc., Blue Streak Processing, Inc., Bolt Marketing, Inc., Bottom Dollar, Inc., Bumble Marketing, Inc., Business First, Inc., Business Loan Success, Inc., Cloud Nine Marketing, Inc., Cold Bay Media, Inc., Costnet Discounts, Inc., CPA Upsell, CS Processing, Inc., Cutting Edge Processing, Inc., Diamond J. Media, Inc., EBusiness First, Inc., EBusiness Success, Inc., eCom Success, Inc., Elite Debit, Inc., Excess Net Success, Inc., Fiscal Fidelity, Inc., Fitness Processing, Inc., Funding Search Success, Inc., Funding Success, Inc., GG Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Hooper Processing, Inc., Internet Business Source, Inc., Internet Fitness, Inc., JRB Media, Inc., Internet Economy, Inc., I Works, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., Mist Marketing, Inc., Money Harvest, Inc., Monroe Processing, Inc., Net Business Success, Inc., Net Commerce, Inc., Net Discounts, Inc., Net Fit Trends, Inc., Net Success, Inc., Optimum Assistance, Inc., Power Processing, Inc., Premier Performance, Inc., Pro Internet Services, Inc., Razor Processing, Inc., Rebate Deals, Inc., Revive Marketing, Inc., Simcor Marketing, Inc., Summit Processing, Inc., TranFirst, Inc., Tran Voyage,

Inc., Unlimited Processing, Inc., and Xcel Processing, Inc. ("Defendants"). Mr. Barlow represents the Defendants have not remunerated him and are no longer communicating with him. Furthermore, all of the Defendants are currently represented by other counsel. Therefore, the Court finds Mr. Barlow establishes good cause to withdraw as counsel for Defendants. Accordingly,

**IT IS HEREBY ORDERED** that John Christian Barlow, Esq.'s Motion to Withdraw as Counsel (#851) is **granted**.

DATED this 2nd day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge