# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> Plaintiff, ) <br> vs. ) <br> JEREMY JOHNSON, *et al.*, ) <br> Defendants. ) | Case No. 2:10-cv-02203-MMD-GWF <br><br> **ORDER** |

This matter comes before the Court on Defendant Scott Leavitt's ("Leavitt") Stipulations for Substitution of Attorneys (#849, 850), filed on March 4, 2013. Because Leavitt seeks to substitute himself for William Rothbard, Esq. (in #849) and Theodore Monroe, Esq. (in #850), the Court construed the Stipulations as Motions to Withdraw. *See March 6, 2013 Minute Order, Doc. #853*. Oppositions were due on or before March 21, 2013. *See id.* Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motions has expired, and no oppositions have been filed. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Scott Leavitt's Stipulation to Substitute Attorneys (#849), construed as a Motion to Withdraw, is **granted**.

**IT IS FURTHER ORDERED** that Defendant Leavitt's Stipulation to Substitute Attorneys (#850), construed as a Motion to Withdraw, is **granted.**

DATED this 5th day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge