Michael K. Wall (2098)
Joseph S. Kistler (3458)
Jacob A. Reynolds (10199)
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: 702/385-2500
jkistler@hutchlegal.com
jreynolds@hutchlegal.com

*Attorneys for the Intervening Todd Vowell Parties*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:10-cv-02203-MMD-GWF |
| Plaintiff, | |
| v. | |
| JEREMY JOHNSON, etc., et al., | **SUBSTITUTION OF COUNSEL** |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED that HUTCHISON & STEFFEN, LLC, be substituted in the place and stead of The Morris Law Group (Joni A. Jamison, Esq.) and Ray Quinney & Nebeker P.C. (Matthew R. Lewis, Esq.) counsel for Todd Vowell, Sheree Vowell, Alpha Yankee, LLC, C2 Holdings, LLC, Capital Energy Corporation, Cerberus Management, LLC, Choker Block, LLC, Commerce Financial, LLC, Digital Currency, LLC, Dreamland Capital, LLC, ePayment Solutions, LLC, Executive Service Center, LLC, Fishhook Partners, LLC, Flatline Investments, LP, Flying High Enterprises, LLC, IC Development, LLC, Interstate Lending, LLC, KATTS, LLC, Kingfish Management, LLC, Kombi Capital, LP, Liahona Holdings, LP, Market Mastery Trading, LLC, Mastery Merchant, LLC, Money Master for Life, Omaha Eight, LLC, Online Weight Loss, Paydirt Capital, Inc., Paydirt Management, Inc., Paydirt Properties, LLC, Paydirt, LP, Powder Monkeys, LLC, Scud Runner, LLC, Silvernix

Holdings, LLC, Spindletop Investments, LLC, SRLA Association, LLC, SRLA, LLC, Summerset Ranch, LLC, Taggart Management, LLC, TJJ Properties, LLC, TLV Enterprises, Inc., Treadstone Partners, LP, Triple Play Group, LLC, Triple Seven, LLC/LP, Triple Seven Inc., T. Vowell Sole Proprietorship Capital Holding, Woodsview Holdings, LLC.

Despite this substitution the clients and counsel all understand that Ray Quinney Nebeker, P.C. (Matthew Lewis, Esq.) will represent Todd Vowell in his deposition by the Receiver.

DATED this 23rd day of April, 2013.

| MORRIS LAW GROUP | RAY QUINNEY & NEBEKER P.C. |
|---|---|
| /s/ Joni A. Jamison | /s/ Matthew R. Lewis |
| Joni A Jamison<br>300 S. 4th Street<br>Las Vegas, NV 89122 | Matthew R. Lewis<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111 |

The undersigned hereby consent to be substituted in as the attorneys for Todd and Sheree Vowell and the above named entities.

DATED this 23rd day of April, 2013.

HUTCHISON & STEFFEN, LLC

/s/ Joseph S. Kistler

Michael K. Wall (2098)
Joseph S. Kistler (3458)
Jacob A. Reynolds (10199)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
jkistler@hutchlegal.com
jreynolds@hutchlegal.com

*Attorneys for Attorneys for the Intervening Todd Vowell Parties*

The undersigned hereby consents to the withdrawal of Joni A. Jamison, Esq. as its

counsel of record and further consents to the substitution of HUTCHISON & STEFFEN, LLC as its new counsel of record.

DATED this 19th day of April, 2013.

Todd L. Vowell, individually and on behalf of the aforementioned entities.

Sheree Vowell

**IT IS SO ORDERED.**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: April 24, 2013**

- 3 -