GREGG A. HUBLEY (NV Bar #007386)
CHRISTOPHER A.J. SWIFT (NV Bar #011291)
**PITE DUNCAN, LLP**
701 East Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (702) 991-4628
Facsimile: (702) 685-6342
E-mail: ghubley@piteduncan.com

Attorneys for Intervenor Defendant BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>**ORDER GRANTING MOTION TO INTERVENE AND REQUEST TO RELEASE NOTICE OF LIS PENDENS** |

**ORDER GRANTING MOTION TO INTERVENE AND REQUEST TO EXPUNGE OF LIS PENDENS**

The Court finds that on January 17, 2012, Relief Defendant, SHARLA JOHNSON, recorded a Notice of Lis Pendens ("Lis Pendens") in the Official Records of Washington County, Utah as Document No. 220120001474. (See, Notice of Lis Pendens, attached hereto as **Exhibit A**.)

The Court further finds that on May 15, 2013, it issued a Minute Order granting Intervenor Defendant, BANK OF AMERICA, N.A.'s ("Bank of America"), Motion to Intervene and Request to Expunge Lis Pendens [Dkt. 1023].

Upon consideration of Bank of America's Motion to Intervene and Request to Expunge the Notice of Lis Pendens, and good cause appearing therefore, the Court hereby grants Bank of America its requested relief and rules as follows:

**IT IS HEREBY ORDERED** that Bank of America's Motion to Intervene is hereby GRANTED.

-1-

3684374.wpd

**IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded on January 17, 2012, in the Official Records of Washington County, Utah as Document No. 20120001474, against real property commonly known 1626 West Chateau Circle, St. George, UT 84770 (Tax Serial Number: SG-OCS-2-13), and legally described as follows:

> ALL OF LOT THIRTEEN (13), OAK CREEK SUBDIVISION - PHASE 2, ACCORDING TO THE OFFICIAL PLAT THEREOF, ON FILE IN THE OFFICE OF THE RECORDER OF WASHINGTON COUNTY, STATE OF UTAH.

be CANCELED, RELEASED and EXPUNGED.

**IT IS FURTHER ORDERED** that Bank of America record a certified copy of this Order in the Official Records of Washington County, Utah within a reasonable amount of time from the date of this Order's issuance.

DATED this 29th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
PITE DUNCAN, LLP

_____
GREGG A. HUBLEY
CHRISTOPHER A.J. SWIFT
*Attorneys for Intervenor Defendant*
*BANK OF AMERICA, N.A.*

# EXHIBIT A

# EXHIBIT A

DOC # 20120001474
Lis Pendens Page 1 of 1
Russell Shirts Washington County Recorder
01/17/2012 01:09:48 PM Fee $ 10.00
By JOHNSON SHARLA

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

SHARLA JOHNSON
529 S. WOODSVIEW CIRCLE
ST. GEORGE, UT 84770
(435) 674-3171

## Notice of Lis Pendens

| Federal Trade Commission, Plaintiff<br><br>v.<br><br>Jeremy Johnson, individually, as officer of Defendants I Works, Inc., etc., et al., | Complaint<br><br>Case No. 2:10-CV-02203-RLH-GWF<br>United States District Court<br>District of Nevada |
|---|---|

Notice is given that the above-entitled action was filed in the above-entitled court on Dec 21st, 2010, by The Federal Trade Commission, against the parties named above. Due to litigation against Jeremy Johnson this action affects title to specific real property and the right to possession of specific real property located in Washington County in the State of Utah.

SUBDIVISION: OAK CREEK 2 (SG) LOT: 13
SG-OCS-2-13

I, Sharla Johnson, having knowledge of the above Lis Pendens and being competent to witness, certify on my own commercial liability that the above is true, complete, and correct.

Sharla Johnson

State of UTAH )
                    ) SS.
County of Washington )

Signed and sworn to (or affirmed) before me on this, the 17th day of
~~November, 2011.~~
January, 2012

Notary for the State of Utah
My commission expires: 11/10/2014

AMY MILLER
NOTARY PUBLIC • STATE of UTAH
COMM. EXP. 11-10-2014
COMMISSION NO. 601909

Unofficial Copy