```
 1  RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
 2  KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
 3  Las Vegas, NV 89145
    Telephone:   (702) 362-7800
 4  Direct:      (702) 889-7752
    Facsimile:   (702) 362-9472
 5
    GARY OWEN CARIS (Cal. SBN 088918)
 6    gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
 7    lhawes@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
 8  300 South Grand Avenue, 14th Floor
    Los Angeles, CA 90071-3124
 9  Telephone:   (213) 688-1000
    Facsimile:   (213) 243-6330
10
    Attorneys for Receiver
11  ROBB EVANS OF ROBB EVANS & ASSOCIATES
    LLC
12
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[PROPOSED] ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM JUNE 1, 2012 THROUGH DECEMBER 31, 2012; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

  The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses from June 1, 2012 Through December 31, 2012; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors (Doc. No. 688) ("Fee Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly

before the Court for determination. The Court, having reviewed and considered the Fee Motion and all pleadings and papers filed in support thereof, and responses, if any, filed to the Fee Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Fee Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

A. The fees of the Receiver, his deputies, agents and staff in the sum of $307,303.47 and Receiver's expenses in the sum of $58,732.94 incurred for the seven-month period from June 1, 2012 through December 31, 2012 ("Expense Period") are hereby approved and authorized to be paid from assets of the receivership estate;

3. The Receiver's legal fees and costs incurred during the Expense Period for the services of the following professionals are approved in the following amounts and authorized to be paid from assets of the receivership estate:

A. Fees and costs of the Receiver's lead counsel McKenna Long & Aldridge LLP, in the sum of $551,243.80;

B. Fees and expenses of the Receiver's local counsel in Nevada, Kolesar & Leatham, Chtd., in the sum of $2,205.86; and

C. Fees and expenses of the Receiver's special litigation counsel in Utah, Law Offices of Hatch, James & Dodge, A Professional Corporation, in the sum of $53.32; and

4. Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated: June 2, 2013

MIRIAM M. DU
United States District Court Judge