DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEREMY JOHNSON, *et al*. )<br>)<br>Defendants. )<br>————————————————————) | Case No: 2:10-cv-02203-MMD-GWF |

## <u>MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY</u>

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Sam E. Taylor, Jr. and Rodrigo M. Rodriguez to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Taylor and Mr. Rodriguez are attorneys with the Federal Deposit Insurance Corporation, an agency of the federal government.  Mr. Taylor is a member in good standing of the Oklahoma State Bar (No. 8884) and Texas State Bar (No. 24035600).  Mr. Rodriguez is a member in good standing of the Texas State Bar (No. 17148485).

The following contact information is provided to the Court:

Federal Deposit Insurance Corporation
Legal Division
Dallas Regional Office
1601 Bryan Street
Dallas, Texas 75201

Sam E. Taylor, Jr.
Counsel
972-761-8142 (Direct)
972-837-8441 (Cell)
SaTaylor@FDIC.gov

Rodrigo M. Rodriguez
Senior Attorney
(972) 761-4295 (office)
(214) 701-6543 (Blackberry)
Rrodriguez@fdic.gov

Accordingly, the United States respectfully requests that an order be issued allowing Sam E. Taylor, Jr. and Rodrigo M. Rodriguez to practice before this honorable Court.

Respectfully submitted this 6th day of June 2013.

DANIEL G. BOGDEN
United States Attorney

_/s/  Blaine Welsh_____
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: June 6, 2013