EDWARD DEAN BOYACK, (NSB 005229)
BOYACK AND BECK (NSB 005229)
401 North Buffalo Drive, Suite 202
Las Vegas, NV 89145
Phone: (702) 562-3415
Facsimile: (702) 562-3415
ted@edblaw.net

BOYACK & BOYACK
Alan D. Boyack, (USB 0403)
205 East Tabernacle, Suite 2
St. George, UT 84770
Phone: (435) 628-2676
Facsimile: (435) 628-7844
alandboyack@yahoo.com

Attorneys for Defendant Terrason Spinks,
and Jett Processing only

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>V<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc.; Cloud Nine, Inc.; CPA Upsell, Inc.; Elite Debit, Inc.; Internet Economy, Inc.; Market Funding, Inc.; and Success Marketing Inc.; as a member of Defendant Network Agenda, LLC; and as the de facto principal of numerous Defendant Shell Companies;<br><br>I WORKS, INC., a Utah Corporation, et al.<br><br>Defendants. | Case No. 2:10-cv-02203-RHL-GWF<br><br>SUBSTITUITION OF ATTORNEY |

Defendant Terrason Spinks, as an individual and Jett Processing, a Nevada Corporation, by and through undersigned counsel, does hereby submit a Substitution of Attorney by which Terrason Spinks as an individual, and Jett Processing Inc. by a corporation hereinafter referred to

FTC v Jeremy Johnson                                                                                                                              - 1

as "Spinks and Jett Processing" respectably does hereby substitute counsel by substitution of Alan D. Boyack of Boyack & Boyack to Edward Dean Boyack of BOYACK AND BECK.

Spinks and Jett Processing do hereby acknowledge said substitution by executing this Substitution of Attorney along with the leave counsel and respectfully request the Court grant said Substitution of Counsel.

| /s/ Terrason Spinks    6/05/13 | /s/ Terrason Spinks, President  6/05/13 |
|---|---|
| Terrason Spinks    Date | JETT PROCESSING INC, a Nevada Corp. |

| /s/ Alan D. Boyack    6/05/13 | /s/ Edward D. Boyack    6/05/13 |
|---|---|
| Alan D. Boyack    Date | Edward D. Boyack    Date |

**IT IS SO ORDERED.**

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   June 7, 2013**