SAM E. TAYLOR, JR.  (TX SBN 24035600)
  SaTaylor@FDIC.gov
  Telephone: 972-761-8142
  Facsimile:  972-761-8181

RODRIGO M. RODRIGUEZ    (TX SBN 17148485)
  Rrodriguez@FDIC.gov
  Telephone:  (972) 761-4295
  Facsimile:   (972) 761-8484

FDIC LEGAL DIVISION
1601 Bryan Street
Dallas, Texas  75201

Attorneys for
**Federal Deposit Insurance Corporation,**
**as Receiver for SunFirst Bank**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY JOHNSON, et al., <br><br> Defendants. | Case No.   2:10-cv-02203-MMD-GWF <br><br> **MOTION TO SUBSTITUTE PARTY-INTERVENOR** <br><br> **MOTION TO SUBSTITUTE COUNSEL** |

The Federal Deposit Insurance Corporation, as Receiver for SunFirst Bank ("FDIC-R"), by and through undersigned counsel, and pursuant to Rule 25, Fed. R. Civ. P., hereby respectfully moves the Court to substitute the FDIC-R in place of SunFirst Bank as intervenor and to substitute counsel in the above-captioned matter.  In support of this Motion, the FDIC-R states as follows:

1. On November 4, 2011, the Utah Department of Financial Institutions closed SunFirst Bank, St. George, Utah, and appointed the FDIC its Receiver. See Exhibit "A."

1

On the same date, the FDIC accepted the appointment as Receiver pursuant to 12 U.S.C. § 1821(c)(3)(A). See Exhibit "B."

2. As Receiver for SunFirst Bank, and by express operation of law, the FDIC "succeed[s] to . . . all rights, titles, powers, and privileges . . . and the assets of the institution." 12 U.S.C. § 1821(d)(2)(A)(i). As to particular assets germane to this case, the FDIC-R is the holder of a certain Credit Agreement and Disclosure dated December 2, 2009, executed by defendant Sharla Johnson, and is the beneficiary under a certain Revolving Credit Deed of Trust of even date and recorded on December 7, 2009. The FDIC-R stands in SunFirst Bank's place and operates as its successor. *See*, 12 U.S.C. §§ 1821(d)(2)(A)(i) and 1821(d)(2)(B). Rule 25(c), Fed. R. Civ. P., provides, in relevant part:

> If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.

3. Because the FDIC-R has succeeded to all of SunFirst Bank's assets, interests, operations, claims, and defenses, the FDIC-R is now the real party in interest in this action and should be substituted as intervenor in the place of SunFirst Bank. Indeed, federal courts routinely enter orders substituting the FDIC as receiver in cases such as this one. *See, e.g., Yeomalakis v. FDIC*, 562 F.3d 53, 58 (1st Cir. 2009) (appellate court granted motion of FDIC as Receiver to be substituted for failed institution); *In re Community Bank of Northern Virginia*, 418 F.3d 277, 293 n.6 (3rd Cir. 2005) ("FDIC succeeded to all 'rights, titles, powers, and privileges of . . . insured depository institution'" and was ordered substituted "as the true party in interest"); *Amerifirst Properties, Inc. v. FDIC*, 880 F.2d 821, 823 n.2 (5th Cir. 1989) (following appointment of FDIC as Receiver for insolvent bank, court granted motion to substitute FDIC "as the real party in interest"); *Phipps v. FDIC*, 417 F.3d 1006, 1009 (8th Cir. 2005) (after

briefing, FDIC was appointed Receiver and was granted leave to substitute itself for failed institution as appellee); *see also Village of Oakwood v. State Bank & Trust Co.*, 481 F.3d 364, 368 (6th Cir. 2007) (holding that, "[e]ven if a claim arises under state law between a bank and nondiverse plaintiffs, the district court could still exercise jurisdiction if the FDIC, in its capacity as receiver, is substituted as a party for that bank under Fed. R. Civ. P. 25(c)").

