UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEREMY JOHNSON, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>ORDER<br><br>(Receiver's Emergency Motion – dkt. no. 1075) |

Before the Court is the Receiver's Emergency Motion Regarding Issue Raised in Motion for Clarification Filed by the Todd Vowell Parties. (*See* dkt. no. 1075.) Good cause appearing, the Receiver's Emergency Motion is GRANTED in part and DENIED in part. The Receiver and the FTC have seven (7) days from the date of this Order to file a supplement to the Vowell Parties' Emergency Motion for Clarification of Order. (*See* dkt. no. 998.) The supplement is to address the following issues in the context of pertinent receivership law:

1. The use of unsecured credit to pay attorneys' fees in light of the Preliminary Injunction.

2. The due diligence required by counsel in evaluating the source and nature of payments received in circumstances involving an asset freeze and receivership.

1  The Vowell Entities will have seven (7) days thereafter to file their Response to this
2  supplement. No reply brief is to be filed. All briefs are limited to ten (10) pages in length.

DATED THIS 12th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE