UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br>  v.<br><br>JEREMY JOHNSON, et al.,<br><br>       Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>ORDER |

  After considering the proposed deposition notices, the Court approves and adopts the two proposed notices submitted by the FTC in its Notice filed as docket no. 1097, with one modification.

  IT IS THEREFORE ORDERED that the notice attached as Attachment A to the FTC's Notice be served on all witnesses who are on the No Contact List.

  IT IS FURTHER ORDERED that the parties delete the last sentence in paragraph 4 of the proposed notice (page 2, lines 6-9) attached as Attachment B to the FTC's Notice and the revised notice be served on all other witnesses in connection with the remaining fact discovery to be conducted in this case. The Court expects the parties, not the witnesses, to raise any issue relating to witness intimidation or violation of court orders with the Court. The Court declines to modify the Scheduling Order other than to reiterate that discovery must be completed within thirty-five (35) days from entry of this Order.

  DATED THIS 8th day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE