UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FEDERAL TRADE COMMISSION, | Case No. 2:10-cv-02203-MMD-GWF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEREMY JOHNSON, et al., | |
| Defendants. | |

On July 19, 2013, the Court received a package from Defendant Jeremy Johnson addressed to the Honorable Roger L. Hunt. The package included a letter addressed to Judge Hunt and dated on July 15, 2013, along with numerous additional materials. Because the sending of the letter and its supporting materials constitutes improper *ex parte* contact with a judge, the Court will not review it. *See* Local Rule 7-6(a) ("Neither party nor counsel for any party shall make an *ex parte* communication with the Court except as specifically permitted by these Rules.").

IT IS SO ORDERED.

DATED THIS 23rd day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE