D. Neal Tomlinson, Esq.
Nevada Bar No. 6851
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkw., Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ntomlinson@swlaw.com
Email: jhargis@swlaw.com
Email: kriley@swlaw.com

*Attorneys for Defendant Scott Muir, Big Bucks Pro, Inc., Blue Net Progress, Inc., Bolt Marketing, Inc., Business Loan Success, Inc., CS Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Mist Marketing, Inc., Net Discounts, Inc., Optimum Assistance, Inc., Razor Processing, Inc., and Simcor Marketing, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY JOHNSON, et al.,<br><br>Defendants. | CASE NO. 2:10-cv-2203-RLH-GWF<br><br>**SUBSTITUTION OF COUNSEL** |

MICHAEL P. STUDEBAKER, ESQ. hereby consents to SNELL & WILMER L.L.P.'s Substitution as Counsel of Record for Defendants Duane Fielding, Anthon Holdings Corporation and Network Agenda, LLC.

All future correspondence, notices and pleadings are to be directed to D. Neal Tomlinson, Esq., Jennifer R. Hargis, Esq., and Karl O. Riley, Esq., SNELL & WILMER L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169, telephone (702) 784-5200, and

17617881.1

facsimile (702) 784-5252.

DATED this 26 day of July, 2013.

STUDEBAKER LAW OFFICE, LLC

By: _____
Michael P. Studebaker, Esq.
2550 Washington Blvd., Suite 331
Ogden, UT 84401

We hereby consent to be substituted as counsel of record for Defendants Duane Fielding, Anthon Holdings Corporation and Network Agenda, LLC in the place of MICHAEL P. STUDEBAKER, ESQ.

DATED this 25 day of July, 2013.

SNELL & WILMER L.L.P.

By: _____
D. Neal Tomlinson, Esq.
Nevada Bar No. 5719
Jennifer R. Hargis, Esq.
Nevada Bar No. 11392
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Pky., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Defendants Scott Muir, Big Bucks Pro, Inc., Blue Net Progress, Inc., Bolt Marketing, Inc., Business Loan Success, Inc., CS Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Mist Marketing, Inc., Net Discounts, Inc., Optimum Assistance, Inc., Razor Processing, Inc., and Anthon Holdings, Inc.*

- 2 -

17617881.1

I hereby consent to the substitution of SNELL & WILMER L.L.P. in place of STUDEBAKER LAW OFFICE, LLC as my counsel of record.

DATED this 23 day of July, 2013.

_____
DUANE FIELDING, individually
DUANE FIELDING for ANTHON HOLDINGS CORPORATION AND NETWORK AGENDA, LLC

**ORDER**

The above substitution of counsel is hereby approved.

DATED: _____July 29, 2013_____

_____
UNITED STATES MAGISTRATE

- 3 -

17617881.1