McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jared P. Green
Nevada Bar No. 10059
jared.green@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Local Counsel for Duane Fielding, Anthon
Holdings Corporation and Network Agenda,
LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 2:10-cv-2203-RLH-GWF |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS LOCAL COUNSEL** |
| v. | |
| JEREMY JOHNSON, et al., , | |
| Defendants. | |

## **MOTION TO WITHDRAW AS LOCAL COUNSEL**

Attorney Jared P. Green, Esq. of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP hereby moves this Court for leave to withdraw as local counsel for Michael P. Studebaker, Esq. and Defendants Duane Fielding, Anthon Holdings Corporation and Network Agenda, LLC [hereinafter "Fielding Defendants"].

This motion is made Pursuant to Rule 10-6 of the District Court of Nevada Local Rules and is supported by the following:

1. Jared P. Green, Esq. was retained by Michael P. Studebaker, Esq. to act as local counsel in this matter for the Fielding Defendants as Michael P. Studebaker, Esq. is located in Utah and is not licensed to practice in Nevada. Accordingly, Jared P. Green, Esq. filed an appearance as local counsel only.

2. The Fielding Defendants have recently retained D. Neal Tomlinson, Esq., Jennifer R.

Hargis, Esq., and Karl O. Riley, Esq., of Snell & Wilmer L.L.P., located in Las Vegas, to act as lead counsel in this matter.

3. The Fielding Defendants and Michael P. Studebaker, Esq. have consented to the substitution as counsel of record of D. Neal Tomlinson, Esq., Jennifer R. Hargis, Esq., and Karl O. Riley, Esq., of Snell & Wilmer L.L.P.

4. On July 29, 2013, this Court granted the Fielding Defendants' Motion to Substitute Counsel.

5. As the Fielding Defendants have retained new lead counsel, this request to withdraw can be accomplished without any material adverse effect on the interests of the Fielding Defendants. Furthermore, this request to withdraw will not result in any prejudice or delay in this matter.

WHEREFORE, Attorney Jared P. Green, Esq. respectfully requests that he be granted leave to withdraw as local counsel in this matter.

DATED this 2nd day of August, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By   */s/ Jared P. Green*
Jared P. Green
Nevada Bar No. 10059
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

Attorneys for Local Counsel for Duane Fielding, Anthon Holdings Corporation and Network Agenda, LLC.

## **ORDER**

IT IS ORDERED that the above request of Jared P. Green, Esq. to withdraw as local counsel is hereby granted.

DATED: August 5, 2013

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE