RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Facsimile:     (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:     (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>ORDER GRANTING EMERGENCY MOTION FOR ORDER: (1) AUTHORIZING RECEIVER TO LIST AND OFFER FOR SALE THREE WOODSVIEW PROPERTIES; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS |
|---|---|

The Emergency Motion for an Order (1) Authorizing the Receiver to List and Offer for Sale Three Woodsview Properties; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Emergency Motion") having been filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Court having reviewed and considered the Emergency Motion and all pleadings and papers filed in support thereof, the responses or opposition, if any, to the Emergency Motion and any reply by the Receiver, and good cause appearing therefor,

IT IS ORDERED that:

1. The Emergency Motion and all relief sought therein is hereby granted in its entirety;

2. Without limiting the generality of the foregoing:

A. The Receiver is authorized to (1) engage local or regional real estate brokers experienced in the sale of the types of real properties the Receiver is authorized the list for sale and market pursuant to this Motion, including experience in selling residential and vacant land in the local market ("Sales Agents"), (2) list for sale at prices to be determined in the Receiver's discretion and judgment the following real property assets: (a) vacant land identified as Lot 5, The Woods at Valley View Subdivision, St. George, Utah ("Lot 5 Property"); (b) vacant land identified as Lot 7, The Woods at Valley View Subdivision, St. George, Utah ("Lot 7 Property"), and (c) residential property located at 505 South Woodsview Circle, St. George, Utah ("505 Woodsview"), and (3) enter into written exclusive listing agreements with such Sales Agents providing for ordinary and customary terms and conditions for the listing of similar real property assets including ordinary and customary sales commissions for each of the real properties, providing for ordinary and customary advertising expenses, and further providing that acceptance of offers and completion of any sales of the real properties are subject to entry of an order of this Court approving each such sale after notice and an opportunity for hearing; and

B. Notice of the Emergency Motion is hereby deemed sufficient under Local Civil Rule 66-5 based on the service of a notice of the filing of the Emergency Motion and the Emergency Motion on all parties and service of the notice of the filing of the Emergency Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Emergency Motion with the Court.

Dated: August 7, 2013

MIRANDA M. DU
United States District Judge