Karra J. Porter
Karra.Porter@chrisjen.com
Kelly H. Macfarlane
Kelly.Macfarlane@chrisjen.com
Phillip E. Lowry, Jr.
Phillip.Lowry@chrisjen.com
Sarah E. Spencer
Sarah.Spencer@chrisjen.com
**CHRISTENSEN & JENSEN, P.C.**
15 West South Temple, Suite 800
Salt Lake City, Utah  84101
Telephone:    801-323-5000
Facsimile:    801-355-3472

Gregory A. Miles
GMiles@RoyalMilesLaw.com
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W. Warm Springs Road
Henderson, NV 89014
Telephone  702-471-6777
Facsimile:  702-531-6777

*Attorneys for Defendants:   Blue Streak Processing, Inc., Business First, Inc.*
*Cloud Nine Marketing, Inc., Cold Bay Media, Inc. CPA Upsell, Inc., Diamond J Media, Inc.*
*EBusiness Success, Inc., Elite Debit, Inc. Funding Success, Inc., Hooper Processing, Inc.*
*I Works, Inc., Internet Economy, Inc. Internet Fitness, Inc., Market Funding Solutions, Inc.*
*Money Harvest, Inc., Monroe Processing, Inc. Net Commerce, Inc., Premier Performance, Inc.*
*Pro Internet Services, Inc., Revive Marketing, Inc. Success Marketing, Inc., Summit Processing, Inc.*
*Tran Voyage, Inc., TranFirst, Inc., Unlimited Processing, Inc., and eCom Success, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff(s), | Case No.:    2:10-cv-2203-MMD-GWF |
| v. | |
| JEREMY JOHNSON, et al. | |
| Defendant(s). | |

**STIPULATED MOTION TO TAKE THE DEPOSITION**
**OF JEREMY JOHNSON ON SEPTEMBER 5, 2013**

1

By this stipulated motion, the parties move the Court to allow them to take the deposition of Jeremy Johnson on September 5, 2013. This date is beyond the regular fact discovery deadline. However, availability issues regarding counsel have arisen that the parties have been unable to work around. Pursuant to a previous order of Judge Du, the parties were permitted to take another deposition (Scott Leavitt) by the end of August. However, Mr. Leavitt's counsel is unavailable during the last week of August. He, therefore, requested that the FTC agree to depose Mr. Leavitt on September 6. The FTC noted to Mr. Leavitt's counsel that it could not justify separate trips for Mr. Leavitt and Mr. Johnson's depositions. Thus, the FTC conditioned agreeing to stipulate to depose Mr. Leavitt on September 6 on Mr. Johnson's depositions being held on September 5. IWorks has no objection to this schedule, and agrees that it would be convenient for all parties to have the deposition of Mr. Johnson taken at around the same time.

DATED this 9th day of August, 2013.

**CHRISTENSEN & JENSEN, P.C**.

/s/  Karra J. Porter
Karra J. Porter
Kelly H. Macfarlane
Phillip E. Lowry, Jr.
Sarah E. Spencer
15 West South Temple, Suite 800
Salt Lake City, UT 84101
*Attorneys for Defendants:*
*Blue Streak Processing, Inc., Business First, Inc., Cloud Nine Marketing, Inc., Cold Bay Media, Inc. CPA Upsell, Inc., Diamond J Media, Inc., EBusiness Success, Inc., Elite Debit, Inc. Funding Success, Inc., Hooper Processing, Inc., I Works, Inc., Internet Economy, Inc. Internet Fitness, Inc., Market Funding Solutions, Inc., Money Harvest, Inc., Monroe Processing, Inc. Net Commerce, Inc., Premier Performance, Inc., Pro Internet Services, Inc., Revive Marketing, Inc. Success Marketing, Inc., Summit Processing, Inc., Tran Voyage, Inc., TranFirst, Inc., Unlimited Processing, Inc., and eCom Success, Inc.*

DATED this 9th day of August, 2013.

                                     */s/ Collot Guerard*
                                     Collot Guerard
                                     J. Ronald Brooke, Jr.
                                     Janice L. Kopec
                                     Dotan Weinman
                                     *Attorneys for Federal Trade Commission*
                                     *(signed with permission)*

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge


DATED: August 12, 2013

3