COLLOT GUERARD
cguerard@ftc.gov
J. RONALD BROOKE, JR.
Jbrooke@ftc.gov
JANICE L. KOPEC
jkopec@ftc.gov
DOTAN WEINMAN
dweinman@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 288
Washington, DC 20580
202-326-3338 (Guerard)
202-326-3484 (Brooke)
202-326-2550 (Kopec)
202-326-3049 (Weinman)
202-326-3395 (facsimile)

BLAINE T. WELSH
blaine.welsh@usdoj.gov
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
702-388-6336
702-388-6787

Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>JEREMY JOHNSON, *et al.*,<br><br>    Defendants. | Case No. 2:10-cv-02203-MMD-GWF |

**STIPULATED MOTION TO TAKE THE DEPOSITION
OF SCOTT LEAVITT ON SEPTEMBER 6, 2013**

By this Stipulated Motion, the undersigned move the Court to allow the deposition of defendant Scott Leavitt to take place on September 6, 2013. The Court has instructed the FTC to complete Mr. Leavitt's deposition by the end of August. Subsequently, Mr. Leavitt's criminal counsel informed the FTC that he has scheduling conflicts in August and requested that the FTC agree to depose Mr. Leavitt on September 6. The FTC responded that it could not justify separate trips for Mr. Leavitt and Jeremy Johnson's depositions. Thus, the FTC conditioned agreeing to stipulate to depose Mr. Leavitt on September 6 on Mr. Johnson's depositions being held on September 5. Defendant I Works, which noticed Jeremy Johnson's deposition, has informed the undersigned that it has no objection to this schedule, and agrees that it would be convenient for all parties to have the deposition of Mr. Johnson taken in close proximity to Mr. Leavitt's deposition.

Date:  August 9, 2013

Respectfully submitted,

*/s/ Dotan Weinman*
Collot Guerard (202-326-3338)
J. Ronald Brooke, Jr. (202-326-3484)
Janice L. Kopec (202-326-2550)
Dotan Weinman (202-326-3049)

*Attorneys for the Plaintiff*
*Federal Trade Commission*

*/s/ Marcus R. Mumford*
Marcus R. Mumford (801-428-200)
(*pro hac* application forthcoming)
Mumford PC
405 South Main, Suite 975
Salt Lake City, UT  84111

*Attorney for Defendant Scott Leavitt*

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on August 9, 2013, caused the foregoing Motion to be served on all counsel and pro se defendants listed below via the ECF system and/or email.

Michael P. Studebaker, Esq.
Studebaker Law Office, LLC
2550 Washington Blvd., Suite 331
Ogden, UT   84401
    *Attorney for defendants Duane Fielding, Anthon Holdings Corp., and Network Agenda, LLC*

Ed D. Boyack, Esq.
BOYACK & BECK
401 North Buffalo Drive, Suite 202
Las Vegas, NV 89145
    *Attorney for defendants Terrason Spinks and Jet Processing*

Gregory A. Miles, Esq.
ROYAL & MILES LLP
1522 W. Warm Springs Road
Henderson, NV 89014

Scott T. Evans, Esq.,
Karra J. Porter, Esq.
Kelly Macfarlane, Esq.
Sarah Spencer, Esq.
Phillip E. Lowry, Jr., Esq.
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Ste 800
Salt Lake City, Utah 84101
    *Attorneys for I Works, Inc., Cloud Nine Marketing, Inc., Elite Debit, Inc., Internet Economy, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., CPA Upsell, Inc.; Blue Streak Processing, Inc.; Tran First, Inc., EBusiness Success, Inc., Net Commerce, Inc.; Premier Performance, Inc., Pro Internet Services, Inc., Unlimited Processing, Inc., Funding Success, Inc., Hooper Processing, Inc., Internet Fitness, Inc., Revive Marketing, Inc., Summit Processing, Inc., Cold Bay Media, Inc., Money Harvest, Inc., Monroe Processing, Inc., Diamond J. Media   and for*

    *Relief Defendants Sharla Johnson, Barbara Johnson, Kerry Johnson, The KB Family Limited Partnership, KV Electric Inc.,*

*Orange Cat Investments, LLC, Zibby Flight Service, LLC, Zibby LLC*

D. Neal Tomlinson, Esq
Jennifer R. Hargis, Esq.
Karl O. Riley, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV  89169
 *Attorneys for defendant Scott Muir, Big Bucks Pro, Inc., Blue Net Progress, Inc., Bolt Marketing, Inc., Business Loan Success, Inc., CS Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Mist Marketing, Inc., Net Discounts, Inc., Optimum Assistance, Inc., Razor Processing, Inc., and Simcor Marketing, Inc.; Duane Fielding and the Fielding Defendants; and Andy Johnson*

Gary Owen Caris, Esq.
Lesley Anne Hawes, Esq.
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
 *Attorneys for the Receiver*

Jeanette Swent, Esq.
Jared C. Bennett, Esq.
Office of the United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah 84111
 *Attorneys for Intervener United States of America*

Jeremy Johnson
529 S. Woods View Circle
St. George, UT 84770
 *Defendant (Pro se)*

Jacob A. Reynolds, Esq.
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
 *Attorneys for Todd Vowell Parties*

| | |
|---|---|
| Loyd Johnston<br>110 North 200 East<br>PO Box 44<br>Kanosh, Utah 84637 | Andy Johnson<br>3641 Vista View Cir.<br>Santa Clara, Utah 84765<br>*Defendant (Pro se)* |

2

1  *Defendant (Pro se)*

2  Bryce Payne                                    Kevin Pilon
   2399 East Bella Rosa Circ.                     1975 East 1060 North
3  Saint George, UT 84790                         Saint George, UT 84770
   *Defendant (Pro se)*                           *Defendant (Pro se)*
4
   Ryan Riddle                                    Scott Leavitt
5  446 East 1410 South                            2271 Southgate Hills Drive
   Washington, UT 84780                           St. George, UT  84770
6  *Defendant (Pro se)*

7

8

9

10

11

12                                     */s/ Dotan Weinman*

13

14                                     **IT IS SO ORDERED.**

15
                                       _____
16                                     **GEORGE FOLEY, JR.**
                                       **United States Magistrate Judge**
17
                                       **Dated:   August 12, 2013**
18

19

20

21

22

23

3