RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT WITH UNITED STATES OF AMERICA CONCERNING FUNDS SUBJECT TO CIVIL FORFEITURE ACTION AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE** |
| v. | |
| JEREMY JOHNSON, etc., et al., | |
| Defendants. | |

The matter of the Motion for Order Approving Settlement with United States of America Concerning Funds Subject to Civil Forfeiture Action and for Limited Notice Under Local Rule 66-5 If Applicable ("Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), came on regularly before the Court for determination. The Court, having reviewed and considered the Motion and all pleadings and

- 1 -

papers filed in support thereof, and all responses to the Motion, if any, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and all relief sought therein is granted in its entirety;

2. Without limiting the generality of the foregoing, the Court hereby approves the Receiver's settlement of claims with the United States of America ("United States") in connection with the civil forfeiture action pending in the United States District Court for the Southern District of New York ("Forfeiture Court") in the case of *United States of America v. Pokerstars, et al.*, Case No. 11 Civ. 2564 (KMW) ("Forfeiture Action") reflected in the Stipulation and Order of Settlement in Regard to Robb Evans ("Pokerstars Stipulation"), a true and correct copy of which is attached hereto as Exhibit 1 to the Declaration of Gary Owen Caris filed in support of the Motion, whereby, among other things, the Federal Deposit Insurance Corporation ("FDIC") shall immediately transfer from the SunFirst Accounts as defined in the Pokerstars Stipulation $6,812,227.82 to a seized account operated by the United States Marshal Service and $6,812,227.82 to the Receiver.  The Court further authorizes the Receiver to take all steps necessary or convenient to implement and perform under the Pokerstars Stipulation; and

3. Notice of the Motion is deemed to be sufficient under Local Civil Rule 66-5 based on the service of the notice of the filing of the Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

Dated: August 19, 2013

_____
MIRANDA M. DU
United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA 18058451.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On July 31, 2013, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT WITH UNITED STATES OF AMERICA CONCERNING FUNDS SUBJECT TO CIVIL FORFEITURE ACTION AND FOR LIMITED NOTICE UNDER RULE 66-5 IF APPLICABLE** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 31, 2013 at Los Angeles, California.

/s/ *Tracey L. Waters*
Tracey L. Waters

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 9 -

LA 18051089.2

# SERVICE LIST

The following CM/ECF participants were served by electronic means on July 31, 2013:

| | |
|---|---|
| John P. Aldrich | jaldrich@johnaldrichlawfirm.com, chernandez@johnaldrichlawfirm.com, cnelson@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com |
| John Christian Barlow | federalcourt@johnchristianbarlow.com, morgan.skinner@kcsg.com |
| Jared C. Bennett | jared.bennett@usdoj.gov, valerie.maxwell@usdoj.gov |
| Theadore J. Besen | tjblaw64@gmail.com |
| Ava M. Bessel | abessel@hutchlegal.com |
| Alan D Boyack | alandboyack@yahoo.com |
| Edward D. Boyack | sherri@edblaw.net |
| Joseph R. Brooke | jbrooke@ftc.gov |
| Linda M. Bullen | lbullen@lionelsawyer.com, RKillpack@snowjensen.com, cjensen@snowjensen.com, gbowler@lionelsawyer.com, vlsnow@snowjensen.com |
| Gary Owen Caris | gcaris@mckennalong.com; twaters@mckennalong.com |
| Teresa Chen | tchen@ftc.gov |
| Chris Childs | chris@childslegal.com |
| Andrew B. Clawson | abc@princeyeates.com |
| Brett D. Ekins | bekins@joneswaldo.com; lcheney@joneswaldo.com |
| Scott T. Evans | ashley.white@chrisjen.com, judy.garrett@chrisjen.com |
| Nathan K. Fisher | taylorn@dixontruman.com |
| Jared Green | jared.green@mccormickbarstow.com, tammy.deja@mccormickbarstow.com |
| Collot Guerard | cguerard@ftc.gov, bcpBriefBank@FTC.gov, dsalsburg@ftc.gov, lgreisman@ftc.gov, rtyndall@ftc.gov |
| Jennifer R. Hargis | jhargis@swlaw.com, DOCKET_LAS@swlaw.com, mawilliams@swlaw.com, ssell@swlaw.com |
| Lesley Anne Hawes | lhawes@mckennalong.com; twaters@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Gregg A. Hubley | ghubley@piteduncan.com, nschlanderer@piteduncan.com |
| Joni A. Jamison | jaj@morrislawgroup.com; pac@morrislawgroup.com |
| Jeremy D. Johnson | documentcollection02203@gmail.com, magten10@gmail.com, ncrane@stirba.com, royalorangecat@gmail.com |
| Joseph Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |
| Janice Kopec | jkopec@ftc.gov |

