UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-cv-02203-MMD-GWF |
| Plaintiff, | ORDER |
| v. | |
| JEREMY JOHNSON, et al., | |
| Defendants. | |

Before the Court is the Receiver's Motion for Order: (1) Authorizing Receiver to List and Offer for Sale Multiple Real Properties; (2) Authorizing Receiver to List and Offer for Sale Aircraft (Tail No. N13HG); and (3) Granting Relief From Local Rule 66-5 Pertaining to Notice to Creditors. (Dkt. no. 1161.) The Receiver seeks Court authorization to list and offer for sale a number of real properties and a 1996 Robinson helicopter titled to Rotortrends, Inc. ("the Helicopter"). The only opposition to the Motion was filed by Rotortrends, LLC as interveners. (Dkt. no. 1167.) Rotortrends does not dispute that the Helicopter is an asset of the Receivership estate. However, Rotortrends contends that because of its appeal of the Court's Order clarifying the scope of the preliminary injunction, the Court should deny the Receiver's request to list and market for sale the Helicopter since the Court's decision may be reversed on appeal. The Receiver responds that Rotortrends has not sought a stay pending appeal. The Court agrees with the Receiver. The parties who are appealing the Court's Order clarifying the preliminary

injunction have not sought a stay. Absent a stay, the Court's Order is enforceable. It is therefore ordered that the Receiver's Motion is granted. The Court will issue the proposed order attached to the Motion.

DATED THIS 30th day of September 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE