RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>  Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>ORDER GRANTING MOTION FOR ORDER: (1) AUTHORIZING RECEIVER TO LIST AND OFFER FOR SALE MULTIPLE REAL PROPERTIES; (2) AUTHORIZING RECEIVER TO LIST AND OFFER FOR SALE AIRCRAFT (TAIL NO. N13HG); AND (3) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS |

The Motion for an Order (1) Authorizing the Receiver to List and Offer for Sale Multiple Real Properties; (2) Authorizing the Receiver to List and Offer for Sale Aircraft (Tail No. N13HG); and (3) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Motion") having been filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the

LA 18060100.1

Court having reviewed and considered the Motion and all pleadings and papers filed in support thereof, the responses or opposition, if any, to the Motion and any reply by the Receiver, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and all relief sought therein is hereby granted in its entirety;

2. Without limiting the generality of the foregoing:

A. The Receiver is authorized to engage local or regional real estate brokers experienced in the sale of real property of the type set forth in paragraph 2.B. of this Order (the "Real Estate Agents"), and to enter into one or more written exclusive listing agreements with such Real Estate Agents providing for ordinary and customary terms and conditions for the listing of similar real property assets, including the payment of ordinary and customary sales commissions for each of the real properties, providing for ordinary and customary advertising expenses, and further providing that acceptance of offers and completion of any sales of the real properties are subject to entry of an order of this Court approving each such sale after notice and an opportunity for hearing;

B. The Receiver is authorized to list and market for sale through the Real Estate Agents the following real properties: (1) a trailer park located at 3265 East Old Pioneer Road, Beaver Dam, Arizona titled to New Horizon Finance, Inc., a Utah corporation dba Horizon's Finance; (2) undeveloped real property located in Mt. Carmel, Utah identified as Lots 6 and 16 Chamberlain Ranch, Kane County, Utah, with common addresses of 6 Narrows Road, Mt. Carmel, Utah and 16 Narrows Road, Mt. Carmel, Utah titled to Kombi Capital, LP; (3) three parcels of undeveloped real property located in Hurricane, Utah titled to Kombi Capital, LP, including an approximate 19.9 acre parcel, an approximate 5.11 acre parcel and an approximate 3.0 acre parcel (Tax Id. Nos. H-4-1-222, H-4-2-1-223 and H-3-1-31-222, respectively, for reference); (4) a condominium located at 5 South 500 West #1105, Salt Lake City, Utah titled to Phoenix Rising, LLC; and (5) a single family residential property located at 647 Arrowhead Trail, Santa Clara, Utah titled to Triple Seven, LP, or Spyglass Enterprises LLC;

C. The Receiver is authorized to list and market for sale that certain 1996 Robinson helicopter bearing Tail No. N13HG titled to Rotortrends, Inc. (the "N13HG Helicopter"). In connection therewith, the Receiver seeks an order authorizing the Receiver to enter into a written listing agreement ("Helicopter Listing Agreement") with Quantum Helicopters as Aircraft Broker which provides for payment of a sales commission of up to 6% of the final gross sales price for the N13HG Helicopter payable at the closing of the sale and for the Aircraft Broker to provide ordinary and customary advertising for the aircraft at the Aircraft Broker's expense; and

D. Notice of the Motion is hereby deemed sufficient under Local Civil Rule 66-5 based on the service of a notice of the filing of the Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

Dated: September 30, 2013

_____
MIRANDA M. DU
United States District Judge

LA 18060100.1