RODRIGO M. RODRIGUEZ    (TX SBN 17148485)
  Rrodriguez@FDIC.gov
  Telephone:  (972) 761-4295
  Facsimile:  (972) 761-8484

FDIC LEGAL DIVISION
1601 Bryan Street
Dallas, Texas  75201

Attorney for
**Federal Deposit Insurance Corporation**
**As Receiver for SunFirst Bank**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | CASE NO.   2:10-CV-02203-MMD-GWF<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Rodrigo M. Rodriguez, Senior Attorney of the Federal Deposit Insurance Corporation Legal Division, hereby moves the Court for an Order granting permission to withdraw as Counsel of Record for the Federal Deposit Insurance Corporation, as Receiver for SunFirst Bank ("FDIC-R").   This motion is made pursuant to Local Rule IA 10-6 and is supported by the following:

1.   LR IA 10-6(b) states that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."

1

2. LR IA 10-6(e) further states in part, "[e]xcept for good cause shown, no withdrawal or substitution shall be approved if delay of discovery, the trial or any hearing in the case would result."

3. Good cause for withdrawal exists in this case because Rodrigo M. Rodriguez is retiring from Federal service on November 29, 2013 following a lengthy career with the Federal Deposit Insurance Corporation.

4. No delay will result in granting this withdrawal for the reason that the FDIC-R is not currently involved in any discovery, trial or hearing in this case.  Additionally, the FDIC-R has also previously designated Sam E. Taylor, Jr. who will remain as its primary Counsel of Record.

**WHEREFORE,** the FDIC-R respectfully requests that this Court grant this Motion and enter an order permitting the withdrawal of Rodrigo M. Rodriguez as Counsel of Record for the FDIC-R, together with such other and further relief deemed just and proper under the circumstances.

Dated:  November 21, 2013

                                      Respectfully submitted,

                                      */s/ Rodrigo M. Rodriguez*
                                      Rodrigo M. Rodriguez   TX SBN 17148485
                                      Federal Deposit Insurance Corporation
                                      1601 Bryan St.
                                      Dallas, Texas  75201

                                      **Attorney for FDIC as Receiver for SunFirst Bank**

                                      **IT IS SO ORDERED:**

Dated:  November 22, 2013                        _____
                                      GEORGE FOLEY, JR.
                                      United States Magistrate Judge