RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>           Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>ORDER: (1) APPROVING SETTLEMENTS WITH TODD VOWELL PARTIES AND VIRGIN PROPERTIES GROUP; (2) AUTHORIZING RECEIVER TO MARKET AND LIST FOR SALE BOULDER MOUNTAIN PROPERTY AND WATER RIGHT NO. 81-3467; AND (3) FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE |

The matter of the Motion for Order: (1) Approving Settlements with Todd Vowell Parties and Virgin Properties Group; (2) Authorizing Receiver to Market and List for Sale Boulder Mountain Property and Water Right No. 81-3467; and (3) for Limited Notice Under Local Rule 66-5 If Applicable ("Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued

February 10, 2011 ("Preliminary Injunction"), came on regularly before the Court for determination, the Honorable Miranda M. Du, United States District Judge presiding. The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and all responses or oppositions thereto, if any, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion, and all relief sought therein, is granted in its entirety;

2. Without limiting the generality of the foregoing:

A. The Settlement Agreement ("Todd Vowell Parties Settlement") between the Receiver, on one hand, and Todd Vowell, Sheree Vowell (Todd Vowell and Sheree Vowell are sometimes referred to herein as the "Vowells"), Alpha Yankee, LLC, C2 Holdings, LLC, Capital Energy Corporation, Cerberus Management, LLC, Chateau Circle, LLC, Choker Block, LLC, Commerce Financial, LLC, Digital Currency, LLC, Dreamland Capital, LLC, ePayment Solutions, LLC, Executive Service Center, LLC, Fishhook Partners, LLC, Flatline Investments, LP, Flying High Enterprises, LLC, IC Development, LLC, KATTS, LLC, Kingfish Management, LLC, Kombi Capital, LP, Liahona Holdings, LP, Market Mastery Trading, LLC, Mastery Merchant, LLC, Omaha Eight, LLC, Paydirt Capital, Inc., Paydirt Management, Inc., Paydirt Properties, LLC, Paydirt, LP, Powder Monkeys, LLC, Scud Runner, LLC, Silvernix Holdings, LLC, SRLA Association, LLC, SRLA, LLC, Summerset Ranch, LLC, Taggart Management, LLC, TJJ Properties, LLC, TLV Enterprises, Inc., Treadstone Partners, LP, Triple Play Group, LLC, Triple Seven, LLC, Woodsview Holdings, LLC, Money Master for Life, Online Weight Loss, Triple Seven, Inc., and T. Vowell Sole Proprietorship Capital Holding (collectively, along with the Vowells, the "Todd Vowell Parties"), on the other, a true and correct copy of which is attached as Exhibit 1 to the Declaration of Brick Kane filed in support of the Motion, is hereby approved;

B. The Settlement Agreement ("Virgin Properties Group Settlement") between the Receiver, on one hand, and Virgin Properties, LLC ("Virgin Properties"), Liahona Academy for Youth, LLC ("Liahona Academy for Youth"), and Executive Car Sales, Inc. ("Executive Car Sales") (Virgin Properties, Liahona Academy, and Executive Car Sales are collectively referred

to herein as the "Virgin Properties Group"), on the other, a true and correct copy of which is attached as Exhibit 2 to the Declaration of Brick Kane filed in support of the Motion, is hereby approved;

C. The Receiver is authorized to take all steps necessary or convenient to implement and perform under the Todd Vowell Parties Settlement and the Virgin Properties Group Settlement (collectively the "Settlements") and to execute all documents provided for the Receiver to execute under the Settlements;

D. The Receiver is authorized to market and list for sale the real property located at 1749 Boulder Mountain Road, St. George, Utah title to which is presently held by Chateau Circle, LLC ("Boulder Mountain Property") and Water Right No. 81-3467 title to which is held by Kombi Capital LP ("Water Right"), and in connection therewith to engage one or more local real estate brokers to be selected by the Receiver pursuant to listing agreement(s) providing for the payment of ordinary and customary sales commissions consistent with the type of property being sold; and

E. Notice of the Motion is sufficient under Local Civil Rules 66-5 and 66-10 based on the service of the Motion on all parties and service of the notice of the filing of the Motion on all parties and all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

Dated: December 11, 2013

_____
MIRANDA M. DU
United States District Judge

LA 18086372.1