RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone:   (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION AND REQUEST FOR ENTRY OF ORDER REGARDING SUNFIRST BANK |

The matter of the Motion for Approval of Stipulation and Request for Entry of Order Regarding SunFirst Bank ("Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before the Court for determination, the Honorable Miranda M. Du, United States District Judge presiding. The Court, having reviewed and considered the Motion

1  and all pleadings and papers filed in support thereof, and all responses or oppositions thereto, if
2  any, and good cause appearing therefor,
3      IT IS ORDERED that:
4      1.    The Motion, and all relief sought therein, is granted in its entirety;
5      2.    Without limiting the generality of the foregoing, the Stipulation and Request for
6  Entry of Order Regarding SunFirst Bank Accounts is hereby approved in its entirety and made the
7  order of this Court; and
8      3.    Notice of the Motion is deemed sufficient under Local Civil Rules 66-5 and 66-10
9  based on the service of a notice of the filing of the Motion and the Motion on all parties and on
10 the last known addresses available for Dudley Group, LLC and Atomic Processing, Inc. by both
11 regular mail and electronic transmission, if known, and service of a notice of the filing of the
12 Motion on all known non-consumer creditors of the estate and on all known taxing authorities
13 with a potential claim in the receivership estate concurrent with the filing of the Motion.

Dated:  December 20, 2013

_____
MIRANDA M. DU
United States District Judge


# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On December 18, 2013, I served the **[[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION AND REQUEST FOR ENTRY OF ORDER REGARDING SUNFIRST BANK** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 18, 2013 at Los Angeles, California.

/s/ *Tracey L. Waters*
Tracey L. Waters

# SERVICE LIST

The following CM/ECF participants were served by electronic means on December 18, 2013:

| | |
|---|---|
| John P. Aldrich | jaldrich@johnaldrichlawfirm.com, chernandez@johnaldrichlawfirm.com, cnelson@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com |
| John Christian Barlow | federalcourt@johnchristianbarlow.com, morgan.skinner@kcsg.com |
| Jared C. Bennett | jared.bennett@usdoj.gov, valerie.maxwell@usdoj.gov |
| Theadore J. Besen | tjblaw64@gmail.com |
| Ava M. Bessel | abessel@hutchlegal.com |
| Alan D Boyack | alandboyack@yahoo.com |
| Edward D. Boyack | sherri@edblaw.net |
| Joseph R. Brooke | jbrooke@ftc.gov |
| Linda M. Bullen | lbullen@lionelsawyer.com, RKillpack@snowjensen.com, cjensen@snowjensen.com, gbowler@lionelsawyer.com, vlsnow@snowjensen.com |
| Gary Owen Caris | gcaris@mckennalong.com; twaters@mckennalong.com |
| Teresa Chen | tchen@ftc.gov |
| Chris Childs | chris@childslegal.com |
| Andrew B. Clawson | abc@princeyeates.com |
| Brett D. Ekins | bekins@joneswaldo.com; lcheney@joneswaldo.com |
| Scott T. Evans | ashley.white@chrisjen.com, judy.garrett@chrisjen.com |
| Nathan K. Fisher | taylorn@dixontruman.com |
| Jared Green | jared.green@mccormickbarstow.com, tammy.deja@mccormickbarstow.com |
| Collot Guerard | cguerard@ftc.gov, bcpBriefBank@FTC.gov, dsalsburg@ftc.gov, lgreisman@ftc.gov, rtyndall@ftc.gov |
| Lesley Anne Hawes | lhawes@mckennalong.com; twaters@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Gregg A. Hubley | ghubley@piteduncan.com, nschlanderer@piteduncan.com |
| Joni A. Jamison | jaj@morrislawgroup.com; pac@morrislawgroup.com |
| Jeremy D. Johnson | documentcollection02203@gmail.com, magten10@gmail.com, ncrane@stirba.com, royalorangecat@gmail.com |
| Joseph Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |
| Janice Kopec | jkopec@ftc.gov |
| Matthew R. Lewis | mlewis@rqn.com |

