# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
|     Plaintiff, | ) | Case No. 2:10-cv-02203-MMD-GWF |
| vs. | ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, | ) | Motions to Withdraw (##1287, 1299) |
|     Defendants. | ) | |

This matter comes before the Court on Neal Tomlinson, Esq., Chad Fears, Esq., Brian Reeve, Esq., and Karl Riley, Esq.'s ("Counsel") Motion to Withdraw as Counsel for Defendant Andy Johnson (#1287), filed on December 2, 2013. This matter also comes before the Court on Counsel's Motion to Withdraw as Counsel for Defendants Duane Fielding, Anthony Holdings Corp., and Network Agenda, LLC ("Fielding Defendants") (#1299), filed on December 6, 2013.

Counsel represents that due to Johnson and the Fielding Defendants' failure to meet their financial obligations and deteriorated relationships between Counsel and Defendants, Counsel can no longer effectively represent the subject Defendants. The Court finds Counsel establishes good cause to withdraw as Counsel for Johnson and the Fielding Defendants. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that on Neal Tomlinson, Esq., Chad Fears, Esq., Brian Reeve, Esq., and Karl Riley, Esq.'s Motion to Withdraw as Counsel for Andy Johnson (#1287) is **granted**.

...

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address
2   of Andy Johnson to the civil docket in this case: 3641 Vista Circle, Santa Clara, Utah 84765.
3   **IT IS FURTHER ORDERED** that the Clerk of the court shall serve a copy of this Order
4   on Andy Johnson at the above-listed address.
5   **IT IS FURTHER ORDERED** that Neal Tomlinson, Esq., Chad Fears, Esq., Brian Reeve,
6   Esq., and Karl Riley, Esq.'s Motion to Withdraw as Counsel for Defendants Duane Fielding,
7   Anthony Holdings Corp., and Network Agenda, LLC is **granted**.
8   **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known
9   addresses for Duane Fielding, Anthony Holdings Corp., and Network Agenda, LLC, which are
10  identical, to the civil docket in this case: 3023 Old Farm Road, Washington, Utah 84780.
11  **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve copies of this Order
12  on Duane Fielding, Anthony Holdings Corp., and Network Agenda, LLC at the above-listed
13  address.
14  **IT IS FURTHER ORDERED** that Anthony Holdings Corp. and Network Agenda, LLC
15  must retain new counsel if they intend to continue to litigate this matter. A corporation or limited
16  liability company may appear in federal court only through licensed counsel. *U.S. v. High Country*
17  *Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Anthony Holdings and Network Agenda shall
18  have 14 days from the date of this Order to retain new counsel.
19  DATED this 23rd day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge