1    RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
2    KOLESAR & LEATHAM, CHTD.
     400 South Rampart Boulevard, Suite 400
3    Las Vegas, NV 89145
     Telephone:      (702) 362-7800
4    Facsimile:      (702) 362-9472

5
     GARY OWEN CARIS (Cal. SBN 088918)
6      gcaris@mckennalong.com
     LESLEY ANNE HAWES (Cal. SBN 117101)
7      lhawes@mckennalong.com
     MCKENNA LONG & ALDRIDGE LLP
8    300 South Grand Avenue, 14th Floor
     Los Angeles, CA  90071-3124
9    Telephone:      (213) 688-1000
     Facsimile:      (213) 243-6330
10

11   Attorneys for Receiver
     **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
12   **LLC**

13

14                    **UNITED STATES DISTRICT COURT**

15                          **DISTRICT OF NEVADA**

16

| 17 | FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
|---|---|---|
| 18 | Plaintiff, | **[PROPOSED]** ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING, APPROVING AND CONFIRMING SALE OF 647 ARROWHEAD TRAIL, SANTA CLARA, UTAH AND SALE AND OVERBID PROCEDURES AND FOR RELATED RELIEF; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS |
| 19 | v. | |
| 20 | JEREMY JOHNSON, etc., et al., | |
| 21 | Defendants. | |

25

26        The matter of the Motion for Order: (1) Authorizing, Approving and Confirming Sale of

27   647 Arrowhead Trail, Santa Clara, Utah and Sale and Overbid Procedures and for Related Relief;

28

1    and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Motion") filed

2    by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the

3    Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before the

4    Court for determination, the Honorable Miranda M. Du, United States District Judge presiding.

5    The Court, having reviewed and considered the Motion and all pleadings and papers filed in

6    support thereof, and all responses or oppositions thereto, if any, and good cause appearing

7    therefor,

8            IT IS ORDERED that:

9            1.      The Motion, and all relief sought therein, is granted in its entirety;

10           2.      Without limiting the generality of the foregoing:

11           A.      The Receiver's proposed sale and overbid procedures for the sale of the real

12   property located at 647 Arrowhead Trail, Santa Clara, Utah 84765 ("Arrowhead Trail Property")

13   are hereby authorized and approved, and the Court hereby approves and confirms the sale of the

14   Arrowhead Trail Property on an "as is" basis more fully described in the sale contract documents

15   by private sale either (a) to Title Solutions ("Proposed Buyer"), an arm's length buyer, at a

16   purchase price of $390,000 pursuant to the Real Estate Purchase Contract dated October 23, 2013,

17   Addendum No. 1 to Real Estate Purchase Contract, Addendum No. 2 to Real Estate Purchase

18   Contract/Counteroffer dated October 31, 2013 and accepted November 1, 2013, and the

19   Additional Terms and As Is Purchase attachments attached collectively as Exhibit 2 to the

20   Declaration of M. Val Miller filed in support of the Motion (collectively "Proposed Purchase

21   Agreement"), or (b) to such higher qualified overbidder who hereafter submits the highest

22   qualified overbid at a subsequent overbid session to be conducted under the terms and conditions

23   more fully set forth herein.

24           B.      The Court hereby authorizes the sale of the Arrowhead Trail Property subject to

25   the following overbid procedures, which the Court hereby approves:

26           1.      The overbid session shall be conducted within 30 days of the date of entry

27   of this Order.  The overbid session will be conducted at the offices of Kirch & Todd Real Estate,

28   43 South 100 East, Suite 200, St. George, Utah 84770;

2.     The Receiver shall cause to be published a notice of the proposed sale of the Arrowhead Trail Property to a qualified bidder at the overbid session to be conducted under paragraph 1.A. above, which notice shall state the date, time and place of the overbid session, the requirement for pre-qualification by overbidders and the terms and conditions of the overbidding and sale of the property, as described below ("Overbid Notice").  The Receiver shall cause the Overbid Notice to be published in The Spectrum newspaper one time at least ten days prior to the scheduled overbid session date.

3.     Any person wishing to overbid at the overbid session shall be required to pre-qualify with the Receiver no later than 10:00 a.m. two business days preceding the overbid session by delivering to the Receiver's office located at 6037 S. Ft. Apache Road, Suite 130, Las Vegas, Nevada 89148: (a) notice in writing of the prospective overbidder's intent to overbid together with (b) written verification from a financial institution demonstrating to the Receiver's satisfaction, in the Receiver's sole opinion and judgment, the prospective overbidder's ability to complete and close a purchase of the Arrowhead Trail Property through sufficient funds or credit facilities within 10 days of the date of the overbid session, and (c) a cashier's check in the sum of $20,000 payable to I Works Inc. Receivership QSF, which cashier's check shall become non-refundable upon acceptance of the overbidder's overbid at the conclusion of the overbid session.

