RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] ORDER: (1) APPROVING AND CONFIRMING SALE OF MT. CARMEL LOTS AND FOR RELATED RELIEF; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS |

The matter of the Motion for Order: (1) Approving and Confirming Sale of Mt. Carmel Lots and for Related Relief; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before the Court for determination, the Honorable Miranda M. Du, United States District Judge presiding.   The Court, having reviewed and considered the Motion and all

1  pleadings and papers filed in support thereof, and all responses or oppositions thereto, if any, and
2  good cause appearing therefor,
3    IT IS ORDERED that:
4    1.    The Motion, and all relief sought therein, is granted in its entirety;
5    2.    Without limiting the generality of the foregoing:
6        A.    The Receiver's proposed sale of the vacant land identified as Lots 6 and 16
7  in Chamberlain Ranch located in Mt. Carmel, County of Kane, Utah ("Mt. Carmel Lots") for a
8  purchase price of $38,000, all cash and without any financing contingency, to Zion Mountain
9  Resort, Inc. ("Buyer") pursuant to the Real Estate Purchase Contract for Land dated as of October
10 17, 2013 together with related Addendum No. 1, the Additional Terms provisions and "as-is" sale
11 Addendum (collectively the "Purchase Agreement"), a true and correct copy of which is attached
12 as Exhibit 2 to the Declaration of M. Val Miller filed in support of the Motion, is hereby
13 approved and confirmed;
14       B.    The Receiver is authorized to execute all documents and instruments
15 necessary or convenient to complete, implement, effectuate and close the sale to the Buyer
16 pursuant to the terms and conditions of the Purchase Agreement and the order to be entered on the
17 Motion, including but not limited to authorizing the Receiver to execute the deed, on behalf of the
18 record title holder Kombi Capital LP ("Kombi") conveying title to the Mt. Carmel Lots to the
19 Buyer;
20       C.    The Receiver is authorized to permit and/or cause to be paid from the
21 proceeds of sale of the Mt. Carmel Lots all ordinary and customary closing costs, all costs and
22 expenses required to be paid under the terms of the Purchase Agreement by the seller from the
23 proceeds of sale, all commissions provided for in the Exclusive Right to Sell Listing Agreement
24 and the Purchase Agreement attached as Exhibits 1 and 2, respectively, to the Declaration of M.
25 Val Miller filed in support of the Motion, and all real property taxes due up to date of closing;
26       D.    The Receiver is authorized to complete the sale of the Mt. Carmel Lots
27 without further notice, order or overbidding under the circumstances;
28

E. Notice of the Motion is deemed sufficient under Local Civil Rule 66-5 based on the service of the notice of filing of the Motion and the Motion on all parties and the affected lienholders, and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate and known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

Dated:   January 8, 2014

_____
MIRANDA M. DU
United States District Judge