UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>JEREMY JOHNSON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>ORDER |

　　　　Defendant Jason Vowell sent a letter to the Court. (Dkt. No. 1328.) A document requesting a Court order must be styled as a motion, not a letter (*see* Fed. R. Civ. P. 7). Letters to a judge will be disregarded. The Court will not take any action in response to the letter.

　　　　DATED THIS 14th day of January 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE