UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br>v.<br>JEREMY JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>ORDER |

　　　Before the Court is the Emergency Motion for Order: (1) Approving and Confirming Sale of 2988 Kings Court Lane, Washington, Utah and Sale and Overbid Procedures and for Related Relief; and (2) Granting Relief From Local Rule 66-5 Pertaining to Notice to Creditors; Memorandum of Points and Authorities in Support Thereof (dkt. no. 1367). The Court has reviewed and considered defendant Jeremy Johnson's late filed opposition (dkt. no. 1373) and the Receiver's reply (dkt. no. 1374), as well as the Request for Judicial Notice filed in connection with the Receiver's reply (dkt. no. 1375). The Court finds that the unsupported allegations raised in Mr. Johnson's opposition are legally and factually tenuous. The Court finds the Receiver's Motion is supported by good cause and grants the Motion. The Court will issue the proposed order submitted with the Motion.

　　　DATED THIS 27th day of February 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE