# Exhibit: B

# Statement

**Landtrends, Inc.**
P.O. BOX 429
Santa Clara, UT 84765-0429
UT Lic. 5089342

| Date |
|---|
| 4/30/2013 |

| To: |
|---|
| Jeremy Johnson<br>The Woods |

| Amount Due | Amount Enc. |
|---|---|
| $85,750.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/31/2009 | Balance forward | | 0.00 |
| 11/05/2010 | INV #5301. Due 11/05/2010. | 2,650.00 | 2,650.00 |
| 12/05/2010 | INV #5302. Due 12/05/2010. | 2,650.00 | 5,300.00 |
| 01/05/2011 | INV #5303. Due 01/05/2011. | 2,650.00 | 7,950.00 |
| 02/05/2011 | INV #5304. Due 02/05/2011. | 2,650.00 | 10,600.00 |
| 03/05/2011 | INV #5305. Due 03/05/2011. | 2,650.00 | 13,250.00 |
| 04/05/2011 | INV #5306. Due 04/05/2011. | 2,650.00 | 15,900.00 |
| 05/01/2011 | INV #5327. Due 05/01/2011. | 2,650.00 | 18,550.00 |
| 06/01/2011 | INV #5433. Due 06/01/2011. | 2,650.00 | 21,200.00 |
| 07/01/2011 | INV #5504. Due 07/01/2011. | 2,650.00 | 23,850.00 |
| 08/01/2011 | INV #5602. Due 08/01/2011. | 2,650.00 | 26,500.00 |
| 09/01/2011 | INV #5648. Due 09/01/2011. | 2,650.00 | 29,150.00 |
| 09/10/2011 | INV #7415. Due 09/10/2011. | 2,700.00 | 31,850.00 |
| 10/05/2011 | INV #5737. Due 10/05/2011. | 2,650.00 | 34,500.00 |
| 11/05/2011 | INV #5809. Due 11/05/2011. | 2,650.00 | 37,150.00 |
| 12/05/2011 | INV #5890. Due 12/05/2011. | 2,650.00 | 39,800.00 |
| 01/05/2012 | INV #5964. Due 01/05/2012. | 2,650.00 | 42,450.00 |
| 02/05/2012 | INV #6040. Due 02/05/2012. | 2,650.00 | 45,100.00 |
| 03/05/2012 | INV #6112. Due 03/05/2012. | 2,650.00 | 47,750.00 |
| 04/05/2012 | INV #6190. Due 04/05/2012. | 2,650.00 | 50,400.00 |
| 05/05/2012 | INV #6276. Due 05/05/2012. | 2,650.00 | 53,050.00 |
| 06/05/2012 | INV #6353. Due 06/05/2012. | 2,650.00 | 55,700.00 |
| 07/05/2012 | INV #6430. Due 07/05/2012. | 2,650.00 | 58,350.00 |
| 08/05/2012 | INV #6519. Due 08/05/2012. | 2,650.00 | 61,000.00 |
| 08/27/2012 | INV #6589. Due 08/27/2012. | 225.00 | 61,225.00 |
| 09/05/2012 | INV #6612. Due 09/05/2012. | 2,650.00 | 63,875.00 |
| 10/04/2012 | INV #6698. Due 10/04/2012. | 2,700.00 | 66,575.00 |
| 10/05/2012 | INV #6713. Due 10/05/2012. | 2,650.00 | 69,225.00 |
| 11/05/2012 | INV #6801. Due 11/05/2012. | 2,650.00 | 71,875.00 |
| 12/05/2012 | INV #6887. Due 12/05/2012. | 2,650.00 | 74,525.00 |
| 01/05/2013 | INV #6958. Due 01/05/2013. | 2,650.00 | 77,175.00 |
| 02/05/2013 | INV #7045. Due 02/05/2013. | 2,650.00 | 79,825.00 |
| 03/05/2013 | INV #7136. Due 03/05/2013. | 2,650.00 | 82,475.00 |
| 04/05/2013 | INV #7232. Due 04/05/2013. | 2,650.00 | 85,125.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 2,775.00 | 2,775.00 | 2,650.00 | 77,550.00 | $85,750.00 |