UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>ORDER GRANTING EMERGENCY MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH DESTINY DAVIS AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE |

The matter of the Emergency Motion for Order Approving Settlement Agreement with Destiny Davis and for Limited Notice Under Local Rule 66-5 If Applicable ("Emergency Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction") came on for determination by the Court, the Honorable Miranda M. Du, United States District Judge presiding. The Court, having reviewed and considered the

1  Emergency Motion and all pleadings and papers filed in support thereof, and good cause
2  appearing therefor,
3      IT IS ORDERED that:
4      1    The Emergency Motion and all relief requested therein is hereby granted;
5      2.   Without limiting the generality of the foregoing:
6      A.   The Receiver's proposed Settlement Agreement and Release ("Davis Settlement")
7  with Destiny Davis ("Davis"), a true and correct copy of which is attached as Exhibit 1 to the
8  Declaration of Gary Owen Caris filed in support of the Emergency Motion, is hereby approved;
9      B.   In connection with the Davis Settlement, the Receiver is authorized to take all
10 steps necessary or convenient to implement and perform under the Davis Settlement and to
11 execute all documents provided for the Receiver to execute under the Davis Settlement; and
12     C.   Notice of the Emergency Motion is deemed to be sufficient under Local Civil Rule
13 66-5 and 66-10, to the extent applicable, based on the service of a notice of the filing of the
14 Emergency Motion and the Emergency Motion on all parties, and service of a notice of the filing
15 of the Emergency Motion on all known non-consumer creditors of the estate, and on all known
16 taxing authorities with a potential claim in the receivership estate concurrent with the filing of the
17 Emergency Motion with the Court.

Dated: May 22, 2014

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE