RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Direct:       (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM DECEMBER 1, 2013 THROUGH APRIL 30, 2014; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS |

The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses from December 1, 2013 Through April 30, 2014; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Fee Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's

Preliminary Injunction Order issued February 10, 2011, came on regularly before this Court for determination. The Court, having reviewed and considered the Fee Motion and all pleadings and papers filed in support thereof, and responses, if any, filed to the Fee Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Fee Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

A. The fees of the Receiver, the Receiver's deputies, agents, and staff incurred for the five-month period from December 1, 2013 through April 30, 2014 ("Expense Period") in the sum of $71,377.57 and the Receiver's expenses in the sum of $21,646.94 incurred for the Expense Period are hereby approved and authorized to be paid from receivership assets;

B. The Receiver's legal fees of $237,243.60 and expenses of $15,946.46 incurred to the Receiver's lead counsel McKenna Long & Aldridge LLP for the Expense Period for a total sum of $253,190.06 are hereby approved and authorized to be paid from receivership assets;

C. The Receiver's legal expenses of $507.64 incurred to the Receiver's counsel Kolesar & Leatham, Chtd. for the Expense Period are hereby approved and authorized to be paid from receivership assets;

D. The Receiver's legal fees of $2,446.25 and expenses in the amount of $858.32 incurred to the Receiver's special litigation counsel Hatch, James and Dodge for the Expense Period for the total sum of $3,304.57 are hereby approved and authorized to be paid from receivership assets; and

E. Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated: July 30, 2014

MIRANDA M. DU
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On June 20, 2014, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM DECEMBER 1, 2013 THROUGH APRIL 30, 2014; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 20, 2014 at Los Angeles, California.

                                                            */s/ Christina O'Meara*
                                                             Christina O'Meara

# SERVICE LIST

The following CM/ECF participants were served by electronic means on June 20, 2014:

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov

- **Theadore J Besen**
  tjblaw64@gmail.com

- **Ava Bessel**
  abessel@hutchlegal.com,jdeangelis@hutchlegal.com

- **Edward D Boyack**
  sherri@edblaw.net

- **Joseph R Brooke**
  jbrooke@ftc.gov

- **Linda M. Bullen**
  lbullen@lionelsawyer.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com

- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com

- **Teresa Chen**
  tchen@ftc.gov

- **Christopher Childs**
  chris@childslegal.com

- **Andrew B Clawson**
  andrew@abclawutah.com

- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com

- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com

- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov

- **Randon Hansen**
  randon@hansenlawofficesltd.com

- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com

- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

- **Gregg A. Hubley**
  ghubley@piteduncan.com,nschlanderer@piteduncan.com

- **Curtis M Jensen**
  cjensen@snowjensen.com

- **Jeremy D. Johnson**
  documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com,ncrane@stirba.com,sleavitt2013@yahoo.com

- **Joseph S. Kistler**
  jkistler@hutchlegal.com,bpereira@hutchlegal.com

- **Janice Kopec**
  jkopec@ftc.gov

- **Phillip E. Lowry**
  phillip.lowry@chrisjen.com,judy.garrett@chrisjen.com

- **Kelly H Macfarlane**
  kelly.macfarlane@chrisjen.com

- **Gregory A. Miles**
  gmiles@rjdwlaw.com,aandrew@royaljoneslaw.com

- **Marcus R. Mumford**
  mrm@mumfordpc.com,jen@mumfordpc.com,jso@mumfordpc.com

- **Michael C. O'Brien**
  mobrien@vancott.com

- **Jessica G Peterson**
  jpeterson@djplaw.com,khughes@djplaw.com

- **Karra J Porter**
  karra.porter@chrisjen.com,karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com

- **Jacob A. Reynolds**
  jreynolds@hutchlegal.com,bpereira@hutchlegal.com

- **V. Lowry Snow**
  vlsnow@snowjensen.com

- **Sarah E Spencer**
  sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com

- **Michael P. Studebaker**
  mike@studebakerlaw.com

- **Jeannette F. Swent**
  jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov

- **Sam E Taylor , Jr**
  SaTaylor@FDIC.gov

- **Michael F. Thomson**
  thomson.michael@dorsey.com,montoya.michelle@dorsey.com

- **Michael K Wall**
  mwall@hutchlegal.com,ccpittsenbarger@hutchlegal.com

McKenna Long &
Aldridge LLP
Los Angeles

- 5 -

USW 804545166.1

- **Dotan Weinman**
  dweinman@ftc.gov

- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com

- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,doriayn.olivarra@usdoj.gov,josephine.sommer@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid on June 20, 2014:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin R Pilon.
P.O. Box 387
94 Grand Harbor Drive
Grand River, Ohio 44045-0387

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

Jason Thomas Vowell
Register #19688-081
c/o RRM Salt Lake City
Residential Reentry Office
324 South State Street, Suite 228
Salt Lake City, UT 84111

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

Jason Vowell
573 S. Woodsview Circle
St. George, UT 84770

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

**TAXING AGENCIES -- MAIL**

California Franchise Tax Board
Special Procedures – BE Bankruptcy
MSA-345
P.O. Box 2952
Sacramento, CA 95812-2952

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410

| | |
|---|---|
| Internal Revenue Service<br>Ogden, UT 84201-0039 | Massachusetts Department of Revenue<br>P.O. Box 7000<br>Boston, MA 02204 |
| Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT 59604 | Nevada Department of Taxation<br>1550 College Parkway<br>Carson City, NV 89706 |
| Oklahoma Tax Commission<br>2501 North Lincoln Boulevard<br>Oklahoma City, OK 73194 | Sevier County Treasurer<br>250 North Main Street<br>Richfield, UT 84701 |
| State of Arizona<br>Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 | State of Arkansas – Corporate Income Tax Section<br>P.O. Box 919<br>Little Rock, AR 72203 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Washington County Assessor<br>87 North 200 East, Suite 201<br>St. George, UT 84770 |
| Internal Revenue Service<br>Attn: J. Daugherty MS/5028LVG<br>110 North City Parkway<br>Las Vegas, NV 89106 | Los Angeles County Tax Collector<br>225 North Hill Street, Room 122<br>Los Angeles, CA 90012 |
| Arkansas Secretary of State<br>State Capitol<br>Room 256<br>Little Rock, AR 72201 | California Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
| State of California Board of Equalization<br>Ms. Eve Lee<br>450 N Street, MIC 55<br>Sacramento, CA 95814 | State of CA Employment Development Dept.<br>Attn: John Arnold<br>7677 Oakport Street, Suite 400<br>Oakland, CA 94621 |
| State of Delaware Division of Corporation<br>P.O. Box 898<br>Dover, DE 19903 | Utah Department of Workforce Services<br>P.O. Box 45249<br>Salt Lake City, UT 84145-0249 |
| City of St. George Utilities<br>P.O. Box 1750<br>St. George, UT 84771-1750 | Employment Development Department<br>P.O. Box 82615<br>MIC 3A<br>Sacramento, CA 94280-0001 |
| New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 | New York State Division of Corporations<br>99 Washington Avenue, 6th Floor<br>Albany, NY 12231 |

McKenna Long &
Aldridge LLP
Los Angeles

- 7 -

USW 804545166.1

```
 1  David Willcox, Revenue Officer
    Nevada Department of Taxation
 2  Attn: Bankruptcy Section
    555 E Washington Ave #1300
 3  Las Vegas, NV 89101
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```