1  RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
2  KOLESAR & LEATHAM, CHTD.
   400 South Rampart Boulevard, Suite 400
3  Las Vegas, NV 89145
   Telephone:    (702) 362-7800
4  Direct:        (702) 889-7752
   Facsimile:    (702) 362-9472
5
   GARY OWEN CARIS (Cal. SBN 088918)
6     gcaris@mckennalong.com
   LESLEY ANNE HAWES (Cal. SBN 117101)
7     lhawes@mckennalong.com
   MCKENNA LONG & ALDRIDGE LLP
8  300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071-3124
9  Telephone:    (213) 688-1000
   Facsimile:    (213) 243-6330
10
   Attorneys for Receiver
11 **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
   **LLC**
12

13                UNITED STATES DISTRICT COURT

14

15                     DISTRICT OF NEVADA

16

17 FEDERAL TRADE COMMISSION,          Case No. 2:10-CV-02203-MMD-GWF

18          Plaintiff,                **[PROPOSED]** ORDER GRANTING
                                      **MOTION FOR ORDER (1) APPROVING**
   v.                                 **AND AUTHORIZING PAYMENT OF**
19                                    **RECEIVER'S AND PROFESSIONALS'**
   JEREMY JOHNSON, individually, as officer  **FEES AND EXPENSES FROM AUGUST**
20 of Defendants I Works, Inc.,  etc., et al.,  **1, 2013 THROUGH NOVEMBER 30,**
                                      **2013; AND (2) GRANTING RELIEF**
21          Defendants.              **FROM LOCAL RULE 66-5**
                                      **PERTAINING TO NOTICE TO**
22                                    **CREDITORS**

23

24

25         The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's

26 and Professionals' Fees and Expenses from August 1, 2013 Through November 30, 2013; and (2)

27 Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Fee Motion") filed by

28 Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's

MCKENNA LONG &
ALDRIDGE LLP
LOS ANGELES                           - 1 -

USW 804253996.1

Preliminary Injunction Order issued February 10, 2011, came on regularly before this Court for determination. The Court, having reviewed and considered the Fee Motion and all pleadings and papers filed in support thereof, and responses, if any, filed to the Fee Motion, and good cause appearing therefor,

IT IS ORDERED that:

1.      The Fee Motion and all relief sought therein is granted;

2.      Without limiting the generality of the foregoing:

A.      The fees of the Receiver, the Receiver's deputies, agents, and staff  incurred for the four-month period from August 1, 2013 through November 30, 2013 ("Expense Period") in the sum of $142,216.40 and the Receiver's expenses in the sum of $22,723.87 incurred for the Expense Period are hereby approved and authorized to be paid from receivership assets;

B.      The Receiver's legal fees of $279,571.50 and expenses of $15,434.90 incurred to the Receiver's lead counsel McKenna Long & Aldridge LLP for the Expense Period for a total sum of $295,006.40 are hereby approved and authorized to be paid from receivership assets;

C.      The Receiver's legal expenses of $156.16 incurred to the Receiver's counsel Kolesar & Leatham, Chtd. for the Expense Period are hereby approved and authorized to be paid from receivership assets;

D.      The Receiver's legal fees of $10,082.50 and expenses in the amount of $1,832.17 incurred to the Receiver's special litigation counsel Hatch, James and Dodge for the Expense Period for the total sum of $11,914.67 are hereby approved and authorized to be paid from receivership assets; and

E.      Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated:   July 30, 2014

MIRANDA M. DU
United States District Court Judge

McKenna Long &
Aldridge LLP
Los Angeles

- 2 -

USW 804253996.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On February 26, 2014, I served the **[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM AUGUST 1, 2013 THROUGH NOVEMBER 30, 2013; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 26, 2014at Los Angeles, California.

/s/ Tracey L. Waters
_____
Tracey L. Waters

McKenna Long &
Aldridge LLP
Los Angeles

- 3 -

USW 804253996.1

# SERVICE LIST

The following CM/ECF participants were served by electronic means on February 26, 2014:

| | |
|---|---|
| John P. Aldrich | jaldrich@johnaldrichlawfirm.com, chernandez@johnaldrichlawfirm.com, cnelson@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com |
| John Christian Barlow | federalcourt@johnchristianbarlow.com, morgan.skinner@kcsg.com |
| Jared C. Bennett | jared.bennett@usdoj.gov, valerie.maxwell@usdoj.gov |
| Theadore J. Besen | tjblaw64@gmail.com |
| Ava M. Bessel | abessel@hutchlegal.com |
| Alan D Boyack | alandboyack@yahoo.com |
| Edward D. Boyack | sherri@edblaw.net |
| Joseph R. Brooke | jbrooke@ftc.gov |
| Linda M. Bullen | lbullen@lionelsawyer.com, RKillpack@snowjensen.com, cjensen@snowjensen.com, gbowler@lionelsawyer.com, vlsnow@snowjensen.com |
| Gary Owen Caris | gcaris@mckennalong.com; twaters@mckennalong.com |
| Teresa Chen | tchen@ftc.gov |
| Chris Childs | chris@childslegal.com |
| Andrew B. Clawson | abc@princeyeates.com |
| Brett D. Ekins | bekins@joneswaldo.com; lcheney@joneswaldo.com |
| Scott T. Evans | ashley.white@chrisjen.com, judy.garrett@chrisjen.com |
| Nathan K. Fisher | taylorn@dixontruman.com |
| Jared Green | jared.green@mccormickbarstow.com, tammy.deja@mccormickbarstow.com |
| Collot Guerard | cguerard@ftc.gov, bcpBriefBank@FTC.gov, dsalsburg@ftc.gov, lgreisman@ftc.gov, rtyndall@ftc.gov |
| Randon Hansen | randon@hansenlawofficesltd.com |
| Jennifer R. Hargis | jhargis@swlaw.com, DOCKET_LAS@swlaw.com, mawilliams@swlaw.com, ssell@swlaw.com |
| Lesley Anne Hawes | lhawes@mckennalong.com; twaters@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Gregg A. Hubley | ghubley@piteduncan.com, nschlanderer@piteduncan.com |
| Joni A. Jamison | jaj@morrislawgroup.com; pac@morrislawgroup.com |

McKenna Long &
Aldridge LLP
Los Angeles

USW 804253996.1

| | | |
|---|---|---|
| 1 | Jeremy D. Johnson | documentcollection02203@gmail.com, magten10@gmail.com, ncrane@stirba.com, royalorangecat@gmail.com |
| 2 | | |
| 3 | Joseph Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |
| 4 | Janice Kopec | jkopec@ftc.gov |
| 5 | Matthew R. Lewis | mlewis@rqn.com |
| | Phillip E. Lowry | phillip.lowry@chrisjen.com, phillip.lowry@chrisjen.com |
| 6 | | |
| 7 | Kelly H. Macfarlane | kelly.macfarlane@chrisjen.com |
| | Gregory Miles | gmiles@rjdwlaw.com, aandrew@royaljoneslaw.com |
| 8 | Marcus R. Mumford | mrm@mumfordpc.com, jen@mumfordpc.com, jso@mumfordpc.com |
| 9 | | |
| | Michael C. O'Brien | mobrien@vancott.com |
| 10 | Jacob A. Reynolds | jreynolds@hutchlegal.com, bpereira@hutchlegal.com |
| 11 | Karl O. Riley | kriley@swlaw.com, DOCKET_LAS@swlaw.com, jforrest@swlaw.com |
| 12 | Jessica G. Peterson | jpeterson@djplaw.com, khughes@djplaw.com |
| 13 | Karra J. Porter | karra.porter@chrisjen.com, karra.porter@chrisjen.com, anne.macleod@chrisjen.com, paula.christensen@chrisjen.com |
| 14 | | |
| 15 | Rodrigo M. Rodriguez | Rrodriguez@fdic.gov |
| | Michael R. Shaw | mshaw@joneswaldo.com; smoen@joneswaldo.com |
| 16 | Sarah E. Spencer | sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com |
| 17 | Michael D. Stanger | mstanger@cnmlaw.com, rbeall@cnmlaw.com |
| 18 | Michael P. Studebaker | mike@studebakerlaw.com |
| | Jeannette F. Swent | jeannette.swent@usdoj.gov, valerie.maxwell@usdoj.gov |
| 19 | | |
| 20 | Sam E. Taylor, Jr. | SaTaylor@FDIC.gov |
| | Michael F. Thomson | thomson.michael@dorsey.com, montoya.michelle@dorsey.com |
| 21 | | |
| 22 | D. Neal Tomlinson | ntomlinson@swlaw.com, DOCKET_LAS@swlaw.com, bsanderson@swlaw.com |
| 23 | Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| 24 | | |
| 25 | Dotan Weinman | dweinman@ftc.gov |
| | Loren E. Weiss | lweiss@rqn.com; rfrodente@rqn.com; docket@rqn.com |
| 26 | Blaine T. Welsh | blaine.welsh@usdoj.gov; sue.knight@usdoj.gov; eunice.jones@usdoj.gov; doriayn.olivarra@usdoj.gov; mary.booker@usdoj.gov |
| 27 | | |
| 28 | | |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on February 26, 2014:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin Pilon
1975 East 1060 North
St. George, UT 84770

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

Jason Vowell
573 S. Woodsview Circle
St. George, UT  84770

**SPECIAL NOTICE PARTIES -- MAIL**
Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

USW 804253996.1