RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS &
  ASSOCIATES LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>    Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[AMENDED PROPOSED] ORDER GRANTING MOTION FOR ORDER:<br>(1) APPROVING AND CONFIRMING SALE OF 5 SOUTH 500 WEST #1105, SALT LAKE CITY, UTAH AND FOR RELATED RELIEF; AND<br>(2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The matter of the Motion for Order: (1) Approving and Confirming Sale of 5 South 500 West #1105, Salt Lake City, Utah and for Related Relief; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Motion") (Doc. No. 1382) filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before the Court for determination, the Honorable Miranda M. Du, United States District Judge presiding.  The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and no

timely responses or oppositions to the Motion having been filed thereto, and the Receiver having filed its Notice of Amendment to the Motion ("Sale Amendment") with the Declaration of M. Val Miller in support thereof ("Second Miller Declaration"), and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion as amended by the Sale Amendment, and all relief sought therein, is granted in its entirety;

2. Without limiting the generality of the foregoing:

A. The Receiver's proposed sale of the property located at 5 South 500 West #1105, Salt Lake City, Utah ("Salt Lake Condominium") for a purchase price of $215,000 to JBB Property Management ("Replacement Buyer") pursuant to the Real Estate Purchase Contract dated as of March 6, 2014 together with the related Addendum No. 1, the Additional Terms provisions and "As-Is" Sale Attachments thereto (collectively the "Replacement Purchase Agreement"), a true and correct copy of which is attached as Exhibit 1 to the Second Miller Declaration, is hereby approved and confirmed without further notice, hearing, overbidding or order;

B. In connection with the sale, the Receiver is authorized to execute all documents and instruments necessary or convenient to complete, implement, effectuate and close the sale to the Replacement Buyer pursuant to the terms and conditions of the Replacement Purchase Agreement and this Order, including but not limited to executing the deed, on behalf of the record title holder Phoenix Rising, LLC, conveying title to the Salt Lake Condominium to the Buyer;

C. The Receiver is authorized to permit and/or cause to be paid from the proceeds of sale of the Salt Lake Condominium all ordinary and customary closing costs, all costs and expenses required to be paid under the terms of the Replacement Purchase Agreement by the seller from the proceeds of sale, all commissions provided for in the Exclusive Right to Sell Listing Agreement, Exhibit 1 to the Declaration of M. Val Miller in support of the Motion, and the Replacement Purchase Agreement, Exhibit 1 to the Second Miller Declaration, and all real property taxes due up to date of closing;

D. The Receiver is authorized to complete the sale of the Salt Lake

1  Condominium without further notice, order or overbidding;

2      E.    Notice of the Motion is deemed sufficient under Local Civil Rule 66-5

3  based on the service of the notice of filing of the Motion and the Motion on all parties and the

4  affected lienholders, and service of the notice of the filing of the Motion on all known non-

5  consumer creditors of the estate and known taxing authorities with a potential claim in the

6  receivership estate concurrent with the filing of the Motion with the Court.

Dated:  July 30, 2014

_____
MIRANDA M. DU
United States District Judge

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA  90071.

On March 24, 2014, I served the **[AMENDED PROPOSED] ORDER GRANTING MOTION FOR ORDER: (1) APPROVING AND CONFIRMING SALE OF 5 SOUTH 500 WEST #1105, SALT LAKE CITY, UTAH AND FOR RELATED RELIEF; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 24, 2014 at Los Angeles, California.

                                                                             */s/ Kathleen Cwik*

# SERVICE LIST

The following CM/ECF participants were served by electronic means on March 24, 2014:

| Name | Email |
|---|---|
| John P. Aldrich | jaldrich@johnaldrichlawfirm.com, chernandez@johnaldrichlawfirm.com, cnelson@johnaldrichlawfirm.com, eleanor@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com |
| John Christian Barlow | federalcourt@johnchristianbarlow.com, morgan.skinner@kcsg.com |
| Jared C. Bennett | jared.bennett@usdoj.gov, valerie.maxwell@usdoj.gov |
| Theadore J. Besen | tjblaw64@gmail.com |
| Ava M. Bessel | abessel@hutchlegal.com |
| Alan D Boyack | alandboyack@yahoo.com |
| Edward D. Boyack | sherri@edblaw.net |
| Joseph R. Brooke | jbrooke@ftc.gov |
| Linda M. Bullen | lbullen@lionelsawyer.com, RKillpack@snowjensen.com, cjensen@snowjensen.com, gbowler@lionelsawyer.com, vlsnow@snowjensen.com |
| Gary Owen Caris | gcaris@mckennalong.com; twaters@mckennalong.com |
| Teresa Chen | tchen@ftc.gov |
| Chris Childs | chris@childslegal.com |
| Andrew B. Clawson | abc@princeyeates.com |
| Brett D. Ekins | bekins@joneswaldo.com; lcheney@joneswaldo.com |
| Scott T. Evans | ashley.white@chrisjen.com, judy.garrett@chrisjen.com |
| Nathan K. Fisher | taylorn@dixontruman.com |
| Jared Green | jared.green@mccormickbarstow.com, tammy.deja@mccormickbarstow.com |
| Collot Guerard | cguerard@ftc.gov, bcpBriefBank@FTC.gov, dsalsburg@ftc.gov, lgreisman@ftc.gov, rtyndall@ftc.gov |
| Randon Hansen | randon@hansenlawofficesltd.com |
| Lesley Anne Hawes | lhawes@mckennalong.com; twaters@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Gregg A. Hubley | ghubley@piteduncan.com, nschlanderer@piteduncan.com |
| Joni A. Jamison | jaj@morrislawgroup.com; pac@morrislawgroup.com |
| Curtis M Jensen | cjensen@snowjensen.com |
| Jeremy D. Johnson | documentcollection02203@gmail.com, magten10@gmail.com, ncrane@stirba.com, royalorangecat@gmail.com |
| Joseph Kistler | jkistler@hutchlegal.com, bpereira@hutchlegal.com |
| Janice Kopec | jkopec@ftc.gov |
| Matthew R. Lewis | mlewis@rqn.com |

| | | |
|---|---|---|
| 1 | Phillip E. Lowry | phillip.lowry@chrisjen.com, phillip.lowry@chrisjen.com |
| 2 | Kelly H. Macfarlane | kelly.macfarlane@chrisjen.com |
| 3 | Gregory Miles | gmiles@rjdwlaw.com, aandrew@royaljoneslaw.com |
| 4 | Marcus R. Mumford<br>Michael C. O'Brien | mrm@mumfordpc.com, jen@mumfordpc.com, jso@mumfordpc.com<br>mobrien@vancott.com |
| 5 | Jacob A. Reynolds | jreynolds@hutchlegal.com, bpereira@hutchlegal.com |
| 6 | Karl O. Riley | kriley@swlaw.com, DOCKET_LAS@swlaw.com, jforrest@swlaw.com; mawilliams@swlaw.com, ssell@swlaw.com |
| 7 | Jessica G. Peterson | jpeterson@djplaw.com, khughes@djplaw.com |
| 8 | Karra J. Porter | karra.porter@chrisjen.com, karra.porter@chrisjen.com, anne.macleod@chrisjen.com, paula.christensen@chrisjen.com |
| 9 | Rodrigo M. Rodriguez | Rrodriguez@fdic.gov |
| 10 | Michael R. Shaw | mshaw@joneswaldo.com; smoen@joneswaldo.com |
| 11 | Sarah E. Spencer | sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com |
| 12 | Michael D. Stanger | mstanger@cnmlaw.com, rbeall@cnmlaw.com |
| 13 | Michael P. Studebaker | mike@studebakerlaw.com |
|  | Jeannette F. Swent | jeannette.swent@usdoj.gov, valerie.maxwell@usdoj.gov |
| 14 | Sam E. Taylor, Jr. | SaTaylor@FDIC.gov |
| 15 | Michael F. Thomson | thomson.michael@dorsey.com, montoya.michelle@dorsey.com |
| 16 | Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| 17 | Dotan Weinman | dweinman@ftc.gov |
| 18 | Loren E. Weiss | lweiss@rqn.com; rfrodente@rqn.com; docket@rqn.com |
| 19 | Blaine T. Welsh | blaine.welsh@usdoj.gov; sue.knight@usdoj.gov; eunice.jones@usdoj.gov; doriayn.olivarra@usdoj.gov; mary.booker@usdoj.gov |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 24, 2014:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

McKenna Long &
Aldridge LLP
Los Angeles

USW 804381204.1

6

| | | |
|---|---|---|
| 1 | Kevin R Pilon.<br>P.O. Box 387<br>94 Grand Harbor Drive<br>Grand River, Ohio 44045-0387 | Scott Leavitt<br>2271 Southgate Hills Drive<br>St. George, UT 84770<br>E-mail: scottleavitt1224@yahoo.com |
| 4 | Andy Johnson<br>3641 Vista View Circle<br>Santa Clara, UT 84765 | Jason Vowell<br>573 S. Woodsview Circle<br>St. George, UT  84770 |
| 6 | Jason Thomas Vowell<br>Register #19688-081<br>USP Tucson<br>U.S. Penitentiary<br>Federal Satellite Low<br>P.O. Box 24549<br>Tucson, AZ 85734 | |

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

McKenna Long &
Aldridge LLP
Los Angeles

USW 804381204.1

7