RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] **ORDER APPROVING SETTLEMENT WITH PETERSON PARTIES AND AUTHORIZING RECEIVER TO MARKET AND LIST FOR SALE PARADISE RANCH IF SETTLEMENT IS NOT APPROVED OR SETTLEMENT PAYMENT IS NOT MADE; AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE** |

The Motion for Order Approving Settlement with Peterson Parties and for Order Authorizing Receiver to Market and List for Sale Paradise Ranch If Settlement Is Not Approved or Settlement Payment Is Not Made; and For Order for Limited Notice under Local Rule 66-5 If Applicable ("Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), came on regularly for determination by the Court, the Honorable

1  Miranda M. Du, United States District Judge presiding. The Court, having reviewed and
2  considered the Motion and all pleadings and papers filed in support thereof, and all responses and
3  oppositions, if any, to the Motion, and any reply, and good cause appearing therefor,
4      IT IS ORDERED that:
5      1. The Motion and all relief sought therein is granted;
6      2. Without limiting the generality of the foregoing:
7      A. The Receiver's proposed Settlement Agreement (the "Peterson Settlement") with
8  Paradise Ranch Development LLC, a Utah limited liability company, Brent F. Peterson and
9  Loretta S. Peterson, a true and correct copy of which is attached as Exhibit 1 to the Declaration of
10 M Val Miller filed in support of the Motion, is approved in its entirety, and the Receiver is
11 authorized to take all steps necessary or convenient to implement and perform under the Peterson
12 Settlement and to execute all documents provided for the Receiver to execute under the Peterson
13 Settlement;
14     B. The Receiver is authorized to market and list for sale the approximate 48 acres of
15 land in Hurricane, Utah known as Paradise Ranch (the "Ranch"), in bulk or in parcels in the
16 Receiver's discretion and judgment, and its associated water rights, Water Right No. 81-1102
17 ("Water Right"), and the Receiver is authorized to engage a local real estate broker to be selected
18 by the Receiver pursuant to a listing agreement providing for the payment of ordinary and
19 customary sales commissions consistent with the type of property being sold, in the event that the
20 Peterson Parties fail to make the settlement payment required under the Peterson Settlement;
21     C. Notice of the Motion is sufficient under Local Civil Rules 66-5 and 66-10 based
22 on the service of the Motion on all parties and service of the notice of the filing of the Motion on
23 all parties and all known non-consumer creditors of the estate, and on all known taxing authorities
24 with a potential claim in the receivership estate concurrent with the filing of the Motion with the
25 Court.

Dated: September 22, 2014

_____
MIRANDA M. DU
United States District Judge