1   RANDOLPH L. HOWARD (Nev. SBN 006688)
    rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:      (702) 362-7800
4   Facsimile:      (702) 362-9472

5   GARY OWEN CARIS (Cal. SBN 088918)
    gcaris@mckennalong.com
6   LESLEY ANNE HAWES (Cal. SBN 117101)
    lhawes@mckennalong.com
7   MCKENNA LONG & ALDRIDGE LLP
    300 South Grand Avenue, 14th Floor
8   Los Angeles, CA  90071-3124
    Telephone:      (213) 688-1000
9   Facsimile:      (213) 243-6330

10  Attorneys for Receiver
    **ROBB EVANS OF ROBB EVANS &**
11  **  ASSOCIATES LLC**

12                **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14

15  FEDERAL TRADE COMMISSION,          Case No. 2:10-CV-02203-MMD-GWF

16            Plaintiff,               ~~[AMENDED PROPOSED]~~ ORDER
                                       **GRANTING MOTION FOR ORDER:**
17  v.                                 **(1) APPROVING AND CONFIRMING**
                                       **SALE OF 5 SOUTH 500 WEST #1105,**
18  JEREMY JOHNSON, etc., et al.,      **SALT LAKE CITY, UTAH AND FOR**
                                       **RELATED RELIEF; AND**
19            Defendants.              **(2) GRANTING RELIEF FROM LOCAL**
                                       **RULE 66-5 PERTAINING TO NOTICE**
20                                     **TO CREDITORS**

21

22          The matter of the Motion for Order: (1) Approving and Confirming Sale of 5 South 500

23  West #1105, Salt Lake City, Utah and for Related Relief; and (2) Granting Relief from Local Rule

24  66-5 Pertaining to Notice to Creditors ("Motion") (Doc. No. 1382) filed by Robb Evans of Robb

25  Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary

26  Injunction Order issued February 10, 2011, came on regularly before the Court for determination,

27  the Honorable Miranda M. Du, United States District Judge presiding.  The Court, having

28  reviewed and considered the Motion and all pleadings and papers filed in support thereof, and no

timely responses or oppositions to the Motion having been filed thereto, and the Receiver having

filed its Notice of Amendment to the Motion ("Sale Amendment") with the Declaration of M. Val

Miller in support thereof ("Second Miller Declaration"), and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion as amended by the Sale Amendment, and all relief sought therein, is granted in its entirety;

2. Without limiting the generality of the foregoing:

A. The Receiver's proposed sale of the property located at 5 South 500 West #1105, Salt Lake City, Utah ("Salt Lake Condominium") for a purchase price of $215,000 to JBB Property Management ("Replacement Buyer") pursuant to the Real Estate Purchase Contract dated as of March 6, 2014 together with the related Addendum No. 1, the Additional Terms provisions and "As-Is" Sale Attachments thereto (collectively the "Replacement Purchase Agreement"), a true and correct copy of which is attached as Exhibit 1 to the Second Miller Declaration, is hereby approved and confirmed without further notice, hearing, overbidding or order;

B. In connection with the sale, the Receiver is authorized to execute all documents and instruments necessary or convenient to complete, implement, effectuate and close the sale to the Replacement Buyer pursuant to the terms and conditions of the Replacement Purchase Agreement and this Order, including but not limited to executing the deed, on behalf of the record title holder Phoenix Rising, LLC, conveying title to the Salt Lake Condominium to the Buyer;

C. The Receiver is authorized to permit and/or cause to be paid from the proceeds of sale of the Salt Lake Condominium all ordinary and customary closing costs, all costs and expenses required to be paid under the terms of the Replacement Purchase Agreement by the seller from the proceeds of sale, all commissions provided for in the Exclusive Right to Sell Listing Agreement, Exhibit 1 to the Declaration of M. Val Miller in support of the Motion, and the Replacement Purchase Agreement, Exhibit 1 to the Second Miller Declaration, and all real property taxes due up to date of closing;

D. The Receiver is authorized to complete the sale of the Salt Lake

1  Condominium without further notice, order or overbidding;

2      E.  Notice of the Motion is deemed sufficient under Local Civil Rule 66-5

3  based on the service of the notice of filing of the Motion and the Motion on all parties and the

4  affected lienholders, and service of the notice of the filing of the Motion on all known non-

5  consumer creditors of the estate and known taxing authorities with a potential claim in the

6  receivership estate concurrent with the filing of the Motion with the Court.

7

8

9  Dated: September 22, 2014

10               MIRANDA M. DU
                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28