RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>              Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[PROPOSED] ORDER AUTHORIZING FILING UNDER SEAL OF CONFIDENTIAL VALUATION EVIDENCE (DECLARATION OF JIM D. ALLEN AND SEPTEMBER 5, 2013 APPRAISAL OF 505 S. WOODSVIEW CIRCLE) IN SUPPORT OF RECEIVER'S REPLY TO JEREMY JOHNSON'S OPPOSITION (DOC. NO. 1202) TO MOTION FOR ORDER: (1) APPROVING AND CONFIRMING SALES OF THREE WOODSVIEW PROPERTIES AND FOR RELATED RELIEF; AND<br>(2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS, AND LIMITING SERVICE THEREOF** |

McKenna Long &
Aldridge LLP
Los Angeles

LA 18081310.1

1  The Court having reviewed and considered the Motion for Order to File Under Seal
2  Confidential Valuation Evidence (Declaration of Jim D. Allen and September 5, 2013 Appraisal
3  of 505 S. Woodsview Circle) in Support of Receiver's Reply to Jeremy Johnson's Opposition
4  (Doc. No. 1202) to Motion for Order (1) Approving and Confirming Sales of Three Woodsview
5  Properties and for Related Relief; and (2) Granting Relief from Local Rule 66-5 Pertaining to
6  Notice to Creditors, and Limiting Service Thereof ("Sealing Motion") filed by Robb Evans of
7  Robb Evans & Associates LLC ("Receiver"), and the Declaration of Jim D. Allen and Exhibit 1
8  thereto, the September 5, 2013 Appraisal of the real property located at 505 S. Woodsview Circle,
9  St. George, Utah ("505 Woodsview") prepared by Jim D. Allen which have been provisionally
10  filed under seal pursuant to Local Rule 10-5, and having reviewed and considered the responses
11  and oppositions, if any, to the Sealing Motion, and good cause appearing therefor, the Court
12  hereby finds that:

13  A.  The Receiver seeks authorization to file under seal the Declaration of Jim D. Allen
14  and Exhibit 1 thereto, the September 5, 2013 Appraisal prepared by Jim D. Allen of 505
15  Woodsview Circle (collectively the "Confidential 505 Woodsview Valuation Evidence") in
16  support of the Receiver's Reply to Jeremy Johnson's Opposition (Doc. No. 1202) to Motion for
17  Order (1) Approving and Confirming Sales of Three Woodsview Properties and for Related
18  Relief; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Reply");

19  B.  The Receiver has set forth in the Sealing Motion several reasons why the Receiver
20  seeks to file the Confidential 505 Woodsview Valuation Evidence under seal supported by factual
21  representations to justify sealing the Confidential 505 Woodsview Valuation Evidence at a
22  minimum pending the completion of the sale of 505 Woodsview; and

23  C.  Accordingly, the Court finds and holds that the sealing of the Confidential 505
24  Woodsview Valuation Evidence is appropriate, and now, therefore,

25  IT IS ORDERED that the Sealing Motion is granted; and

26  IT IS FURTHER ORDERED that the Clerk of the Court shall file the Confidential 505
27  Woodsview Valuation Evidence under seal and public access to such Confidential 505
28  Woodsview Valuation Evidence shall not be permitted until further order of the Court; and

1  IT IS FURTHER ORDERED that the service of the Confidential 505 Woodsview
2  Valuation Evidence shall be limited to service on plaintiff Federal Trade Commission and
3  defendant Jeremy Johnson.
4  IT IS FURTHER ORDERED that plaintiff Federal Trade Commission and defendant
5  Jeremy Johnson shall not provide the Confidential 505 Woodsview Valuation Evidence or its
6  contents to any other persons or entities.

Dated: September 27, 2014

MIRANDA M. DU
United States District Judge