RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH BROADCAST WEST PARTIES AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE |

The matter of the Motion for Order Approving Settlement with Broadcast West Parties and for Limited Notice Under Local Rule 66-5 If Applicable ("Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), came on regularly for determination by the Court, the Honorable Miranda M. Du, United States District Judge presiding. The Court, having reviewed and considered the Motion and all pleadings and

papers filed in support thereof, and all responses or oppositions, if any, to the Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

A. The Receiver's Settlement Agreement and Release ("Broadcast West Settlement") with W.F. Corporation ("W.F. Corp."), Southwest Media, LLC ("Southwest"), and Broadcast West, LLC ("Broadcast West") is hereby approved, and in connection therewith, the Receiver is hereby authorized to take all steps necessary or convenient to implement and perform under the Broadcast West Settlement; and

B. Notice of the Motion is deemed to be sufficient under Local Civil Rules 66-5 and 66-10 based on the Receiver's service of a notice of the filing of the Motion and the Motion on all parties and service of a notice of the filing of the Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

Dated: October 3, 2014

_____
MIRANDA M. DU
United States District Court Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

USW 804566583.1