RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>　　　　Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] **ORDER APPROVING AGREEMENT FOR RESOLUTION OF CONTEMPT MOTION BY RECEIVER AND DUANE FIELDING AND CONTINUING HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT AS TO DUANE FIELDING ONLY** |

- 1 -

USW 804731373.1

The matter of the Notice of Execution of Agreement for Resolution of Contempt Motion by Receiver and Duane Fielding and Request for Approval Thereof and to Continue Hearing on Order to Show Cause re Contempt as to Duane Fielding Only Pursuant to Agreement and the Exhibits attached thereto ("Contempt Resolution Agreement") having been filed with the Court by the Receiver, and the Court having reviewed and considered the Contempt Resolution Agreement, and good cause appearing therefor,

IT IS ORDERED THAT the Contempt Resolution Agreement is hereby approved; and

IT IS FURTHER ORDERED that the hearing on the Court's Order to Show Cause (Doc. No. 1468) as it pertains to defendant Duane Fielding is hereby continued and shall be heard commencing at 20th .m. on November , 2014 in a Las Vegas courtroom to be determined at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

Dated: October 17, 2014

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

USW 804731373.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On October 17, 2014, I served the **[PROPOSED] ORDER APPROVING AGREEMENT FOR RESOLUTION OF CONTEMPT MOTION BY RECEIVER AND DUANE FIELDING AND CONTINUING HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT AS TO DUANE FIELDING ONLY** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 17, 2014 at Los Angeles, California.



                                                                                                                        */s/ Christina O'Meara*
                                                                                                                         Christina O'Meara

## SERVICE LIST

The following CM/ECF participants were served by electronic means on October 17, 2014:

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov

- **Theadore J Besen**
  tjblaw64@gmail.com

- **Ava Bessel**
  abessel@hutchlegal.com,jdeangelis@hutchlegal.com

- **Edward D Boyack**
  sherri@edblaw.net

- **Joseph R Brooke**
  jbrooke@ftc.gov

- **Linda M. Bullen**
  lbullen@lionelsawyer.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com

- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com

- **Teresa Chen**
  tchen@ftc.gov

- **Christopher Childs**
  chris@childslegal.com

- **Andrew B Clawson**
  andrew@abclawutah.com

- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com

- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com

- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov

- **Randon Hansen**
  randon@hansenlawofficesltd.com

- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com

- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

- **Gregg A. Hubley**
  ghubley@piteduncan.com,nschlanderer@piteduncan.com

| | |
|---|---|
| 1 | • **Curtis M Jensen** |
| 2 | cjensen@snowjensen.com |
| 3 | • **Jeremy D. Johnson** documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com,ncrane@stirba.com,sleavitt2013@yahoo.com |
| 4 | • **Joseph S. Kistler** |
| 5 | jkistler@hutchlegal.com,bpereira@hutchlegal.com |
| 6 | • **Janice Kopec** jkopec@ftc.gov |
| 7 | • **Phillip E. Lowry** |
| 8 | phillip.lowry@chrisjen.com,judy.garrett@chrisjen.com |
| 9 | • **Kelly H Macfarlane** kelly.macfarlane@chrisjen.com |
| 10 | • **Gregory A. Miles** |
| 11 | gmiles@rjdwlaw.com,aandrew@royaljoneslaw.com |
| 12 | • **Marcus R. Mumford** mrm@mumfordpc.com,jen@mumfordpc.com,jso@mumfordpc.com |
| 13 | • **Michael C. O'Brien** mobrien@vancott.com |
| 14 | • **Jessica G Peterson** |
| 15 | jpeterson@djplaw.com,khughes@djplaw.com |
| 16 | • **Karra J Porter** karra.porter@chrisjen.com,karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com |
| 17 | |
| 18 | • **Jacob A. Reynolds** jreynolds@hutchlegal.com,bpereira@hutchlegal.com |
| 19 | • **V. Lowry Snow** vlsnow@snowjensen.com |
| 20 | |
| 21 | • **Sarah E Spencer** sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com |
| 22 | • **Michael P. Studebaker** mike@studebakerlaw.com |
| 23 | |
| 24 | • **Jeannette F. Swent** jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov |
| 25 | • **Sam E Taylor , Jr** SaTaylor@FDIC.gov |
| 26 | • **Michael F. Thomson** |
| 27 | thomson.michael@dorsey.com,montoya.michelle@dorsey.com |
| 28 | • **Michael K Wall** mwall@hutchlegal.com,ccpittsenbarger@hutchlegal.com |

McKenna Long &
Aldridge LLP
Los Angeles

- 3 -

USW 804731373.1

- **Dotan Weinman**
  dweinman@ftc.gov

- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com

- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,doriayn.olivarra@usdoj.gov,josephine.sommer@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid on October 17, 2014:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin R Pilon.
P.O. Box 387
94 Grand Harbor Drive
Grand River, Ohio 44045-0387

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

Jason Vowell
573 S. Woodsview Circle
St. George, UT 84770

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

**INTERESTED PARTY – BY FEDERAL EXPRESS OVERNIGHT MAIL**

Shane Scott
7969 South Mountain Oaks Drive
Salt Lake City, Utah 84121