# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
|    Plaintiff, ) | Case No.  2:10-cv-02203-MMD-GWF |
| vs. ) | **ORDER** |
| JEREMY JOHNSON, *et al.*, ) | Motion to Withdraw - #1523 |
|    Defendants. ) | |

This matter comes before the Court on Michael Studebaker and the Studebaker Law Office's Motion to Withdraw as Counsel (#1523) for Defendants Duane Fielding, Network Agenda, and Anthon Holdings (Fielding Holdings), filed on October 12, 2014.  Michael Studebaker was substituted out of this case on July 29, 2013 (#1119).  The defendants formerly represented by Studebaker Law Office are now represented by Christensen & Jensen.  However, these defendants are not represented by local counsel, as required by Local Rule 10-2(b-d).  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk's Office shall remove Michael Studebaker and the Studebaker Law Office from the electronic court filing system.

**IT IS FURTHER ORDERED** that Defendants Duane Fielding, Network Agenda, and Anthon Holdings shall acquire local counsel to participate in their representation.  Notice of association of local counsel must be filed with this Court by November 13, 2014.

DATED this 30th day of October, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge