RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Direct:         (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM MAY 1, 2014 THROUGH AUGUST 31, 2014; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The matter of the Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses from May 1, 2014 Through August 31, 2014; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Fee Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before this Court for

determination. The Court, having reviewed and considered the Fee Motion and all pleadings and papers filed in support thereof, and responses, if any, filed to the Fee Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Fee Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

   A. The fees of the Receiver, the Receiver's deputies, agents, and staff incurred for the four-month period from May 1, 2014 through August 31, 2014 ("Expense Period") in the sum of $59,247.04 and the Receiver's expenses in the sum of $27,338.30 incurred for the Expense Period for a total sum of $86,585.84 are hereby approved and authorized to be paid from receivership assets;

   B. The Receiver's legal fees of $147,881.70 and expenses of $13,266.45 incurred to the Receiver's lead counsel McKenna Long & Aldridge LLP for the Expense Period for a total sum of $161,148.15 are hereby approved and authorized to be paid from receivership assets;

   C. The Receiver's legal expenses of $136.63 incurred to the Receiver's counsel Kolesar & Leatham, Chtd. for the Expense Period are hereby approved and authorized to be paid from receivership assets;

   D. The Receiver's legal fees of $215.00 and expenses in the amount of $470.32 incurred to the Receiver's special litigation counsel Hatch, James and Dodge for the Expense Period for the total sum of $685.32 are hereby approved and authorized to be paid from receivership assets; and

   E. Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated: December 5, 2014

_____
MIRANDA M. DU
United States District Court Judge