RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

JEREMY JOHNSON, etc., et al.,

Defendants.

Case No. 2:10-CV-02203-MMD-GWF

**STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT AS TO SHANE SCOTT; AND ORDER THEREON**

Hearing Presently Set for:

Date: January 5, 2015
Time: 1:30 p.m.
Place: 333 Las Vegas Blvd. South
Las Vegas, NV 89101
Ctrm: TBD

This Stipulation to Continue Hearing on Order to Show Cause re Contempt as to Shane Scott ("Stipulation") is made by and between Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), and Shane Scott, by and through their respective counsel, in reference to the following:

A. Based on a motion by the Receiver (Doc. No. 1459), the Court previously issued an order to show cause as to why Duane Fielding ("Fielding") and Shane Scott ("Scott") should not be held in contempt of Court (Doc. No. 1468) for violation of the Court's Preliminary Injunction Order (Doc. No. 130) and the Clarifying Order (Doc. No. 897/900). The hearing on the contempt was continued from time to time by the Court, and the Receiver and Fielding reached a consensual resolution of the contempt as to Fielding based on a written agreement approved by the Court and an order issued by the Court discharging the contempt as to Fielding only. Doc. Nos. 1529, 1537, 1538, 1555 and 1557.

B. The continued hearing on the Order to Show Cause re Contempt as to Shane Scott ("OSC") is presently scheduled to be conducted at 1:30 p.m. on January 5, 2015 pursuant to the Court's order issued November 6, 2014 (Doc. No. 1551) granting a motion for continuance of the hearing as to Scott (Doc. No. 1548) filed by Michael Studebaker and the Studebaker Law Office, L.L.C. (individually and collectively "Studebaker") as counsel.

C. The Receiver has issued a demand letter to Studebaker ("Receiver's demand") setting forth why Studebaker is liable to the receivership estate for damages resulting from the destruction of the R22 Helicopter and the R44 Helicopter, as defined in the Receiver's motion for issuance of the OSC based on various acts and omissions of Studebaker in connection with his representation of interested parties in this case and facts and circumstances relating to the claims by the Receiver giving rise to the OSC as to Scott. The Receiver's demand was issued based in part on the Declaration of Duane Fielding given to the Receiver in connection with the resolution of the Court's order to show cause as to why Duane Fielding should not be held in contempt of Court.

D. Studebaker has advised the Receiver that the Receiver's demand has been

submitted to the malpractice insurance carrier ("insurer") for Studebaker and that the demand is still under review by the insurer, and Studebaker has declined to address the Receiver's demand prior to the insurer's response.

E. The response of the insurer to the Receiver's demand against Studebaker and Studebaker's response to the demand may have a material impact on the resolution of the OSC against Scott.

F. The Receiver believes it is in the best interests of the receivership estate to continue the OSC hearing against Scott pending a response by the insurer to the Receiver's demand against Studebaker and a response by Studebaker to the Receiver's demand to avoid the estate incurring attorneys' fees and expenses in connection with the OSC until the insurer and Studebaker have reached a determination regarding the Receiver's demand. Scott agrees to a continuance of the OSC to avoid the necessity of his appearing personally at the hearing on January 5, 2015 and incurring potential attorneys' fees and costs in connection with such appearance if the OSC as to Scott can be resolved without the necessity of Court intervention.

G. In light of the foregoing, the Receiver, Scott and Studebaker have agreed that the hearing on the OSC as to Scott should be continued to the first date convenient to the Court's calendar after February 28, 2015.

H. The parties further agree that pursuant to this Stipulation, Scott agrees that he shall be bound to personally appear at the continued hearing on the OSC as to Scott without further notice to him by the Receiver and without the Receiver personally serving him with any order issued continuing the hearing on the OSC as to Scott based on this Stipulation.

NOW, THEREFORE, in consideration of the foregoing, and for the reasons set forth herein, the parties to this Stipulation hereby agree as follows:

1. The hearing on the OSC as to Scott shall be continued to the first date convenient to the Court's calendar after February 28, 2015.

2. Scott shall personally appear at the date set for the continued hearing on the OSC as to Scott based on notice of the continued hearing date and the Order continuing the OSC as to Scott issued by the Court and served on Studebaker through the Court's electronic ECF/NEF

service without the necessity of the Receiver serving Scott with a notice of the continued hearing or of such Order by personal service or otherwise.

Dated: December 18, 2014

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES

By: */s/ Gary Owen Caris*
Gary Owen Caris
Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

Dated: December 18, 2014

STUDEBAKER LAW OFFICE

By: */s/ Michael P. Studebaker*
Michael P. Studebaker
Attorneys for Shane Scott, Rotortrends, Inc., and iPrerogative, LLC

IT IS SO ORDERED.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On December 18, 2014, I served the **STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT AS TO SHANE SCOTT; AND ORDER THEREON** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 18, 2014 at Los Angeles, California.

*/s/ Christina O'Meara*
Christina O'Meara

## SERVICE LIST

The following CM/ECF participants were served by electronic means on December 18, 2014:

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov
- **Theadore J Besen**
  tjblaw64@gmail.com
- **Ava Bessel**
  abessel@hutchlegal.com,jdeangelis@hutchlegal.com
- **Edward D Boyack**
  sherri@edblaw.net
- **Joseph R Brooke**
  jbrooke@ftc.gov
- **Linda M. Bullen**
  lbullen@lionelsawyer.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com
- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com
- **Teresa Chen**
  tchen@ftc.gov
- **Christopher Childs**
  chris@childslegal.com
- **Andrew B Clawson**
  andrew@abclawutah.com
- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com
- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com
- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov
- **Randon Hansen**
  randon@hansenlawofficesltd.com
- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com
- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com
- **Gregg A. Hubley**
  ghubley@piteduncan.com,nschlanderer@piteduncan.com

- **Curtis M Jensen**
  cjensen@snowjensen.com
- **Jeremy D. Johnson**
  documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com ,ncrane@stirba.com,sleavitt2013@yahoo.com
- **Joseph S. Kistler**
  jkistler@hutchlegal.com,bpereira@hutchlegal.com
- **Janice Kopec**
  jkopec@ftc.gov
- **Phillip E. Lowry**
  phillip.lowry@chrisjen.com,judy.garrett@chrisjen.com
- **Kelly H Macfarlane**
  kelly.macfarlane@chrisjen.com
- **Gregory A. Miles**
  gmiles@rjdwlaw.com,aandrew@royaljoneslaw.com
- **Marcus R. Mumford**
  mrm@mumfordpc.com,jen@mumfordpc.com,jso@mumfordpc.com
- **Michael C. O'Brien**
  mobrien@vancott.com
- **Jessica G Peterson**
  jpeterson@djplaw.com,khughes@djplaw.com
- **Karra J Porter**
  karra.porter@chrisjen.com,karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com
- **Jacob A. Reynolds**
  jreynolds@hutchlegal.com,bpereira@hutchlegal.com
- **V. Lowry Snow**
  vlsnow@snowjensen.com
- **Sarah E Spencer**
  sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com
- **Michael P. Studebaker**
  mike@studebakerlaw.com
- **Jeannette F. Swent**
  jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov
- **Sam E Taylor , Jr**
  SaTaylor@FDIC.gov
- **Michael F. Thomson**
  thomson.michael@dorsey.com,montoya.michelle@dorsey.com
- **Michael K Wall**
  mwall@hutchlegal.com,ccpittsenbarger@hutchlegal.com

- **Dotan Weinman**
  dweinman@ftc.gov
- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com
- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,doriayn.olivarra@usdoj.gov,josephine.sommer@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid on December 18, 2014:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin R Pilon.
P.O. Box 387
94 Grand Harbor Drive
Grand River, Ohio 44045-0387

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

Jason Vowell
573 S. Woodsview Circle
St. George, UT 84770

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

**INTERESTED PARTY – BY FEDERAL EXPRESS OVERNIGHT MAIL**

Shane Scott
7969 South Mountain Oaks Drive
Salt Lake City, Utah 84121

RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

JEREMY JOHNSON, etc., et al.,

Defendants.

Case No. 2:10-CV-02203-MMD-GWF

**[PROPOSED] ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT AS TO SHANE SCOTT PURSUANT TO STIPULATION**

Hearing Presently Set for:

Date: January 5, 2015
Time: 1:30 p.m.
Place: 333 Las Vegas Blvd. South
Las Vegas, NV 89101
Ctrm: TBD

The Court having reviewed and approved the Stipulation to Continue Hearing on Order to Show Cause re Contempt as to Shane Scott ("Stipulation") made by and between Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), and Shane Scott, and good cause appearing therefor,

IT IS ORDERED that the hearing on the Order to Show Cause as to why Shane Scott should not be held in contempt of Court which is presently scheduled to be conducted at 1:30 p.m. on January 5, 2015 shall be and is hereby continued to April 9, 2015 at 10:00 AM ı. to be held in a courtroom to be determined.

Dated: 12/18/2014

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On December 18, 2014, I served the **[PROPOSED] ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT AS TO SHANE SCOTT PURSUANT TO STIPULATION** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 18, 2014 at Los Angeles, California.

*/s/ Christina O'Meara*
Christina O'Meara

## SERVICE LIST

The following CM/ECF participants were served by electronic means on December 18, 2014:

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov
- **Theadore J Besen**
  tjblaw64@gmail.com
- **Ava Bessel**
  abessel@hutchlegal.com,jdeangelis@hutchlegal.com
- **Edward D Boyack**
  sherri@edblaw.net
- **Joseph R Brooke**
  jbrooke@ftc.gov
- **Linda M. Bullen**
  lbullen@lionelsawyer.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com
- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com
- **Teresa Chen**
  tchen@ftc.gov
- **Christopher Childs**
  chris@childslegal.com
- **Andrew B Clawson**
  andrew@abclawutah.com
- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com
- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com
- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov
- **Randon Hansen**
  randon@hansenlawofficesltd.com
- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com
- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com
- **Gregg A. Hubley**
  ghubley@piteduncan.com,nschlanderer@piteduncan.com

- **Curtis M Jensen**
  cjensen@snowjensen.com
- **Jeremy D. Johnson**
  documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com,ncrane@stirba.com,sleavitt2013@yahoo.com
- **Joseph S. Kistler**
  jkistler@hutchlegal.com,bpereira@hutchlegal.com
- **Janice Kopec**
  jkopec@ftc.gov
- **Phillip E. Lowry**
  phillip.lowry@chrisjen.com,judy.garrett@chrisjen.com
- **Kelly H Macfarlane**
  kelly.macfarlane@chrisjen.com
- **Gregory A. Miles**
  gmiles@rjdwlaw.com,aandrew@royaljoneslaw.com
- **Marcus R. Mumford**
  mrm@mumfordpc.com,jen@mumfordpc.com,jso@mumfordpc.com
- **Michael C. O'Brien**
  mobrien@vancott.com
- **Jessica G Peterson**
  jpeterson@djplaw.com,khughes@djplaw.com
- **Karra J Porter**
  karra.porter@chrisjen.com,karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com
- **Jacob A. Reynolds**
  jreynolds@hutchlegal.com,bpereira@hutchlegal.com
- **V. Lowry Snow**
  vlsnow@snowjensen.com
- **Sarah E Spencer**
  sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com
- **Michael P. Studebaker**
  mike@studebakerlaw.com
- **Jeannette F. Swent**
  jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov
- **Sam E Taylor , Jr**
  SaTaylor@FDIC.gov
- **Michael F. Thomson**
  thomson.michael@dorsey.com,montoya.michelle@dorsey.com
- **Michael K Wall**
  mwall@hutchlegal.com,ccpittsenbarger@hutchlegal.com

- **Dotan Weinman**
  dweinman@ftc.gov
- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com
- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,doriayn.olivarra@usdoj.gov,josephine.sommer@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid on December 18, 2014:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin R Pilon.
P.O. Box 387
94 Grand Harbor Drive
Grand River, Ohio 44045-0387

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

Jason Vowell
573 S. Woodsview Circle
St. George, UT 84770

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

**INTERESTED PARTY – BY FEDERAL EXPRESS OVERNIGHT MAIL**

Shane Scott
7969 South Mountain Oaks Drive
Salt Lake City, Utah 84121