1   RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
3   400 South Rampart Boulevard, Suite 400
    Las Vegas, NV 89145
4   Telephone:      (702) 362-7800
    Facsimile:      (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6     gcaris@mckennalong.com
7   LESLEY ANNE HAWES (Cal. SBN 117101)
      lhawes@mckennalong.com
8   MCKENNA LONG & ALDRIDGE LLP
    300 South Grand Avenue, 14th Floor
9   Los Angeles, CA  90071-3124
    Telephone:      (213) 688-1000
10  Facsimile:      (213) 243-6330

11  Attorneys for Receiver
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES
    LLC**

13

14                  **UNITED STATES DISTRICT COURT**

15                      **DISTRICT OF NEVADA**

16

17  FEDERAL TRADE COMMISSION,              Case No. 2:10-CV-02203-MMD-GWF

18                  Plaintiff,             **EX PARTE APPLICATION TO SEAL
                                           EXHIBITS 3 THROUGH 5 (DOC. NOS.**
19  v.                                     **1574-3, 1574-4 AND 1574-5) TO
                                           DECLARATION OF GARY OWEN**
20  JEREMY JOHNSON, etc., et al.,          **CARIS IN SUPPORT OF REPLY TO
                                           RESPONSE BY JEREMY JOHNSON**
21                  Defendants.            **TO MOTION FOR ORDER (1)
                                           AUTHORIZING, APPROVING AND**
22                                         **CONFIRMING SALE OF BEAVER
                                           DAM, ARIZONA TRAILER PARK,**
23                                         **APPROVING SALE AND OVERBID
                                           PROCEDURES AND FOR RELATED**
24                                         **RELIEF; AND (2) GRANTING RELIEF
                                           FROM LOCAL RULE 66-5**
25                                         **PERTAINING TO NOTICE TO
                                           CREDITORS**
26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

USW 804851453.1

Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, pursuant to Local Rule 9037(b), hereby applies *ex parte* for an order to seal Exhibits 3, 4 and 5 to the Declaration of Gary Owen Caris filed in support of the Receiver's Reply to Response by Jeremy Johnson to Motion  (Doc. No. 1574) filed by the Receiver on January 13, 2015.  The Receiver inadvertently publicly filed Exhibits 3, 4 and 5 (Doc Nos. 1574-3, 1574-4, and 1574-5), which contain personally identifiable information and other financial information of various third parties.  After learning of the inadvertent error, the Receiver has promptly filed this *Ex Parte* Application requesting the Court to seal those exhibits.

Good cause exists to seal Exhibits 3, 4 and 5 as the Receiver seeks to prevent such private information of third parties from being available for disclosure or public review.  The three exhibits are checks which contain account numbers and in one instance a personal address  By this Application, the Receiver seeks to correct his inadvertent error in filing an unredacted version of the checks and has submitted the exhibits in redacted form with the proposed order on this *Ex Parte* Application.  The undersigned counsel apologizes for any inconvenience to the Court or the parties caused by this error.

For the foregoing reasons, the Receiver requests that the Court seal Exhibits 3, 4 and 5 (Doc Nos. 1574-3, 1574-4, and 1574-5) filed on January 13, 2015.  Lodged concurrently is a

///
///
///
///
///
///
///
///
///
///

1   proposed order to seal Exhibits 3, 4 and 5 and pursuant to Local Rule 9037(b), attached

2   collectively as Exhibit A to the proposed order are redacted copies of Exhibits 3, 4 and 5.

3

4   Dated: January 14, 2015                         Respectfully submitted,

5                                                   RANDOLPH L. HOWARD

6                                                   KOLESAR & LEATHAM, CHTD.

7                                                   MCKENNA LONG & ALDRIDGE LLP

8                                                   GARY OWEN CARIS
                                                    LESLEY ANNE HAWES

9

10                                                  By: _/s/ Gary Owen Caris_

11                                                      Gary Owen Caris
                                                        Lesley Anne Hawes

12

13                                                  Attorneys for Receiver
                                                    **ROBB EVANS OF ROBB EVANS &**

14                                                  **ASSOCIATES LLC**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On January 14, 2015, I served the **EX PARTE APPLICATION TO SEAL EXHIBITS 3 THROUGH 5 (DOC. NOS. 1574-3, 1574-4 AND 1574-5) TO DECLARATION OF GARY OWEN CARIS IN SUPPORT OF REPLY TO RESPONSE BY JEREMY JOHNSON TO MOTION FOR ORDER (1) AUTHORIZING, APPROVING AND CONFIRMING SALE OF BEAVER DAM, ARIZONA TRAILER PARK, APPROVING SALE AND OVERBID PROCEDURES AND FOR RELATED RELIEF; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on January 14, 2015 at Los Angeles, California.

*/s/ Christina O'Meara*
Christina O'Meara

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 4 -

USW 804851453.1

# SERVICE LIST

The following CM/ECF participants were served by electronic means on January 14, 2015:

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov
- **Theadore J Besen**
  tjblaw64@gmail.com
- **Ava Bessel**
  abessel@hutchlegal.com,jdeangelis@hutchlegal.com
- **Edward D Boyack**
  sherri@edblaw.net
- **Joseph R Brooke**
  jbrooke@ftc.gov
- **Linda M. Bullen**
  lbullen@lionelsawyer.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com
- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com
- **Teresa Chen**
  tchen@ftc.gov
- **Christopher Childs**
  chris@childslegal.com
- **Andrew B Clawson**
  andrew@abclawutah.com
- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com
- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com
- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov
- **Randon Hansen**
  randon@hansenlawofficesltd.com
- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com
- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com
- **Gregg A. Hubley**
  ghubley@piteduncan.com,nschlanderer@piteduncan.com
- **Curtis M Jensen**
  cjensen@snowjensen.com
- **Jeremy D. Johnson**
  documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com,ncrane@stirba.com,sleavitt2013@yahoo.com
- **Joseph S. Kistler**
  jkistler@hutchlegal.com,bpereira@hutchlegal.com
- **Janice Kopec**
  jkopec@ftc.gov
- **Phillip E. Lowry**
  phillip.lowry@chrisjen.com,judy.garrett@chrisjen.com
- **Kelly H Macfarlane**
  kelly.macfarlane@chrisjen.com
- **Gregory A. Miles**

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

USW 804851453.1

gmiles@rjdwlaw.com,aandrew@royaljoneslaw.com
- **Marcus R. Mumford**
  mrm@mumfordpc.com,jen@mumfordpc.com,jso@mumfordpc.com
- **Michael C. O'Brien**
  mobrien@vancott.com
- **Jessica G Peterson**
  jpeterson@djplaw.com,khughes@djplaw.com
- **Karra J Porter**
  karra.porter@chrisjen.com,karra_porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com
- **Jacob A. Reynolds**
  jreynolds@hutchlegal.com,bpereira@hutchlegal.com
- **V. Lowry Snow**
  vlsnow@snowjensen.com
- **Sarah E Spencer**
  sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com
- **Michael P. Studebaker**
  mike@studebakerlaw.com
- **Jeannette F. Swent**
  jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov
- **Sam E Taylor , Jr**
  SaTaylor@FDIC.gov
- **Michael F. Thomson**
  thomson.michael@dorsey.com,montoya.michelle@dorsey.com
- **Michael K Wall**
  mwall@hutchlegal.com,ccpittsenbarger@hutchlegal.com
- **Dotan Weinman**
  dweinman@ftc.gov
- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com
- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,doriayn.olivarra@usdoj.gov,josephine.sommer@usdoj.gov


The following non-CM/ECF participants were served by first-class mail, postage prepaid

on January 14, 2015:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin R Pilon.
P.O. Box 387
94 Grand Harbor Drive
Grand River, Ohio 44045-0387

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

USW 804851453.1

1  Andy Johnson
   3641 Vista View Circle
2  Santa Clara, UT 84765

3  **SPECIAL NOTICE PARTIES -- MAIL**

4  Aaron D. Randall
   Hughes, Thompson, Randall & Mellen, P.C.
5  187 North 100 West
   Saint George, UT 84770

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:    (702) 362-7800
4   Facsimile:    (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6     gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7     lhawes@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
8   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
9   Telephone:    (213) 688-1000
    Facsimile:    (213) 243-6330
10
11  Attorneys for Receiver
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC**
13

14                    **UNITED STATES DISTRICT COURT**

15                         **DISTRICT OF NEVADA**

16

17  FEDERAL TRADE COMMISSION,              Case No. 2:10-CV-02203-MMD-GWF

18              Plaintiff,                 **[PROPOSED] ORDER GRANTING EX**
                                           **PARTE APPLICATION TO SEAL**
19  v.                                     **EXHIBITS 3 THROUGH 5 (DOC. NOS.**
                                           **1574-3, 1574-4 AND 1574-5) TO**
20  JEREMY JOHNSON, etc., et al.,          **DECLARATION OF GARY OWEN**
                                           **CARIS IN SUPPORT OF REPLY TO**
21              Defendants.                **RESPONSE BY JEREMY JOHNSON TO**
                                           **MOTION FOR ORDER (1)**
22                                         **AUTHORIZING, APPROVING AND**
                                           **CONFIRMING SALE OF BEAVER**
23                                         **DAM, ARIZONA TRAILER PARK,**
                                           **APPROVING SALE AND OVERBID**
24                                         **PROCEDURES AND FOR RELATED**
                                           **RELIEF; AND (2) GRANTING RELIEF**
25                                         **FROM LOCAL RULE 66-5**
                                           **PERTAINING TO NOTICE TO**
26                                         **CREDITORS**
27

28

Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, having applied *ex parte* for an order sealing Exhibits 3, 4 and 5 to the Declaration of Gary Owen Caris filed in support of the Receiver's Reply to Response by Jeremy Johnson to Motion (Doc. No. 1574) filed by the Receiver on January 13, 2015 as Doc Nos. 1574-3, 1574-4, and 1574-5, and good cause appearing therefor,

IT IS HEREBY ORDERED that Exhibits 3, 4 and 5 to the Declaration of Gary Owen Caris filed in support of the Receiver's Reply to Response by Jeremy Johnson to Motion (Doc. No. 1574) filed by the Receiver on January 13, 2015 as Doc Nos. 1574-3, 1574-4, and 1574-5 be sealed by the Court and that Exhibits 3 through 5 attached hereto collectively as Exhibit A to this Order be substituted in their place.

Dated:    January 14, 2015

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On January 14, 2015, I served the **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO SEAL EXHIBITS 3 THROUGH 5 (DOC. NOS. 1574-3, 1574-4 AND 1574-5) TO DECLARATION OF GARY OWEN CARIS IN SUPPORT OF REPLY TO RESPONSE BY JEREMY JOHNSON TO MOTION FOR ORDER (1) AUTHORIZING, APPROVING AND CONFIRMING SALE OF BEAVER DAM, ARIZONA TRAILER PARK, APPROVING SALE AND OVERBID PROCEDURES AND FOR RELATED RELIEF; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on January 14, 2015 at Los Angeles, California.

_/s/ Christina O'Meara_
Christina O'Meara

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on January 14, 2015:

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov
- **Theadore J Besen**
  tjblaw64@gmail.com
- **Ava Bessel**
  abessel@hutchlegal.com,jdeangelis@hutchlegal.com
- **Edward D Boyack**
  sherri@edblaw.net
- **Joseph R Brooke**
  jbrooke@ftc.gov
- **Linda M. Bullen**
  lbullen@lionelsawyer.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com
- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com
- **Teresa Chen**
  tchen@ftc.gov
- **Christopher Childs**
  chris@childslegal.com
- **Andrew B Clawson**
  andrew@abclawutah.com
- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com
- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com
- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov
- **Randon Hansen**
  randon@hansenlawofficesltd.com
- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com
- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com
- **Gregg A. Hubley**
  ghubley@piteduncan.com,nschlanderer@piteduncan.com
- **Curtis M Jensen**
  cjensen@snowjensen.com
- **Jeremy D. Johnson**
  documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com,ncrane@stirba.com,sleavitt2013@yahoo.com
- **Joseph S. Kistler**
  jkistler@hutchlegal.com,bpereira@hutchlegal.com
- **Janice Kopec**
  jkopec@ftc.gov
- **Phillip E. Lowry**
  phillip.lowry@chrisjen.com,judy.garrett@chrisjen.com
- **Kelly H Macfarlane**
  kelly.macfarlane@chrisjen.com
- **Gregory A. Miles**

gmiles@rjdwlaw.com,aandrew@royaljoneslaw.com
- **Marcus R. Mumford**
  mrm@mumfordpc.com,jen@mumfordpc.com,jso@mumfordpc.com
- **Michael C. O'Brien**
  mobrien@vancott.com
- **Jessica G Peterson**
  jpeterson@djplaw.com,khughes@djplaw.com
- **Karra J Porter**
  karra.porter@chrisjen.com,karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com
- **Jacob A. Reynolds**
  jreynolds@hutchlegal.com,bpereira@hutchlegal.com
- **V. Lowry Snow**
  vlsnow@snowjensen.com
- **Sarah E Spencer**
  sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com
- **Michael P. Studebaker**
  mike@studebakerlaw.com
- **Jeannette F. Swent**
  jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov
- **Sam E Taylor , Jr**
  SaTaylor@FDIC.gov
- **Michael F. Thomson**
  thomson.michael@dorsey.com,montoya.michelle@dorsey.com
- **Michael K Wall**
  mwall@hutchlegal.com,ccpittsenbarger@hutchlegal.com
- **Dotan Weinman**
  dweinman@ftc.gov
- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com
- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,doriayn.olivarra@usdoj.gov,josephine.sommer@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid

on January 14, 2015:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

Loyd Johnston
110 North 200 East
PO Box 44
Kanosh, Utah 84637

Tara-Lynn Adams
2152 Starline Meadow Place
Las Vegas, NV 89139

Kevin R Pilon.
P.O. Box 387
94 Grand Harbor Drive
Grand River, Ohio 44045-0387

Scott Leavitt
2271 Southgate Hills Drive
St. George, UT 84770
E-mail: scottleavitt1224@yahoo.com

Andy Johnson
3641 Vista View Circle
Santa Clara, UT 84765

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

USW 804851500.1

# EXHIBIT A

# EXHIBIT A

# EXHIBIT 3

Catalyst Corporate

KERRY V. JOHNSON
P.O. BOX 639
SANTA CLARA, UT 84765

1038

Mar 4, 2011 DATE

PAY TO THE
ORDER OF Mountain America Credit Union        $ 100,00

One Hundred Thousand and 00/100        DOLLARS

SouthWest

MEMO Capital Investment        Kerry John

1038

MOUNTAIN AMERICA CREDIT UNION
SUNSET 0076
ST. GEORGE, UTAH
TELLER: 1260 SEQUENCE # 4069639
3/4/2011 16:15:34

Sequence 5171464,    Acct # 1        Ck # 1038,    Amt. $100,000.00

9

# EXHIBIT 4

KERRY V. JOHNSON
P.O. BOX 639
SANTA CLARA, UT   84765

1094

Jen 19, 2012 DATE

PAY TO THE
ORDER OF   Ryan Anderson                    $ 80,000 00

Eighty Thousand and 00                               DOLLARS

SouthWest

MEMO   Loan

Key J...

1094

Sequence:80500925 Check#:1094 TR:324378036 Account:1239037 TranCode:0 Amount:$80,000.00 Date:01/20/2012

**MOUNTAIN AMERICA CREDIT UNION**
**SUNSET 0076**
**ST. GEORGE, UTAH**
**TELLER: 0075 SEQUENCE # 2883579**
**1/19/2012 09:23:44**

11

# EXHIBIT 5

Check 0

Check Image

| Bus. Date | Blk Num | Seq. Num | Check | Acct. Num | Tran Code | Amount | PRB-ABA |
|-----------|---------|----------|-------|-----------|-----------|--------|---------|

RYAN G ANDERSON  07-01
SARA A ANDERSON

31-7093/3240

2445

DATE 6-11-2012

PAY TO THE ORDER OF  Kerry Johnson

$ 53,000.00

Fifty three thousand only  DOLLARS

MOUNTAIN AMERICA
CREDIT UNION
P.O. BOX 9001 WEST JORDAN, UT 84084

MEMO  Red rock pay off

⑈324079555⑈

6/11/2012
S12
0006

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Electronic Endorsements

| Seq# | Record Type | Description | ID | BusDate | Seq# | RT# | Truncated | Converted | Corrected | Return Code |
|------|-------------|-------------|-----|---------|------|-----|-----------|-----------|-----------|-------------|
| 1 | A | BOFD | 1 | 06/14/2012 | 2980628 | 324378036 | Y | 2 | 4 | |

https://scbc1.creditunionimages.com/edesk50/PrimeCapture/ExtSearch/ResultChexArcIma...   12/7/2012

13