RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:  (213) 688-1000
Facsimile:  (213) 243-6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**STIPULATION FOR RESOLUTION OF ORDER TO SHOW CAUSE RE CONTEMPT AS TO SHANE SCOTT AND OF RECEIVER'S DEMAND; AND ORDER THEREON**<br><br>Hearing Presently Set for:<br><br>Date:   April 9, 2015<br>Time:   10:00 a.m.<br>Place:  333 Las Vegas Blvd. South<br>            Las Vegas, NV 89101<br>Ctrm:   TBD |

- 1 -

USW 804979611.1

1   This Stipulation for Resolution of Order to Show Cause re Contempt as to Shane Scott ("Stipulation") is made by and between Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), and Shane Scott, by and through their respective counsel, and Michael P. Studebaker ("Studebaker"), in reference to the following:

A.   Based on a motion by the Receiver (Doc. No. 1459), the Court previously issued an order to show cause as to why Duane Fielding ("Fielding") and Shane Scott ("Scott") should not be held in contempt of Court ("OSC") (Doc. No. 1468) for violation of the Court's Preliminary Injunction Order (Doc. No. 130) and the Clarifying Order (Doc. No. 897/900). The hearing on the OSC was continued from time to time by the Court, and the Receiver and Fielding reached a consensual resolution of the contempt as to Fielding based on a written agreement approved by the Court and an order issued by the Court discharging the contempt as to Fielding only. Doc. Nos. 1529, 1537, 1538, 1555 and 1557. Pursuant to that agreement, Fielding paid a total of $200,000 to the Receiver.

B.   The continued hearing on the OSC as to Scott is presently scheduled to be conducted at 10:00 a.m. on April 9, 2015 pursuant to a stipulation by the parties for a continuance of the hearing that was approved by the Court by Order issued December 19, 2014 (Doc. No. 1568).

C.   The Receiver previously issued a demand letter to Studebaker ("Receiver's demand") setting forth why the Receiver contends Studebaker is also liable to the receivership estate for damages resulting from the destruction of the R22 Helicopter and the R44 Helicopter, as defined in the Receiver's motion for issuance of the OSC based on various alleged acts and omissions of Studebaker in connection with his representation of interested parties in this case and facts and circumstances relating to the claims by the Receiver giving rise to the OSC. The Receiver's demand was issued based in part on the Declaration of Duane Fielding given to the Receiver in connection with the resolution of the Court's order to show cause as to why Duane Fielding should not be held in contempt of Court.

D. Scott is presently a debtor in a joint voluntary Chapter 13 bankruptcy case pending in the United States Bankruptcy Court for the District of Utah, Case No 14-26667 and has filed detailed financial disclosures in connection with that pending bankruptcy case.

E. The Receiver has evaluated the effect of the pending bankruptcy proceeding by Scott and Scott's financial condition and circumstances as disclosed by filings in the Scott bankruptcy proceeding which demonstrate that Scott does not have the ability to provide monetary compensation to the Receiver to purge any prospective contempt order. The Receiver has also evaluated the denial of insurance coverage for the Receiver's demand as to Studebaker and his defenses, financial condition and other circumstances. The Receiver has concluded that resolution of the Receiver's OSC as to Scott and the Receiver's demand as to Studebaker under the terms and conditions set forth in this Stipulation is in the best interests of the receivership estate under the circumstances.

NOW, THEREFORE, in consideration of the foregoing, and for the reasons set forth herein, the parties to this Stipulation hereby agree as follows:

1. The hearing on the OSC as to Scott shall be taken off-calendar, and the OSC shall be discharged as to Scott.

2. In final resolution of the Receiver's demand against Studebaker arising out of and pertaining to the R22 Helicopter and the R44 Helicopter as those terms are defined in the Receiver's pleadings filed in connection with the OSC and the Receiver's demand, and without any admission of liability or wrongdoing by Studebaker, Studebaker shall pay the Receiver on behalf of the receivership estate the sum of $5,000 ("Settlement Sum"). The Settlement Sum shall be payable to the Receiver in installments of $1,000 each due and payable as follows: (a) $1,000 on or before May 15, 2015, (b) $1,000 on or before August 1, 2015, (c) $1,000 on or before November 1, 2015; (d) $1,000 on or before February 1, 2016, and (e) $1,000 on or before May 1, 2016. Time is of the essence with respect to all payments due under the Stipulation.

3. In the event the entire Settlement Sum is not paid to the Receiver in a timely fashion, all of the Receiver's rights and claims against Studebaker are preserved, and the Receiver

1 may take such actions as he deems appropriate against Studebaker and shall not be limited to a
2 recovery of the unpaid balance of the Settlement Sum.

4 Dated: March 19, 2015

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES


By: */s/ Gary Owen Caris*
    Gary Owen Caris
    Attorneys for Receiver
    **ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

Dated: March 19, 2015

STUDEBAKER LAW OFFICE


By: */s/ Michael P. Studebaker*
    Michael P. Studebaker
    Attorneys for Shane Scott, Rotortrends, Inc., and iPrerogative, LLC

Dated: March 19, 2015


*/s/ Michael P. Studebaker*
Michael P. Studebaker, Individually


IT IS SO ORDERED.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

McKenna Long & Aldridge LLP
Los Angeles

USW 804979611.1