UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-cv-02203-MMD-GWF |
| Plaintiff, | ORDER |
| v. | |
| JEREMY JOHNSON, et al., | |
| Defendants. | |

Defendant Jeremy Johnson, proceeding *pro se*, has filed an *ex parte* motion to set aside the preliminary injunction order ("Motion"). (Dkt. no. 1625.) The Court has reviewed the first part of the Motion up to the "Introduction" section (which begins on page 2) where Johnson offers the reasons supporting his request to file his motion *ex parte*. The Court cannot be assured that the information offered in support of the Motion was properly obtained. For this reason, the Court has not reviewed the remainder of the Motion and will direct that the Motion be stricken. If the information offered in support of the Motion was not properly obtained, the information cannot be used as a basis to seek *ex parte* relief or any type of relief. If it was properly obtained, then there is no valid reason for the Court to consider Johnson's motion *ex parte* without notice to the other parties. To the extent Johnson is concerned about protecting confidential information, the appropriate means of protecting such information is to file a request to file under seal.

1  For the foregoing reasons, it is ordered that Johnson's *ex parte* motion to set aside the preliminary injunction order (dkt. no. 1625) is denied. It is further ordered that Johnson's *ex parte* motion (dkt. no. 1625) is stricken from the record.

DATED THIS 8th day of July 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE