DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, *et al.*,<br><br>Defendants. | Case No. 2:10-cv-02203-MMD-GWF |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Jody Goodman to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Jody Goodman is an attorney with the Federal Trade Commission, an agency of the federal government, and is an active member in good standing of the District of Columbia Bar (No. 404879). The following contact information is provided to the Court:

Jody Goodman
Federal Trade Commission
Bureau of Consumer Protection | Division of Marketing Practices
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
Tel: (202) 326-3096
Fax: (202) 326-3395
jgoodman1@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Jody Goodman to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 7th day of August 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: August 10, 2015

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing:**

Edward D Boyack
401 North Buffalo Drive, Sutie 202
Las Vegas, Nevada 89145
*Attorney for Terrason Spinks and Jet Processing*

Marcus Mumford
Mumford PC
405 South Main, Suite 975
Salt Lake City, Utah 84111
*Attorney for Scott Leavitt and Employee Plus, Inc*

Jeanette Swent; Jared C. Bennett
Office of the United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah 84111
*Attorneys for Intervener United States of America*

Gregory A. Miles
Royal & Miles LLP
1522 W. Warm Springs Road
Henderson, Nevada 89014

Gary Owen Caris; Lesley Anne Hawes
McKenna Long & Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071
*Attorneys for the Receiver*

Jeremy Johnson
529 S. Woods View Circle
St. George, Utah 84770
*Defendant (Pro se)*

Karra J. Porter; Kelly Macfarlane; Sarah Spencer; Phillip E. Lowry, Jr.
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111-2048
*Attorneys for IWorks, Inc., Cloud Nine Marketing, Inc., Elite Debit, Inc., Internet Economy, Inc., Market Funding Solutions, Inc., Success Marketing, Inc., CPA Upsell, Inc.; Blue Streak Processing, Inc.; Tran First, Inc., EBusiness Success, Inc., Net Commerce, Inc.; Premier Performance, Inc., Pro Internet Services, Inc., Unlimited Processing, Inc., Funding Success, Inc., Hooper Processing, Inc., Internet Fitness, Inc., Revive Marketing, Inc., Summit Processing, Inc., Cold Bay Media, Inc., Money Harvest, Inc., Monroe Processing, Inc., Diamond J. Media and Duane Fielding, Anthon Holdings Corp., Network Agenda LLC; Relief Defendants Sharla Johnson, Barbara Johnson, Kerry Johnson, The KB Family Limited Partnership, KV Electric Inc., Orange Cat Investments, LLC, Zibby Flight Service, LLC, Zibby LLC*

Karl O. Riley
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Scott Muir, Big Bucks Pro, Inc., Blue Net Progress, Inc., Bolt Marketing, Inc., Business Loan Success, Inc., CS Processing, Inc., GGL Rewards, Inc., Highlight Marketing, Inc., Mist Marketing, Inc., Net Discounts, Inc., Optimum Assistance, Inc., Razor Processing, Inc., Simcor Marketing, Inc.*

**Electronic and U.S. Mail:**

Loyd Johnston
100 North 200 East
PO Box 44
Kenosh, Utah 84637
johnstonloyd@gmail.com
*Defendant (Pro se)*

Ryan Riddle
446 East 1410 South
Washington, Utah 84780
rockitryan@gmail.com
*Defendant (Pro se)*

Andy Johnson
641 Vista View Cir.
Santa Clara Utah 84765
notguiltyyourhonor@gmail.com
*Defendant (Pro se)*

Dated this 7th day of August 2015.

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney