DANIEL G. BOGDEN
United States Attorney
District of Nevada

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
Tel:  775-784-5438
Fax:  775-784-5181

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>) |
| Plaintiffs, | ) Case No. 2:10-cv-02203-MMD-GWF<br>) |
| v. | )<br>) |
| JEREMY JOHNSON, ET AL., | )<br>) |
| Defendants. | )<br>) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Roberto Anguizola to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States as an attorney.  Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Roberto Anguizola is an attorney with the Federal Trade Commission, an agency of the federal government, and is an active member in good standing of the Illinois Bar (No. 6270874) and the Florida Bar (No. 0616761). He also is an inactive member of the Minnesota Bar (No. 0301115) pursuant to Rule 3 of the Minnesota Rules of the Supreme Court for Registration of Lawyers.

The following additional information is provided to the Court concerning Mr. Anguizola:

>Roberto Anguizola
>Federal Trade Commission
>Bureau of Consumer Protection
>Division of Marketing Practices
>600 Pennsylvania Avenue, NW
>Mail Stop CC-8528
>Washington, DC 20580
>Telephone: (202) 326-3284
>Fax: (202) 326-3395
>E-mail: ranguizola@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Robert Anguizola to practice in the District of Nevada for the duration of his employment by the United States as an attorney.

Respectfully submitted this 7th day of October 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

DATED: October 7, 2015

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that I am employee in the Office of the United States Attorney for the District of Nevada and that pursuant to LCR 47-11, I caused to be electronically filed on this date, a true and correct copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on all of the attorneys of record:

Dated this 7th day of October 2014.

                                                /s/ Judy K. Farmer  
                                               JUDY K. FARMER