# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

JEREMY JOHNSON, *et al.*,

    Defendants.

Case No. 2:10-cv-02203-MMD-GWF

**ORDER**

    This matter is before the Court on Phillip Gubler's Motion to Quash Subpoena (#1673), filed on September 14, 2015. FTC filed a Response (#1684) on October 26, 2015.

    Phillip Gubler moves to quash the subpoena issued to him under Fed. R. Civ. P. 45(c), which limits the range of a subpoena to 100 miles. Mr. Gubler represents that he does not live within 100 miles of Reno, Nevada, where the trial in this matter will occur. Based on this argument, the FTC voluntarily withdrew the subpoena. Accordingly,

    **IT IS HEREBY ORDERED** that Phillip Gubler's Motion to Quash Subpoena (#1673) is **granted**.

    **DATED** this 2nd day of November, 2015.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge