COLLOT GUERARD
cguerard@ftc.gov
J. RONALD BROOKE, JR.
Jbrooke@ftc.gov
JANICE L. KOPEC
jkopec@ftc.gov
DOTAN WEINMAN
dweinman@ftc.gov
JODYGOODMAN
Jgoodman1@ftc.gov
ROBERTO ANGUIZOLA
ranguizola@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 288
Washington, DC 20580
202-326-3338 (Guerard)
202-326-3484 (Brooke)
202-326-2550 (Kopec)
202-326-3049 (Weinman)
202-326-3395 (facsimile)

BLAINE T. WELSH
blaine.welsh@usdoj.gov
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
702-388-6336 (phone)
702-388-6787 (facsimile)

Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, *et al*.,<br><br>        Defendants. | Case No. 2:10-cv-02203-MMD-GWF<br><br>FTC'S MOTION FOR LEAVE TO FILE IWORKS' WHITE PAPER UNDER TEMPORARY SEAL |

Earlier today, the FTC filed its opposition [D.E. 1708] to Defendant Jeremy Johnson's Motion for Protective Order [D.E. 1704] and the concurrent motions of defendant Ryan Riddle and settled defendant Bryce Payne.  Defendants seek to prevent the Federal Trade Commission ("FTC") from disclosing "confidential" materials contained in a "white paper" they submitted to the FTC in 2010 (the "iWorks White Paper").  The FTC opposes the motions for protective order because the materials in question are no longer confidential, if they ever deserved that designation, and the presumption of public access requires that they be part of the public record in the event they are used as evidence at trial.  Since it is impossible for the Court to evaluate the merits of the motions without reviewing the iWorks White Paper, the FTC seeks leave to file it under a temporary seal.

For all the foregoing reasons, the Court should grant the FTC's motion and allow it to file the iWorks White Paper under a temporary seal.

Respectfully submitted on November 18, 2015,

/s/ Roberto Anguizola_____
Jody Goodman (202-326-3096)
Collot Guerard (202-326-3338)
Roberto Anguiziola (202-326-3284)
J. Ronald Brooke, Jr. (202-326-3484)
Janice L. Kopec (202-326-2550)
Dotan Weinman (202-326-3049)
*Attorneys for the Plaintiff*
*Federal Trade Commission*

FTC's Motion for Leave to File IWorks'
White Paper Under Temporary Seal

2

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that I have on November 18, 2015 caused the foregoing document to be

3

served on the following via the ECF system:

4

                         Edward D Boyack, Esq.
                         401 North Buffalo Drive, Sutie 202

5

                         Las Vegas, NV  89145

6

                         Alan Boyack, Esq.

7

                         435 E. Tabernacle, Suite 200
                         St. George, UT  84770

8

                         *Attorneys for defendants Terrason Spinks and Jet Processing*

9

                         Gregory A. Miles, Esq.
                         ROYAL & MILES LLP

10

                         1522 W. Warm Springs Road

11

                         Henderson, NV 89014

12

                         Scott T. Evans, Esq.
                         Karra J. Porter, Esq.

13

                         Kelly Macfarlane, Esq.
                         Sarah Spencer, Esq.

14

                         Phillip E. Lowry, Jr., Esq.

15

                         CHRISTENSEN & JENSEN, P.C.
                         257 East 200 South, Suite 1100

16

                         Salt Lake City, Utah 84111-2048

17

                         *Attorneys for IWorks, Inc., Cloud Nine Marketing, Inc., Elite Debit, Inc., Internet Economy, Inc., Market Funding Solutions,*

18

                         *Inc., Success Marketing, Inc., CPA Upsell, Inc.; Blue Streak Processing, Inc.; Tran First, Inc., EBusiness Success, Inc., Net*

19

                         *Commerce, Inc.; Premier Performance, Inc., Pro Internet Services, Inc., Unlimited Processing, Inc., Funding Success, Inc., Hooper*

20

                         *Processing, Inc., Internet Fitness, Inc., Revive Marketing, Inc., Summit Processing, Inc., Cold Bay Media, Inc., Money Harvest,*

21

                         *Inc., Monroe Processing, Inc., Diamond J. Media    and for*

22

                         *Duane Fielding, Anthon Holdings Corp., and Network Agenda*

23

                         *LLC,    and for*

24

                         *Relief Defendants Sharla Johnson, Barbara Johnson, Kerry*

25

                         *Johnson, The KB Family Limited Partnership, KV Electric Inc.,*

26

FTC's Motion for Leave to File IWorks'
White Paper Under Temporary Seal

27

28

1   *Orange Cat Investments, LLC, Zibby Flight Service, LLC, Zibby*
    *LLC*
2

3   D. Neal Tomlinson, Esq
    Jennifer R. Hargis, Esq.
4   Karl O. Riley, Esq.
    Snell & Wilmer, LLP
5   3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV  89169
6   *Attorneys for defendants Scott Muir, Big Bucks Pro, Inc., Blue Net*
    *Progress, Inc., Bolt Marketing, Inc., Business Loan Success, Inc.,*
7   *CS Processing, Inc., GGL Rewards, Inc., Highlight Marketing,*
    *Inc., Mist Marketing, Inc., Net Discounts, Inc., Optimum*
8   *Assistance, Inc., Razor Processing, Inc., and Simcor Marketing,*
    *Inc.; Duane Fielding, Anthon Holdings Corp., and Network*
9   *Agenda LLC;* and *Andy Johnson*
10

11  Marcus R. Mumford, Esq.
    Mumford PC
12  405 South Main, Suite 975
    Salt Lake City, UT  84111
13  *Attorney for Scott Leavitt & Employee Plus*

14  Gary Owen Caris, Esq.
    Lesley Anne Hawes, Esq.
15  McKenna Long & Aldridge LLP
    300 South Grand Avenue, 14th Floor
16  Los Angeles, CA 90071
    *Attorneys for the Receiver*
17

18  Jeanette Swent, Esq.
    Jared C. Bennett, Esq.
19  Office of the United States Attorney
    185 South State Street, Suite 300
20  Salt Lake City, Utah 84111
    *Attorneys for Intervener United States of America*
21

22  Jeremy Johnson
    529 S. Woods View Circle
23  St. George, UT 84770
    *Defendant (Pro se)*
24

25

26  FTC's Motion for Leave to File IWorks'
    White Paper Under Temporary Seal

27                                4

28

1

And via email and Federal Express on November 18, 2015, to the following pro se

2

defendants:

3

Loyd Johnston                                          Andy Johnson
395 North 100 West  PO Box 81                          641 Vista View Cir.

4

Hinckley, UT  84635                                    Santa Clara, UT  84765

5

6

Ryan Riddle
446 East 1410 South

7

Washington, UT 84780

8

*/s/ Roberto Anguizola*

9

Roberto Anguizola

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC's Motion for Leave to File IWorks'

26

White Paper Under Temporary Seal

27

5

28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-cv-02203-MMD-GWF |
| Plaintiff, | [*Proposed*] ORDER GRANTING |
| v. | FTC'S MOTION FOR LEAVE TO |
| JEREMY JOHNSON, *et al*., | FILE IWORKS WHITE PAPER |
| Defendants. | UNDER TEMPORARY SEAL |

Plaintiff Federal Trade Commission has applied for an Order allowing it to file a "white paper" defendants submitted to the FTC in 2010 (the "iWorks White Paper") containing allegedly confidential material under a temporary seal pending a decision on defendant Jeremy Johnson's Motion for Protective Order [D.E. 1704] and the concurrent motions of defendant Ryan Riddle and settled defendant Bryce Payne.

Having considered the FTC's motion, any opposition, and being duly advised,

**IT IS HEREBY ORDERED THAT** the FTC is permitted to file the iWorks White Paper, its appendices, and the cover letter containing allegedly confidential material under a temporary seal that will remain in place pending a decision on defendant Jeremy Johnson's Motion for Protective Order [D.E. 1704] and the concurrent motions of defendant Ryan Riddle and settled defendant Bryce Payne.

**IT IS SO ORDERED**

Dated:  December 4, 2015

GEORGE FOLEY JR.
United States Magistrate Judge

1