BART K. LARSEN (Nev. SBN 008538)
blarsen@klnevada.com
SHLOMO S. SHERMAN (Nev. SBN 009688)
ssherman@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Direct:       (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS
gary.caris@dentons.com
LESLEY ANNE HAWES
lesley.hawes@dentons.com
DENTONS US LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071, United States
Telephone: 213.688.1000
Facsimile: 213.243.6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
| Plaintiff, | [PROPOSED] ORDER TO SHOW CAUSE AS TO WHY SOPHIA DALEY, JEREMY JOHNSON AND RICHARD H. CASPER SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE PRELIMINARY INJUNCTION ORDER |
| v. | |
| JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al., | |
| Defendants. | |

The matter of the Motion for Issuance of An Order to Show Cause as to Why Sophia Daley, Jeremy Johnson and Their Counsel Richard H. Casper Should Not Be Held in Contempt of Court for Violation of the Preliminary Injunction Order ("OSC Application") came on before the Court for determination, the Honorable Miranda M. Du, United States District Judge presiding. The Court, having reviewed and considered the OSC Application and the pleadings and papers filed in support thereof, and good cause appearing therefor,

1  **ORDER TO SHOW CAUSE AS TO SOPHIA DALEY, JEREMY JOHNSON AND**
2  **RICHARD H. CASPER**

3   IT IS ORDERED that Sophia Daley ("Daley"), defendant Jeremy Johnson ("Johnson") and
4  Richard H. Casper ("Casper"), and each of them, shall appear in person before this Court for a
5  hearing to be conducted commencing at  1:30 PM  .m. on  February 11, 2016  ,
6  2015 in Courtroom TBA  of this Court located at 333 Las Vegas Boulevard South, Las Vegas,
7  Nevada 89101, and shall there and then show cause as to why Daley, Johnson, and Casper, and
8  each of them, should not be held in contempt of court for violations of Sections XIX and XX of
9  the Preliminary Injunction Order entered February 10, 2011 ("Preliminary Injunction") as
10  described in the Receiver's OSC Application, including but not limited to the following:

11   A.   The filing of the Motion for Leave to Amend Complaint and Join Parties by Daley
12  ("Motion to Amend") filed in the action *Sophia Daley v. Paradise Ranch Development, LLC, et
13  al.*, Case No. 150500478 pending in the Fifth District Court for Washington County, Utah ("Utah
14  Action"), together with the supporting Memorandum with a proposed amended complaint attached
15  to the Memorandum in the Utah Action with knowledge of the Preliminary Injunction;

16   B.   The continued prosecution of the Motion for Leave to Amend Complaint and Join
17  Parties by Daley from and after October 7, 2015 when the Receiver's counsel issued its demand in
18  writing to Casper to withdraw the Motion to Amend and/or dismiss the proposed amended
19  complaint to the extent that it named as defendants and sought relief against Robb Evans and
20  Robb Evans of Robb Evans & Associates LLC; and

21   IT IS FURTHER ORDERED that upon a finding that Daley, Johnson and/or Casper is in
22  contempt of Court, individually or jointly (the "Contempt Order"), the Court will consider, without
23  limitation, the following relief:

24   A.   An order directing Daley, Johnson and/or Casper to take all steps necessary and/or
25  appropriate to cause the Motion to Amend to be withdrawn and/or the proposed revised amended
26  complaint in the Utah Action to be dismissed to the extent the proposed revised amended
27  complaint asserts claims for relief against Robb Evans and/or Robb Evans of Robb Evans &
28  Associates LLC within two business days of the date of entry of the Contempt Order;

B.    An order directing Daley, Johnson and Casper, jointly and severally, to pay to the Receiver on behalf of the receivership estate from non-receivership assets and from sources of funds that do not originate from assets of the Receivership Defendants the amount of all fees and expenses of the Receiver's counsel incurred by the receivership estate in connection with the preparation, filing and prosecution of the OSC Application and the proceedings leading up to and including the issuance of the Contempt Order, according to proof; and

IT IS FURTHER ORDERED that service of this Order to Show Cause shall be effectuated by the Receiver on Daley by: (a) service of this Order on her counsel Richard H. Casper at the business address of the Richard H. Casper, P.C., 5420 South Green Street, Murray, Utah, by overnight mail service for receipt by no later than January 22, 2016, and (b) by personal service to be effectuated prior to the hearing on this Order to Show Cause; and

IT IS FURTHER ORDERED that service of this Order to Show Cause shall be effectuated by the Receiver on Johnson by: (a) service of this Order on his counsel Richard H. Casper at the business address of the Richard H. Casper, P.C., 5420 South Green Street, Murray, Utah, by overnight mail service for receipt by no later than January 22, 2016. (b) service of this Order by overnight mail delivery service on Johnson addressed to him at his residence at 529 S. Woodsview Circle, St. George, Utah for receipt by no later than January 22, 2016; and (c) by personal service to be effectuated prior to the hearing on this Order to Show Cause; and

IT IS FURTHER ORDERED that service of this Order to Show Cause shall be effectuated by the Receiver on Casper by: (a) service of this Order on his business address to the attention of Richard H. Casper at the business address of the Richard H. Casper, P.C., 5420 South Green Street, Murray, Utah, by overnight mail service for receipt by no later than January 22, 2016, 2015; and (b) by services of this Order on Casper by electronic mail at rhcasper@csolutions.net by no later than January 29, 2016.

Dated: December 7, 2015

        /s/ *signature*
MIRANDA M. DU
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On November 10, 2015, I served the **[PROPOSED] ORDER TO SHOW CAUSE AS TO WHY SOPHIA DALEY, JEREMY JOHNSON AND RICHARD H. CASPER SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE PRELIMINARY INJUNCTION ORDER** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on November 10, 2015 at Los Angeles, California.

/s/ Christina O'Meara
Christina O'Meara

# SERVICE LIST

The following CM/ECF participants were served by electronic means on November 10, 2015:

- **Roberto Anguizola**
  ranguizola@ftc.gov

- **Jared C. Bennett**
  jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov

- **Theadore J Besen**
  tjblaw64@gmail.com

- **Ava Bessel**
  abessel@hutchlegal.com,kchappuis@hutchlegal.com

- **Alan D. Boyack**
  alandboyack@yahoo.com

- **Edward D Boyack**
  mardi@boyacklaw.com,rosa@boyack.law,carmen@boyacklaw.com,assistant@boyacklaw.com,admin@boyacklaw.com

- **Joseph R Brooke**
  jbrooke@ftc.gov

- **Linda M. Bullen**
  linda@bullenlaw.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com

- **Gary Owen Caris**
  gary.caris@dentons.com,chris.omeara@dentons.com,lesley.hawes@dentons.com

- **Teresa Chen**
  tchen@ftc.gov

- **Christopher Childs**
  chris@childslegal.com

- **Andrew B Clawson**
  andrew@abclawutah.com

- **Brett D. Ekins**
  bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com

- **Scott T. Evans**
  ashley.white@chrisjen.com,judy.garrett@chrisjen.com

- **Jody Goodman**
  jgoodman1@ftc.gov



DENTONS US LLP
USW 805326097.1
Los Angeles

5

- **Collot Guerard**
  cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov

- **Randon Hansen**
  randon@hansenlawofficesltd.com

- **Lesley Anne Hawes**
  lesley.hawes@dentons.com,gary.caris@dentons.com,chris.omeara@dentons.com

- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

- **Gregg A Hubley**
  ghubley@brookshubley.com,efile@brookshubley.coom

- **Curtis M Jensen**
  cjensen@snowjensen.com

- **Jeremy D. Johnson**
  documentcollection02203@gmail.com,magten10@gmail.com,royalorangecat@gmail.com,ncrane@stirba.com,sleavitt2013@yahoo.com

- **Joseph S. Kistler**
  jkistler@hutchlegal.com,bbenitez@hutchlegal.com

- **Janice Kopec**
  jkopec@ftc.gov,wmaxson@ftc.gov

- **Phillip E. Lowry**
  phillip.lowry@chrisjen.com,jennifer.luft@chrisjen.com,judy.garrett@chrisjen.com

- **Kelly H Macfarlane**
  kelly.macfarlane@chrisjen.com,marilyn.grant@chrisjen.com

- **Gregory A. Miles**
  gmiles@royalmileslaw.com,aandrew@royalmileslaw.com

- **Elijah L. Milne**
  emilne@djplaw.com,pbricker@djplaw.com

- **Marcus R. Mumford**
  mrm@mumfordpc.com,amanda@mumfordpc.com,jen@mumfordpc.com,bnm@mumfordpc.com,jso@mumfordpc.com

- **Michael C. O'Brien**
  mobrien@vancott.com

- **Jessica G Peterson**
  jpeterson@djplaw.com,khughes@djplaw.com

- **Karra J Porter**
  karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com

6

- **Jacob A. Reynolds**
  jreynolds@hutchlegal.com,mcarnate@hutchlegal.com

- **Shlomo S. Sherman**
  ssherman@klnevada.com,usdistrict@klnevada.com,mbarnes@klnevada.com

- **V. Lowry Snow**
  vlsnow@snowjensen.com

- **Sarah E Spencer**
  sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com

- **Michael P. Studebaker**
  mike@studebakerlaw.com

- **Jeannette F. Swent**
  jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov

- **Sam E Taylor, Jr**
  SaTaylor@FDIC.gov

- **Michael F. Thomson**
  thomson.michael@dorsey.com,montoya.michelle@dorsey.com

- **Holly A. Vance**
  Holly.A.Vance@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,Joanie.Silvershield@usdoj.gov,Judy.Farmer@usdoj.gov

- **Michael K Wall**
  mwall@hutchlegal.com,cpittsenbarger@hutchlegal.com

- **Dotan Weinman**
  dweinman@ftc.gov

- **Loren E. Weiss**
  lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com

- **Blaine T Welsh**
  Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,jenni.vosburgh@usdoj.gov

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address chris.o'meara@dentons.com to rhcasper@csolutions.net. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The following non-CM/ECF participants were served by first-class mail, postage prepaid on November 10, 2015:

Ryan Riddle
446 East 1410 South
Washington, UT 84780

Bryce Payne
2399 East Bella Rosa Circle
St. George, UT 84780

DENTONS US LLP
US_ACTIVE\305326097.1
Los Angeles

7

| | |
|---|---|
| Loyd Johnston<br>110 North 200 East<br>PO Box 44<br>Kanosh, Utah 84637 | Tara-Lynn Adams<br>2152 Starline Meadow Place<br>Las Vegas, NV 89139 |
| Kevin R Pilon.<br>P.O. Box 387<br>94 Grand Harbor Drive<br>Grand River, Ohio 44045-0387 | Scott Leavitt<br>2271 Southgate Hills Drive<br>St. George, UT 84770 |
| Andy Johnson<br>3641 Vista View Circle<br>Santa Clara, UT 84765 | Richard H. Casper<br>Richard H. Casper, P.C.<br>5420 South Green Street<br>Murray, Utah 84123 |
| Sophia Daley<br>c/o Richard H. Casper, P.C.<br>5420 South Green Street<br>Murray, Utah 84123 | |

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

**TAXING AGENCIES -- MAIL**

| | |
|---|---|
| California Franchise Tax Board<br>Special Procedures – BE Bankruptcy<br>MSA-345<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0410 |
| Internal Revenue Service<br>Ogden, UT 84201-0039 | Massachusetts Department of Revenue<br>P.O. Box 7000<br>Boston, MA 02204 |
| Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT 59604 | Nevada Department of Taxation<br>1550 College Parkway<br>Carson City, NV 89706 |
| Oklahoma Tax Commission<br>2501 North Lincoln Boulevard<br>Oklahoma City, OK 73194 | Sevier County Treasurer<br>250 North Main Street<br>Richfield, UT 84701 |
| State of Arizona<br>Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 | State of Arkansas – Corporate Income Tax Section<br>P.O. Box 919<br>Little Rock, AR 72203 |

| | |
|---|---|
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Washington County Assessor<br>87 North 200 East, Suite 201<br>St. George, UT 84770 |
| Internal Revenue Service<br>Attn: J. Daugherty MS/5028LVG<br>110 North City Parkway<br>Las Vegas, NV 89106 | Los Angeles County Tax Collector<br>225 North Hill Street, Room 122<br>Los Angeles, CA 90012 |
| Arkansas Secretary of State<br>State Capitol<br>Room 256<br>Little Rock, AR 72201 | California Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
| State of California Board of Equalization<br>Ms. Eve Lee<br>450 N Street, MIC 55<br>Sacramento, CA 95814 | State of CA Employment Development Dept.<br>Attn: John Arnold<br>7677 Oakport Street, Suite 400<br>Oakland, CA 94621 |
| State of Delaware Division of Corporation<br>P.O. Box 898<br>Dover, DE 19903 | Utah Department of Workforce Services<br>P.O. Box 45249<br>Salt Lake City, UT 84145-0249 |
| City of St. George Utilities<br>P.O. Box 1750<br>St. George, UT 84771-1750 | Employment Development Department<br>P.O. Box 82615<br>MIC 3A<br>Sacramento, CA 94280-0001 |
| New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 | New York State Division of Corporations<br>99 Washington Avenue, 6th Floor<br>Albany, NY 12231 |
| David Willcox, Revenue Officer<br>Nevada Department of Taxation<br>Attn: Bankruptcy Section<br>555 E Washington Ave #1300<br>Las Vegas, NV 89101 | |