BART K. LARSEN (Nev. SBN 008538)
blarsen@klnevada.com
SHLOMO S. SHERMAN (Nev. SBN 009688)
ssherman@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Direct:   (702) 889-7752
Facsimile:   (702) 362-9472

GARY OWEN CARIS
gary.caris@dentons.com
LESLEY ANNE HAWES
lesley.hawes@dentons.com
DENTONS US LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071, United States
Telephone: 213.688.1000
Facsimile: 213.243.6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] ORDER GRANTING RECEIVER'S EMERGENCY MOTION FOR ORDER AUTHORIZING RECEIVER TO RELEASE CUSTODY OF THE ZEUS SERVER TO SPECIAL AGENT RANDY KIM OF THE FEDERAL BUREAU OF INVESTIGATION, SALT LAKE CITY DIVISION, FOR CLONING |

The matter of the Emergency Motion for Order Authorizing Receiver to Release Custody of the Zeus Server to Special Agent Randy Kim of the Federal Bureau Of Investigation, Salt Lake City Division, for Cloning ("Emergency Motion") filed by Robb Evans of Robb Evans & Associates LLC, the Court-appointed Receiver in this matter ("Receiver"), came on for determination by this Court, the Honorable Miranda M. Du, United States District Judge

presiding. The Court, having reviewed and considered the Emergency Motion, and having reviewed and considered responses or oppositions filed to the Emergency Motion, if any, by any party to this case or to the related criminal case pending in the United States District Court for the District of Utah, Case No. 2:11-cr-00501 DN-PMW, identified as *United States of America v. Jeremy Johnson, et al.* ("Criminal Action") who were served with the Emergency Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Emergency Motion and the relief sought therein are granted;

2. Without limiting the generality of the foregoing:

   A. The Receiver is hereby authorized to release and transfer forthwith possession, custody and control of the original Zeus server to the possession, custody and control of Special Agent Randy Kim of the Federal Bureau of Investigation ("FBI"), Salt Lake City Division for the purposes set forth herein;

   B. The Zeus server shall be transferred to the possession, custody and control of Special Agent Kim of the FBI, Salt Lake City Division, for the purposes of (1) creating a clone of the Zeus server; (2) attempting to restore certain e-mails on the clone of the Zeus server generally described in the Emergency Motion and referred to as the Missing Data; and (3) attempting to determine when the Missing Data was deleted from the Zeus server;

   C. Special Agent Kim may physically remove the original Zeus server from the Receiver's possession and transport it to the FBI, Salt Lake City Division, and/or the Intermountain West Regional Computer Forensics Laboratory in Salt Lake City, Utah for the purposes generally described herein; and

   D. Special Agent Kim shall maintain possession, custody and control of the original Zeus server until further order of this Court.

Dated: January 7, 2016

MIRANDA M. DU
United States District Court Judge