1  BART K. LARSEN (Nev. SBN 008538)
     blarsen@klnevada.com
2  SHLOMO S. SHERMAN (Nev. SBN 009688)
     ssherman@klnevada.com
3  KOLESAR & LEATHAM, CHTD.
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, NV 89145
   Telephone:    (702) 362-7800
5  Direct:       (702) 889-7752
   Facsimile:    (702) 362-9472
6
   GARY OWEN CARIS
7    gary.caris@dentons.com
   LESLEY ANNE HAWES
8    lesley.hawes@dentons.com
   DENTONS US LLP
9  300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071-3124
10 Telephone:    (213) 688-1000
   Facsimile:    (213) 243-6330
11
   Attorneys for Receiver
12 **ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH ANTHON HOLDINGS CORP., ACCU-FORM PLASTICS INC. AND DUANE FIELDING AND FOR LIMITED NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE** |
| v. | |
| JEREMY JOHNSON, etc., et al., | |
| Defendants. | |

  The matter of the Notice of Motion and Motion for Order Approving Settlement Agreement with Anthon Holdings Corp., Accu-Form Plastics Inc. and Duane Fielding and for Limited Notice Under Local Rule 66-5 If Applicable ("Motion") filed by Robb Evans of Robb

- 1 -

USW 805365012.1

Evans & Associates LLC ("Receiver"), the Receiver appointed pursuant to the Court's Preliminary Injunction Order issued February 10, 2011 ("Preliminary Injunction"), came on regularly for determination by the Court, the Honorable Miranda M. Du, United States District Judge presiding. The Court having reviewed and considered the Motion and the pleadings and papers filed in support thereof, and response or opposition to the Motion, if any, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

A. The Receiver's proposed Settlement Agreement and Release ("Anthon Lots Settlement") with defendant Anthon Holdings Corp. ("Anthon"), Accu-Form Plastics Inc. ("Accu-Form"), and defendant Duane Fielding ("Fielding"), a true and correct copy of which is attached as Exhibit 1 to the Declaration of Gary Owen Caris filed in support of the Motion, is hereby approved;

B. The Receiver is authorized to take all steps necessary or convenient to implement and perform under the Anthon Lots Settlement;

C. Notice of the Motion is hereby deemed to be sufficient under Local Civil Rules 66-5 and 66-10 based on the Receiver's service of the notice of the filing of the Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

Dated: April 4, 2016

_____
MIRANDA M. DU
United States District Court Judge