BART K. LARSEN (Nev. SBN 008538)
  blarsen@klnevada.com
SHLOMO S. SHERMAN (Nev. SBN 009688)
  ssherman@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Direct:       (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS
  gary.caris@dentons.com
LESLEY ANNE HAWES
  lesley.hawes@dentons.com
DENTONS US LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071, United States
Telephone: 213.688.1000
Facsimile: 213.243.6330

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SUNFIRST BANK |

The matter of the Motion to Approve Settlement Agreement with Federal Deposit Insurance Corporation as Receiver for SunFirst Bank ("Motion") filed by Robb Evans of Robb Evans & Associates LLC, the Court-appointed Receiver in this matter ("Receiver"), came on regularly for determination before the Honorable Miranda M. Du, United States District Judge presiding. The Court, having reviewed and considered the Motion and all pleadings and papers

filed in support thereof, including without limitation the proposed Settlement Agreement between the Receiver and the Federal Deposit Insurance Corporation in its capacity as Receiver for SunFirst Bank ("FDIC") attached as Exhibit 1 to the Declaration of Brick Kane in support of the Motion (the "Settlement"), and having reviewed and considered response and opposition to the Motion, if any, and good cause appearing,

IT IS ORDERED that:

1. The Motion and all relief sought therein is hereby granted;

2. Without limiting the generality of the foregoing:

   A. The Settlement is approved as fair and equitable and in the best interests of the receivership estate;

   B. The Receiver is authorized to pay the Note Sale Payment, as that term is defined in the Settlement, to the FDIC in the amount of $1,705,000 from funds on hand in the receivership estate;

   C. The Receiver is authorized to execute and deliver, and to accept, on behalf of the receivership estate all documents, instruments, policies, agreements and other related documents provided for under the Settlement;

   D. The Receiver is authorized to take all other steps necessary or convenient to implement and perform under the Settlement; and

   E. Notice of the Motion is hereby deemed sufficient based on the service of the notice of the filing of the Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate.

Dated:   April 14, 2016

_____
MIRANDA M. DU
United States District Court Judge