BART K. LARSEN (Nev. SBN 008538)
blarsen@klnevada.com
SHLOMO S. SHERMAN (Nev. SBN 009688)
ssherman@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Direct:      (702) 889-7752
Facsimile:   (702) 362-9472

GARY OWEN CARIS
gary.caris@dentons.com
LESLEY ANNE HAWES
lesley.hawes@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704, United States
Telephone: 213.623.9300
Facsimile: 213.623.9924

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>　　　　Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**ORDER GRANTING MOTION TO AUTHORIZE RECEIVER TO MARKET AND SELL ESTATE'S INTEREST IN BELIZE BEACH HOLDINGS, LTD. AND ITS REAL PROPERTY IN SAN PEDRO, BELIZE AND GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The matter of the Motion to Authorize Receiver to Market and Sell Estate's Interest in Belize Beach Holdings, Ltd. and Its Real Property in San Pedro, Belize and Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Motion") filed by Robb Evans of Robb Evans

1  & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction
2  Order issued February 10, 2011, came on regularly for determination by the Court, the Honorable
3  Miranda M. Du, United States District Judge presiding. The Court, having read and considered
4  the Motion and all supporting pleadings, and opposition or response to the Motion, if any, and
5  good cause appearing therefor,
6      IT IS ORDERED that:
7      1.    The Motion and all relief sought therein is granted;
8      2.    Without limiting the generality of the foregoing:
9      A.    The Receiver is authorized to market and offer for sale the receivership estate's
10 interest in the entity Belize Beach Holdings, Ltd. ("Belize Beach"), consisting of 9,999 shares of
11 stock in Belize Beach titled in the name of Receivership Defendant Jeremy Johnson ("Belize
12 Beach Stock") and to enter into a contract for the sale of the Belize Beach Stock subject to
13 approval of any proposed sale by this Court after notice and an opportunity for hearing;
14     B.    The Receiver is authorized to list and market for sale the sole known asset of Belize
15 Beach consisting of certain real property located at Parcel 1277 Block 42 San Pedro Registration
16 Section, San Pedro Town, Ambergris Caye, Belize District of Belize ("San Pedro Property") and
17 to enter into a contract for the sale of the San Pedro Property subject to approval of any proposed
18 sale by this Court after notice and an opportunity for hearing;
19     C.    In connection with the listing and marketing of the San Pedro Property, the
20 Receiver is authorized to engage a real estate broker experienced in the sale of real property in
21 Belize, in the Receiver's opinion and judgment (the "Broker"), and to enter into an exclusive
22 listing agreement with the Broker providing for ordinary and customary terms and conditions for
23 the listing of similar real property in Belize, including the payment of ordinary and customary
24 sales commissions upon the closing of a sale of the San Pedro Property, providing for ordinary and
25 customary advertising expenses, and further providing that acceptance of offers and completion of
26 any sale of the San Pedro Property is subject to entry of an order of this Court approving such sale
27 on terms and conditions as the Court may determine are proper and after notice and an opportunity
28 for hearing; and

D.  Notice of the Motion is deemed to be sufficient under Local Civil Rule 66-5 based on the service of a notice of the filing of the Motion and the Motion on all parties and service of the notice of the filing of the Motion on all known non-consumer creditors of the estate and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

DATED THIS 25th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE