UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FEDERAL TRADE COMMISSION, | Case No. 2:10-cv-02203-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JEREMY JOHNSON, et al., | |
| Defendants. | |

Before the Court is the Receiver's motion for order directing the issuance of Pacific Mercantile Bancorp ("PMB") stocks to the Receiver and authoring the Receiver to sell the PMB stocks. (ECF No. 1872.) Defendants Terrason Spinks and Jet Processing, Inc. (collectively "Jet Processing") filed a motion, objecting to the Receiver's motion and contending that the PMB stock "has risen in value" and "[t]here is no need to liquidate." (ECF No. 1878.) They also requested a hearing. (*Id.*) The Court has reviewed the Receiver's reply. (ECF No. 1890.) The Court agrees with the Receiver. The PMB shares are titled to Defendant Jeremy Johnson and are assets of the receivership estate. The Receiver's motion (ECF No. 1872) will be granted. Jet Processing's motion (ECF No. 1878) is denied.

DATED THIS 19th day of October 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE