1   BART K. LARSEN (Nev. SBN 008538)
      blarsen@klnevada.com
2   SHLOMO S. SHERMAN (Nev. SBN 009688)
      ssherman@klnevada.com
3   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
4   Las Vegas, Nevada 89145
    Telephone: (702) 362-7800
5   Direct:  (702) 889-7752
    Facsimile: (702) 362-9472
6
    GARY OWEN CARIS (CA SBN 088918)
7     gcaris@diamondmccarthy.com
    LESLEY ANNE HAWES (CA SBN 117101)
8     lhawes@diamondmccarthy.com
    DIAMOND McCARTHY LLP
9   1999 Avenue of the Stars, Suite 1100
    Los Angeles, CA 90067
10  Telephone: (310) 651-2997
    Facsimile: (424) 253-1101

11

12  Attorneys for Receiver
    **ROBB EVANS OF ROBB EVANS &**
13  **ASSOCIATES LLC**

14

## UNITED STATES DISTRICT COURT

15

## DISTRICT OF NEVADA

16

17

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:10-CV-02203-MMD-GWF |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM JULY 1, 2016 THROUGH DECEMBER 31, 2016; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |
| JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al., | |
| Defendants. | |

24

25        The Motion for Order (1) Approving and Authorizing Payment of Receiver's and

26  Professionals' Fees and Expenses from July 1, 2016 Through December 31, 2016; and (2)

27  Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Fee Motion") filed by

28  Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's

1

Preliminary Injunction Order issued February 10, 2011, came on regularly before this Court for

determination.  The Court, having reviewed and considered the Fee Motion and all pleadings and

papers filed in support thereof, and responses, if any, filed to the Fee Motion, and good cause

appearing therefor,

IT IS ORDERED that:

1.     The Fee Motion and all relief sought therein is granted;

2.     Without limiting the generality of the foregoing:

A.     The fees of the Receiver, the Receiver's deputies, agents, and staff incurred for the

six-month period from July 1, 2016 through December 31, 2016 ("Expense Period") in the sum of

$47,231.99 and Receiver's expenses in the sum of $9,329.72 incurred for the Expense Period for a

total sum of $56,561.71 are hereby approved and authorized to be paid from receivership assets;

B.     The Receiver's legal fees of $71,101.00 and expenses of $2,843.81 incurred to the

Receiver's lead counsel Diamond McCarthy LLP for the Expense Period for a total sum of

$73,944.81 are hereby approved and authorized to be paid from receivership assets;

C.     The Receiver's legal expenses of $194.92 incurred to the Receiver's counsel

Kolesar & Leatham, Chtd. for the Expense Period are hereby approved and authorized to be paid

from receivership assets;

D.     The Receiver's legal fees of $3,633.75 and expenses of $161.44 for a total sum of

$3,795.19 incurred to the Receiver's special real estate foreclosure counsel, Hatch, James &

Dodge, A Professional Corporation, for the Expense Period are hereby approved and authorized to

be paid from receivership assets;

E.     The Receiver's legal fees in the amount of $1,743.50 for the services of the

Receiver's special real estate title counsel, Nelson Christensen Hollingworth & Williams, P.C.

("Nelson Firm") are hereby approved and authorized to be paid from receivership assets; and

2

1        F.        Notice of the Fee Motion is hereby deemed sufficient based on the service of the

2  notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of

3  the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated:    April 18, 2017

_____

MIRANDA M. DU
United States District Court Judge