BART K. LARSEN (Nev. SBN 008538)
  blarsen@klnevada.com
SHLOMO S. SHERMAN (Nev. SBN 009688)
  ssherman@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Direct:  (702) 889-7752
Facsimile: (702) 362-9472

GARY OWEN CARIS (CA SBN 088918)
  gcaris@diamondmccarthy.com
LESLEY ANNE HAWES (CA SBN 117101)
  lhawes@diamondmccarthy.com
DIAMOND McCARTHY LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 651-2997
Facsimile: (424) 253-1101

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS &
ASSOCIATES LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>                Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**NOTICE OF FILING OF MOTION FOR ORDER APPROVING RECEIVER'S SETTLEMENT WITH LDS CHURCH AND LIMITING NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE** |

PLEASE TAKE NOTICE that Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, has filed with the Court his Motion for Order Approving Receiver's Settlement with LDS Church and Limiting Notice under Local Rule 66-5 If Applicable ("Motion").  Pursuant

1

to the Motion, the Receiver moves the Court for an order approving the Settlement Agreement and Release dated as of May 2, 2017 ("Settlement Agreement") by and between the Receiver and the LDS Church,[1] a true and correct copy of which is attached as Exhibit 1 to the Declaration of Brick Kane filed in support of the Motion.

The Receiver contends that the Settlement Agreement should be approved as it is fair and equitable and in the best interests of the receivership estate in that (a) the Settlement Agreement resolves the Receiver's claims and demands against the LDS Church arising out of gifts made to the LDS Church from assets of the Receivership Defendants prior to the commencement of the receivership; (b) provides for a substantial $2,350,000 cash payment to the receivership estate in resolution of such claims within ten days of the Effective Date; and (c) fully and finally resolves all other disputes and claims regarding the receivership and receivership assets between the Receiver and the LDS Church, avoiding litigation risks, delays and expense.  In connection with the approval of the Settlement Agreement, the Receiver seeks Court approval for the Receiver to take all steps necessary or convenient to implement and perform under the Settlement Agreement.

The Receiver further seeks an order deeming notice of the Motion to be sufficient under Local Civil Rules 7-2 and 66-5 based on the service of this notice of the filing of the Motion and the Motion on all parties and service of this notice of the filing of the Motion on all known non-consumer creditors of the estate, and on all known taxing authorities with a potential claim in the receivership estate concurrent with the filing of the Motion with the Court.

The Motion is made under Local Civil Rules 7-2 and 66-5 and is based on this separate notice of filing of the Motion, the Motion and supporting Memorandum of Points and Authorities and Declaration of Brick Kane in support of the Motion, the proposed order lodged concurrently herewith, and on the pleadings, records and files of the Court in this receivership proceeding of which the Receiver requests the Court take judicial notice, including without limitation the Report

---

[1]  The "LDS Church" is a term used herein and in the Settlement Agreement for convenience. The settling party is identified more fully in the Settlement Agreement as the Corporation of the President of The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, which conducts affairs on behalf of the ecclesiastical denomination of The Church of Jesus Christ of Latter-day Saints, together with its affiliates.

of Temporary Receiver's Activities filed February 8, 2011 (Doc. No. 127) and the Report of Receiver's Financial Reconstruction dated January 31, 2012 and four volumes of supporting Appendices filed on February 3, 2012 (Doc. Nos. 464, 465-468), the Order Granting Motion for Order Clarifying Preliminary Injunction Order and for Further Instructions Regarding Scope of Receivership Defendants under Preliminary Injunction Order and Report of Receiver's Financial Reconstruction and Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors After Hearing ("Clarifying Order") entered March 25, 2013 and upon all other pleadings and documentary evidence as may be presented to the Court by the Receiver.

DATED:  May 10, 2017                    Respectfully submitted,

                                         BART K. LARSEN
                                         SHLOMO S. SHERMAN
                                         KOLESAR & LEATHAM, CHTD.

                                         GARY OWEN CARIS
                                         LESLEY ANNE HAWES
                                         DIAMOND McCARTHY LLP


                                         By:  _____/s/ Gary Owen Caris_____
                                              Gary Owen Caris
                                              Lesley Anne Hawes

                                              Attorneys for Receiver
                                              **ROBB EVANS OF ROBB EVANS &**
                                              **ASSOCIATES LLC**

3

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Las Vegas, Nevada.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 400 South Rampart Boulevard, Suite 400, Las Vegas, NV 89145.

On May 10, 2017, I served the **NOTICE OF FILING OF MOTION FOR ORDER APPROVING RECEIVER'S SETTLEMENT WITH LDS CHURCH AND LIMITING NOTICE UNDER LOCAL RULE 66-5 IF APPLICABLE** upon the CM/ECF participants by electronic means, and the parties and/or counsel listed below by U.S. first class mail.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 10, 2017 at Las Vegas, Nevada.

*Cindy Kishi*

Cindy Kishi

4

**SERVICE LIST**

•Roberto Anguizola
ranguizola@ftc.gov

•Jared C. Bennett
jared.bennett@usdoj.gov,valerie.maxwell@usdoj.gov

•Theadore J Besen
tjblaw64@gmail.com

•Alan D. Boyack
alandboyack@yahoo.com

•Edward D Boyack
ted@boyacklaw.com,marcia@boyacklaw.com,assistant@boyacklaw.com

•Joseph R Brooke
jbrooke@ftc.gov

•Linda M. Bullen
linda@bullenlaw.com,cjensen@snowjensen.com,RKillpack@snowjensen.com,vlsnow@snowjensen.com,alodwick@lionelsawyer.com

•Gary Owen Caris
gcaris@diamondmccarthy.com,vgarcia@diamondmccarthy.com

•Christopher Childs
chris@childslegal.com

•Andrew B Clawson
andrew@abclawutah.com

•Brett D. Ekins
bekins@joneswaldo.com,rebaker@joneswaldo.com,bsnow@joneswaldo.com

•Scott T. Evans
ashley.white@chrisjen.com,judy.garrett@chrisjen.com

•Jody Goodman
jgoodman1@ftc.gov

•Collot Guerard
cguerard@ftc.gov,lgreisman@ftc.gov,rtyndall@ftc.gov,bcpBriefBank@FTC.gov,dsalsburg@ftc.gov

•Randon Hansen
randon@hansenlawofficesltd.com

5

•Lesley Anne Hawes
lhawes@diamondmccarthy.com,vgarcia@diamondmccarthy.com

•Randolph L. Howard
rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

•Gregg A Hubley
ghubley@brookshubley.com,nlane@brookshubley.com,efile@brookshubley.com

•Curtis M Jensen
cjensen@snowjensen.com

•Joseph S. Kistler
jkistler@hutchlegal.com,bbenitez@hutchlegal.com

•Janice Kopec
jkopec@ftc.gov,wmaxson@ftc.gov

•Phillip E. Lowry
phillip.lowry@chrisjen.com,phillip.lowry@chrisjen.com,jennifer.luft@chrisjen.com,judy.garrett@chrisjen.com

•Kelly H Macfarlane
kellyhmacfarlanelaw@earthlink.net,anne.macleod@chrisjen.com

•Jessica G McKinlay
mckinlay.jessica@dorsey.com,khughes@djplaw.com

•Gregory A. Miles
gmiles@royalmileslaw.com,aandrew@royalmileslaw.com

•Elijah L. Milne
emilne@djplaw.com,pbricker@djplaw.com

•Marcus R. Mumford
mrm@mumfordpc.com,amanda@mumfordpc.com,jen@mumfordpc.com,bnm@mumfordpc.com,jso@mumfordpc.com

•Michael C. O'Brien
mobrien@vancott.com

•Karra J Porter
karra.porter@chrisjen.com,paula.christensen@chrisjen.com,anne.macleod@chrisjen.com,marilyn.grant@chrisjen.com

•Jacob A. Reynolds
jreynolds@hutchlegal.com,rstewart@hutchlegal.com,SMorehead@hutchlegal.com

•Ava M. Schaefer
ams@pisanellibice.com,lit@pisanellibice.com,cct@pisanellibice.com

•Shlomo S. Sherman
ssherman@klnevada.com,usdistrict@klnevada.com,mbarnes@klnevada.com

•V. Lowry Snow
vlsnow@snowjensen.com

•Sarah E Spencer
sarah.spencer@chrisjen.com,sarah.spencer@chrisjen.com,anne.macleod@chrisjen.com

•Michael P. Studebaker
mike@studebakerlaw.com

•Jeannette F. Swent
jeannette.swent@usdoj.gov,stephanie.reinhart@usdoj.gov

•Sam E Taylor , Jr
SaTaylor@FDIC.gov

•Michael F. Thomson
thomson.michael@dorsey.com,montoya.michelle@dorsey.com

•Holly A. Vance
Holly.A.Vance@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,Joanie.Silvershield@usdoj.gov,elizabeth.pantner@usdoj.gov,Judy.Farmer@usdoj.gov,CaseView.ECF@usdoj.gov

•Michael K Wall
mwall@hutchlegal.com,cpittsenbarger@hutchlegal.com

•Dotan Weinman
dweinman@ftc.gov

•Loren E. Weiss
lweiss@rqn.com,rfrodente@rqn.com,docket@rqn.com

•Blaine T Welsh
Blaine.Welsh@usdoj.gov,sue.knight@usdoj.gov,eunice.jones@usdoj.gov,jenni.vosburgh@usdoj.gov,CaseView.ECF@usdoj.gov

The following non-CM/ECF participants were served by first-class mail, postage prepaid on May 10, 2017:

| | |
|---|---|
| Ryan Riddle<br>446 East 1410 South<br>Washington, UT 84780 | Bryce Payne<br>2399 East Bella Rosa Circle<br>St. George, UT 84780 |
| Loyd Johnston<br>P.O. Box 81<br>Hinckley, UT 84635-0081 | Tara-Lynn Adams<br>2152 Starline Meadow Place<br>Las Vegas, NV 89139 |
| Kevin R Pilon<br>P.O. Box 387<br>94 Grand Harbor Drive<br>Grand River, Ohio 44045-0387 | Scott Leavitt<br>2271 Southgate Hills Drive<br>St. George, UT 84770<br>E-mail: scottleavitt1224@yahoo.com |
| Andy Johnson<br>237 Meadowlark Drive<br>Alpine, UT 84004-1374 | Richard H. Casper<br>2068 Haun Avenue<br>Salt Lake City, UT 84121 |
| Phillip Gubler<br>216 W. St. George Blvd., Suite 200<br>St. George, UT 84770 | T. Vowell Sole Proprietorship Capital Holding<br>491 N. Bluff St.<br>St. George, UT 84770 |
| Jeremy Johnson<br>Inmate Register No. 42486-308<br>Taft Correctional Institution<br>P.O. Box 7001<br>Taft, CA 93268 | |

**SPECIAL NOTICE PARTIES -- MAIL**

Aaron D. Randall
Hughes, Thompson, Randall & Mellen, P.C.
187 North 100 West
Saint George, UT 84770

**TAXING AGENCIES -- MAIL**

| | |
|---|---|
| California Franchise Tax Board<br>Special Procedures – BE Bankruptcy<br>MSA-345<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0410 |
| Internal Revenue Service<br>Ogden, UT 84201-0039 | Massachusetts Department of Revenue<br>P.O. Box 7000<br>Boston, MA 02204 |

8

| | |
|---|---|
| Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT 59604 | Nevada Department of Taxation<br>1550 College Parkway<br>Carson City, NV 89706 |
| Oklahoma Tax Commission<br>2501 North Lincoln Boulevard<br>Oklahoma City, OK 73194 | Sevier County Treasurer<br>250 North Main Street<br>Richfield, UT 84701 |
| State of Arizona<br>Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 | State of Arkansas – Corporate Income Tax<br>Section<br>P.O. Box 919<br>Little Rock, AR 72203 |
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134 | Washington County Assessor<br>87 North 200 East, Suite 201<br>St. George, UT 84770 |
| Internal Revenue Service<br>Attn:  J. Daugherty MS/5028LVG<br>110 North City Parkway<br>Las Vegas, NV 89106 | Los Angeles County Tax Collector<br>225 North Hill Street, Room 122<br>Los Angeles, CA 90012 |
| Arkansas Secretary of State<br>State Capitol<br>Room 256<br>Little Rock, AR 72201 | California Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
| State of California Board of Equalization<br>Ms. Eve Lee<br>450 N Street, MIC 55<br>Sacramento, CA 95814 | State of CA Employment Development Dept.<br>Attn:  John Arnold<br>7677 Oakport Street, Suite 400<br>Oakland, CA 94621 |
| State of Delaware Division of Corporation<br>P.O. Box 898<br>Dover, DE 19903 | Utah Department of Workforce Services<br>P.O. Box 45249<br>Salt Lake City, UT 84145-0249 |
| City of St. George Utilities<br>P.O. Box 1750<br>St. George, UT 84771-1750 | Employment Development Department<br>P.O. Box 82615<br>MIC 3A<br>Sacramento, CA 94280-0001 |
| New York State Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany, NY 12240 | New York State Division of Corporations<br>99 Washington Avenue, 6th Floor<br>Albany, NY 12231 |

9

| David Willcox, Revenue Officer<br>Nevada Department of Taxation<br>Attn: Bankruptcy Section<br>555 E Washington Ave #1300<br>Las Vegas, NV 89101 | |

**POTENTIAL CREDITORS LIST -- MAIL**

| | |
|---|---|
| Aflac<br>1932 Wynnton Rd.<br>Columbus, GA  31999 | Aircell Business Aviation Services LLC<br>303 Technology Ct., Building A<br>Broomfield, CO 80021-1001 |
| Allied Waste Services #233<br>557 N. Industrial Rd.<br>St. George, UT  84770 | Alltel<br>Building 4 Third Floor<br>One Aliied Drive<br>Little Rock, AR 72202-2099 |
| American Express<br>P.O. Box 53852<br>Phoenix, AZ  85072-3852 | American National Insurance Company<br>One Moody Plaza<br>Galveston, TX  77550 |
| Analysis Group<br>111 Huntington Ave.,  Tenth Floor<br>Boston, MA 02199 | Andrew & Korin Begay<br>P.O. Box 174<br>Mendon, UT 84325 |
| Arkansas Secretary of State<br>State Capitol,  Rm 256<br>Little Rock, AR 72201 | Arrowhead Waste Services<br>4332 S. Enterprise Drive<br>St. George, UT 84790 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Banc of America Leasing<br>P.O. Box 100916<br>Atlanta, GA 30384-0916 |
| Bank of America<br>FL9-600-02-26<br>P. O. Box 45224<br>Jacksonville, FL 32232-5224 | Bijan Talebreza<br>4419 Covecrest Drive<br>Salt Lake City, UT 84124 |
| California Board of Equalization<br>c/o Kathy Hale/J.R. Williams<br>450 N Street, MIC:55<br>Sacramento, CA 94279-0055 | California Franchise Tax Board-Special<br>Procedures-BE Bankruptcy<br>MSA-345<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California Secretary of State<br>1500 11th St., 3rd Floor<br>Sacramento, CA 95814 | CentraCom Interactive<br>P.O. Box 7221<br>Fairview, UT 84629 |

| | |
|---|---|
| CenturyLink c/o ER Solutions, Inc.<br>800 SW 39th St.<br>P.O. Box 9004<br>Renton, WA 98057 | Cintas Document Management<br>P.O. Box 633842<br>Cincinnati, OH 45263 |
| City of Santa Monica Planning Division<br>1685 Main St.<br>P.O. Box 2200<br>Santa Monica, CA 90407 | City of Santa Monica Police Department<br>333 Olympic Drive<br>Santa Monica, CA 90401 |
| City of St. George<br>175 East 200 North<br>St. George, UT 84770 | City of St. George-Utilities<br>P.O. Box 1750<br>St. George, UT 84771-1750 |
| Department of Taxation and Finance<br>Attn: Office of Counsel<br>Building 9, W.A. Harriman Campus<br>Albany, NY 12227 | Direct Marketing Association<br>1120 Avenue of the Americas<br>MIC 3A<br>New York, NY 10036 |
| Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | Dixie Escalanta Electric<br>145 W. Brigham Rd.<br>St. George, UT 84790 |
| Efriam & Edith Oscinoa<br>P.O. Box 292<br>Mendon, UT 84325 | Employment Development Department – CA<br>PO Box 826880<br>MIC 4<br>Sacramento, CA 94280 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Ephraim City<br>5 South Main<br>Ephraim, UT 84627 |
| Far West Bank<br>201 E. Center St.<br>Provo, UT 84606 | FCI Lender Services<br>8180 East Kaiser Blvd.<br>Anaheim Hills, CA 92808 |
| FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | Firetrol Protection Systems, Inc.<br>3696 W 900 S, Suite A<br>Salt Lake City, UT 84104 |
| Franchise Tax Board<br>BE Bankruptcy<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0501 |
| Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0511 | Franchise Tax Board<br>Special Procedures Section<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

11

| | |
|---|---|
| Global Star<br>PO Box 30519<br>Los Angeles, CA 90030-0519 | Globalstar<br>P.O. Box 30519<br>Los Angeles, CA 90030-0519 |
| Gonzalo Gonzalez<br>147 N 100 W  #11<br>Mendon, UT 84325 | Google Adwords<br>c/o Euler Hermes UMA, Inc.<br>600 S. 7th St.<br>Louisville, KY 40201-1672 |
| Gordon & Mandy Labrum<br>P.O. Box 142<br>Mendon, UT 84325 | Greg Colburn<br>P.O. Box 224<br>Mendon, UT 84325 |
| Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0410 | InfoWest<br>148 E. Tabernacle<br>St. George, UT 84770-3442 |
| Internal Revenue Service<br>Ogden, UT 84201-0039 | Internal Revenue Service<br>1973 N. Rulon White  Blvd.<br>Ogden, UT 84201 |
| Internal Revenue Service<br>352 E. Riverside Dr., Suite 7<br>St. George, UT 84790 | Internal Revenue Service<br>ACS Support-Stop 813G<br>PO Box 145566<br>Cincinnati, OH 45250-5566 |
| Internal Revenue Service<br>Attn: Roland Thorley<br>110 N. City Parkway<br>Las Vegas, NV 89106 | Internal Revenue Service<br>Mail Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 |
| Internal Revenue Service<br>P.O. Box 145566<br>Cincinnati, OH 45250-5566 | Internal Revenue Service<br>P.O. Box 63335<br>Philadelphia, PA 19255-0833 |
| Johansen's Pool Service, Inc.<br>928 N. Westridge Drive<br>St. George, UT 84770 | Jones, Waldo, Holbrook & McDonough<br>P.O. Box 45444<br>Salt Lake City, UT 84145 |
| Justin Noyes<br>147 N 100 W  #1<br>Mendon, UT 84325 | Landmark Legal Solutions<br>c/o Transworld Systems Inc.<br>200 West Adams St., Suite 1700<br>Chicago, IL 60606 |
| Landtrend, Inc.<br>P.O. Box 429<br>Santa Clara, UT 84765-0429 | Lender Business Process Services<br>P.O. Box 4121<br>Beaverton, OR 97076-4121 |
| Linebarger Goggan Blair & Sampson LLP<br>1300 Main, Suite 210<br>Houston, TX 77002 | Los Angeles County Tax Collector<br>225 N. Hill St., Room 122<br>Los Angeles, CA 90012 |

12

| | |
|---|---|
| Manatt Phelps Phillips<br>11355 W. Olympic Blvd.<br>Los Angeles, CA  90064-1614 | Manti Telephone Co.<br>40 West Union<br>Manti, UT 84642 |
| Massachusetts Dept. of Revenue<br>P.O. Box 7000<br>Boston , MA  2204 | Miller Guymon, P.C.<br>165 Regent St.<br>Salt Lake City, UT 84111 |
| Montana Department of Revenue<br>P.O. Box 8021<br>Helena, MT 59604 | Mount Olympus Waters<br>6750 Discovery Blvd.<br>Mableton, GA 30125 |
| NEC Financial Services LLC<br>250 Pehle Ave., Suite 309<br>Saddle Brook, NJ 07663 | Nevada Department of Taxation<br>Attn: Bankruptcy Section<br>555 E. Washington Ave. #1300<br>Las Vegas, NV 89101 |
| Nevada Office of the Labor Commissioner<br>555 E. Washington Ave., Suite 4100<br>Las Vegas, NV 89101 | NYC Department of Finance<br>59 Maiden Lane<br>New York, NY10038-4502 |
| NYS Corporation Tax<br>Processing Unit<br>P.O. Box 22093<br>Albany,  NY 12201-2093 | NYS Department of Finance<br>P.O. Box 5040<br>Kingston, NY  12402-5040 |
| NYS Department of Labor<br>Building 12<br>W.A. Harriman Campus<br>Albany,  NY  12240 | NYS Dept. of Taxation and Finance<br>WA Harriman Campus<br>Albany, NY 12227-0001 |
| NYS Division of Corporations<br>99 Washington Ave., 6th Floor<br>Albany,  NY 12231 | Office of the Washington County Attorney<br>33 North 100 West, Suite 200<br>St. George, UT  84770 |
| Oklahoma Tax Commission<br>2501 N. Lincoln Blvd.<br>Oklahoma City, OK 73194 | Paracorp<br>2804 Gateway Oaks Drive, Suite 200<br>Sacramento, CA  95833-3509 |
| PNC Aviation Finance<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | Postal & Shipping Services<br>BMK Corporation<br>2232 S. Nellis Blvd. #G3<br>Las Vegas, NV 89104 |
| Prince Yeates & Geldzahler<br>15 W. South Temple, Suite 1700<br>Salt Lake City, UT 84101-1549 | Questar<br>P.O. Box 45360<br>Salt Lake City, UT 84145-0360 |
| Qwest<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | Regence Life and Health Insurance<br>P.O. Box 91131<br>Seattle, WA 98111-9231 |

| | |
|---|---|
| Scalley Reading Bates Hansen & Rasmussen<br>Attn. Marlon L. Bates<br>P.O. Box 11429<br>Salt Lake City, UT 84147 | Scott Miller<br>147 N 100 W  #8<br>Mendon, UT 84325 |
| SelectHealth<br>5381 Green St.<br>Murray, UT 84123 | Sevier County Treasurer<br>250 N. Main St.<br>Richfield, UT 84701 |
| Sharon Anrewski<br>147 N 100 W  #9<br>Mendon, UT 84325 | Skywire Communications<br>150 N 200 E, Suite 101<br>St. George, UT 84770 |
| Sprint Customer Service<br>P.O. Box 8077<br>London, KY 40742 | State of Arizona-Dept. of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038 |
| State of Arkansas-Corporate Income Tax<br>Section<br>P.O. Box 919<br>Little Rock, AR 72203 | State of California- Board of Equalization<br>450 N Street, MIC 55<br>Sacramento, CA 95814 |
| State of California – Employment<br>Development Department<br>Attn.: John Arnold<br>7677 Oakport St., Suite 400<br>Oakland, CA 94621<br><br>State of Delaware- Division of Corporation<br>P.O. Box 898<br>Dover, DE 19903 | State of Utah- Department of Human Services<br>P.O. Box 45033<br>Salt Lake City, UT 84145-0033 |
| State of Utah- Labor Commission<br>160 E 300 S<br>P.O. Box 146630<br>Salt Lake City, UT 84114-6630 | Stevens & Lee<br>P.O. Box 679<br>Reading, PA 19603-0679 |
| SunFirst Bank<br>Attn: Dan Strobell<br>120 E. St. George Blvd.<br>St. George, UT 84770 | The City of Ephraim<br>5 South Main<br>Ephraim, UT 84627 |
| The Key-Man AAA Locksmith Service<br>1066 S. Bluff St., Suite B<br>St. George, UT 84770 | The Lustigman Firm, P.C.<br>149 Madison Ave., Suite 805<br>New York, New York 10016-6713 |
| Time Warner Cable<br>2939 Nebraska Ave.<br>Santa Monica, CA 90404-4028 | TNCI<br>2 Charlesgate West<br>Boston , MA 02215 |
| UCN<br>7730 S. Union Park Ave., Suite 500<br>Midvale, UT 84047 | US Colo @ One Wilshire, LLC<br>624 S. Grand Ave., Suite #1810<br>Los Angeles, CA 90017 |

14

| | |
|---|---|
| Utah Dept. of Workforce Services<br>P.O. Box 45249<br>Salt Lake City, UT 84145-0249 | Utah Occupational Safety & Health<br>P.O. Box 146650<br>Salt Lake City , UT 84114-6650 |
| Utah State Tax Commission<br>100 South 5300<br>West Hurricane, UT 84737 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 94134 |
| Utah State Tax Commission<br>87 North 200 East, Suite 201<br>St. George, UT 84770 | Utah State Tax Commission-Div. of Motor Vehicles<br>8800 Motor Vehicle Division<br>Salt Lake City, UT 84134-8800 |
| Veracity Networks<br>379 N. University Ave., Suite 301<br>Provo, UT 84601 | Verizon Wireless<br>P.O. Box 96088<br>Bellevue, WA 98009 |
| Washington County Assessor<br>87 N 200 E, Suite 201<br>St. George, UT 84770 | Wells Fargo Bank<br>P.O. Box 348750<br>Sacramento, CA 95834 |
| Williamsburg National<br>c/o Hutchinson Warren & Assoc.<br>122 S. Rawles St., Suite 200<br>Romeo, MI 48065 | Womble Carlyle Sandridge & Rice<br>1200 19th St. NW, Suite 500<br>Washington, DC 20036 |
| Workers Compensation Fund<br>100 West Towne Ridge Parkway<br>Sandy, UT 84070 | Zions Bank<br>P.O. Box 30709<br>Salt Lake City, UT 84130-0709 |

15