BART K. LARSEN (Nev. SBN 008538)
  blarsen@klnevada.com
SCOTT D. FLEMING (Nev. SBN 005638)
  sfleming@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Direct: (702) 889-7752
Facsimile: (702) 362-9472

GARY OWEN CARIS (CA SBN 088918)
  gcaris@diamondmccarthy.com
LESLEY ANNE HAWES (CA SBN 117101)
  lhawes@diamondmccarthy.com
DIAMOND McCARTHY LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 651-2997
Facsimile: (424) 253-1101

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS &
ASSOCIATES LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>　　　　Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM JANUARY 1, 2017 THROUGH JULY 31, 2017; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Expenses from January 1, 2017 Through July 31, 2017; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Fee Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary

1

1 Injunction Order issued February 10, 2011, came on regularly before this Court for determination.
2 The Court, having reviewed and considered the Fee Motion and all pleadings and papers filed in
3 support thereof, and responses, if any, filed to the Fee Motion, and good cause appearing therefor,

IT IS ORDERED that:

1. The Fee Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

A. The fees of the Receiver, the Receiver's deputies, agents, and staff incurred for the seven-month period from January 1, 2017 through July 31, 2017 ("Expense Period") in the sum of $45,917.50 and Receiver's expenses in the sum of $4,627.70 incurred for the Expense Period for a total sum of $50,545.20 are hereby approved and authorized to be paid from receivership assets;

B. The Receiver's legal fees of $78,588.90 and expenses of $369.10 incurred to the Receiver's lead counsel Diamond McCarthy LLP for the Expense Period for a total sum of $78,958.00 are hereby approved and authorized to be paid from receivership assets;

C. The Receiver's legal fees of $375.00 and expenses of $4,828,82 incurred to the Receiver's counsel Kolesar & Leatham, Chtd. for the Expense Period are hereby approved and authorized to be paid from receivership assets;

D. The Receiver's legal fees of $7,408.75 and expenses of $504.67 for a total sum of $7,913.42 incurred to the Receiver's special real estate foreclosure counsel, Hatch, James & Dodge, A Professional Corporation, for the Expense Period are hereby approved and authorized to be paid from receivership assets;

E. The Receiver's legal fees in the amount of $1,583.00 and expenses of $38.06 for the services of the Receiver's special real estate title counsel, Nelson Christensen Hollingworth & Williams, P.C. ("Nelson Firm") are hereby approved and authorized to be paid from receivership assets; and

2

F. Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated: November 21, 2017

MIRANDA M. DU
United States District Court Judge