Bart K. Larsen (Nev. SBN 008538)
blarsen@klnevada.com
Scott D. Fleming (Nev. SBN 005638)
sfleming@klnevada.com
**KOLESAR & LEATHAM, CHTD.**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

Gary Owen Caris (CA SBN 088918)
gcaris@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Receiver
ROBB EVANS of ROBB EVANS & ASSOCIATES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al.,<br><br>Defendants. | Case No. 2:10-CV-02203-MMD-GWF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER (1) APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONALS' FEES AND COSTS FROM AUGUST 1, 2017 THROUGH JUNE 30, 2018; AND (2) GRANTING RELIEF FROM LOCAL RULE 66-5 PERTAINING TO NOTICE TO CREDITORS** |

The Motion for Order (1) Approving and Authorizing Payment of Receiver's and Professionals' Fees and Costs from August 1, 2017 Through June 30, 2018; and (2) Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Fee Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before this Court for determination. The Court, having reviewed and considered the Fee Motion and all pleadings and

papers filed in support thereof, and responses, if any, filed to the Fee Motion, and good cause appearing therefor,

IT IS ORDERED that

1. The Fee Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing:

    A. The fees of the Receiver, the Receiver's deputies, agents, and staff incurred for the eleven-month period from August 1, 2017 through June 30, 2018 ("Expense Period") in the sum of $52,301.83 and Receiver's costs in the sum of $17,222.21 incurred for the Expense Period for a total sum of $69,524.04 are hereby approved and authorized to be paid from receivership assets;

    B. The Receiver's legal fees of $28,639.80 and costs of $1,211.48 for a total sum of $29,851.28, incurred to the Receiver's former lead counsel Diamond McCarthy LLP for the Expense Period, are hereby approved and authorized to be paid from receivership assets;

    C. The Receiver's legal fees of $21,598.20 and costs of $324.87 for a total sum of $21,923.08, incurred to the Receiver's lead counsel Barnes & Thornburg LLP for the Expense Period, are hereby approved and authorized to be paid from receivership assets;

    D. The Receiver's legal fees of $2,082.50 and costs of $1,585.91 for a total sum of $3,668.41, incurred to the Receiver's local counsel Kolesar & Leatham, Chtd. for the Expense Period, are hereby approved and authorized to be paid from receivership assets; and

    E. The Receiver's legal fees of $36,924.00 and costs of $1,533.90 for a total sum of $38,457.90, incurred to the Receiver's special real estate foreclosure counsel, Hatch, James & Dodge, A Professional Corporation for the Expense Period, are hereby approved and authorized to be paid from receivership assets; and

///
///
///
///
///

F. Notice of the Fee Motion is hereby deemed sufficient based on the service of the notice of the filing of the Fee Motion and the Fee Motion on all parties and service of the notice of the filing of the Fee Motion on all known non-consumer creditors of the estate.

Dated: November 19, 2018

_____
MIRANDA M. DU
United States District Court Judge

13321215v1

- 3 -