Bart K. Larsen (Nev. SBN 008538)
blarsen@klnevada.com
Scott D. Fleming (Nev. SBN 005638)
sfleming@klnevada.com
**KOLESAR & LEATHAM, CHTD.**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

Gary Owen Caris (CA SBN 088918)
gcaris@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Receiver
ROBB EVANS of ROBB EVANS & ASSOCIATES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY JOHNSON, individually, as officer of Defendants I Works, Inc., etc., et al., <br><br> Defendants. | Case No. 2:10-CV-02203-MMD-GWF <br><br> **ORDER GRANTING MOTION FOR ORDER APPROVING CLOSING AGREEMENT ON FINAL DETERMINATION COVERING SPECIFIC MATTERS AND PROVIDING THAT SHARLA JOHNSON MAY NOT REQUIRE THAT ANY ASSETS OF THE RECEIVERSHIP ESTATE BE SET ASIDE TO SATISFY HER FEDERAL TAX LIABILITY** |

The Motion for Order Approving Closing Agreement on Final Determination Covering Specific Matters and Providing That Sharla Johnson May Not Require That Any Assets of the Receivership Estate Be Set Aside to Satisfy Her Federal Tax Liability ("IRS Settlement Motion") filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before this Court

for determination. The Court, having reviewed and considered the IRS Settlement Motion and all pleadings and evidence filed in support thereof, and opposition to the IRS Settlement Motion, if any, and good cause appearing therefore, it is

ORDERED that:

1. The IRS Settlement Motion and all relief sought therein is granted;

2. Without limiting the generality of the foregoing, the Closing Agreement on Final Determination Covering Specific Matters ("Closing Agreement") entered into by the Receiver and the Commissioner of Internal Revenue, a true and correct copy of which is attached as Exhibit 1 to the Declaration of Brick Kane filed in support of the IRS Settlement Motion, is approved and authorized in its entirety;

3. Sharla Johnson may not require that any assets of the receivership estate be set aside to satisfy her federal tax liability; and

4. Notice of the IRS Settlement Motion is hereby deemed sufficient based on the service of the IRS Settlement Motion on all parties and all known non-consumer creditors of the estate.

Dated: October 24, 2019

_____
MIRANDA M. DU
United States District Court Judge

15126507v1

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES