1  Bart K. Larsen (Nev. SBN 008538)
   blarsen@klnevada.com
2  Scott D. Fleming (Nev. SBN 005638)
   sfleming@klnevada.com
3  **KOLESAR & LEATHAM, CHTD.**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile:  (702) 362-9472

6  Gary Owen Caris (CA SBN 088918)
   gcaris@btlaw.com
7  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
8  Los Angeles, California 90067
   Telephone:    (310) 284-3880
9  Facsimile:    (310) 284-3894

10 Attorneys for Receiver
   ROBB EVANS of ROBB EVANS & ASSOCIATES LLC
11

12                     UNITED STATES DISTRICT COURT

13                          DISTRICT OF NEVADA

14

15 FEDERAL TRADE COMMISSION,          Case No. 2:10-CV-02203-MMD-GWF

16              Plaintiff,

17 v.                                 **[PROPOSED] ORDER GRANTING
                                      MOTION FOR ORDER AUTHORIZING
18 JEREMY JOHNSON, individually, as officer    INTERIM DISTRIBUTION TO FEDERAL
   of Defendants I Works, Inc., etc., et al.,  TRADE COMMISSION AND GRANTING
                                      RELIEF FROM LOCAL RULE 66-5
19                                    PERTAINING TO NOTICE TO
                                      CREDITORS**
20              Defendants.

21

22        The Motion for Order Authorizing Interim Distribution to Federal Trade Commission and

23 Granting Relief from Local Rule 66-5 Pertaining to Notice to Creditors ("Distribution Motion")

24 filed by Robb Evans of Robb Evans & Associates LLC ("Receiver"), the Receiver pursuant to the

25 Court's Preliminary Injunction Order issued February 10, 2011, came on regularly before this

26 Court for determination.   The Court, having reviewed and considered the Distribution Motion

27 and all pleadings and evidence filed in support thereof, and opposition to the Distribution Motion,

28 if any, and good cause appearing therefore, it is

ORDERED that:

1.  The Distribution Motion and all relief sought therein is granted;

2.  Without limiting the generality of the foregoing, the Receiver may immediately make an interim distribution of $13.7 million to the Plaintiff, Federal Trade Commission, from the assets on hand in the receivership estate for the purpose of commencing consumer redress; and

3.  Notice of the Distribution Motion is hereby deemed sufficient based on the service of the Distribution Motion on all parties and all known non-consumer creditors of the estate.

Dated:  October 24. 2019

_____
MIRANDA M. DU
United States District Court Judge

14816446v1