# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff(s),

vs.

JEREMY JOHNSON, etc., et al.,

Defendant(s).

Case No.: 2:10-cv-02203-MMD-GWF

## SUBSTITUTION OF ATTORNEY

Robb Evans of Robb Evans & Associates LLC, court-appointed receiver, hereby substitutes
(Name of Party)

Michael F. Lynch of Lynch Law Practice, PLLC, as sole replacement local counsel,
(New Attorney)

(Address): 3613 S. Eastern Ave., Las Vegas, NV 89169

(Telephone): (702) 684-6000, as attorney of record in place and

stead of: Randolph L. Howard, Scott Fleming, Bart Larsen, and Shlomo Sherman, all of Kolesar & Leatham, Chtd. (Present Attorney)

DATED: 10-19-2020

_____
(Signature of Party)

I consent to the above substitution.

DATED: 15 Oct 2020

_____
(Signature of Present Attorney)

KOLESAR & LEATHAM, CHTD.
Robert John Kolesar, NV Bar No. 279
Nile Leatham, NV Nevada Bar No. 2838
PO Box 370147
Las Vegas, NV 89137

1

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: 10/20/2020          /s/ Michael F. Lynch
                           (Signature of New Attorney)

Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: 10/20/2020

UNITED STATES DISTRICT JUDGE

2