4. The substitution of the FDIC-R in the place and stead of SunFirst Bank would accord with the FDIC-R's congressionally-delegated powers and obligations, as set forth in Title 12 of the United States Code, as well as the case law cited above. Accordingly, this Court should enter an Order substituting the FDIC-R in place of SunFirst Bank.

5. The FDIC-R designates Sam E. Taylor, Jr. and Rodrigo M. Rodriguez as its counsel of record and respectfully requests that the court substitute Mr. Taylor and Mr. Rodriguez for Nathan K. Fisher as counsel of record.

> Federal Deposit Insurance Corporation
> Legal Division
> Dallas Regional Office
> 1601 Bryan Street
> Dallas, Texas 75201
>
> Sam E. Taylor, Jr.
> Counsel
> 972-761-8142 (Direct)
> 972-837-8441 (Cell)
> SaTaylor@fdic.gov
>
> Rodrigo M. Rodriguez
> Senior Attorney
> (972) 761-4295 (office)
> (214) 701-6543 (Blackberry)
> Rrodriguez@fdic.gov

**WHEREFORE,** the FDIC-R respectfully requests that this Court grant this Motion and enter an order substituting the FDIC-R in place of SunFirst Bank as intervenor in this action and

substituting counsel, together with such other and further relief deemed just and proper under the circumstances.

Dated: June 10, 2013

                                 Respectfully submitted,

                                 **FEDERAL DEPOSIT INSURANCE CORPORATION,**
                                 as Receiver for SunFirst Bank

                             By: */s/ Sam E. Taylor, Jr.*
                                 Sam E. Taylor, Jr.   TX SBN 24035600
                                 Rodrigo M. Rodriguez    TX SBN 17148485
                                 Federal Deposit Insurance Corporation
                                 1601 Bryan St.
                                 Dallas, Texas  75201

                                 **Attorneys for FDIC,**
                                 **as Receiver for SunFirst Bank**

                             By: */s/ Nathan K. Fisher [w/permission]*
                                 Nathan K. Fisher  6642
                                 444 East Tabernacle, Building B, Suite 201
                                 St. George, Utah 84770

                                 **IT IS SO ORDERED:**

Dated: June 11, 2013                  _____
                                 GEORGE FOLEY, JR.
                                 United States Magistrate Judge

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing **MOTION TO SUBSTITUTE PARTY-INTERVENOR** and **MOTION TO SUBSTITUTE COUNSEL** was served via the ECF system on the 10th day of June, 2013, on all registered attorneys, and via US Mail, first class postage prepaid, on June 11, 2013, to:

| | |
|---|---|
| Loyd Johnston | Andy Johnson |
| 2988 Kings Court Lane | 3641 Vista View Cir. |
| Washington, Utah 84780 | Santa Clara, Utah 84765 |
| Defendant (Pro se) | Defendant (Pro se) |
| | |
| Bryce Payne | Kevin Pilon |
| 2399 East Bella Rosa Circle | 1975 East 1060 North |
| Saint George, UT 84780 | Saint George, UT 84770 |
| Defendant (Pro se) | Defendant (Pro se) |
| | |
| Ryan Riddle | Scott Leavitt |
| 446 East 1410 South | 2271 Southgate Hills Dr. |
| Washington, UT 84780 | Saint George, UT 84770 |
| Defendant (Pro se) | Defendant (Pro se) |
| | |
| Jason Vowell | Tara-Lynn Adams |
| 491 North Bluff Street, Suite 306 | 2152 Starline Meadow Place |
| Saint George, UT 84770 | Las Vegas, NV 89139 |

The following non-CM/EDF participants were served by electronic mail on June 10, 2013:

        Sharla Johnson        jsajohnson@mac.com

**SPECIAL NOTICE PARTIES -- MAIL**

| | |
|---|---|
| Aaron D. Randall | Jen Geiger |
| Hughes, Thompson Randall & Mellen P.C. | FDIC |
| 187 North 100 West | 25 Jessie Street, Suite 1400 |
| Saint George, UT 84770 | San Francisco, CA 94105 |
| | |
| N. George Daines, Esq. | Curtis M. Jensen |
| Registered Agent and Corporate Counsel | V. Lowry Snow |
| Cache Valley Bank | Snow Jensen & Reece |
| 108 North Main | 912 West 1600 South, Suite B200 |
| Logan, UT 84321 | Saint George, UT 84770 |
| | |
| Christopher Childs | |
| Lionel, Sawyer & Collins | |
| 300 S. Fourth Street, Suite 1700 | |
| Las Vegas, NV 89101 | |

                                      */s/ Sam E. Taylor, Jr.*

PERRI ANN BABALIS #5658
Assistant Attorneys General
MARK L. SHURTLEFF #4666
Attorney General
Attorneys for G. Edward Leary,
 Commissioner of Financial
 Institutions
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0375
E-Mail: pbabalis@utah.gov

IN THE FIFTH JUDICIAL DISTRICT COURT
IN AND FOR WASHINGTON COUNTY, STATE OF UTAH

| | |
|---|---|
| In the Matter of:<br>The Possession of SUNFIRST BANK<br>by the COMMISSIONER OF<br>FINANCIAL INSTITUTIONS | **CERTIFICATE OF APPOINTMENT**<br>**OF FEDERAL DEPOSIT INSURANCE**<br>**CORPORATION AS RECEIVER**<br>**OR LIQUIDATOR**<br><br>Case No. 110503396<br>Judge G. Rand Beacham |

G. Edward Leary, Commissioner of Financial Institutions of the State of Utah ("Commissioner"), as Commissioner in possession of SunFirst Bank ("Bank"), having determined and found that the deposits of the Bank are insured by the Federal Deposit Insurance Corporation ("FDIC"), and having heretofore taken possession of the Bank pursuant to Utah Code Ann. § 7-2-6(1)(a) (West Supp. 2011), and the Court having approved the taking of possession,

# Exhibit "A"

HEREBY APPOINTS the FDIC as receiver or liquidator of the Bank pursuant to Utah Code Ann. § 7-2-9(2)(a) (West Supp. 2011).

Upon receiving notice, in writing, of the acceptance of this appointment, the Commissioner shall thereupon file this Certificate of Appointment in his office and with the Clerk of the Court, whereupon, by operation of law and pursuant to Utah Code Ann. § 7-2-9 (West Supp. 2011):

(a) the possession of all assets, business and property of the Bank shall be vested in the FDIC, without the execution of any instruments of conveyance;

(b) the Commissioner shall be relieved from any and all further responsibility and liability for the receivership or liquidation; and

(c) the FDIC, as receiver or liquidator, shall have all the powers and privileges provided by law with respect to the receivership or liquidation of the Bank, and with respect to the depositors and other creditors of the Bank.

DATED this 4th day of November, 2011.

G. EDWARD LEARY
Commissioner of Financial Institutions
of the State of Utah



**Federal Deposit Insurance Corporation**
West Coast Temporary Satellite Office, 40 Pacifica, Irvine, CA 92618

Division of Resolutions and Receiverships

November 4, 2011

G. Edward Leary
Commissioner of Financial Institutions
Utah Department of Financial Institutions
324 South State Street, Suite 201
Salt Lake City, Utah 84110

        **Subject: SunFirst Bank**
                 **St. George, Utah** – In Receivership
                 <u>**Acceptance of Appointment as Receiver**</u>

Dear Commissioner Leary:

Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the above-subject depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

**FEDERAL DEPOSIT INSURANCE CORPORATION**

*[signature]*

By: Terry B. Knapper
Title: Receiver-in-Charge

# Exhibit "B"