| | | |
|---|---|---|
| 1 | Matthew R. Lewis | mlewis@rqn.com |
| 2 | Phillip E. Lowry | phillip.lowry@chrisjen.com, phillip.lowry@chrisjen.com |
| 3 | Kelly H. Macfarlane | kelly.macfarlane@chrisjen.com |
| 4 | Gregory Miles | gmiles@rjdwlaw.com, aandrew@royaljoneslaw.com |
|   | Michael C. O'Brien | mobrien@vancott.com |
| 5 | Jacob A. Reynolds | jreynolds@hutchlegal.com, bpereira@hutchlegal.com |
| 6 | Karl O. Riley | kriley@swlaw.com, DOCKET_LAS@swlaw.com, jforrest@swlaw.com |
| 7 | Jessica G. Peterson | jpeterson@djplaw.com, khughes@djplaw.com |
| 8 | Karra J. Porter | karra.porter@chrisjen.com, karra.porter@chrisjen.com, anne.macleod@chrisjen.com, paula.christensen@chrisjen.com |
| 9 | Rodrigo M. Rodriguez | Rrodriguez@fdic.gov |
| 10 | Michael R. Shaw | mshaw@joneswaldo.com; smoen@joneswaldo.com |
| 11 | Sarah E. Spencer | sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com |
|    | Michael D. Stanger | mstanger@cnmlaw.com, rbeall@cnmlaw.com |
| 12 | Michael P. Studebaker | mike@studebakerlaw.com |
| 13 | Jeannette F. Swent | jeannette.swent@usdoj.gov, valerie.maxwell@usdoj.gov |
| 14 | Sam E. Taylor, Jr. | SaTaylor@FDIC.gov |
| 15 | Michael F. Thomson | thomson.michael@dorsey.com, montoya.michelle@dorsey.com |
| 16 | D. Neal Tomlinson | ntomlinson@swlaw.com, DOCKET_LAS@swlaw.com, bsanderson@swlaw.com |
| 17 | Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| 18 | | |
| 19 | Dotan Weinman | dweinman@ftc.gov |
|    | Loren E. Weiss | lweiss@rqn.com; rfrodente@rqn.com; docket@rqn.com |
| 20 | Blaine T. Welsh | blaine.welsh@usdoj.gov; sue.knight@usdoj.gov; eunice.jones@usdoj.gov; doriayn.olivarra@usdoj.gov; mary.booker@usdoj.gov |
| 21 | | |

    The following non-CM/ECF participants were served by first-class mail, postage prepaid on July 31, 2013:

| | |
|---|---|
| Ryan Riddle<br>446 East 1410 South<br>Washington, UT 84780 | Bryce Payne<br>2399 East Bella Rosa Circle<br>St. George, UT 84780 |
| Loyd Johnston<br>110 North 200 East<br>PO Box 44<br>Kanosh, Utah 84637 | Tara-Lynn Adams<br>2152 Starline Meadow Place<br>Las Vegas, NV 89139 |

McKenna Long &
Aldridge LLP
Los Angeles

- 2 -

UPDATED 7/2/13

LA 18021363.1

| | |
|---|---|
| Kevin Pilon<br>1975 East 1060 North<br>St. George, UT 84770 | Scott Leavitt<br>2271 Southgate Hills Drive<br>St. George, UT 84770<br>E-mail: scottleavitt1224@yahoo.com |
| Jason Vowell<br>573 S. Woodsview Circle<br>St. George, UT 84770 | |

**SPECIAL NOTICE PARTIES -- MAIL**

| | |
|---|---|
| Aaron D. Randall<br>Hughes, Thompson, Randall & Mellen, P.C.<br>187 North 100 West<br>Saint George, UT 84770 | Curtis M. Jensen<br>V. Lowry Snow<br>Snow Jensen & Reece<br>912 West 1600 South, Ste. B200<br>St. George, UT 84770 |
| Jason H. Cowley<br>Assistant United States Attorney<br>One St. Andrews Plaza<br>New York, NY 10007 | |