| | | |
|---|---|---|
| 1 | Phillip E. Lowry | phillip.lowry@chrisjen.com, phillip.lowry@chrisjen.com |
| 2 | Kelly H. Macfarlane | kelly.macfarlane@chrisjen.com |
| 3 | Gregory Miles | gmiles@rjdwlaw.com, aandrew@royaljoneslaw.com |
| | Michael C. O'Brien | mobrien@vancott.com |
| 4 | Jacob A. Reynolds | jreynolds@hutchlegal.com, bpereira@hutchlegal.com |
| 5 | Karl O. Riley | kriley@swlaw.com, DOCKET_LAS@swlaw.com, jforrest@swlaw.com; mawilliams@swlaw.com, ssell@swlaw.com |
| 6 | | |
| | Jessica G. Peterson | jpeterson@djplaw.com, khughes@djplaw.com |
| 7 | Karra J. Porter | karra.porter@chrisjen.com, karra.porter@chrisjen.com, anne.macleod@chrisjen.com, paula.christensen@chrisjen.com |
| 8 | | |
| | Rodrigo M. Rodriguez | Rrodriguez@fdic.gov |
| 9 | Michael R. Shaw | mshaw@joneswaldo.com; smoen@joneswaldo.com |
| 10 | Sarah E. Spencer | sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com |
| 11 | Michael D. Stanger | mstanger@cnmlaw.com, rbeall@cnmlaw.com |
| | Michael P. Studebaker | mike@studebakerlaw.com |
| 12 | Jeannette F. Swent | jeannette.swent@usdoj.gov, valerie.maxwell@usdoj.gov |
| 13 | | |
| | Sam E. Taylor, Jr. | SaTaylor@FDIC.gov |
| 14 | Michael F. Thomson | thomson.michael@dorsey.com, montoya.michelle@dorsey.com |
| 15 | Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| 16 | | |
| 17 | Dotan Weinman | dweinman@ftc.gov |
| | Loren E. Weiss | lweiss@rqn.com; rfrodente@rqn.com; docket@rqn.com |
| 18 | Blaine T. Welsh | blaine.welsh@usdoj.gov; sue.knight@usdoj.gov; eunice.jones@usdoj.gov; doriayn.olivarra@usdoj.gov; mary.booker@usdoj.gov |
| 19 | | |

The following non-CM/ECF participants were served via electronic mail on December 18, 2013:

justin@atomicprocessing.com

craig@atomicprocessing.com

The following non-CM/ECF participants were served by first-class mail, postage prepaid on December 18, 2013:

| | |
|---|---|
| Ryan Riddle<br>446 East 1410 South<br>Washington, UT 84780 | Bryce Payne<br>2399 East Bella Rosa Circle<br>St. George, UT 84780 |
| Loyd Johnston<br>110 North 200 East<br>PO Box 44<br>Kanosh, Utah 84637 | Tara-Lynn Adams<br>2152 Starline Meadow Place<br>Las Vegas, NV 89139 |
| Kevin R Pilon.<br>P.O. Box 387<br>94 Grand Harbor Drive<br>Grand River, Ohio 44045-0387 | Scott Leavitt<br>2271 Southgate Hills Drive<br>St. George, UT 84770<br>E-mail: scottleavitt1224@yahoo.com |
| Jason Vowell<br>573 S. Woodsview Circle<br>St. George, UT 84770 | Marcus R. Mumford, Esq.<br>Mumford PC<br>405 South Main, Suite 975<br>Salt Lake City, UT 84111 |
| Jason Thomas Vowell<br>Register #19688-081<br>USP Tucson<br>U.S. Penitentiary<br>Federal Satellite Low<br>P.O. Box 24549<br>Tucson, AZ 85734 | |

**SPECIAL NOTICE PARTIES -- MAIL**

| | |
|---|---|
| Aaron D. Randall<br>Hughes, Thompson, Randall & Mellen, P.C.<br>187 North 100 West<br>Saint George, UT 84770 | Curtis M. Jensen<br>V. Lowry Snow<br>Snow Jensen & Reece<br>912 West 1600 South, Ste. B200<br>St. George, UT 84770 |
| Dudley Group, LLC<br>c/o Randall Dervishian<br>2531 62nd St. N<br>St. Petersburg, FL 33772 | Dudley Group, LLC<br>c/o Ronald Edmonds<br>501 Watson PL SE<br>Gainesville, GA 30501 |
| Atomic Processing, Inc.<br>10385 111th Place<br>Largo, FL 33773 | |