4.     Overbidders bidding at the overbid session shall be deemed to have completed all inspections of the Arrowhead Trail Property and will be deemed to have waived and/or removed all contingencies in favor of the buyer under the Proposed Purchase Agreement, including without limitation any contingency pertaining to inspection of title, and will be required to complete a cash purchase of the Arrowhead Trail Property and close escrow for the purchase of the Arrowhead Trail Property within 10 days of the date of the overbid session.  The successful overbidder will be required to execute a purchase agreement for the Arrowhead Trail Property substantially in the form of the Proposed Purchase Agreement together with a waiver of all buyer contingencies promptly after conclusion of the overbid session.

1        5.      The initial overbid shall be in the amount of $429,000.00 (an amount that is

2  $39,000, or 10%, higher than the purchase price under the Proposed Purchase Agreement), and all

3  subsequent overbids shall be in an amount at least $10,000 higher than the preceding bid.

4        6.      Pursuant to the Proposed Purchase Agreement and the Receiver's listing

5  agreement with James Fales of Todd & Kirch Real Estate ("Broker"), a sales commission in the

6  amount of 6% of the purchase price paid for the Arrowhead Trail Property by the Proposed

7  Buyer, or if a higher overbid is received and accepted at the overbid session, by the winning

8  overbidder, shall be paid from the proceeds of sale of the Arrowhead Trail Property at close of

9  escrow and shall be paid to the Broker as listing agent under the listing agreement, or if buyer is

10  represented by a cooperating broker, shall be divided and paid equally to the Broker as the listing

11  agent and the buyer's cooperating broker, under the terms of the listing agreement.

12        7.      That the sale of the Arrowhead Trail Property by private sale to the

13  Proposed Buyer under the Proposed Purchase Agreement, or to the person who submits the

14  highest qualified overbid at the overbid session to be conducted pursuant to the foregoing

15  procedures, will be deemed confirmed by this Order without further notice or hearing and without

16  the necessity of any subsequent motion for confirmation of the sale;

17      C.      The Receiver is authorized to execute all documents and instruments necessary or

18  convenient to complete, implement, effectuate and close the sale of the Arrowhead Trail Property

19  to the purchaser, including but not limited to the deed conveying title to the Arrowhead Trail

20  Property;

21      D.      The Receiver is authorized to permit and/or cause to be paid from the proceeds of

22  sale all ordinary and customary closing costs, all costs and expenses required to be paid under the

23  terms of the Proposed Purchase Agreement by the seller from the proceeds of sale, all

24  commissions provided for in the Proposed Purchase Agreement, the Receiver's listing agreement

25  for the property attached as Exhibit 1 to the Declaration of M. Val Miller in support of the Motion

26  and the Motion, and all real property tax liens and prorated real property taxes due up to the date

27  of closing;

28

1        E.      Notice of the Motion is deemed sufficient under Local Civil Rule 66-5 based on

2   the service of a notice of the filing of the Motion and the Motion on all parties and service of a

3   notice of the filing of the Motion on all known non-consumer creditors of the estate concurrent

4   with the filing of the Motion.

5

6   Dated:   January 1, 2014

7                                                     MIRANDA M. DU
                                                      United States District Judge

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On December 4, 2013, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING, APPROVING AND CONFIRMING SALE OF 647 ARROWHEAD TRAIL, SANTA CLARA, UTAH AND SALE AND OVERBID PROCEDURES AND FOR RELATED RELIEF; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on December 4, 2013 at Los Angeles, California.

/s/ *Tracey L. Waters*
Tracey L. Waters

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 6 -

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on December 4, 2013:

| | |
|---|---|
| John P. Aldrich | jaldrich@johnaldrichlawfirm.com, chernandez@johnaldrichlawfirm.com, cnelson@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com |
| John Christian Barlow | federalcourt@johnchristianbarlow.com, morgan.skinner@kcsg.com |
| Jared C. Bennett | jared.bennett@usdoj.gov, valerie.maxwell@usdoj.gov |
| Theadore J. Besen | tjblaw64@gmail.com |
| Ava M. Bessel | abessel@hutchlegal.com |
| Alan D Boyack | alandboyack@yahoo.com |
| Edward D. Boyack | sherri@edblaw.net |
| Joseph R. Brooke | jbrooke@ftc.gov |
| Linda M. Bullen | lbullen@lionelsawyer.com, RKillpack@snowjensen.com, cjensen@snowjensen.com, gbowler@lionelsawyer.com, vlsnow@snowjensen.com |
| Gary Owen Caris | gcaris@mckennalong.com; twaters@mckennalong.com |
| Teresa Chen | tchen@ftc.gov |
| Chris Childs | chris@childslegal.com |
| Andrew B. Clawson | abc@princeyeates.com |
| Brett D. Ekins | bekins@joneswaldo.com; lcheney@joneswaldo.com |
| Scott T. Evans | ashley.white@chrisjen.com, judy.garrett@chrisjen.com |
| Nathan K. Fisher | taylorn@dixontruman.com |
| Jared Green | jared.green@mccormickbarstow.com, tammy.deja@mccormickbarstow.com |
| Collot Guerard | cguerard@ftc.gov, bcpBriefBank@FTC.gov, dsalsburg@ftc.gov, lgreisman@ftc.gov, rtyndall@ftc.gov |
| Jennifer R. Hargis | jhargis@swlaw.com, DOCKET_LAS@swlaw.com, mawilliams@swlaw.com, ssell@swlaw.com |
| Lesley Anne Hawes | lhawes@mckennalong.com; twaters@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Gregg A. Hubley | ghubley@piteduncan.com, nschlanderer@piteduncan.com |
| Joni A. Jamison | jaj@morrislawgroup.com; pac@morrislawgroup.com |
| Jeremy D. Johnson | documentcollection02203@gmail.com, magten10@gmail.com, ncrane@stirba.com, royalorangecat@gmail.com |
| Joseph Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |

| | | |
|---|---|---|
| 1 | Janice Kopec | jkopec@ftc.gov |
| 2 | Matthew R. Lewis | mlewis@rqn.com |
| | Phillip E. Lowry | phillip.lowry@chrisjen.com, phillip.lowry@chrisjen.com |
| 3 | | |
| 4 | Kelly H. Macfarlane | kelly.macfarlane@chrisjen.com |
| | Gregory Miles | gmiles@rjdwlaw.com, aandrew@royaljoneslaw.com |
| 5 | Michael C. O'Brien | mobrien@vancott.com |
| 6 | Jacob A. Reynolds | jreynolds@hutchlegal.com, bpereira@hutchlegal.com |
| 7 | Karl O. Riley | kriley@swlaw.com, DOCKET_LAS@swlaw.com, jforrest@swlaw.com |
| 8 | Jessica G. Peterson | jpeterson@djplaw.com, khughes@djplaw.com |
| 9 | Karra J. Porter | karra.porter@chrisjen.com, karra.porter@chrisjen.com, anne.macleod@chrisjen.com, paula.christensen@chrisjen.com |
| 10 | Rodrigo M. Rodriguez | Rrodriguez@fdic.gov |
| 11 | Michael R. Shaw | mshaw@joneswaldo.com; smoen@joneswaldo.com |
| | Sarah E. Spencer | sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com |
| 12 | Michael D. Stanger | mstanger@cnmlaw.com, rbeall@cnmlaw.com |
| 13 | Michael P. Studebaker | mike@studebakerlaw.com |
| 14 | Jeannette F. Swent | jeannette.swent@usdoj.gov, valerie.maxwell@usdoj.gov |
| 15 | Sam E. Taylor, Jr. | SaTaylor@FDIC.gov |
| 16 | Michael F. Thomson | thomson.michael@dorsey.com, montoya.michelle@dorsey.com |
| 17 | D. Neal Tomlinson | ntomlinson@swlaw.com, DOCKET_LAS@swlaw.com, bsanderson@swlaw.com |
| 18 | Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| 19 | | |
| | Dotan Weinman | dweinman@ftc.gov |
| 20 | Loren E. Weiss | lweiss@rqn.com; rfrodente@rqn.com; docket@rqn.com |
| 21 | Blaine T. Welsh | blaine.welsh@usdoj.gov; sue.knight@usdoj.gov; eunice.jones@usdoj.gov; doriayn.olivarra@usdoj.gov; mary.booker@usdoj.gov |
| 22 | | |
| 23 | | |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on December 4, 2013:

| | | |
|---|---|---|
| Ryan Riddle | | Bryce Payne |
| 446 East 1410 South | | 2399 East Bella Rosa Circle |
| Washington, UT 84780 | | St. George, UT 84780 |

| | | |
|---|---|---|
| 1 | Loyd Johnston<br>110 North 200 East | Tara-Lynn Adams<br>2152 Starline Meadow Place |
| 2 | PO Box 44<br>Kanosh, Utah 84637 | Las Vegas, NV 89139 |
| 3 | | |
| 4 | Kevin Pilon<br>1975 East 1060 North | Scott Leavitt<br>2271 Southgate Hills Drive |
| 5 | St. George, UT 84770 | St. George, UT 84770<br>E-mail: scottleavitt1224@yahoo.com |
| 6 | | |
| 7 | Jason Vowell<br>573 S. Woodsview Circle<br>St. George, UT  84770 | Marcus R. Mumford, Esq.<br>Mumford PC<br>405 South Main, Suite 975 |
| 8 | | Salt Lake City, UT 84111 |
| 9 | Jason Thomas Vowell<br>Register #19688-081<br>USP Tucson | |
| 10 | U.S. Penitentiary<br>Federal Satellite Low | |
| 11 | P.O. Box 24549<br>Tucson, AZ 85734 | |
| 12 | | |
| 13 | | |
| 14 | **SPECIAL NOTICE PARTIES -- MAIL**<br>Aaron D. Randall | Curtis M. Jensen |
| 15 | Hughes, Thompson, Randall & Mellen, P.C.<br>187 North 100 West | V. Lowry Snow<br>Snow Jensen & Reece |
| 16 | Saint George, UT 84770 | 912 West 1600 South, Ste. B200<br>St. George, UT 84770 |
| 17 | Kyle Hafen | |
| 18 | Kirch and Todd Real Estate LLC<br>43 South 100 East | |
| 19 | Saint George, UT 84770 | |
| 20 | LA 18088853.1 | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |